August 7, 2016

FOIA-PA Officer

North-Central Regional Office

Federal Bureau of Prisons

400 State Ave Suite 800

Kansas City, KS 66101

—

Re:  New FOIA Request William A White #13888-084

Dear FOIA-PA Officer:

My name is William A White #13888-084, SSN: ███-██-0693, DOB 5/29/1977.  I hereby request the following records in your possession:

1)  regarding me:

    a)  all medical records;

    b)  all psychological records;

    c)  all requests for administrative remedy, and, tort claims;

    d)  all disciplinary records;

    e)  all SENTRY records;

    f)  all Prison Security, and, Intelligence Record System [JUSTICE/BOP-001] records;

    g)  all communications between Bureau of Prisons personnel, and, between Bureau of Prisons personnel, and, other law enforcement agencies, any US Attorney's Office, or, any agency of the Attorney General, including the US Department of Justice Civil Rights Division;

2)  All maintenance records related to the 11th floor Special Housing Unit of the Metropolitan Correctional Center Chicago between October 17, 2008, and, December 29, 2008,

-1-

particularly, but, not limited to, records related to heating problems, insect infestations, and, the flooding of cells with human fecal material.

3) The green SHU log books from the Metropolitan Correctional Center's 11th floor for the period October 17, 2008, to December 29, 2008.

All fees related to this request are accepted.

Sincerely,

William A White #13888-084
USP - Marion
PO Box 1000
Marion, IL 62959

EXHIBIT A(6)

William A Winkelbess-Ozn
United States Penitentiary - Marion
Po Box 1000
Marion, IL 62959

13888-084
Office Of General Counsel
FOIA 2013Usms24506
2604 Jefferson Davis HWY
US Marshals FOIA
Alexandria, VA 22301
United States

NIXIE      207      4E      1      8507/25/16

RETURN TO SENDER
VACANT
UNABLE TO FORWARD

BC: 62959750000      *2616-12742-19-40

July 18, 2016

FOIA Officer
United States Marshals
2604 Jefferson Davis Highway
Alexandria, VA 22301

Re: 2013USMS 24506

Dear Sirs/Madams:

You have not responded to the above request, 2013USMS 24506.
If I don't have a response within 20 days, I will bring suit to compel.

Sincerely,

William A White #13888-084
USP Marion
PO Box 1000
Marion, IL 62959

-1-

EXHIBIT A (C)

E-FILED

U.S. Department of Justice
Federal Bureau of Prisons
North Central Regional Office
400 State Avenue, Gateway Tower II, 8th Floor
Kansas City, Kansas 66101-2492
Official Business

62955-750000

KANSAS CITY
MO 640
26 AUG '16
PM 7 L



02 1P $ 000.465
0001127210    AUG 16 2016
MAILED FROM ZIP CODE 66101



UNITED STATES POSTAGE
U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300
PITNEY BOWES



U.S. Department of Justice

Federal Bureau of Prisons

*North Central Regional Office*

---

*Office of the Regional Counsel*

*400 State Avenue*
*Tower II, Suite 800*
*Kansas City, KS 66101*

August 15, 2016

William White, Reg. No. 13888-084
USP Marion
P.O. Box 1000
Marion, IL 62959

Re:  Request for Records

Dear Requester:

We are in receipt of your correspondence received by the North Central Regional Office on July 27, 2016, for response.  You seek copies of records maintained by the Bureau of Prisons (Bureau).

In accordance with 28 Code of Federal Regulations (C.F.R.), Part 16.3 or 16.41, a request for information directed to the Federal Bureau of Prisons is not deemed properly filed until it is received by the component at the address specified in Appendix I, Title 28 C.F.R., which is noted above. Additionally, once the request for records is received, a review of the request is conducted by the Central Office FOI/PA Section to determine whether the required elements of a request under the statute and regulations have been met.  Required elements include an authorization to release information dated within three (3) months of the request; the authorization must include the individuals full name, date of birth, place of birth and current address; the subject's signature must be notarized; the name of the individual authorized to receive the information must be included on the authorization; and finally, the authorization must have an original signature.

Pursuant to Title 28, Code of Federal Regulations, Part 513.60, a request for Bureau records must be made in writing and addressed to the Director, Federal Bureau of Prisons, 320 First Street N.W., Washington, DC. 20534.  The requester shall clearly mark on the face of the letter and the envelope **"FREEDOM OF INFORMATION REQUEST"** and shall clearly describe the records sought.

Sincerely,

Erika Fenstermaker
for

Richard W. Schott
Regional Counsel



**Federal Bureau of Investigation**

*Washington, D.C. 20535*

April 26, 2016

MR. WILLIAM ALEXANDER WHITE
**13888-084
MCC CHICAGO
METROPOLITAN CORRECTIONAL CENTER
71 WEST VAN BUREN STREET
CHICAGO, IL 60605

FOIPA Request No.: 1224695-000
Subject: WHITE, WILLIAM ALEXANDER

Dear Mr. White:

Reference is made to your Privacy Act request for FBI records concerning yourself.   As you probably recall, the FBI located approximately 13,926 pages that are potentially responsive to your request.   Once requests go over a certain size, usually in the 50-100 page range, they become increasingly complex, greatly slowing down the time required for processing. Generally the larger the file, the longer it takes to process. Given our current workload and staffing levels, it may be a very long time before you would begin to receive material from this request.

We contact requesters with requests of this size to see if there might be a way to possibly narrow the scope of the request.   Is this something you might be willing to consider?

Please contact Rebecca Bronson of my staff to discuss this possibility.   She can be reached by mail through the Work Process Unit, Records Management Division, 170 Marcel Drive, Winchester, VA   22602. You may also designate a point of contact at the penitentiary to contact Ms. Bronson for you.

Sincerely,

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Records Management Division

GFR 6(c)  Perpetrators #1, and, #2, Were Acting At The Direction
--------------------------------------------------------------
> Of The United States
> --------------------

I do not recall it well, but, Perpetrator #2 met me at an
an anti-Zionist rally outside the Zionist Embassy in Washington,
DC in 2002. [Exh M(a) p. 9] I was there covering the event for
Pravda.ru.

Perpetrator #2 was arrested by federal agents in February
2003, and, charged with an attempt to purchase both modified
automatic firearms, and, explosives, as well as a bombing conspi-
racy directed against abortion clinics. [Exh.M(a) p. 8-9]  Most
of the charges were dropped, Perpetrator #2 spent approximately
22 months in prison, and, became a federal informant upon his re-
lease on November 9, 2004. [Exh.M(a) p.9; Exh.M(h)]  Two of the
individuals which Perpetrator #2 was subsequently paid to entrap
include Charles Thornton, and, Morris Gulett, who were convicted
of federal bank robbery charges in Louisiana in 2005.  [Exh.
M(h);  Exh M(a) p. 12]

Perpetrator #2's father was, at this time, a prominent mem-
ber of the League of the South, a Southern heritage organization,
who also appears to have been cooperating with the FBI.  [Exh.
M(h)]  While Perpetrator #2 was in prison, his father, and, the
FBI, came together to purchase a compound that has been used ever
since for federal counter-intelligence operations.  [Exh M(a) p.
10]  The compound is located at 480 Sherwood Dr in Lexington, SC.
(As this is a public building, it is not a true residence, and, I
have not redacted it;  the address has also been widely publish-
ed.)  [Exh.M(a) p. 10]  Initially, this compound was used to tar-

get American supporters of the Juche-Songun philosophy of North Korea; as such, until 2011, it was the home of the Rural People's Party, a fraudulent organization created by the FBI, and, led by Perpetrator #2. [Exh M(a) p. 10] Person #3, also an FBI informant, is the wife of Perpetrator #2, and, was involved in the operation; Persons #4-10 were among the targets, though none appear to have ever been charged. [Exh.M(a) p.5-6, 15, passim] Person #4 was recognized by the government of North Korea in 2004 as its official representative to America's peasants, and, workers. [Exh M(a) p. 2] Person #4 is also from the Middle District of Florida. [Exh.M(a) p. 2] Persons #4, and, #7, have also met with members of the North Korean government in Pyongyang, and, the Demilitarized Zone. [Exh M(a) p 5-6]

Simultaneously, the FBI was using this compound for other operations, including an investigation into a mentally disabled man, August Kreis III, who had been an associate of Perpetrator #2 in the "Aryan Nations"prior to Perpetrator #2's 2002 arrest. [Exh M(a) p 11] In April 2005, Kreis moved from Pennsylvania at Perpetrator #2's suggestion to a home near the Lexington compound. [Exh M(a) p 11] Soon afterwards, Kreis, also at Perpetrator #2's apparent suggestion, appeared on local Lexington television, and, pledged his personal allegiance to both "Adolf Hitler, and, al-Qaeda." United States v Kreis 474 Fed Appx 370 (4th Cir 2012).

<sup>a</sup> This was the beginning of what the FBI calls "the largest post-9-11 counterintelligence operation"

David Gletty
--------------

One of the informants involved in this operation was a man named David Gletty, who has written a book on the operation entitled <u>Undercover Nazi</u>. Gletty personally targeted me in 2005 to 2006, and, his book helps shed light on the mentality of the operation, as well as lay a foundation for the behavior of Kelly Boaz, who took over from Gletty once Gletty was exposed in a February 15, 2007, <u>Orlando Sentinel</u> article. [Exh M(i)]

As Gletty describes it, during the course of his investigation of both white, and, conservative, organizations, his targets were "law abiding citizens for the most part, just convinced in their beliefs." [Exh Q p 29] "The sad part," Gletty writes, is that most of the people he was targeting "were not breaking the law". [Exh Q p 117] These facts in no way deterred Gletty, or, the FBI-JTTF Task Force that he was working with from their targets, though. As Gletty understood it, "It is the FBI, sir. They do whatever they want, they go whereever they want to go. They don't ask permission, and, they don't ask forgiveness." [Exh Q p 102]

Needless to say, protection of civil liberties was not high on the agenda of this operation. Gletty's activities included organizing fraudulent events, honey-traps, for seemingly legal causes, and, recording everyone who attended. At a typical FBI-JTTF event, Gletty would force participants to submit to searches of their persons, and, vehicles, by law enforcement, to be photographed, and, have their license plates recorded. [Exh Q p 125-127] Gletty was informed that this was Constitutional. [Exh Q p 125-127]

When circumstances did not allow Gletty to be so overt,
Gletty would surreptitiously record the license plates, and, take
the photographs of the innocent people that he was targeting.
[Exh Q p 63, 136, 148] As Gletty puts it, "We were building the
intellectual files for the FBI ... Hundreds of photographed faces
and, a myriad of recordings, were contributing to the eradication
of racial, and, religious, prejudice." [Exh Q p 155] The target
was explicitly thought, and, First Amendment protected associa-
tions. "Agent Kevin [Farrington]... wanted us to disable their
racist minds," Gletty writes. [Exh Q p 152] Gletty says that
his mission was to"take them down, and, disrupt them, any way you
can." [Exh Q p 162] Or, as Gletty says that SA Farrington put
it, "plant the bomb of paranoia, and, disruption, at the heart of
this group, then, fuck with their minds until they break." [Exh Q
p 162]

    Thus, the purposes of this FBI-JTTF operation were un-Const-
itutional from the beginning. The FBI-JTTF was deliberately tar-
geting law-abiding citizens for the purpose of denying them as-
sociation rights by harassing, monitoring, and, as discussed
infra, in many cases actually committing crimes against them.

    Gletty is a gay man who met his lover, "Joe", in a "Legal
Militia." [Exh Q p 16-23] Joe is Judaic. [Exh Q p 58, pictured
p 67] Gletty identifies "Joe" as an "FBI agent", but,Joe appears
to be a plumber who works as an informant. [Exh Q p 118] Glet-
ty's first report to the FBI was a West Virginia "mountain man"
who claimed to be part of al-Qaeda, to have 30 suitcase nukes,
and, to be imminently about to destroy 30 American cities. [Exh
Q p 19] The FBI-JTTF's use of this need for grandiose fantasies

that some possess is a staple of this operation, and, a source of the perjury which has become a routine part of federal prosecutions.

Gletty's FBI handlers were SA Kevin Farrington, and, Farrington's partner,"Agent Dan" LNU. [Exh Q p 35]  Farrington assigned  Gletty, and, "Joe", to target "white power" people in April 2003.  [Exh Q p 55]  Ironically, everyone that Gletty claims to have targeted during the period 2003-2005 was also a federal informant.  Gletty acknowledges this about James Langston.  [Exh Q p 122, also p 71]  Rick Spring sent out an email maybe a decade ago admitting that he was an informant, too.  Thus, what the FBI, and, JTTF, were doing was building Gletty up through their front groups in preparation for future work.  In 2005, members of Sutter's League of the South helped build up Glettyy. [Exh Q p 87-91]  Gletty also spent a lot of time with the FBI-JTTF's phony "Aryan Nations" in SOuth Carolina, further cementing the association between the two arms of this operation.

Just as Gletty describes the characteristic mentality of this operation, he describes the abuse of cocaine which fueled the FBI-JTTF's abusive behavior.  [Exh Q p 44, 61, 71, 156]  I have attended white nationalist events for almost two decades, and, have never seen cocaine at one.  Confirming this, when Gletty describes the use of cocaine in his book, it is almost always exclusively the federal informants who were using it.  This is true when Gletty, Joe, and, Spring use cocaine, while others refrain, and, it is true when Gletty, and,Langston, use cocaine.  [Exh Q p 61, 71]

In addition to the introduction of cocaine, Gletty also

commits more

commits, or, permits, more violent crimes than his targets, an-
other theme of this operation.  Gletty was arrested for felony
hate crime assault in Morrisville, Alabama, in 2005;  the FBI
made this "go away", as they would make a similar  hate crime
assault "go away" for Perpetrator #1 in 2011.  [Exh Q p 95-112]
Gletty directed a mob assault on a Toledo maintenance man. [Exh
Q p 125]  Gletty states that he stood by while women were raped,
and, while another hate crime assault occurred.  [Exh Q p 162]
According to Gletty,"the FBI always said that the Mission", dis-
rupting the First Amendment rights of law abiding citizens, "was
more important than stopping crime".  [Exh Q p 162]

The Operation First Targets Me
--------------------------------

From June 2005 to June 2006, I was an organizer for the National Socialist Movement, which, as discussed infra, is an FBI-JTTF front group. Part of my job was to meet with local groups, called "units", and, to assist them in organizing.

I know from personal knowledge, confirmed by media reports, and, Gletty's book, that the FBI, in 2005, following rioting in Toledo, Ohio, at an event that I believe was set up by a federal informant, set up two phony units of the National Socialist Movement, one in Orlando, and, one in Tampa, Florida, in order to establish credibility for the FBI-JTTF operation in that area. [Exh M(i), Exh Q passim]  The best description of this standard federal tactic is found in the book No Angel, by a former DEA Agent, but, Gletty describes it adequately as well. [Exh Q passim]

I first met Gletty at the National Socialist Movement's "Toledo II" rally in December 2005;  Gletty notes that I gave him $200 (it was more like $350) for travel expenses. [Exh Q p 128]  Gletty was told just before this by Farrington that he was going to be focusing his part of the operation on groups in the Middle District of Florida;  thus, his only reason for travelling to Ohio must have been to create venue for a Florida investigation.

Essentially every person of prominence that Gletty met in Ohio was a federal informant but me.  Thus, I seem to have been the target.  And, in fact, I was asked to go to Orlando to assist Gletty to organize a rally by Schoep soon afterwards.

At the time that I met him, Gletty claimed to be running a "militia"; this "militia" is depicted on p 145 of Exh Q.  I was present when that

-73-

present when the photo was taken, and, am, in fact, depicted in the photo. The "militia" consists of the eight individuals on the front row, Gletty being the third from the left, and, the woman on the far right end of the second row; Joe is taking the photo. [Exh Q p 145] Several others present are not in the photo; Gletty says that 45 were present, I recall more like 25, but, the photo only depicts 17. [Exh Q p 144]

When I met this militia, I was not impressed with it. In fact, I called Jeff Schoep to report problems with it, including that "Joe" appeared to be black, and, that Gletty was lying to me about several things, including his missing uniforms. I recommended that Schoep cancel the whole thing, and, the unit. Schoep told me to just get the job done. Gletty apparently picked up on the fact that I did not trust him. He writes:

"Bill White may be smart enough to be an attorney, but, he is a jerk, and, I do not like him. ... Bill White is a real jerk, but, straight to the point, and, got the job done." [Exh Q p 136-137]

Now, there is another aspect to this phase of this operation that has come out, and, that is that the National Socialist Movement headquarters was also being staffed by federal informants, and, that all of these rallies were being called by the FBI-JTTF for the exact reasons that Gletty describes, to draw out law-abiding citizens with dissident views, and, catalogue them. For instance, the individual in charge of screening new units was Brian Holland. According to Holland's book, Living the Fence, which I know of through an interview that Holland gave on George Nori's Coast to Coast FM in February 2012, Holland was a deep cover FBI informants originally assigned to the staff of David

-74-

cover FBI informant originally assigned to the staff of David
Duke who was transferred to the National Socialist Movement.

I met with Holland in Roanoke, Virginia, in the summer of
2008, and, I believe that what he said to me sheds light into why
I was singled out as a target. Holland called me one night, and,
asked to meet me, stating that he was an hour out from Roanoke;
as Holland lived on the Eastern Shore, that meant that he had dri-
ven several hours to meet me before calling me to see if I would
meet with him; I found that strange. At our meeting, Holland
told me that he wanted my permission to run for Congress; I told
Holland that I wasn't the Godfather, and, that he didn't need my
permission. Holland told me that no one was able to do anything
in white nationalism if I opposed them, and, I think that that
was probably the feeling of the JTTF-FBI. It wasn't true; plenty
of things were done without my permission, but, I had the ability
to gather information, and, through my magazine, and, website,
distribute it, and, thereby, pierce  the deceit that was funda-
mental to the FBI-JTTF operation.

At Gletty's February 25, 2006, Orlando event, the FBI tried
to set me up to have an affair; I did not. A half-Judaic woman,
Laura Sennett, aka Isis, invited me to her hotel room to retrieve
photos that she had taken. Suspicious, I brought a man named
Wes Sitton with me. As expected, my wife received a poison pen
email claiming that I had had an affair about two weeks later,
part of the JTTF's efforts to create "paranoia", and, "disrupt-
ion."

I ran into Gletty two more times. One was at a meeting at
the Redneck Shop in Laurens, SC, hosted by the phony "Aryan Nat-
ions." The meeting, pictured in Exh Q p 53, was something of a

ions". The meeting, pictured in Exh Q p 53, was something of a setup; several of the speakers went out of their way to denounce both me, and, "Nazis". As Gletty affirms, this was part of a larger JTTF-FBI effort to reduce my influence; at the lead of the Vinlander Social Club, a group which Roanoke SSA Frank Rouche told me in 2006 was an FBI-controlled front, the Confederate Hammerskins, several of whose members Gletty ended up arresting, had been infused with the same "anti-Nazi" views. [Exh Q p 50] At the Redneck Shop, Gletty gave a speech praising the Ukrainian Orange Revolution that I privately took him to task for. I also met Gletty again at a Lansing, Michigan, event.

Kelly Boaz
----------

We now turn to the man who I believe is third from the right in the sunglasses, and, hoodie, in the photo of Gletty's militia, Kelly Boaz. [Exh Q p 145] Boaz is an Orange County Sheriff's Deputy, and, a prototypical "bad cop". There have been indications for several months now that someone wants to interview me about misconduct in these recent prosecutions, and, I suspect that reason is Boaz. Boaz joined the Palm Bay, Florida, police department at age 23 in 1984. [Exh M(n)] Boaz quickly developed a reputation both for brutality, and, for fabricating evidence. [Exh M(n)] For the next 30 years, Boaz would continue to do both, until he became so good at it that he was deputized as a federal agent. [Exh M(n), (o), (p)]

Kelly Boaz joined the Orange County Sheriff's Department in 1989. [Exh M(n)] During his first year on the job, he was the

Deputy most cited for civil rights violations. [Exh M(n)] During this first year ~~on the job~~, Boaz broke the arm of a robbery suspect, drug a teenager across a parking lot for an underage drinking citation, and, beat a disorderly conduct suspect so badly that the man defecated himself. [Exh M(n)] Boaz had two other brutality violations that year, and, was the subject of his first federal civil rights action. [Exh M(n)]

Boaz did not get better. He was disciplined scores of times over the next decade, and, suspended at least once. [Exh M (o)] In 2000, Boaz murdered Joshua Inman, a suspect that he was pursuing, [Exh M(o)] Never one to shirk from working with criminals, sometime between 2001, and, 2007, the FBI recuited him into the JTTF,

Trading off of the credibility of Gletty's "militia", Boaz introduced himself to Kreis by email in early 2007. [Exh M(c) post #887] As Perpetrator #2 was close to Kreis, and, this all appears to have been one operation, it is a reasonable inference that Boaz was working with Perpetrator #2 at this time. Boaz talked Kreis into forming a "neo-Nazi biker gang." [Exh M(c) post #887] As Gletty had now been outed by the Sentinel, Boaz just happened to have a spare "biker gang", Gletty's "militia", on hand. The gang was now either called the "1st SS Cavalry Brigade", or, "the 12th SS Cavalry Battalion,", or, some such nonsense. [Exh M(a) post #887] Like the "Aryan Nations", the "Rural People's Party", and, the "militia", the gang was fraudulent, and, comprised almost entirely of federal agents, and, in-

formants.  [Exh M(c) post #887]  So many law enforcement agents
signed up, in fact, that Boaz was soon    "the Aryan Nations top
Florida recruiter" (though Kreis was not "the" Aryan Nations;
he was just a harmless lunatic until Boaz recruited him.)  [Exh.
M(c)  post #887]  True to form, though, Boaz conducted this op-
eration with as much violence, and, as little regard for public
safety as possible;  when he found some real members for his
gang, Boaz offered them $1000 if they would shoot  blacks at ran-
dom in Osceola County, Florida,  [Exh M(c) post #887]

     In 2008, Boaz used this phony "gang" affiliation to infil-
trate the Florida "headquarters" of the Outlaws biker gang.  [Exh
M(c) post #886]  Once there, Boaz persuaded two actual bikers to
threaten both Obama, and, Boaz' co-worker, the Orange County
Sheriff himself.  [Exh M(c) post #886]  This pattern of inciting
threats against his co-workers is important.  Boaz then tried to
negotiate a merger between the FBI's "gang", and, the Outlaws.
[Exh M(c) post #886]  Kreis, excited at the chance to actually
lead something for once in his life, came to Florida, but, would
not allow the president of the Outlaw club to join his "gang", as
the man's mother was Cuban (a fact with no racial connotations).
[Exh M(c) post #886]

     At some point during this period, I received an email invit-
ation from Kreis to join him in South Carolina;  I assume that
this is in the email discovery files that were never released.  I
ignored the invitation because I knew Kreis to be a fruit.  How-
ever, this was at least the second attempt of Boaz' operation to
target me.

     Soon, Boaz had the whole phony biker gang pledging allegi-

ance to "Adolf Hitler, and, Al-Qaeda", creating the world's first "neo-Nazi Muslim biker threat", something new for the morons to consume on television, and, in the Orlando Sentinel.  And, having now taken a petty bunch of meth addicts, and, one loudmouth, and, made them into "terrorists", arrests began.  Ultimately, six people associated with the Outlaws were arrested on drug, and, explosives, charges, though this has become a problem for Boaz. [Exh M(c) post #886, (p)]  This operation was overseen by my alleged Florida "victim" Lawson Lamar.  Kreis was also eventually arrested, and, charged federally, with a petty social security disability fraud involving the non-reporting of a $10,000 inheritance.  Kreis.

In 2015, though, some problems with this case developed for Boaz.  As he had so many times in the past, Boaz committed perjury, and, had a woman, Deborah Plowman, falsely arrested.  [Exh M(p)]  Plowman v Boaz MD Fl Case No 16-cv-    .  Specifically, Boaz swore out a false affidavit stating that he saw Plowman commit drug offenses in Osceola County, Florida, at a time that she was in Chicago, Illinois.  [Exh M(p)]  Plowman.  Boaz was arrested in Chicago, came to Florida, was jailed in Florida, and, interviewed by Boaz.  [Exh M(p)]  Plowman.  It appears that, though Boaz knew at that point that the wrong woman had been arrested, he did not notify anyone;  his perjury was exposed by Plowman's defense.  [Exh.M(p)]  Plowman.

The motorcycle "gang" still exists, and, Boaz' operation has continued to target me, even in prison, as recently as April 2016.  The JTTF has changed the gang's name to the "Soul Survivor's", and, moved it to Georgia, where it now affiliates with the

National Socialist Movement.  In April, the FBI used this group to host a phony "neo-Nazi/Ku Klux Klan" rally at Stone Mountain, Georgia.  The name of the newspaper that I write for, the American Free Press, was used to promote this rally without our permission.  I received a copy of the phony flier in the mail.  When we demanded that the informants remove our name from the flier, they refused.  Similarly, the FBI had Schoep buy ads in a magazine that I write for, The Barnes Review;  I put a stop to that, too.  Even from prison, the FBI still had trouble fomenting cartoonish "racism" with me around (and, that, of course, is why it was so important to put me in prison;  the FBI needs cartoonish racism so as to reinforce its bogus ideological justifications for America as a multi-ethnic empire.)

   The distribution of "Aryan Nations" fliers at my 2010 Roanoke trial was almost certainly more of the cartoonish same;  I have had one idiot informant repeatedly pester me with requests for Roanoke contacts, presumably so crimes can be fabricated there.  [Exh M(g)].

   All of the above is foundation, context, and, corroborating circumstances to establish the truth of what follows, which is how Boaz used Perpetrator #1, and, #2, to commit the crimes that I was convicted of in Florida, to send communications attributed to me in this case, and, to threaten witnesses, and, otherwise obstruct justice in this matter, with federal authorization.