IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF ILLINOIS

East Saint Louis Division

| | |
|---|---|
| William A White<br><br>    Plaintiff<br><br>v<br><br>United States of America<br><br>    Defendant | Case No 16-cv-948<br><br>Judge Gilbert |

MOTION TO AMEND COMPLAINT PURSUANT

TO FED.R.CRIM.P 15(a)(1)
-----------------------------------

Comes Now the Plaintiff, William A White, and, I move this Court pursuant to Fed.R.Crim.P 15(a)(1) to amend the complaint so as to strike page 5, the first page of the Statement of the Claim, and, replace it with the attached pages 5, and, 5a.

Though this is an amendment of right, it is also for good cause.  The amended pages clarify the specific Illinois state torts under which I am proceeding, and, clarify that Post Traumatic Stress is a physical, neurological, injury, and, not mental, or, emotional, in nature.

Respectfully Submitted,

_/s/ William A White_
William A White

CERTIFICATE OF SERVICE
----------------------

I hereby certify under penalty of perjury that this Motion To Amend Complaint Pursuant To Fed.R.Crim.P. 15(a)(1) was mailed to the Clerk of the Court, 1st Class Postage Prepaid, for posting upon the electronic filing system this 26th day of September, 2016.

_/s/ William A White_
William A White

-1-

AMENDED STATEMENT OF THE CLAIM
-------------------------------

This is claim against the United States of America pursuant to the Federal Tort Claims Act, and, the following Illinois state torts under the continuing tort doctrine:

1) Torture;

2) Intentional infliction of physical injury;

3) Negligent infliction of physical injury;

4) Intentional infliction of serious emotional distress;

5) Negligent infliction of serious emotional distress;

6) General negligence, and, breach of duty of care;

7) Loss of normal life;

8) Any other tort that the Court can construe from a liberal reading of the facts of this pro se petition.

The injuries alleged occurred on a continuing basis between Oct 17, 2008, and, June 8, 2015. They were discovered on, or, about, February 6, 2016. Exh B.

There is some factual intersection between this matter and MD Fl Case No 14-cv-936, a Bivens action against two US Marshals, a Florida County, and, two Florida Sheriffs. However, the Court clearly ruled that relief under the FTCA was not available in that action, and, thus, there is no bar to incorporating the factual basis of that action into this proceeding.

Since my original filing, I have become aware of a proceeding brought in the Northern District of Illinois, Nolan v United States ND Ill Case No 12-cv-0247, where an inmate suffered similar injuries to those received here simply from the normative conditions of the MCC-Chicago SHU near in time to the periods I was housed there.

Post-Traumatic Stress, particularly at the severity at which

I suffer from it, is a physical, neurological, injury, and, not a mental, or, emotional, one. District Courts in the Seventh Circuit have found that PTSD is a "severe, and, disabling, neurological response to trauma." <u>Dougan v Pollard</u> 2013 US Dist LEXIS 180937 (WD Wi 2013) citing Rainville, Christina, <u>Using Undiagnosed Post-Traumatic Stress To Prove Your Case</u> Child Law Pract. (Aug 2012). The Seventh Circuit has found that "According to the National Institute of Mental Health, 'PTSD develops after a terrifying ordeal that involved physical harm, or, the threat of physical harm.'" <u>Townsend v Cooper</u> 759 F 3d 678 (7th Cir 2013). Every Circuit Court to consider the issue has found that Post-Traumatic Stress is a neurological injury. "[PTSD] is a very serious condition ... It entails some basic neurological changes in response to ongoing, and, repeated, stress, so that one's normal arousal mechanism has permanently changed." <u>O'Rourke v City of Providence</u> 235 F 3d 713 (1st Cir 2001); also <u>Lockett v Trimmel</u> 711 F 3d 1218 (10th Cir 2013) (post-traumatic stress affects brain development), <u>Healind v Ryan</u> 750 F 3d 793 (9th Cir 2012) (neurological impairment may result from PTSD).

In this Circuit, there is one unpublished District Court opinion which is, frankly, wrongfully decided, stating the opposite, <u>Michalezewski v CSX Transportation, Inc</u> 2007 US Dist LEXIS 100567 (ND Ill 2007). This case has been applied to frivolous prisoner lawsuits, like the claim that someone suffered PTSD from losingtheir job as an education clerk. This is not that kind of lawsuit, and, if the fact is placed in dispute, the evidence will show that my Post-Traumatic Strss is a physical, neurological, injury.

I hereby aver under penalty of perjury this 26th day of September, 2016, that the following is true to the best of my knowledge and ability:

-5a-



RECEIVED
SEP 29 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

William A White #13888-084
United States Penitentiary - Marion
PO Box 1000
Marion, IL 62959



MAIL CLEARED
US MARSHALS

⇔13888-084⇔
Clerk -- Us Dist Ct Sd Ill
750 Missouri AVE
Room 104
E Saint Louis, IL 62201
United States

LEGAL MAIL