IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF ILLINOIS

East St Louis Division

FILED
FEB 06 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

William A White
Plaintiff
v
Department of Justice, et al
Defendants

Case No: 16-cv-948
Judge Gilbert

MOTION TO AMEND THE COMPLAINT PURSUANT TO FED.R.CIV.P. 15

Comes NOW THE Plaintiff, William A White, and, I move this Court to Amend the Complaint in this matter to the following attached Amended Complaint. The Amended Complaint raises several claims that were not administratively exhausted at the time of the previous filing, but, which raise the same issues of law against two of the same defendants, as well as one new Defendant, the Bureau of Alcohol, Tobacco, and, Firearms. As these issues are most economically resolved in a single proceeding, and, would be subject to joinder if brought separately, they are now brought here.

Respectfully Submitted,

William A White #13888 -084
USP-Marion
PO Box 1000
Marion, IL 62959

CERTIFICATE OF SERVICE

I hereby certify that this Motion to Amend the Complaint Pursuant to Fed.R.Civ.P. 15(a) was mailed to the Clerk of the Court, 1st Class Postage Prepaid, for posting upon the Electronic Filing System this 16 th day of January , 2017.

William A White


FEB 03 2017
PRIORITY MAIL
DATE OF DELIVERY SPECIFIED^
USPS TRACKING™ INCLUDED*
INSURANCE INCLUDED†
PICKUP AVAILABLE
UNITED STATES POSTAL SERVICE
Retail
P
US POSTAGE PAID
$0.00
Origin: 62959
Destination: 62201
3 Lb 15.30 Oz
Feb 03, 17
1648600059-04
1005
PRIORITY MAIL ®1-Day
Expected Delivery Day: 02/04/2017
C002
USPS TRACKING NUMBER
9505 5116 0903 7034 0629 70
MAIL CLEARED
US MARSHALS
FROM: William A White #13888-084
United States Penitentiary - Marion
PO Box 1000
Marion, IL 62959
TO:
13888-084
Clerk -- Us Dist Ct Sd Ill
750 Missouri AVE
Room 104
E Saint Louis, IL 62201
United States
VISIT US AT USPS
ORDER FREE SUPPLIES
This package is made from
Please recycle - again.
^ Domestic only.
* Tracking outside the U.S. available to many major International destinations.
† Limited International indemnity.
× For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 20 lbs.
UNITED STATES POSTAL SERVICE
PS00011000001
PRIORITY MAIL

# PRIORITY® ★ MAIL ★




Here is how to seal your box:

- ★ Fold in side flaps first, then fold up this bottom flap.
- ★ Remove strip covering adhesive on top flap.
- ★ Fold top flap down and around bc[illegible]om of the bo[illegible]
- ★ Press firmly to ens[illegible] a secure s[illegible]

## MEDIUM FLAT RATE BOX

ONE RATE ★ ANY WEIGHT*




O-FRB2_July 2013
ID: 11.875 x 3.375 x 13.625
OD: 12 x 3.5 x 14.125
ODCUFT: 0.343




*Tracking outside the U.S. available to many major International destinations. ‡Limited International indemnity. *For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 20 lbs.