United States Penitentiary - Marion
P.O. Box 1000
Marion, IL 62959

⇦13888-084⇨

Office Of General Counsel
FOIA 2013Usms24506
2604 Jefferson Davis HWY
US Marshals FOIA
Alexandria, VA 22301
United States

NIXIE        207   4E 1         8607/26/16
RETURN TO SENDER
VACANT
UNABLE TO FORWARD
BC: 62959750000    *2616-12742-19-40

EXHIBIT A(a)(i)

William Bordley

Office of General Counsel

United States Marshals Service, 10th Floor

Washington, DC 20530


Re:  FOIAPA 2013USMS24506

Dear Mr Bordley:

    Your office never fulfilled its obligation to provide the

documents identified in the above referenced FOIAPA Request,

2013USMS24506.  Further, your office closed its physical offices,

and, moved to this location without notice.

    This is an inquiry as to the status of the above FOIAPA Re-

quest, a request that all documents identified be provided within

20 days, and,a revocation of any waiver of the time to respond

previously provided.

    Thank you for your response.

                         Respectfully Submitted,


                         William A White #13888-084
                         USP-Marion
                         PO Box 1000
                         Marion, IL 62959


                              -1-



U.S. Department of Justice

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

April 26, 2016

MR. WILLIAM ALEXANDER WHITE
**13888-084
MCC CHICAGO
METROPOLITAN CORRECTIONAL CENTER
71 WEST VAN BUREN STREET
CHICAGO, IL 60605

FOIPA Request No.: 1224695-000
Subject: WHITE, WILLIAM ALEXANDER

Dear Mr. White:

Reference is made to your Privacy Act request for FBI records concerning yourself. As you probably recall, the FBI located approximately 13,926 pages that are potentially responsive to your request. Once requests go over a certain size, usually in the 50-100 page range, they become increasingly complex, greatly slowing down the time required for processing. Generally the larger the file, the longer it takes to process. Given our current workload and staffing levels, it may be a very long time before you would begin to receive material from this request.

We contact requesters with requests of this size to see if there might be a way to possibly narrow the scope of the request. Is this something you might be willing to consider?

Please contact Rebecca Bronson of my staff to discuss this possibility. She can be reached by mail through the Work Process Unit, Records Management Division, 170 Marcel Drive, Winchester, VA 22602. You may also designate a point of contact at the penitentiary to contact Ms. Bronson for you.

Sincerely,

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Records Management Division

December 1, 2016

...ector, Office of Information Policy
...ited States Department of Justice
...25 New York Ave, NW, Suite 11050
...lashington, DC 20530-0001

Re: FOIAPA Request No: 1224695-000

Dear Director:

This is a second effort to appeal your determination that you will not be able to process this request for "a very long time".

I would like all records responsive to this request within 20 days.

Thank you.

Respectfully Submitted,

William A White #13888-084
USP-Marion
PO Box 1000
Marion, IL 62959

August 7, 2016

FOIA-PA Officer

North-Central Regional Office

Federal Bureau of Prisons

400 State Ave Suite 800

Kansas City, KS 66101

—

Re:  New FOIA Request William A White #13888-084

Dear FOIA-PA Officer:

My name is William A White #13888-084, SSN:

DOB          .  I hereby request the following records in your

possession:

1) regarding me:

   a)  all medical records;

   b)  all psychological records;

   c)  all requests for administrative remedy, and, tort
       claims;

   d)  all disciplinary records;

   e)  all SENTRY records;

   f)  all Prison Security, and, Intelligence Record System
       [JUSTICE/BOP-001] records;

   g)  all communications between Bureau of Prisons personnel,
       and, between Bureau of Prisons personnel, and, other
       law enforcement agencies, any US Attorney's Office, or,
       any agency of the Attorney General, including the US
       Department of Justice Civil Rights Division;

2) All maintenance records related to the 11th floor Special
   Housing Unit of the Metropolitan Correctional Center
   Chicago between October 17, 2008, and, December 29, 2008,

-1-

particularly, but, not limited to, records related to
heating problems, insect infestations, and, the flooding of
cells with human fecal material.

3) The green SHU log books from the Metropolitan Correctional
   Center's 11th floor for the period October 17, 2008, to
   December 29, 2008.

All fees related to this request are accepted.

Sincerely,

William A White #13888-
084
USP - Marion
PO Box 1000
Marion, IL 62959

-2-



U.S. Department of Justice

Federal Bureau of Prisons

*North Central Regional Office*

Sincerely,

*Erika Fenstermaker*

*for*

Richard W. Schott
Regional Counsel

*Office of the Regional Counsel*

*400 State Avenue*
*Tower II, Suite 800*
*Kansas City, KS 66101*

August 15, 2016

William White, Reg. No. 13888-084
USP Marion
P.O. Box 1000
Marion, IL  62959

Re: Request for Records

Dear Requester:

We are in receipt of your correspondence received by the North Central Regional Office on July 27, 2016, for response.  You seek copies of records maintained by the Bureau of Prisons (Bureau).

In accordance with 28 Code of Federal Regulations (C.F.R.), Part 16.3 or 16.41, a request for information directed to the Federal Bureau of Prisons is not deemed properly filed until it is received by the component at the address specified in Appendix I, Title 28 C.F.R., which is noted above. Additionally, once the request for records is received, a review of the request is conducted by the Central Office FOI/PA Section to determine whether the required elements of a request under the statute and regulations have been met.  Required elements include an authorization to release information dated within three (3) months of the request; the authorization must include the individuals full name, date of birth, place of birth and current address; the subject's signature must be notarized; the name of the individual authorized to receive the information must be included on the authorization; and finally, the authorization must have an original signature.

Pursuant to Title 28, Code of Federal Regulations, Part 513.60, a request for Bureau records must be made in writing and addressed to the Director, Federal Bureau of Prisons, 320 First Street N.W., Washington, DC. 20534.  The requester shall clearly mark on the face of the letter and the envelope **"FREEDOM OF INFORMATION REQUEST"** and shall clearly describe the records sought.



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

_____

*Office of the Regional Counsel*          400 State Avenue
                                          Tower II, Suite 800
                                          Kansas City, KS 66101

September 26, 2016

William White
Register Number 13888-084
USP Marion
PO Box 1000
Marion, Illinois 62959

Dear William White:

The Federal Bureau of Prisons (BOP) received your Freedom of Information Act/Privacy Act (FOIA/PA) request. Your request has been assigned a number and forwarded to the processing office noted below. Please make a note of the request number and processing office as you will need to include it in any correspondence or inquiry regarding your request. You request a copy of all records including, medical, psychology, administrative remedy, tort claims, disciplinary records, SENTRY, intelligence; all maintenance records related to the 11th floor SHU in MCC Chicago from October 17, 2008 to December 29, 2008; and green SHU log books for the same time period.

FOIA/PA Request Number:     2016-07558
Processing Office:          NCR

The time needed to complete our processing of your request depends on the complexity of our records search and the volume and complexity of any records located. Each request is assigned to one of three tracks: simple, complex, or expedited. Due to the large number of FOIA/PA requests received by BOP and the limited resources available to process such requests, BOP handles each request on a first-in, first-out basis in relation to other requests in the same track. Your request was assigned to complex track and placed in chronological order based on the date of receipt.

We determined exceptional circumstances exist as the documents responsive to your request must be searched for and collected from a field office, and/or the documents responsive to your request are expected to be voluminous and will require significant time to review, and/or your request requires consultation with at least one other agency with a substantial interest in your request. Because of these unusual circumstances, we are extending the time limit to respond to your request beyond the

ten additional days provided by the statute. Processing complex requests may take up to nine months. Pursuant to 28 C.F.R. § 16.5(b) and (c), you may narrow or modify your request in an effort to reduce the processing time.

Pursuant to 28 C.F.R. § 16.10, in certain circumstances we are required to charge fees for time spent searching for or duplicating responsive documents. If we anticipate your fees will be in excess of $25.00 or the amount you have indicated you are willing to pay, we will notify you of the estimated amount. At that time, you will have the option to reformulate your request to reduce the fees. If you requested a fee waiver, we will make a decision whether to grant your request after we determine whether fees will be assessed for this request.

If you have questions regarding the status of your request or anything discussed in this letter, you may contact the North Central Regional Office or the BOP FOIA Public Liaison, Mr. C. Darnell Stroble at (202) 616-7750 or BOP FOIA Section, 320 First Street, NW, Room 936, Washington, D.C. 20534. You can also check the status of your request on line at http://www.bop.gov/PublicInfo/execute/foia.

Sincerely,

*April Cromer*
*for*

Richard W. Schott
Regional Counsel

October 3, 2016

C. Darnell Stroble

BOP FOIA Public Liason

320 First Street, NW Room 936

Washington, DC 20534


Re:  Appeal of FOIAPA Request # 2016-07558


Dear Mr Stroble:

    This is an appeal of your office's determination that the
above referenced FOIA Request, #2016-07558, will require more
than twenty days to answer.  I request all requested records be
provided within twenty days.


                    RRespectfully Submitted,


                    _____
                    William A White

-1-

December 30, 2016

EXHIBIT D(a)(v)

----------------

Director

Office of Information Policy

United States Department of Justice

1425 New York Avenue Suite 11050

Washington, DC 20530

Re:  BOP FOIA 2017-01269 /  2016-07558

Dear Director:

    This is an appeal of the Bureau of Prison's determination
that it will take more than 10 additional days to respond to the
above FOIA requests.  Further, the Bureau of Prisons never re-
sponded to my agency-level appeal of 2016-07558, made October 3,
2016.

    Thank you.

                          Respectfully Submitted,


                          William A White #13888-084
                          USP-Marion
                          PO Box 1000
                          Marion, IL 62959

                    -1-

EXHIBIT B(b)((i)
November 20, 2008
Case 2:16-cv-00948-JPG Document 25-1 Filed 07/17/17 Page 10 of 52 Page ID #184

C. Darnell Stroble

BOP FOIA Public Liason

320 First Street, NW Room 936

Washington, DC 20534

Re: New FOIA Request

Dear Mr Stroble:

This is a new request pursuant to the Freedom of Information

Act for:

* the SHU visitor/entry logs for the Metropolitan Correct-
  ional Center Chicago's 11th Floor from Jan 1, 2011, to
  Apr 20, 2011.

Thank you. I look forward to a response within 20 days.

Respectfully Submitted,

William A White #13888-084
USP-Marion
PO Box 1000
Marion,IL 62959

-1-



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

---

*Office of the Regional Counsel*

400 State Avenue
Tower II, Suite 800
Kansas City, KS  66101

December 2, 2016

William White #13888-084
United States Penitentiary
P. O. Box 1000
Marion, IL  62959

Dear William White:

The Federal Bureau of Prisons (BOP) received your Freedom of Information Act/Privacy Act (FOIA/PA) request. Your request has been assigned a number and forwarded to the processing office noted below. Please make a note of the request number and processing office as you will need to include it in any correspondence or inquiry regarding your request. A copy of the first page of your request is attached to help you more easily keep track of your request.

FOIA/PA Request Number:     2017-01269
Processing Office:          NCR

The time needed to complete our processing of your request depends on the complexity of our records search and the volume and complexity of any records located. Each request is assigned to one of three tracks: simple, complex, or expedited. Due to the large number of FOIA/PA requests received by BOP and the limited resources available to process such requests, BOP handles each request on a first-in, first-out basis in relation to other requests in the same track. Your request was assigned to the complex track and placed in chronological order based on the date of receipt.

We determined unusual circumstances exist as the documents responsive to your request must be searched for and collected from a field office, and/or the documents responsive to your request are expected to be voluminous and will require significant time to review, and/or your request requires consultation with at least one other agency with a substantial interest in your request. Because of these unusual circumstances, we are extending the time limit to respond to your request beyond the ten additional days

provided by the statute. Processing complex requests may take up to nine months. Pursuant to 28 C.F.R. § 16.5(b) and (c), you may narrow or modify your request in an effort to reduce the processing time.

Pursuant to 28 C.F.R. § 16.10, in certain circumstances we are required to charge fees for time spent searching for or duplicating responsive documents. If we anticipate your fees will be in excess of $25.00 or the amount you have indicated you are willing to pay, we will notify you of the estimated amount.  At that time, you will have the option to reformulate your request to reduce the fees. If you requested a fee waiver, we will make a decision whether to grant your request after we determine whether fees will be assessed for this request.

If you have questions regarding the status of your request or anything discussed in this letter, you may contact the NCR at 913-578-1634 or the BOP FOIA Public Liaison, Mr. C. Darnell Stroble at (202) 616-7750 or BOP FOIA Section, 320 First Street, NW, Room 936, Washington, D.C. 20534. You can also check the status of your request on line at http://www.bop.gov/PublicInfo/execute/foia.

Sincerely,

X *B. Hull*

B. Hull, Paralegal Specialist for
Richard M. Winter, Regional Counsel
Signed by: BOP

BOP FOIA Public Liaison

C Darnell Stroble

BOP FOIA Section

320 First Street, NW Room 936

Washington, DC 20534

Re:  FOIAPA 2017-01269

Dear Mr Stroble:

    This is an appeal of your agency's determination that it will require more than 10 additional days to answer.  I request that the Bureau of Prison provide all requested records within 20 days, as required by law.

    Thank you.

                    Respectfully submitted,

                    William A White #13888-084
                    U SP-Marion
                    PO Box 1000
                    Marion, IL 62959



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

---

*Office of the Regional Counsel*

400 State Avenue
Tower II, Suite 800
Kansas City, KS 66101

December 21, 2016

William White #13888-084
United States Penitentiary
P. O. Box 1000
Marion, IL 62959

Information Request No. 2017-01269

Dear William White:

This is in response to your letter dated December 11, 2016, wherein you appeal our determination that your request will require more than 10 additional days to answer.

The time needed to complete our processing of your request depends on the complexity of our records search and the volume and complexity of any records located. Each request is assigned to one of three tracks: simple, complex, or expedited. Due to the large number of FOIA/PA requests received by BOP and the limited resources available to process such requests, BOP handles each request on a first-in, first-out basis in relation to other requests in the same track. Your request was assigned to the complex track and placed in chronological order based on the date of receipt.

We determined unusual circumstances exist as the documents responsive to your request must be searched for and collected from a field office, and/or the documents responsive to your request are expected to be voluminous and will require significant time to review, and/or your request requires consultation with at least one other agency with a substantial interest in your request. Because of these unusual circumstances, we are extending the time limit to respond to your request beyond the ten additional days provided by the statute. Processing complex requests may take up to nine months. Pursuant to 28 C.F.R. § 16.5(b) and (c), you may narrow or modify your request in an effort to reduce the processing time.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating

an account at: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Additionally, you have the right to seek dispute resolution services from BOP's FOIA Public Liaison, Mr. C. Darnell Stroble ((202) 616-7750) or the Office of Government Information Services (OGIS). OGIS offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information, Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

X B. Hull

B. Hull, Paralegal Specialist for
Richard M. Winter, Regional Counsel
Signed by: BOP

William Bordley

Office of General Counsel

United States Marshals Service, 10th Floor

Washington, DC 20530

Re:  New FOIAPA Request

Dear Mr Bordley:

This is a new FOIAPA Request for all documents, and, records in your possession on the following subjects:

Policies And Procedures
-----------------------

1)  All documentation on how your agency implements its obligations under the Convention Against Torture, and, 42 USC §2000-dd, including, but, not limited to, as applied to federal detainees in local, or, state, facilities.

Groups, Operations, Oragnizations
---------------------------------

2)  Any group, or, operation, associated with 480 Sherwood Dr, Lexington, SC;

3)  American Front;

4)  New Resistance;

5)  Green Star;

6)  Rural People's Party;

7)  US Songun Study Group;

8)  New Bihar Mandir Temple;

9)  United Juche Front of North America;

10) Swords of Songun;

11) the Aryan Nations, or, any related group, in Pennsylvania, or, South Carolina;

12) Any group claiming affiliation with the government of North Korea in Massachusetts, New York, New Jersey, or, South Carolina;

13) Any group claiming affiliation with Alexander Dugin, or, the Donetsk, or, Luhansk, People's Republics, in Massachusetts, New York, New Jersey, or, South Carolina;

14) Any group claiming affiliation with al-Qaeda in South Carolina;

15) Manchuoko Temporary Government;

16) US Juche Study Group;

17) Russian Defense League;

18) 1st SS Cavalary Brigade;

19) National Socialist Movement;

20) Confederate Hammerskins;

21) League of the South;

22) Soul Survivors Motorcycle Club;

23) Outlaw Bikers of Osceola County, Florida;

24) Operation Primitive Affliction;

25) Traditional Workers' Party;

26) Aryan Renaissance Society;

27) Blue LIves Matter;

28) Golden State  Skinheads;

29) Aryan Nationalist Alliance;

30) Aryan Strikeforce;

31) Ohio Council of Concerned Citizens;

32) White Lives Matter;

33) California Skinheads (poss. California State Skinheads);

34) Vinlander Social Club;

Persons
-------

35) James Porrazzo of the American Front - New Resistance;

36) Joshua Caleb Sutter aka David Woods aka Tyler Moses aka Shree-Shree Kaliki-Kalki Mandir aka Stephen Brown aka

-1-                                                          -2-

Thugee Behram, an informant; ... Sonny Thomas of the Schmuckdonalds.com Show;

37) Jilian Hoy aka Comrade Morrison aka Jayalita Devi Dasi, an informant;

38) John Paul Cupp, advocate for North Korea;

39) Jason Adam Tonis, advocate for North Korea;

40) Kevin Walsh, advocate for North Korea;

41) Zaid Shakir al-Jishi, advocate for North Korea;

42) Emily Rotney, girlfriend of Porrazzo;

43) Chris Hayes of the American Front;

44) Kent McLellan of the American Front;

45) August Kreis III of the Aryan Nations;

46) Brett Stevens of Houston, Texas;

47) David Lynch of the American Front (deceased);

48) David Gletty, an informant;

49) Joe LNU, gay lover of Gletty;

50) Kelly Boaz aka Kevin Post, Orange County Florida Sheriffs' Deputy, and, FBI-JTTF Agent;

51) Tom Martin of the Confederate Hammerskins;

52) John Rock of the Confederate Hammerskins;

53) Brian Klose of the Outlaw Bikers;

54) Deborah Plowman of the Outlaw Bikers;

55) Harold "Hippie" Kinlaw of the Outlaw Bikers;

56) Carlos "Gino" Dubose of the Outlaw Bikers;

57) Robert Killian aka "Doc" aka Michael Schneider, Orange County, Florida, Sheriff, and, FBI-JTTF Agent;

58) Jason Hall, informant;

59) Matthew Heimbach of the Traditional Workers Party;

60) Brooke Heimbach of the Traditional Workers Party;

61) Matthew Parrot, an informant;

62) Rick Tyler, Congressional Candidate in Cleveland, Tennessee;

63) Dr Matthew Raphael Johnson of the Traditional Workers Party;

65) Jeff Schoep of the National Socialist Movement;

66) Steve Bowers of the National Socialist Movement;

67) Rebecca Barnette of the National Socialist Movement;

68) Paddy Tarleton of the Traditional Workers Party;

69) Scott Hess of California;

70) Tony Korvalis of California;

71) Elisha Strom, an informant for your agency;

72) Chris Drake of Augusta, Georgia;

73) Erica Hardwick, aka Erica Hoesch, an informant for your agency;

74) Kristy "Sin" Pryzbylla of the Outlaw Bikers;

75) Robert Cusack of the Outlaw Bikers;

76) Peter James of the Outlaw Bikers;

77) Harold Turner, an informant for your agnecy;

78) James Logsdon, aka James Langston, aka James Lauston, an informant;

79) Rick Spring of the Aryan Nations;

80) Ron Wolf of Toledo, Ohio;

81) Brian Holland, an informant;

82) Richard Brunson of the National Socialist Movement;

83) an operation in New York City involving informants, and/or, agents, impersonating relatives of the Shah of Iran, including an informant impersonating Maj Gen Manchuehr Khosrowdad, the Shah's twin, and, "Princess Ashraf", all at the Pahlevi Building.

All fees are accepted.  I have documents, either from the media, or, other government agencies, suggesting that your agency has responsive documents on these subjects.

Thank you for responding within 20 days.

-3-

-4-

Respectfully Submitted,

William A White #13888-084
USP-Marion
PO Box 1000
Marion, IL 62959

FOIA Officer

Bureau of Alcohol, Tobacco, and, Firearms

Disclosure Division

99 New York Ave, NE, Room 4E.301

Washington, DC 20226

Re:  New FOIAPA Request

Dear FOIA/PA Officer:

This is a request pursuant to the Freedom of Information – Privacy Act for all records in your possession regarding the following subjects:

1)  Myself, William A White (certification of identity enclosed);

Groups, Operations, Organizations
----------------------------------

2)  All storefront operations in Toledo, Ohio, since 2004;

3)  Any group, or, operation, associated with 480 Sherwood Dr, in Lexington, South Carolina;

4)  American Front;

5)  New Resistance;

6)  Green Star;

7)  Rural People's Party;

8)  US Songun Study Group;

9)  New Bihar Mandir Temple;

10)  United Juche Front of North America;

11)  Swords of Songun;

12)  The Aryan Nations, or, any related group, in Pennsylvania, or, South Carolina;

13)  Any group claiming affiliation with the government of North Korea in Massachusetts, New York, New Jersey, or, South Carolina;

14)  Any group claiming affiliation with Alexander Dugin, or the Donetsk, or, Luhansk, People's Republics, in Massachusetts, New York, New Jersey, or, South Carolina;

15)  Any group claiming affiliation with al-Qaeda in South Carolina;

16)  Manchuoko Temporary Government;

17)  US Juche Study Group;

18)  Russian Defense League;

19)  1st SS Cavalary Brigade;

20)  National Socialist Movement;

21)  Confederate Hammerskins;

22)  League of the South;

23)  Soul Survivors Motorcycle Club;

24)  Outlaw Bikers of Osceola County, Florida;

25)  Operation Primitive Affliction;

26)  Traditional, or, Traditionalist, Workers' Party;

27)  Aryan Renaissance Society;

28)  Blue Lives Matter;

29)  Golden State Skinheads;

30)  Aryan Nationalist Alliance;

31)  Aryan Strikeforce;

32)  Ohio Council of Concerned Citizens;

33)  White Lives Matter;

34)  California Skinheads (poss. California State Skinheads)

35)  Vinlander Social Club;

Persons
-------

36)  James Porrazzo of the American Front – New Resistance;

37) Joshua Caleb Sutter aka David Woods aka Tyler Moses aka Shree-Shree Kaliki-Kalki Mandir aka Stephen Brown aka Thugee Behram, an informant;

38) Jilian Hoy aka Comrade Morrison aka Jayalita Devi Dasi, an informant;

39) John Paul Cupp, advocate for North Korea;

40) Jason Adam Tonis, advocate for North Korea;

41) Kevin Walsh, advocate for North Korea;

42) Zaid Shakir al-Jishi, advocate for North Korea;

43) Emily Putney or Rotney, girlfriend of Porrazzo;

44) Chris Hayes of the American Front;

45) Kent McLellan of the American Front;

46) August Kreis III of the Aryan Nations;

47) Brett Stevens of Houston, Texas;

48) David Lynch of the American Front (deceased);

49) David Gletty, an informant;

50) Joe LNU, gay lover of Gletty;

51) Kelly Boaz aka Kevin Post, Orange County Florida Sheriff and FBI-JTTF Agent;

52) Tom Martin of the Confederate Hammerskins;

53) John Rock of the Confederate Hammerskins;

54) Brian Klose of the Outlaw Bikers;

55) Deborah Plowman of the Outlaw Bikers;

56) Harold "Hippie" Kinlaw of the Outlaw Bikers;

57) Carlos "Gino" Dubose of the Outlaw Bikers;

58) Robert Killian aka "Doc" aka Michael Schneider, Orange County, Florida, Sheriff, and, FBI-JTTF Agent;

59) Jason Hall, informant;

60) Matthew Heimbach of the Traditionalist Workers Party;

61) Brooke Heimbach of the Traditionalist Workers Party;

62) Matthew Parrott, an informant;

63) Rick Tyler, Congressional candidate in Cleveland, Tennessee;

64) Dr Matthew Raphael Johnson of the Traditionalist Worker's Party;

65) Sonny Thomas of the Sonny Thomas Radio Show;

66) Jeff Schoep of the National Socialist Movement;

67) Steve Bowers of the National Socialist Movement;

68) Rebecca Barnette of the National Socialist Movement;

69) Paddy Tarleton of the Traditionalist Workers Party;

70) Scott Hess of California;

71) Tony Kovalis of California;

72) Elisha Strom of Virginia, an informant;

73) Chris Drake of Augusta, Georgia;

74) Erica Hardwick, aka Erica Hoesch, originally of Hardy, Virginia;

75) Kristy "Sin" Pryzbylla of the Outlaw Bikers;

76) Robert Cusack of the Outlaw Bikers;

77) Peter James of the Outlaw Bikers;

78) Harold Turner, an informant;

79) James Logsdon, aka James Langston aka James Lauston, an informant;

80) Rick Spring of the Aryan Nations;

81) Ron Wolf of Toledo, Ohio;

82) Brian Holland, an informant;

83) Richard Brunson of the National Socialist Movement.

All fees are accepted.  I have documents, either from the media, or, other government agencies, suggesting that your agency has responsive documents on these subjects.

Thank you for responding within 20 days.

Respectfully Submitted,

William A White #13888-084
USP-Marion
PO Box 1000
Marion, IL 62959

-5-

David M Hardy

Section Chief

Record / Information Dissemination Section

Records Management Division

Federal Bureau of Investigation

Washington, DC 20535

Re: Second FOIA Request For The Following

Dear Mr Hardy:

On July 18, 2016, I submitted a FOIA request for the following subjects. The request was ignored. I filed suit for this information in SD Ill Case No 16-cv-948. Suit still pends. However, I am making a second FOIA request to your agency for all records relating to the following groups, or, individuals:

Persons
-------

1) James Porrazzo, likely of Boston, Massachusetts;

2) Joshua Caleb Sutter aka David Woods aka Tyler Moses aka Shree Shree Kaliki-Kalki Mandir aka Stephen Brown aka Thugee Behram;

3) Jilian Hoy aka Comrade Morrison aka Jayalita Devi Dasi;

4) John Paul Cupp;

5) Jason Adam Tonis of Elizabeth, New Jersey;

6) Kevin Walsh;

7) Zaid Shakar al-Jishi;

8) Emily Rotney;

9) Chris Hayes;

10) Kent McLellan;

11) August Kreis III;

12) Brian Moudry;

13) David Lynch (deceased);

Groups
------

14) Any group affiliated with 480 Sherwood Dr, Lexington, SC;

15) American Front;

16) New Resistance;

17) Green Star;

18) Rural People's Party;

19) US Songun Study Group;

20) New Bihar Mandir Temple;

21) United Juche Front of North America;

22) Swords of Songun;

23) Aryan Nations, or, any related group in Pennsylvania, or, Lexington, SC;

24) any person, or, entity in Lexington, SC, claiming affiliation with the government of North Korea;

25) any person, or, entity, in Lexington, SC, claiming affiliation with al-Qaeda, or, any related group;

26) any person, or, entity, in Boston, MA, New York, or, Lexington, SC, claiming affiliation with Alexander Dugin, the Donetsk People's Republic, or, the Luhansk People's Republic;

27) Manchuoko Temporary Government;

28) US Juche Study Group;

29) Russian Defense League.

In addition, I also would like all records related to the following subjects not previously raised:

-2-

30) FBI-JTTF Agent, and, New York City Police Detective
   Peter Zaleski;

31) a sting operation run out of the Pahlevi Building in
   New York, NY, by informants claiming to be "the Gener-
   al", supposedly Iranian Major General Khosrowdad (de-
   ceased 1979), the "twin brother of the Shah of Iran",
   "Princess Ashraf of Iran", and, "Iranian terrorists."
   Time frame is at least 2008 to present.

32) FBI-JTTF infiltration of Korean language classes in
   the New York City area.

As described in my previous requests, all of the above is
requested for the purpose of uncovering wrongdoing by your agen-
cy.  All fees are accepted.

Thank you for responding with all records within 20 days.

Respectfully Submitted,

William A White #13888-084
USP-Marion
PO Box 1000
Marion, IL 62959

-3-

AUGUST 19, 2016

David M Hardy

Section Chief

Record / Information Dissemination Section

Records Management Division

Federal Bureau of Investigation

Washington DC 20535

Re: New FOIA Request

Dear Mr. Hardy:

    I am writing to request, pursuant to the Freedom of Information Act, all records in

your possession regarding the following:

    - The 1st SS Cavalry Brigade, an FBI front group in Lexington, S.C. and Florida

    - The National Socialist Movement

    - The Confederate Hammerskins

    - The League of the South

    - The Soul Survivors Motorcycle Club

    - David G Kelly, a federal informant in Florida

    - Kelly's lover "Joe" LNU, also an informant

    - Maitland, Florida SA Kevin Farrington

    - Farrington's partner, SA Dan LNU

    - Orange County Sheriff's Deputy, and JTTF Agent, Kelly Boaz of Sanford, Florida

    - Tom Martin of Florida

    - John Rock of Florida

    - The Outlaw Bikers of Osceola County, Florida

    - Brark boaz of Florida

    - Deborah Plowman of Florida

    - Harold "Hippie" Kinlaw of Florida

    - Carlos "Geno" Dubose of Florida

Thank you. All fees are accepted.

                    Sincerely

                    William A White # 13888-084 USP-Marion

                    PO Box 1000 Marion, IL 62959

-1-

August 24, 2016

David M Hardy, Section Chief

Records Management Division, FOIA/PA

FBI Headquarters

Records / Information Dissemination Section

Washington, DC 20535

Re:  FOIA Request

Dear Mr Hardy:

    This is a request pursuant to the Freedom of Information Act
for all records in your possession regarding the following sub-
jects:

    *  Operation "Primitive Affliction" -- This is either the
name of a large, possibly ongoing, FBI-JTTF counter-intelligence
operation, or, a portion of that operation which targeted the
Outlaw Bikers, and/or, the Aryan Nations during the period 2007-
2012.

    *  Robert Killian -- Killian is an Orange County, Florida,
Sheriff who was assigned to the Joint Terrorism Task Force from
2003 to 2010.

    *  Jason Hall -- Jason Hall was an FBI Confidential Inform-
ant under JTTF Case Agent Kelly Boaz in 2012.

    Thank you.  All fees associated with this request are ac-
cepted.

                        Respectfully Submitted,

                        _____
                        William A White #13888-084
                        USP - Marion
                        PO Box 1000
                        Marion, IL 62959

            -1-

September 12, 2016

David M. Hardy, Section Chief

Record/Information Dissemination Section

FBI Headquarters

Washington, DC 20535

Re: New FOIA Request

Dear Mr. Hardy:

This is a request pursuant to the Freedom of Information Act for all records in your possession on the following subjects:

1) The Traditional (or Traditionalist) Workers Party;

2) Matthew Heimbach, involved in same;

3) Brooke Heimbach, involved in same;

4) Matthew Parrott, father of Brooke Heimbach, and an informant for both your Bureau and the Indiana State Police;

5) Rick Tyler, Congressional candidate in Cleveland, Tennessee;

6) Dr. Matthew Raphael Johnson, associated with the Traditionalist Workers Party;

7) the Aryan Renaissance Society, or "Blue Lives Matter" of Texas;

8) the Golden State Skinheads of Sacramento, California;

9) the Aryan Nationalist Alliance of Salem, Ohio;

10) the Aryan Strike Force of Salem, Ohio, likely an FBI-JTTF cover name;

11) Sonny Thomas of the Sonny Thomas Radio Show;

12) Ohio Council of Concerned Citizens;

13) Steve Bowers of the National Socialist Movement, of Springfield, Missouri;

14) Rebecca Barnette, phone # 423-727-8778, of Buffalo, New York, of the National Socialist Movement;

15) White Lives Matter;

16) the Aryan Strike force of Buffalo, New York, or any other location;

17) Paddy Tarleton of the Traditionalist Workers Party;

18) Skullttoss of Sacramento, California;

19) Tony Hovater of Sacramento, California;

20) California Skinheads;

21) Elisha Strom, an informant with the US Marshals, and, possibly, your Bureau;

22) An informant in Augusta, Georgia, using the name "Christopher Drake";

23) Erica Hardwick, aka Erica Horsch, an informant with the US Marshals and possibly your Bureau;

24) Kevin Post, a cover name used by FBI-JTTF Agent Kelly Boaz;

25) Kristy Przybylski, aka "Stri" of Kissimmee, Florida;

26) Ronald Cusack of Kissimmee, Florida;

27) Peter Jones of Chicago, Illinois;

28) Harold Turner of Bergen, New Jersey;

29) James Logsdon of Peoria, Illinois;

30) Rick Spring of the Aryan Nations, an informant for the FBI-JTTF.

All fees associated with these requests are excepted.

Thank you.

Sincerely,

William White

William A White # 13888-084

USP-Marion

PO Box 1000

Marion, IL 62959

-1-

-2-

David M Hardy, Section Chief

Records Management Division, FOIA/PA

FBI Headquarters

Records/Information Dissemination Section

Washington, DC 20535

Re:  New FOIAPA Request

Dear Mr Hardy:

    This is a request pursuant to the Freedom of Information Act for all records in your agency's possession regarding the following subjects:

Groups, Organizations, and, Things
-----------------------------------

1)  American National Socialist Workers' Party;

2)  Vinlander Social Club;

3)  Seminole County, Florida, Sheriff's Office, particularly its contract work for the FBI, and, cooperation with the FBI-JTTF;

4)  Transcripts of recorded phone calls made by Michael Burks, and/or, Michael Downs, and, in the possession of your agency in both the Northern District of Illinois, and, the Eastern District of Virginia;

Persons
-------

5)  Jeff Schoep of the National Socialist Movement;

6)  Brian Holland, an informant;

7)  Ron Wolf of Toledo, Ohio, likely an ATF informant;

8)  FBI SA James Majeski of Florida;

—1—

9)  FBI SA Mick Erie Krempa of Florida;

10) FBI SA Thomas David Church of Virginia;

11) Seminole County Sheriff Debra Healy;

I look forward to your response within 20 days.

Thank you.

                         Respectfully Submitted,

                         William A White #13888-084
                         USP-Marion
                         PO Box 1000
                         Marion, IL 62959

—2—



U.S. Department of Justice

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

September 8, 2016

MR. WILLIAM A. WHITE
**13888-084
UNITED STATES PENITENTIARY - MARION
POST OFFICE BOX 1000
MARION, IL 62959

FOIPA Request No.: 1357551-000
Subject: 1st SS Cavalry Brigade (Lexington,
South Carolina and Florida)

Dear Mr. White:

This is in response to your Freedom of Information Act (FOIA) request.

The records you have requested contain material that United States Penitentiary - Marion has categorized as prohibited within its facility; therefore, your request has been closed administratively. Please provide an alternate address, and we will re-open your request for processing.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@ic.fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

September 13, 2016

Director, Office of Information Policy

Department of Justice Suite 11050

1425 New York Avenue, NW

Washington, DC 20530-0001

Re: FOIPA Request No: 1357593-000, 1357551-000, 1357585-000,
      1357558-000

Dear Sirs / Madams:

The above listed FOIA/PA requests were denied by David M
Hardy, Section Chief, Record/Information Dissemination Section,
Records Management Division, Federal Bureau of Investigation,
based upon an alleged policy of USP Marion barring me from re-
ceiving said records.

I today spoke to Mr Burgess, Case Manager of the Communica-
tions Management Unit at USP-Marion, and, Mr Baskerville, Unit
Manager for the Communications Management Unit at USP-Marion.
They affirmed to me that USP-Marion has no such policy barring
inmates from receiving the kinds of material that would be re-
leased in a FOIA/PA request. Further, this letter cites no such
policy.

As there is no such policy, I request that these FOIA/PA
requests be processed. Alternately, the material may be sent to
me at 5725 Artesian Drive, Derwood, MD 20855.

Thank you.

Sincerely,

William A White #13888-084
USP-Marion
PO Box 1000
Marion, IL 62959

cc: David Hardy

EXHIBIT 3(b)(1)

1425 New York Avenue N.W.
Suite 11050
Washington, DC 20005

William A. White
Register No. 13888-084
USP Marion
P.O. Box 1000
Marion, IL 62959

October 6, 2016

Dear Mr. White,

This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation regarding Request No. 1357551 was received by this Office on 10/03/2016.

The Office of Information Policy has the responsibility of adjudicating such appeals.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number DOJ-AP-2017-000065.  Please mention this number in any future correspondence to this Office regarding this matter. Please note that if you provide an e-mail address or another electronic means of communication with your request or appeal, this Office may respond to your appeal electronically even if you submitted your appeal to this Office via regular U.S. Mail.

We will notify you of the decision on your appeal as soon as we can.  If you have any questions about the status of your appeal, you may contact me at (202) 514-3642.  If you have submitted your appeal through FOIAonline, you may also obtain an update on the status of your appeal by logging into your account.

Sincerely,

Priscilla Jones

Supervisory Administrative Specialist



**U.S. Department of Justice**

Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

**October 25, 2016**

Mr. William A. White
Register No. 13888-084
United States Penitentiary
Post Office Box 1000
Marion, Il. 62959

Re:    Appeal No. DOJ-AP-2017-000065
       Request No. 1357551-000
       MWH:RCS

**VIA: U.S. Mail**

Dear Mr. White:

You appealed from the action of the Federal Bureau of Investigation on your Freedom of Information Act request for access to records concerning the 1st SS Cavalry Brigade (Lexington, South Carolina, and Florida).

On September 29, 2016, the FBI advised you that your request has been reopened for processing under FBI Request No. 1357551-001. Because the FBI reopened your request for processing, and provided a response dated October 4, 2016 (copy enclosed) your appeal from the FBI's action in response to your request is moot. Accordingly, I am closing your appeal file in this Office. You should contact the FBI's Requester Service Center at 540-868-1535 for further updates regarding the status of your request. If you are dissatisfied with the FBI's final response, you may appeal again to this Office.

Sincerely,

10/25/2016

X ~~signature~~

Matthew Hurd, Associate Chief, for
Sean O'Neil, Chief, Administrative Appeals Staff
Signed by: MATTHEW HURD

Enclosure

U.S. Department of Justice

Federal Bureau of Investigation
*Washington, D.C. 20535*

October 4, 2016

MR. WILLIAM A. WHITE
5725 ARTESIAN DRIVE
DERWOOD, MD 20855

FOIPA Request No.: 1357551-001
Subject: 1st SS Cavalry Brigade (Lexington,
South Carolina and Florida)

Dear Mr. White:

This is in reference to your Freedom of Information Act (FOIA) request.

By letter dated August 19, 2016, you indicated your willingness to pay $0.00 in FOIA processing fees. The Federal Bureau of Investigation (FBI) has located approximately 8,500 pages of records potentially responsive to the subject of your request. By DOJ regulation, the FBI notifies requesters when anticipated fees exceed $25.00.

Please be advised that you are entitled to the first 100 pages free of charge. If the release is made on Compact Disc (CD), you will receive the cost equivalent ($5.00) as a credit.

☑ If all potentially responsive pages are released on CD, you will owe $250.00 in duplication fees (17 CDs at $15.00 each, less $5.00 credit for the first CD). Releases are made on CD unless otherwise requested. Each CD contains approximately 500 reviewed pages per release. The 500 page estimate is based on our business practice of processing complex cases in segments.

Should you request that the release be made in paper, you will owe $420.00 based on a duplication fee of five cents per page. See 28 CFR §16.10 and 16.49.

☐ You submitted your request via the FBI's eFOIA system. Releases will be made to you electronically, and you will owe _____ in duplication fees (___ releases at $15.00 each, less $5.00 credit for the first release).

☐ The FBI's eFOIA system cannot transmit digital media files, and they will need to be released on CD. The FBI located audio and video files that are potentially responsive to the subject of your request. If all of the potentially-responsive media is released, you will owe $_____ (___ CDs at $15.00 each, less $5.00 credit for the first CD).

☐ CDs will not be sent to a correctional institution. You will only qualify for CD releases if an alternate address is provided.

☐ You will owe approximately $___ in international shipping fees.

The estimated total cost for processing your request is approximately $250.00 for CD releases or $420.00 for paper releases.

Please remember this is only an estimate, and some of the information may be withheld in full pursuant to FOIA/Privacy Act exemption(s). Also, some information may not be responsive to your subject. Thus, the actual charges could be less.

---

**Requester Response**

No payment is required at this time. You must notify us in writing within thirty (30) days from the date of this letter of your format decision (paper or CD) unless your request qualifies for eFOIA releases. You must also indicate your preference in the handling of your request in reference to the estimated duplication fees from the following four (4) options:

☐ I am willing to pay estimated duplication/ international shipping fees up to the amount specified in this letter.

☐ I am willing to pay fees of a different amount.

**Please specify amount:** _____

☐ Provide me 100 pages or the cost equivalent ($5.00) free of charge. If applicable, I am willing to pay international shipping fees.

☐ Cancel my request.

If we do not receive your duplication format decision and/or estimated duplication fee selection within thirty (30) days of the date of this notification, your request will be closed. Include the FOIPA Request Number listed above in any communication regarding this matter.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S. C. § 552(c) (2006 & Supp. IV (2010). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You have the opportunity to reduce the scope of your request; this will accelerate the process and could potentially place your request in a quicker processing queue. This may also reduce search and duplication costs and allow for a more timely receipt of your information. The FBI uses a multi-queue processing system to fairly assign and process new requests. Simple request queue cases (50 pages or less) usually require the least time to process.

Please advise in writing if you would like to discuss reducing the scope of your request and your willingness to pay the estimated search and duplication costs indicated above. Provide a telephone number, if one is available, where you can be reached between 8:00 a.m. and 5:00 p.m., Eastern Standard Time. Mail your response to: **Work Process Unit; Record Information/Dissemination Section; Records Management Division; Federal Bureau of Investigation; 170 Marcel Drive; Winchester, VA 22602.** You may also fax your response to: 540-868-4997, Attention: Work Process Unit.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov.   Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foiprequests@ic.fbi.gov.   If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services."   Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division



**Federal Bureau of Investigation**
*Washington, D.C. 20535*

September 29, 2016

MR. WILLIAM A. WHITE
5725 ARTESIAN DRIVE
DERWOOD, MD 20855

FOIPA Request No.: 1357551-001
Subject: 1st SS Cavalry Brigade (Lexington, South Carolina and Florida)

Dear Mr. White:

This acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI.

☑    Your request has been received at FBI Headquarters for processing.

☐    Your request has been received at the _____ Resident Agency / _____ Field Office and forwarded to FBI Headquarters for processing.

☑    We are searching the indices to our Central Records System for the information responsive to this request. We will inform you of the results in future correspondence.

☐    The subject of your request is currently being processed for public release. Documents will be released to you upon completion.

☐    Release of responsive records will be made to the FBI's FOIA Library (The Vault), http:/vault.fbi.gov, and you will be contacted when the release is posted.

☐    Your request for a fee waiver is being considered and you will be advised of the decision at a later date. If your fee waiver is denied, you will be charged fees in accordance with the category designated below.

☑    For the purpose of assessing fees, we have made the following determination:

     ☐    As a commercial use requester, you will be charged applicable search, review, and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(I).

     ☐    As an educational institution, noncommercial scientific institution or representative of the news media requester, you will be charged applicable duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(II).

     ☑    As a general (all others) requester, you will be charged applicable search and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(III).

Please check the status of your FOIPA request at www.fbi.gov/foia by clicking on **FOIPA Status** and entering your FOIPA Request Number. Status updates are adjusted weekly. The status of newly assigned requests may not be available until the next weekly update. If the FOIPA has been closed the notice will indicate that appropriate correspondence has been mailed to the address on file.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@ic.fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

EXHIBIT E(b)(vi)
Case 3:16-cv-00948-JPG Document 25-1 Filed 07/17/17 Page 33 of 52 Page ID #207
U.S. Department of Justice



**Federal Bureau of Investigation**
*Washington, D.C. 20535*

October 4, 2016

MR. WILLIAM A. WHITE
5725 ARTESIAN DRIVE
DERWOOD, MD 20855

FOIPA Request No.: 1357551-001
Subject: 1st SS Cavalry Brigade (Lexington, South Carolina and Florida)

Dear Mr. White:

This is in reference to your Freedom of Information Act (FOIA) request.

By letter dated August 19, 2016, you indicated your willingness to pay $0.00 in FOIA processing fees. The Federal Bureau of Investigation (FBI) has located approximately 8,500 pages of records potentially responsive to the subject of your request. By DOJ regulation, the FBI notifies requesters when anticipated fees exceed $25.00.

Please be advised that you are entitled to the first 100 pages free of charge. If the release is made on Compact Disc (CD), you will receive the cost equivalent ($5.00) as a credit.

☑ If all potentially responsive pages are released on CD, you will owe $250.00 in duplication fees (17 CDs at $15.00 each, less $5.00 credit for the first CD). Releases are made on CD unless otherwise requested. Each CD contains approximately 500 reviewed pages per release. The 500 page estimate is based on our business practice of processing complex cases in segments.

Should you request that the release be made in paper, you will owe $420.00 based on a duplication fee of five cents per page. See 28 CFR §16.10 and 16.49.

☐ You submitted your request via the FBI's eFOIA system. Releases will be made to you electronically, and you will owe _____ in duplication fees (_____ releases at $15.00 each, less $5.00 credit for the first release).

☐ The FBI's eFOIA system cannot transmit digital media files, and they will need to be released on CD. The FBI located audio and video files that are potentially responsive to the subject of your request. If all of the potentially-responsive media is released, you will owe $_____ (___ CDs at $15.00 each, less $5.00 credit for the first CD).

☐ CDs will not be sent to a correctional institution. You will only qualify for CD releases if an alternate address is provided.

☐ You will owe approximately $___ in international shipping fees.

**The estimated total cost for processing your request is approximately $250.00 for CD releases or $420.00 for paper releases.**

Please remember this is only an estimate, and some of the information may be withheld in full pursuant to FOIA/Privacy Act exemption(s). Also, some information may not be responsive to your subject. Thus, the actual charges could be less.

---

**Requester Response**

No payment is required at this time. You must notify us in writing within thirty (30) days from the date of this letter of your format decision (paper or CD) unless your request qualifies for eFOIA releases. You must also indicate your preference in the handling of your request in reference to the estimated duplication fees from the following four (4) options:

☑ I am willing to pay estimated duplication/ international shipping fees up to the amount specified in this letter.

☐ I am willing to pay fees of a different amount.

Please specify amount: _____

☐ Provide me 100 pages or the cost equivalent ($5.00) free of charge. If applicable, I am willing to pay International shipping fees.

☐ Cancel my request.

**If we do not receive your duplication format decision and/or estimated duplication fee selection within thirty (30) days of the date of this notification, your request will be closed. Include the FOIPA Request Number listed above in any communication regarding this matter.**

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S. C. § 552(c) (2006 & Supp. IV (2010). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You have the opportunity to reduce the scope of your request; this will accelerate the process and could potentially place your request in a quicker processing queue. This may also reduce search and duplication costs and allow for a more timely receipt of your information. The FBI uses a multi-queue processing system to fairly assign and process new requests. Simple request queue cases (50 pages or less) usually require the least time to process.

Please advise in writing if you would like to discuss reducing the scope of your request and your willingness to pay the estimated search and duplication costs indicated above. Provide a telephone number, if one is available, where you can be reached between 8:00 a.m. and 5:00 p.m., Eastern Standard Time. Mail your response to: **Work Process Unit; Record Information/Dissemination Section; Records Management Division; Federal Bureau of Investigation; 170 Marcel Drive; Winchester, VA 22602**. You may also fax your response to: 540-868-4997, Attention: Work Process Unit.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov.   Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@ic.fbi.gov.   If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services."   Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

October 17, 2016

Work Process Unit

Record Information/Dissemination Section

Records Management Division

Federal Bureau of Investigation

170 Marcel Dr

Winchester, VA 22602


Re:  FOIAPA Request No 1357551-001


Dear Sirs/Madams:

This is to accept a fee of up to $250 for 17 CDs of records relating to the 1st SS Cavalry Brigade, FOIAPA Request No: 1357551-001.  This is also an objection to any records not released pursuant to 5 USC §552;  as your agency has not indicated any such records, I do not appeal at this time.

Please mail the responsive CDs to William A White 5725 Artesian Dr, Derwood, MD 20855.

Thank you.


                    Respectfully Submitted,


                    _____
                    William A White
                    USP-Marion
                    PO Box 1000
                    Marion, IL 62959


                    -1-



U.S. Department of Justice

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

November 14, 2016

MR. WILLIAM A. WHITE
5725 ARTESIAN DRIVE
DERWOOD, MD 20855

FOIPA Request No.: 1357551-001
Subject: 1st SS Cavalry Brigade (Lexington, South
Carolina and Florida)

Dear Mr. White:

This responds to your Freedom of Information Act (FOIA) request.

The material you requested is located in an investigative file which is exempt from disclosure pursuant to
5 U.S.C. § 552(b)(7)(A).  5 U.S.C. § 552(b)(7)(A) exempts from disclosure:

records or information compiled for law enforcement purposes, but only
to the extent that the production of such law enforcement records or
information ... could reasonably be expected to interfere with
enforcement proceedings...

The records responsive to your request are law enforcement records; there is a pending or prospective law
enforcement proceeding relevant to these responsive records, and release of the information in these responsive
records could reasonably be expected to interfere with enforcement proceedings.  For a further explanation of this
exemption, see the enclosed Explanation of Exemptions.

For your information, Congress excluded three discrete categories of law enforcement and national security
records from the requirements of the FOIA.  See 5 U.S.C. § 552(c) (2006 & Supp. IV (2010).  This response is limited
to those records that are subject to the requirements of the FOIA.  This is a standard notification that is given to all our
requesters and should not be taken as an indication that excluded records do, or do not, exist.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us."
The FOIPA Request Number listed above has been assigned to your request.  Please use this number in all
correspondence concerning your request.  Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States
Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you
may submit an appeal through OIP's FOIAonline portal by creating an account on the following web
site:  https://foiaonline.regulations.gov/foia/action/public/home.  Your appeal must be postmarked or electronically
transmitted within ninety (90) days from the date of this letter in order to be considered timely.  If you submit your
appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."
Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services
(OGIS) at 877-684-6448, or by emailing ogis@nara.gov.  Alternatively, you may contact the FBI's FOIA Public Liaison
by emailing foipaquestions@ic.fbi.gov.  If you submit your dispute resolution correspondence by email, the subject
heading should clearly state "Dispute Resolution Services."  Please also cite the FOIPA Request Number assigned to
your request so that it may be easily identified.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
Dissemination Section
Records Management Division

Enclosures

November 25, 2016

Director, Office of Information Policy

United States Department of Justice

1425 New York Avenue, NW

Washington, DC 20530-0001

Re: FOIAPA Request No 1357551-001

Dear Director:

This is an appeal of your agency's refusal to release previously identified documents requested pursuant to FOIAPA Request No 1357551-001, "1st SS Cavalry Brigade."

Attached to this letter are a series of FOIA letters, and, correspondance, between myself, and, the FBI.  On October 4, 2016 your agency identified 8500 pages of responsive documents on the subject of the 1st SS Cavalry Brigade.  This operation, which targeted August Kreis, Carlos DuBose, and, other members of the "Aryan Nations", and, the Outlaw Bikers, was closed with a series of arrests in 2012.  I have attached several news articles on this subject showing that these are not confidential law enforcement records.  This operation also segweyed into your investigation of the American Front group.

Since 2014, fifteen arrests associated with this operation, and, the American Front operation, have been publically identified as tainted by the perjury of FBI-JTTF operative Kelly Boaz.  I have attached news articles, and, court records, on this subject.

On November 14, 2016, you sent me the attached letter stating that you had placed these previously cleared records back into "investigative" status.  I presume from this that you are conducting a criminal investigation into the acts of Boaz, and

-1-

other agents, and, informants, of yours involved in this case.

I do not see how your current criminal investigation of Boaz would prevent the release of the records associated with the publically disclosed 1st SS Cavalry Brigade operation.  The only motive that I can reasonably infer is that you are aware that the material that I have requested would reasonably reveal government wrongdoing, and, that you wish to delay release of that material.  Unfortunately, there are many people in prison because of this wrongdoing, and, I being one of them, am entitled to know if you know what I have alleged in my recent habeas in WD Va 13-cr-013, which is that your agents, and, informants, committed the acts for which I am currently imprisoned.

Based on all of the above, I request that your agency release to me all of the previously identified records relating to the 1st SS Cavalry Brigade.

Respectfully Submitted,

William A White #13888-084
USP-Marion
PO Box 1000
Marion, IL 62959

-2-

1425 New York Avenue N.W.
Suite 11050
Washington, DC 20005

William A. White
Register No. 13888-084
USP
P.O. Box 1000
Marion, IL 62959

December 16, 2016

Dear Mr. William A. White,

      This is to advise you that your administrative appeal from the action of the FBI regarding Request No. 1357551-001 was received by this Office on 12/09/2016.

      The Office of Information Policy has the responsibility of adjudicating such appeals. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number DOJ-AP-2017-001267. Please mention this number in any future correspondence to this Office regarding this matter. Please note that if you provide an e-mail address or another electronic means of communication with your request or appeal, this Office may respond to your appeal electronically even if you submitted your appeal to this Office via regular U.S. Mail.

      We will notify you of the decision on your appeal as soon as we can. If you have any questions about the status of your appeal, you may contact me at (202) 514-3642. If you have submitted your appeal through FOIAonline, you may also obtain an update on the status of your appeal by logging into your account.

Sincerely,

*Priscilla Jones*

Priscilla Jones

Supervisory Administrative Specialist



EXCHBIT 3:16-cv-00948-JPG U.S. Department of Justice

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

September 8, 2016

MR. WILLIAM A. WHITE
**13888-084
UNITED STATES PENITENTIARY - MARION
POST OFFICE BOX 1000
MARION, IL 62959

FOIPA Request No.: 1357558-000
Subject: Soul Survivors Motorcycle Club

Dear Mr. White:

This is in response to your Freedom of Information Act (FOIA) request.

The records you have requested contain material that United States Penitentiary – Marion has categorized as prohibited within its facility; therefore, your request has been closed administratively. Please provide an alternate address, and we will re-open your request for processing.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@ic.fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

1425 New York Avenue N.W.
Suite 11050
Washington, DC 20005

William A. White
Register No. 13888-084
USP Marion
P.O. Box 1000
Marion, IL 62959

October 6, 2016

Dear Mr. White,

This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation regarding Request No. 1357558 was received by this Office on 10/03/2016.

The Office of Information Policy has the responsibility of adjudicating such appeals. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number DOJ-AP-2017-000087. Please mention this number in any future correspondence to this Office regarding this matter. Please note that if you provide an e-mail address or another electronic means of communication with your request or appeal, this Office may respond to your appeal electronically even if you submitted your appeal to this Office via regular U.S. Mail.

We will notify you of the decision on your appeal as soon as we can. If you have any questions about the status of your appeal, you may contact me at (202) 514-3642. If you have submitted your appeal through FOIAonline, you may also obtain an update on the status of your appeal by logging into your account.

Sincerely,

Priscilla Jones

Supervisory Administrative Specialist



**U.S. Department of Justice**

Office of Information Policy

Suite 11050

*1425 New York Avenue, NW*

*Washington, DC  20530-0001*

*Telephone: (202) 514-3642*

October 25, 2016

Mr. William A. White
Register No. 13888-084
United States Penitentiary
Post Office Box 1000
Marion, IL  62959

Re:   Appeal No. DOJ-AP-2017-000067
      Request No. 1357558-000
      MWH:RCS

VIA:  U.S. Mail

Dear Mr. White:

You appealed from the action of the Federal Bureau of Investigation on your Freedom of Information Act request for access to records concerning the Soul Survivors Motorcycle Club. Specifically, you appealed the FBI's administrative closure of your request.

On October 3, 2016, the FBI advised you that your request has been reopened for processing under FBI Request No. 1357558-001 (copy enclosed).  Because the FBI reopened your request for processing, your appeal from the FBI's administrative closure of your request is moot.  Accordingly, I am closing your appeal file in this Office.  You should contact the FBI's Requester Service Center at 540-868-1535 for further updates regarding the status of your request.  If you are dissatisfied with the FBI's final response, you may appeal again to this Office.

Sincerely,

10/25/2016

X ~signature~

Matthew Hurd, Associate Chief, for
Sean O'Neill, Chief, Administrative Appeals Staff
Signed by: MATTHEW HURD

Enclosure



U.S. Department of Justice

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

September 30, 2016

MR. WILLIAM A. WHITE
5725 ARTESIAN DRIVE
DERWOOD, MD 20855

FOIPA Request No.: 1357558-001
Subject: Soul Survivors Motorcycle Club

Dear Mr. White:

This acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI.

☑ Your request has been received at FBI Headquarters for processing.

☐ Your request has been received at the _____ Resident Agency / _____ Field Office and forwarded to FBI Headquarters for processing.

☑ We are searching the indices to our Central Records System for the information responsive to this request. We will inform you of the results in future correspondence.

☐ The subject of your request is currently being processed for public release. Documents will be released to you upon completion.

☐ Release of responsive records will be made to the FBI's FOIA Library (The Vault), http:/vault.fbi.gov, and you will be contacted when the release is posted.

☐ Your request for a fee waiver is being considered and you will be advised of the decision at a later date. If your fee waiver is denied, you will be charged fees in accordance with the category designated below.

☑ For the purpose of assessing fees, we have made the following determination:

  ☐ As a commercial use requester, you will be charged applicable search, review, and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(I).

  ☐ As an educational institution, noncommercial scientific institution or representative of the news media requester, you will be charged applicable duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(II).

  ☑ As a general (all others) requester, you will be charged applicable search and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(III).

Please check the status of your FOIPA request at www.fbi.gov/foia by clicking on **FOIPA Status** and entering your FOIPA Request Number. Status updates are adjusted weekly. The status of newly assigned requests may not be available until the next weekly update. If the FOIPA has been closed the notice will indicate that appropriate correspondence has been mailed to the address on file.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

Including the appeal by citing to the above referenced FOIPA Request Number, to the Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@ic.fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division



U.S. Department of Justice

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

September 8, 2016

MR. WILLIAM A. WHITE
**13888-084
UNITED STATES PENITENTIARY - MARION
POST OFFICE BOX 1000
MARION, IL 62059

FOIPA Request No.: 1357563-000
Subject: Outlaw Bikers (Osceola County,
Florida)

Dear Mr. White:

This is in response to your Freedom of Information Act (FOIA) request.

The records you have requested contain material that United States Penitentiary – Marion has categorized as prohibited within its facility; therefore, your request has been closed administratively.  Please provide an alternate address, and we will re-open your request for processing.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request number listed above has been assigned to your request.  Please use this number in all correspondence concerning your request.  Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site:  https://foiaonline.regulations.gov/foia/action/public/home.  Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely.  If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."  Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov.  Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@ic.fbi.gov.  If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services."  Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division



**Federal Bureau of Investigation**
*Washington, D.C. 20535*

September 26, 2016

MR. WILLIAM A. WHITE
5725 ARTESIAN DRIVE
DERWOOD, MD 20855

FOIPA Request No.: 1357563-001
Subject: Outlaw Bikers (Osceola County, Florida)

Dear Mr. White:

This is in response to your Freedom of Information Act (FOIA) request.

Based on the information you provided, we conducted a search of the Central Records System. We were unable to identify main file records responsive to the FOIA. If you have additional information pertaining to the subject that you believe was of investigative interest to the Bureau, please provide us the details and we will conduct an additional search.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S. C. § 552(c) (2006 & Supp. IV (2010). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request Number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@ic.fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI Fact Sheet.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

Enclosure

EXHIBIT 5(d)(1)

October 9, 2016

Director

Office of Information Policy

United States Department of Justice

1425 New York Avenue, NW, Suite 11050

Washington, DC 20530-0001

Re: Outlaw Bikers (Osceola County, Florida) FOIAPA Request No:
    1357563-000

Dear Director:

This is to appeal your agency's denial of records related to your investigation of the Outlaw Bikers of Osecola County, Florida pursuant to 5 USC §552(c).

5 USC §552(c) only permits your agency to withhold records when there is an ongoing law enforcement investigation of which the subjects are not aware, when an informant's status has not been officially confirmed, or, when foreign intelligence, or, counterintelligence, is involved.

Your agency's involvement in operations against the Outlaw Bikers of Osceola County, Florida, has been well -documented in the press, has resulted in several arrests, and, has resulted in official confirmation of the identity of several informants. As such, your agency may not withhold this material pursuant to 5 USC §552(c). As such, I request that all such material be released within 20 days. I have attached several relevent news reports.

Sincerely,

William A White #13888-084
USP-Marion
PO Box 1000
Marion, IL 62959

-1-

1425 New York Avenue N.W.
Suite 11050
Washington, DC 20005

William A. White
Register No. 13888-084
USP
P.O. Box 1000
Marion, IL 62959

October 25, 2016

Dear Mr. William A. White,

      This is to advise you that your administrative appeal from the action of the FBI regarding Request No. 1357563 was received by this Office on 10/24/2016.

      The Office of Information Policy has the responsibility of adjudicating such appeals.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number DOJ-AP-2017-000381.  Please mention this number in any future correspondence to this Office regarding this matter.  Please note that if you provide an e-mail address or another electronic means of communication with your request or appeal, this Office may respond to your appeal electronically even if you submitted your appeal to this Office via regular U.S. Mail.

      We will notify you of the decision on your appeal as soon as we can.  If you have any questions about the status of your appeal, you may contact me at (202) 514-3642.  If you have submitted your appeal through FOIAonline, you may also obtain an update on the status of your appeal by logging into your account.

Sincerely,

Priscilla Jones

Supervisory Administrative Specialist



U.S. Department of Justice

Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

December 4, 2016

Mr. William A. White
Register No. 13888-084
United States Penitentiary
Post Office Box 1000
Marion, IL 62959

Re:    Appeal No. DOJ-AP-2017-000381
        Request No. 1357563
        CDT:JKF

**VIA: U.S. Mail**

Dear Mr. White:

You appealed from the action of the Federal Bureau of Investigation on your Freedom of Information Act request for access to records concerning the Outlaw Bikers of Osceola County, Florida.

After carefully considering your appeal, I am affirming the FBI's action on your request. The FBI informed you that it could locate no responsive main file records subject to the FOIA in its files. I have determined that the FBI's action was correct and that it conducted an adequate, reasonable search for such records.

To the extent that you seek cross-reference files, please be advised that you need to provide information sufficient to enable the FBI to determine with certainty that any cross-references it locates are identifiable to the subject of your request. This information may include the following:

    1) the specific circumstances in which the subject of your request had contact with the FBI;
    2) the date(s) of such contact;
    3) the location(s) of such contact;
    4) names of associates of the subject of your request the mention of whom might aid in the identification of responsive records; and
    5) other references to the subject of your request in media, such as books, articles, websites, etc.

You should provide this information to the FBI directly. While the FBI will make every effort to identify responsive cross references using any additional information that you provide, please note that the FBI may not be able to successfully identify such records even with additional information. You may appeal any future adverse determination made by the FBI.

- 2 -

With regard to your allegation that the FBI improperly invoked a FOIA exclusion to withhold records from you, although the Department of Justice can neither confirm nor deny that an exclusion was employed in any particular case, see Attorney General's Memorandum on the 1986 Amendments to the Freedom of Information Act 27 (Dec. 1987), I have carefully considered your allegation and have found this claim to be without merit. Please be advised that this response should not be taken as an indication that an exclusion was or was not used in response to your request.

Please be advised that this Office's decision was made only after a full review of this matter. Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your underlying request, and the action of the FBI in response to your request. If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office's FOIA Public Liaison for your appeal. Specifically, you may speak with the undersigned agency official by calling (202) 514-3642.

If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

X _____

Christina D. Troiani, Associate Chief, for
Sean O'Neil, Chief, Administrative Appeals Staff

David M Hardy, Section Chief

Records Mgmt Div FOIA/PA

FBI Headquarters

Records / Info Diss Section

Washington, DC 20535


Re:  FOIAPA 1357563


Dear Mr Hardy:

     Pursuant to the attached letter from the U.S. Department of

Justice Office of Information Policy, I am resubmitting FOIAPA

Request 1357563, "Outlaw Bikers of Osceola County, Florida",

with the attached cross-referencing media article.

     Thank you for your response within 20 days.


                    Respectfully Submitted,



                    _____
                    William A White #13888-084
                    U.P-Marion
                    PO Box 1000
                    Marion, IL 62959




                         -1-



**Federal Bureau of Investigation**
*Washington, D.C. 20535*

January 3, 2017

MR. WILLIAM WHITE
**13888-084
UNITED STATES PENITENTIARY - MARION
POST OFFICE BOX 1000
MARION, IL 62959

FOIPA Request No.: 1359390-000
Subject: California Skinheads

Dear Mr. White:

This is in reference to your Freedom of Information Act (FOIA) request.

By letter dated October 18, 2016, you indicated your willingness to pay $535.  Releases will be made on Compact Disc (CD) since an alternative address was provided.  Each CD contains approximately 500 reviewed pages per release.  The 500 page estimate is based on our business practice of processing complex cases in segments.  DOJ regulations provide 100 pages or the cost equivalent ($5.00) free of charge.  If all potentially responsive pages are released, you will owe $535 in duplication fees to receive the release on CD (36 CDs at $15.00 each less $5.00 credit).

Since estimated fees will exceed $250, an advanced payment of 50% of total estimated costs ($267.50) will be required prior to moving the case forward.  You may reduce the estimated cost by narrowing the scope of your request.  To do so, please notify us by letter with an alternate contact to negotiate on your behalf.

Please remember this is only an estimate, and some of the information may be withheld in full pursuant to FOIA/Privacy Act exemption(s).  Also, some information may not be responsive to your subject.  Thus, the actual charges could be less.

---

**Requester Response**

You must notify us in writing within thirty (30) days from the date of this letter of your format decision (paper or CD) and the scope of your request.  You must also indicate your preference in the handling of your request in reference to the estimated duplication fees from the following four (4) options:

X̶   I am willing to pay estimated duplication fees up to the amount specified in this letter (50% of payment is required with this letter if the release is on paper).
___  I am willing to pay duplication fees of a different amount.
        Please specify amount: _____
___  Provide me 100 pages or the cost equivalent ($5.00) free of charge.
___  Cancel my request.

If we do not receive your duplication format decision, payment, and/or estimated duplication fee selection within thirty (30) days of the date of this notification, your request will be closed.  Include the FOIPA Request Number listed above in any communication regarding this matter.

---

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.  See 5 U.S. C. § 552(c) (2006 & Supp. IV (2010).  This response is limited to those records that are subject to the requirements of the FOIA.  This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You have the opportunity to reduce the scope of your request; this will accelerate the process and could potentially place your request in a smaller processing queue.  This may also reduce search and duplication costs and allow for a more timely receipt of your information.  The FBI uses a multi-queue processing system to fairly assign and process new requests.  Simple queue cases (50 pages or less) usually require the least time to process.

Please advise in writing if you would like to discuss reducing the scope of your request and your willingness to pay the estimated search and duplication costs indicated above.  Provide a telephone number, if one is available, where you can be reached between 8:00 a.m. and 5:00 p.m., Eastern Standard Time.  Mail your response to: Work Process Unit; Record Information/Dissemination Section; Records Management Division; Federal Bureau of Investigation; 170 Marcel Drive; Winchester, VA 22602.  You may also fax your response to: 540-868-4997, Attention: Work Process Unit.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us."  The FOIPA Request Number listed above has been assigned to your request.  Please use this number in all correspondence concerning your request.  Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site:  https://foiaonline.gov/foia/action/public/home.  Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely.  If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."  Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov.  Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@ic.fbi.gov.  If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services."  Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division



U.S. Department of Justice

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

September 9, 2016

MR. WILLIAM A. WHITE
**13888-084
UNITED STATES PENITENTIARY - MARION
POST OFFICE BOX 1000
MARION, IL 62959

FOIPA Request No.: 1357582-000
Subject: League of the South

Dear Mr. White:

This is in response to your Freedom of Information Act (FOIA) request.

The records you have requested contain material that United States Penitentiary - Marion has categorized as prohibited within its facility; therefore, your request has been closed administratively.  Please provide an alternate address, and we will re-open your request for processing.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us."  The FOIPA Request number listed above has been assigned to your request.  Please use this number in all correspondence concerning your request.  Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site:  https://foiaonline.regulations.gov/foia/action/public/home.  Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely.  If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."  Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov.  Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@ic.fbi.gov.  If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services."  Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

EXHIBIT E(e)(ii)
Case 3:16-cv-00948-JPG   Document 25-1   Filed 07/17/17   Page 51 of 52   Page ID #225
September 18, 2016

Director, Office of Information Policy

Department of Justice Suite 11050

1425 New York Avenue, NW

Washington, DC 20530-0001

Re:  FOIPA Request No:  1357582-000

Dear Sirs / Madams:

    The above listed FOIA/PA request was denied by David M
Hardy, Section Chief, Record/Information Dissemination Section,
Records Management Division, Federal Bureau of Investigation,
based upon an alleged policy of USP Marion barring me from re-
ceiving said records.

    As per my previous appeal of similar denials by Mr Hardy,
USP-Marion has no such policy.  Further, Mr Hardy's letter cites
no such policy.

    As there is no such policy, I request that these FOIA/PA
requests be processed.  Alternately, the material may be sent to
me at 5725 Artesian Drive, Derwood, MD 20855.

    Thank you.

Sincerely,

William A White #13888-
084
USP-Marion
PO Box 1000
Marion, IL 62959

-1-

1425 New York Avenue N.W.
Suite 11050
Washington, DC 20005

William A. White
Register No. 13888-084
USP
P.O. Box 1000
Marion, IL 62959

October 5, 2016

Dear Mr. William A. White,

    This is to advise you that your administrative appeal from the action of the FBI regarding Request
No. 1357582 was received by this Office on 10/03/2016.

    The Office of Information Policy has the responsibility of adjudicating such appeals.  In an attempt
to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning
appeals in the approximate order of receipt.  Your appeal has been assigned number DOJ-AP-2016-
005702.  Please mention this number in any future correspondence to this Office regarding this matter.
Please note that if you provide an e-mail address or another electronic means of communication with your
request or appeal, this Office may respond to your appeal electronically even if you submitted your appeal
to this Office via regular U.S. Mail.

    We will notify you of the decision on your appeal as soon as we can.  If you have any questions
about the status of your appeal, you may contact me at (202) 514-3642.  If you have submitted your
appeal through FOIAonline, you may also obtain an update on the status of your appeal by logging into
your account.

Sincerely,

Priscilla Jones
Supervisory Administrative Specialist