

U.S. Department of Justice

Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

Mr. William A. White
Register No. 13888-084
United States Penitentiary
Post Office Box 1000
Marion, IL 62959

Re:    Appeal No. DOJ-AP-2016-005702
         Request No. 1357582
         CDT:DRC

**VIA: U.S. Mail**

Dear Mr. White:

      You appealed from the action of the Federal Bureau of Investigation on your Freedom of Information Act request for access to records concerning the League of the South.

      Subsequent to your appeal, and in light of the alternate address that you provided, the FBI reopened your request as Request No. 1357582-001. The FBI will send its response to the alternate address you provided. Because the FBI reopened your request and agreed to send its response to your alternate address, your appeal from the FBI's determination that Illinois Prison Policy prohibits your request is moot. Accordingly, I am closing your appeal file in this Office.

      Sincerely,

                          11/6/2016

X *Christina Troiani*

Christina D. Troiani, Associate Chief, for
Sean O'Neil, Chief, Administrative Appeals Staff
Signed by: Troiani, Christina D (OIP)



**Federal Bureau of Investigation**
*Washington, D.C. 20535*

September 26, 2016

MR. WILLIAM A. WHITE
5725 ARTESIAN DRIVE
DERWOOD, MD 20855

FOIPA Request No.: 1357582-001
Subject: League of the South

Dear Mr. White:

This is in response to your Freedom of Information Act (FOIA) request.

Based on the information you provided, we conducted a search of the Central Records System. We were unable to identify main file records responsive to the FOIA. If you have additional information pertaining to the subject that you believe was of investigative interest to the Bureau, please provide us the details and we will conduct an additional search.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S.C. § 552(c) (2006 & Supp. IV (2010). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request Number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@ic.fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI Fact Sheet.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

---

may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@ic.fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

EXHIBIT E(e)(vi)
October 1, 2013
Case 3:16-cv-00948-JPG   Document 25-2   Filed 07/17/17   Page 3 of 50   Page ID #229

Director, Office of Information Policy

United States Department of Justice

1425 New York Avenue, NW Suite 11050

Washington, DC 20530-0001

Re: FOIAPA Request No: 1357582-001 League of the South

Dear Director:

This is an appeal of your agencies refusal to provide re-
cords regarding your multiple involvement with the League of the
South.

I have attached to this letter two exhibits. One is a port-
ion of the book Undercover Nazi by former FBI-JTTF informant Dav-
id Gletty detailing his infiltration, and, involvement with, the
League of the South. The second is a series of articles regard-
ing Joshua Caleb Sutter, an active informant for the FBI-JTTF,
whose father, David Sutter, is, or, was, a prominent member of
the League of the South who assisted your agency in acquiring a
"compound" near Lexington, South Carolina, which your agency uses
for undercover, and, st ing, operations.

Clearly, you do have some records regarding these operat-
ions. As these operations are public knowledge, the exemptions
of 5 USC §552(c) do not apply. And, as previously discussed in
letters to your office, this request is being made in furtherance
of uncovering criminal activity engaged in by your agency, and,
thus, no privacy waiver applies.

Thank you for your prompt response. I would like all re-
sponsive records delivered within 20 days.

Respectfully Submitted,

William A White

-1-

1425 New York Avenue N.W.
Suite 11050
Washington, DC 20005

William A. White
Register No. 13888-084
USP
P.O. Box 1000
Marion, IL 62959

October 25, 2016

Dear Mr. William A. White,

      This is to advise you that your administrative appeal from the action of the FBI regarding Request No. 1357582-001 was received by this Office on 10/24/2016.

      The Office of Information Policy has the responsibility of adjudicating such appeals.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number DOJ-AP-2017-000383.  Please mention this number in any future correspondence to this Office regarding this matter. Please note that if you provide an e-mail address or another electronic means of communication with your request or appeal, this Office may respond to your appeal electronically even if you submitted your appeal to this Office via regular U.S. Mail.

      We will notify you of the decision on your appeal as soon as we can.  If you have any questions about the status of your appeal, you may contact me at (202) 514-3642.  If you have submitted your appeal through FOIAonline, you may also obtain an update on the status of your appeal by logging into your account.

Sincerely,

Priscilla Jones

Supervisory Administrative Specialist



U.S. Department of Justice

Office of Information Policy
Suite 11050
1425 New York Avenue, NW
Washington, DC 20530-0001

Telephone: (202) 514-3642

Mr. William A. White
Register No. 13888-084
United States Penitentiary
Post Office Box 1000
Marion, IL 62959

Re:   Appeal No. DOJ-AP-2017-000383
      Request No. 1357582-001
      CDT:JNW

**VIA: U.S. Mail**

Dear Mr. White:

You appealed from the action of the Federal Bureau of Investigation on your Freedom of Information Act request for access to records concerning the League of the South.

After carefully considering your appeal, I am affirming the FBI's action on your request. The FBI informed you that it could locate no responsive main file records subject to the FOIA in its files. I have determined that the FBI's action was correct and that it conducted an adequate, reasonable search of main files for such records.

It appears you may be making a request for cross-references. Please be advised that you need to provide information sufficient to enable the FBI to determine with certainty that any cross-references it locates are identifiable to the subject of your request. This information may include the following:

1) the specific circumstances in which the subject of your request had contact with the FBI;
2) the date(s) of such contact;
3) the location(s) of such contact;
4) the full name (first, middle, and last) as well as any prior names or aliases used by the subject of your request;
5) Social Security number, date of birth, place of birth, and home address of the subject of your request;
6) names of associates of the subject of your request the mention of whom might aid in the identification of responsive records; and
7) other references to the subject of your request in media, such as books, articles, websites, etc.

You should provide this information to the FBI directly. While the FBI will make every effort to identify responsive cross references using any additional information that you provide, please

- 2 -

note that the FBI may not be able to successfully identify such records even with additional information. You may appeal any future adverse determination made by the FBI.

Please be advised that this Office's decision was made only after a full review of this matter. Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your underlying request, and the action of the FBI in response to your request. If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office's FOIA Public Liaison for your appeal. Specifically, you may speak with the undersigned agency official by calling (202) 514-3642.

If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

11/30/2016

X _____

Christina D. Troiani, Associate Chief, for
Sean O'Neill, Chief, Administrative Appeals Staff
Signed by: ctroiani

David M Hardy, Section Chief

Records Mgmt Div FOIA/PA

FBI Headquarters

Records / Info Diss Section

Washington, DC 20535


Re:  FOIAPA 1357582-001

Dear Mr Hardy:

Pursuant to the attached letter from the US Department of Justice Office of Information Policy, I am resubmiting FOIAPA Request 1357582-001, "League of the South", with the attached cross referencing material.

Thank you for your response within 20 days.

Respectfully Submitted,

William A White #13888-084
USP-Marion
PO Box 1000
Marion, IL 62959

-1-



U.S. Department of Justice

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

September 8, 2016

MR. WILLIAM A. WHITE
**13888-084
UNITED STATES PENITENTIARY - MARION
POST OFFICE BOX 1000
MARION, IL 62959

FOIPA Request No.: 1357585-000
Subject: Confederate Hammerskins

Dear Mr. White:

This is in response to your Freedom of Information Act (FOIA) request.

The records you have requested contain material that United States Penitentiary – Marion has categorized as prohibited within its facility; therefore, your request has been closed administratively. Please provide an alternate address, and we will re-open your request for processing.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@ic.fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

1425 New York Avenue N.W.
Suite 11050
Washington, DC 20005

William A. White
Register No. 13888-084
USP Marion
P.O. Box 1000
Marion, IL 62959

October 6, 2016

Dear Mr. White,

This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation regarding Request No. 1357585 was received by this Office on 10/03/2016.

The Office of Information Policy has the responsibility of adjudicating such appeals.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number DOJ-AP-2017-000066.  Please mention this number in any future correspondence to this Office regarding this matter.  Please note that if you provide an e-mail address or another electronic means of communication with your request or appeal, this Office may respond to your appeal electronically even if you submitted your appeal to this Office via regular U.S. Mail.

We will notify you of the decision on your appeal as soon as we can.  If you have any questions about the status of your appeal, you may contact me at (202) 514-3642.  If you have submitted your appeal through FOIAonline, you may also obtain an update on the status of your appeal by logging into your account.

Sincerely,

Priscilla Jones

Supervisory Administrative Specialist



U.S. Department of Justice

Office of Information Policy

*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC 20530-0001*

Telephone: (202) 514-3642

October 25, 2016

Mr. William A. White
Register No. 13888-084
United States Penitentiary
Post Office Box 1000
Marion, IL 62959

Re:     Appeal No. DOJ-AP-2017-000066
        Request No. 1357585-000
        MWH:RCS

VIA: U.S. Mail

Dear Mr. White:

You appealed from the action of the Federal Bureau of Investigation on your Freedom of Information Act request for access to records concerning Confederate Hammerskins. Specifically, you appealed the administrative closure of your request.

It has come to this Office's attention that subsequent to your appeal, the FBI reopened your request under Request No. 1357585-001, and responded to your request by letter dated October 3, 2016 (copy enclosed). Because the FBI responded to your request, your appeal from the FBI's administrative closure of Request No. 1357585-000 is moot. Accordingly, I am closing your appeal file in this Office.

Sincerely,

10/25/2016

X _____

Matthew Hurd, Associate Chief, for
Sean O'Neill, Chief, Administrative Appeals Staff
Signed by: MATTHEW HURD

Enclosure



**Federal Bureau of Investigation**
*Washington, D.C. 20535*

September 27, 2016

MR. WILLIAM A. WHITE
5725 ARTESIAN DRIVE
DERWOOD, MD 20855

FOIPA Request No.: 1357585-001
Subject: Confederate Hammerskins

Dear Mr. White:

This acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI.

☑ Your request has been received at FBI Headquarters for processing.

☐ Your request has been received at the _____ Resident Agency / _____ Field Office and forwarded to FBI Headquarters for processing.

☑ We are searching the indices to our Central Records System for the information responsive to this request. We will inform you of the results in future correspondence.

☐ The subject of your request is currently being processed for public release. Documents will be released to you upon completion.

☐ Release of responsive records will be made to the FBI's FOIA Library (The Vault), http:/vault.fbi.gov, and you will be contacted when the release is posted.

☐ Your request for a fee waiver is being considered and you will be advised of the decision at a later date. If your fee waiver is denied, you will be charged fees in accordance with the category designated below.

☑ For the purpose of assessing fees, we have made the following determination:

   ☐ As a commercial use requester, you will be charged applicable search, review, and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(I).

   ☐ As an educational institution, noncommercial scientific institution or representative of the news media requester, you will be charged applicable duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(II).

   ☑ As a general (all others) requester, you will be charged applicable search and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(III).

Please check the status of your FOIPA request at www.fbi.gov/foia by clicking on **FOIPA Status** and entering your FOIPA Request Number. Status updates are adjusted weekly. The status of newly assigned requests may not be available until the next weekly update. If the FOIPA has been closed the notice will indicate that appropriate correspondence has been mailed to the address on file.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

October 3, 2016

MR. WILLIAM A. WHITE
5725 ARTESIAN DRIVE
DERWOOD, MD 20855

FOIPA Request No.: 1357585-001
Subject: Confederate Hammerskins

Dear Mr. White:

Records responsive to your request were previously processed under the provisions of the Freedom of Information Act. Enclosed is one CD containing 150 pages of previously processed documents and a copy of the Explanation of Exemptions. This release is being provided to you at no charge.

Please be advised that additional records potentially responsive to your subject may exist. If this release of previously processed material does not satisfy your information needs for the requested subject, you may request an additional search for records. Submit your request by mail or fax to – Work Process Unit, 170 Marcel Drive, Winchester, VA 22602, fax number (540) 868-4997. Please cite the FOIPA Request Number in your correspondence.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S. C. § 552(c) (2006 & Supp. IV (2010). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request Number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@ic.fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure(s)

November 3, 2016

Work Process Unit

170 Marcel Drive

Winchester, VA 22602

Re:  FOIA PA Requests:  1357585-001 Confederate Hammerskins, and,
     1357593-001 National Socialist Movement

Dears Sirs/Madams:

    I am today in receipt of the documents released by you in
the above FOIAPA Requests, 1357585-001, and, 1357593-001.  This
release certainly does not comprise the whole of your records on
the above captioned subjects, "Confederate Hammerskins", and,
"National Socialist Movemnt."

    I request the release of all remaining responsive documents
within 20 days.

                        Respectfully Submitted,

                        _____
                        William A White

                          -1-

Director, Office of Information Policy

United States Department of Justice

1425 New York Avenue, Suite 11050

Washington, DC 20530-0001

Re:  FOIAPA Redactions:  1357585-001 Confederate Hammerskins,
     and, 1357593-001 National Socialist Movement

Dear Director:

This is an appeal of all redactions, and, all withheld docu-
ments, for the above given FOIAPA Requests, 1357585-001, and,
1357593-001.  I raise the following issues:

1)  My name has been redacted from several of the documents purs-
    uant to 5 USC 552(b)(6), and, (7)(c).  You have certification
    of my identity on file, and, no legitimate reasons to redact
    my personal information.

2)  You have redacted the names of FBI personnel, and, other law
    enforcement personnel, engaged in public duties pursuant to 5
    USC 552(b)(6), (7)(c), and, (7)(e).  There is no privacy int-
    erest in the names of public officials engaged in public dut-
    ies.

3)  You have withheld case numbers, and, internal tracking numb-
    ers, from some of the documents under 5 USC 552(b)(7)(e).
    The fact that the FBI uses case numbers, and, internal track-
    ing numbers on its documents is public information, and, not
    a law enforcement technique subject to protection.

4)  You have redacted the names of investigative subjects,

titles, and, agencies, on some, but, not all, of the docu-
ments under 5 USC 55(b)(7)(e).  For instance, you have
redacted:

     "Domestic Terrorism/North Texas

     "Joint Terrorism Task Force (NTJTTF)"

from some documents.  Information previously released is not
confidential law enforcement information, and, neither is the
identification of the titles used in investigations, the
agencies, or, agency divisions involved, or, the subject of
the investigations (meaning topic, not personal identifier).
This information should not be redacted.

5)  You have redacted information on prior criminal convictions,
    and, other public record information, pursuant to 5 USC 552
    (b)(6), and, (7)(c).  Public records are not protected priv-
    ate information subject to redaction.

6)  You have made redactions pursuant to 5 USC 552 (b)(2), int-
    ernal personal procedures, on documents that could not possi-
    bly relate to internal personal procedures.

7)  You have redacted the names of public figures, such as Harold
    Turner, and, Jeff Schoep, pursuant to 5 USC 55(b)(6), and,
    (7)(c).  The names of public figures are not protected, or,
    subject to redaction.

8)  Descriptions of well known FBI investigative techniques, such
    as requests for interviews, surveillance, or, preliminary in-
    vestigations, have been redacted pursuant to 5 USC 552(b)(7)
    (e).  It is well known that FBI SAs conduct interviews, sur-
    veillance, and, investigations, and, have to request permis-

-1-

-2-

sion at various levels to do so. Further, many of these docu-
ments are outdated, and, refer to techniques. and, procedures
no longer in use by the FBI. Publically known information,
and, information which is not current, masy not be redacted
under the law enforcement procedures exception.

9) The documents released affirm that the FBI was engaged in an
unlawful domestic "counter-intelligence" investigation that
targeted Americans for their First Amendment Protected rights
to both speech, and, association. In particular:

   a) The FBI opened a Terrorism Enterprise Investigation into
      the Confederate Hammerskins without providing the neces-
      sary specific evidence of a predicate act of violence on
      the part of any subject. This investigation involved in-
      trusive surveillance, and, only uncovered that the sub-
      jects were no longer involved in "white supremacy".

   b) The FBI repeatedly identified the National Alliance as a
      "violent white supremacist group" in order to justify its
      investigations without any evidence that it had ever been
      involved as an organization in a predicate violent act.

   c) The FBI opened a "Terrorism Enterprise Investigation" in-
      to the National Socialist Movement while specifically re-
      porting that the National Socialist Movement was only in-
      volved in legal protest activity.

   d) The FBI circulated false information about the National
      Socialist Movement to local law enforcement agencies, and,
      its own field offices in order to encourage said agencies
      to violate the First Amendment association, and, speech,
      rights of National Socialist Movement members. For exam-
      ple:

i) The FBI failed to inform local law enforcement, and, its
own field offices, that the individuals that it identi-
fies as having organized rallies in Orlando, Florida, and
Kingston, New York, David Gletty, and, Harold Turner,
were informants, and, that the rallies were considered to
be "training events" for local law enforcement, as de-
scribed in Gletty's book, <u>Undercover Nazi</u>.

ii) the FBI gave local law enforcement, and, its own field
offices, false information about the tactics used by the
National Socialist Movement. I was in charge of organiz-
ing many of the events involved, and, the only people I
ever heard say that we should try to bring out counter-
protestors, and, stir violence, were federal informants
like Gletty, and, Turner. In fact, I repeatedly tried to
hold the events without permit, or, notice, to avoid such
theatrics, and, was overruled by individuals in the NSM
hierarchy whom I now know to have been FBI-JTTF inform-
ants.

The fact that the FBI was involved in unlawful activity in
regards to the investigations described in the released documents
overrides any privacy interest, or, other interest, in redacting
those documents.

For the above reasons, I request the release of all respons-
ive documents without redaction within 20 days.

                              Respectfully Submitted,

                              _____
                              William A White

1425 New York Avenue N.W.
Suite 11050
Washington, DC 20005

William A. White
Register No. 13888-084
USP
P.O. Box 1000
Marion, IL 62959

November 22, 2016

Dear Mr. William A. White,

This is to advise you that your administrative appeal from the action of the FBI regarding Request No. 1357585-001 was received by this Office on 11/17/2016.

The Office of Information Policy has the responsibility of adjudicating such appeals. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number DOJ-AP-2017-000850. Please mention this number in any future correspondence to this Office regarding this matter. Please note that if you provide an e-mail address or another electronic means of communication with your request or appeal, this Office may respond to your appeal electronically even if you submitted your appeal to this Office via regular U.S. Mail.

We will notify you of the decision on your appeal as soon as we can. If you have any questions about the status of your appeal, you may contact me at (202) 514-3642. If you have submitted your appeal through FOIAonline, you may also obtain an update on the status of your appeal by logging into your account.

Sincerely,

Priscilla Jones

Supervisory Administrative Specialist



**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

November 30, 2016

MR. WILLIAM A. WHITE
5725 ARTESIAN DRIVE
DERWOOD, MD 20855

FOIPA Request No.: 1357585-002
Subject: Confederate Hammerskins

Dear Mr. White:

This acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI.

☑ Your request has been received at FBI Headquarters for processing.

☐ Your request has been received at the _____ Resident Agency / _____ Field Office and forwarded to FBI Headquarters for processing.

☑ We are searching the indices to our Central Records System for the information responsive to this request. We will inform you of the results in future correspondence.

☐ The subject of your request is currently being processed for public release. Documents will be released to you upon completion.

☐ Release of responsive records will be made to the FBI's FOIA Library (The Vault), http:/vault.fbi.gov, and you will be contacted when the release is posted.

☐ Your request for a fee waiver is being considered and you will be advised of the decision at a later date. If your fee waiver is denied, you will be charged fees in accordance with the category designated below.

☑ For the purpose of assessing fees, we have made the following determination:

  ☐ As a commercial use requester, you will be charged applicable search, review, and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(I).

  ☐ As an educational institution, noncommercial scientific institution or representative of the news media requester, you will be charged applicable duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(II).

  ☑ As a general (all others) requester, you will be charged applicable search and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(III).

Please check the status of your FOIPA request at www.fbi.gov/foia by clicking on **FOIPA Status** and entering your FOIPA Request Number. Status updates are adjusted weekly. The status of newly assigned requests may not be available until the next weekly update. If the FOIPA has been closed the notice will indicate that appropriate correspondence has been mailed to the address on file.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@ic.fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division



U.S. Department of Justice

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@ic.fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Federal Bureau of Investigation
*Washington, D.C. 20535*

December 12, 2016

Sincerely,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

MR. WILLIAM A. WHITE
5725 ARTESIAN DRIVE
DERWOOD, MD 20855

Enclosure(s)

FOIPA Request No.: 1357585-002
Subject: Confederate Hammerskins

Dear Mr. White:

Records responsive to your request were previously processed under the provisions of the Freedom of Information Act. Enclosed is one CD containing 441 pages of previously processed documents and a copy of the Explanation of Exemptions. This release is being provided to you at no charge.

Please be advised that additional records potentially responsive to your subject may exist. If this release of previously processed material does not satisfy your information needs for the requested subject, you may request an additional search for records. Submit your request by mail or fax to – Work Process Unit, 170 Marcel Drive, Winchester, VA 22602, fax number (540) 868-4997. Please cite the FOIPA Request Number in your correspondence.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S. C. § 552(c) (2006 & Supp. IV (2010). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request Number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Work Process Unit

170 Marcel Drive

Winchester, VA 22602

Re: FOIAPA Request 1357593-002

Dear Work Process Unit:

Thank you for the release of additional document related to this request. However, your agency has investigated the National Socialist Movement from its founding in 1974 to the present, and, you are currently controlling the National Socialist Movement as a front group for your "counter-intelligence" operations. As you may be aware, the US Attorney's Office recently told the Eastern District of Virginia in United States v Henry (In Re: White), that you intend to publically disclose all documents related to this counter-intelligence operation.

As I have repeatedly requested, I would like your agency's entire file on your investigation of the National Socialist Movement from 1974 to the present, starting with the most recent records, if they cannot all be processed at once.

I will be amending my lawsuit currently pending against you for FOIA to include this claim, likely in January 2017. However, if this can be resolved administratively, I would like all responsive records within 20 days.

Thank you.

Respectfully Submitted,

William A White #13888-084
USP-Marion
PO Box 1000
Marion, IL 62959

-1-

---

Work Process Unit

170 Marcel Drive

Winchester, VA 22602

Re: FOIAPA Request 1357585-002

Dear Work Process Unit:

Thank you for your release of additional documents related to this request. However, I would like all documents in your agency's possession related to the Confederate Hammerskins.

Recently, in United States v Henry (In Re: White)ED Va 07-cv-342, the US Attorney's office told the Court that your agency intends to publically disclose all documents related to your 2006-2007 investigation of the Confederate Hammerskins. Based upon this statement, I do not see why there should be a problem fulfilling this FOIA request.

I intend to add this topic to a pending FOIA lawsuit that I have against your agency, probably in January 2017. However, I would also like to resolve this issue administratively, if possible, before bringing this before the Court. Thus, please provide all requested records within 20 days.

Thank you.

Respectfully Submitted,

William A White #13888-084
USP-Marion
PO Box 1000
Marion, IL 62959

-1-

EXHIBIT XXI
-----------------

Director
Office of Information Policy
United States Department of Justice
1425 New York Avenue Suite 11050
Washington, DC 20530

Re: FBI FOIAPA Request 1357585-003

Dear Director:

This is an appeal of the withholding of information in the second release of documents under the header of "Confederate Hammerskins." I appeal the following withholdings:

1) You have withheld the identity of individuals clearly associated with the Anti-Defamation League of B'nai B'rith under (b)(1), which is a national security exemption. This is usually evoked when a foreign intelligence agency is involved. If you are of ADL officials with, say, ties to the Mossad, who are providing you with information, then the public has an interest in knowing this, particularly given the influence the ADL has on American public life.

2) You withhold the names of various government officials involved in the performance of official duties. Government officials do not have a privacy interest in the performance of their officials duties. And, the mere appearance of a government official's name on a document does not constitute a "personnel file" that may be withheld within the scope of (b)(6).

3) Given the age of the documents, I would like your agency to affirm whether the names of each individual that has been withheld still refers to a living individual.

4) You have withheld information garnered from the mass media. No person has a privacy interst in their statements to, or,

-1-

appearances in the mass media. Further, these redactions are accompanied with mass media reports that make the identity of the redacted information obvious.

5) You withhold contact information for individuals, and, organizations, that is 20, or, more, years old, and, is almost certainly not current. I do not believe that individuals retain a privacy interest in contact information that is not current.

6) You withhold source information, particularly source information that supposedly uniquely identifies the source, that is too old to still merit such withholding under (b)(7)(D).

7) You withhold information on what was discussed at meetings, and, in other conversations, that is 30 years old. This information was probably never properly withheld, but, is certainly not withheld now.

8) You withhold license plate, and, other information, that is certainly not current, and, that no one could possibly continue to retain a privacy interest in.

9) You withhold the name of a religious organization on the April 20, 1988, documents which you refer to as a "cult". The name of an organization is not properly subject to withholding.

Thank you for your response within 20 days.

Respectfully Submitted,

William A White #13888-084
USP-Marion
PO Box 1000
Marion, IL 62959

-2-



**Federal Bureau of Investigation**
*Washington, D.C. 20535*

September 8, 2016

MR. WILLIAM A. WHITE
**13888-084
UNITED STATES PENITENTIARY - MARION
POST OFFICE BOX 1000
MARION, IL 62959

FOIPA Request No.: 1357593-000
Subject: National Socialist Movement

Dear Mr. White:

This is in response to your Freedom of Information Act (FOIA) request.

The records you have requested contain material that United States Penitentiary – Marion has categorized as prohibited within its facility; therefore, your request has been closed administratively. Please provide an alternate address, and we will re-open your request for processing.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@ic.fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

1425 New York Avenue N.W.
Suite 11050
Washington, DC 20005

William A. White
Register No. 13888-084
USP Marion
P.O. Box 1000
Marion, IL 62959

October 6, 2016

Dear Mr. White,

This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation regarding Request No. 1357593 was received by this Office on 10/03/2016.

The Office of Information Policy has the responsibility of adjudicating such appeals. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number DOJ-AP-2017-000064. Please mention this number in any future correspondence to this Office regarding this matter. Please note that if you provide an e-mail address or another electronic means of communication with your request or appeal, this Office may respond to your appeal electronically even if you submitted your appeal to this Office via regular U.S. Mail.

We will notify you of the decision on your appeal as soon as we can. If you have any questions about the status of your appeal, you may contact me at (202) 514-3642. If you have submitted your appeal through FOIAonline, you may also obtain an update on the status of your appeal by logging into your account.

Sincerely,

Priscilla Jones

Supervisory Administrative Specialist



**U.S. Department of Justice**

Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

October 25, 2016

Mr. William A. White
Register No. 13888-084
United States Penitentiary
Post Office Box 1000
Marion, IL 62959

Re:   Appeal No. DOJ-AP-2017-000064
      Request No. 1357593-000
      MWH:RCS

**VIA: U.S. Mail**

Dear Mr. White:

You appealed from the action of the Federal Bureau of Investigation on your Freedom of Information Act request for access to records concerning the National Socialist Movement.

It has come to this Office's attention that subsequent to your appeal, the FBI reopened your request under Request No. 1357593-001, and responded to your request by letter dated October 3, 2016 (copy enclosed). Because the FBI responded to your request, your appeal from the FBI's administrative closure of Request No. 1357593-000 is moot. Accordingly, I am closing your appeal file in this Office.

Sincerely,

10/25/2016

X ~~signature~~

Matthew Hurd, Associate Chief, for
Sean O'Neill, Chief, Administrative Appeals Staff
Signed by: MATTHEW HURD

Enclosure



**Federal Bureau of Investigation**
*Washington, D.C. 20535*

September 27, 2016

MR. WILLIAM A. WHITE
5725 ARTESIAN DRIVE
DERWOOD, MD 20855

FOIPA Request No.: 1357593-001
Subject: National Socialist Movement

Dear Mr. White:

This acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI.

☑ Your request has been received at FBI Headquarters for processing.

☐ Your request has been received at the _____ Resident Agency / _____ Field Office and forwarded to FBI Headquarters for processing.

☑ We are searching the indices to our Central Records System for the information responsive to this request. We will inform you of the results in future correspondence.

☐ The subject of your request is currently being processed for public release. Documents will be released to you upon completion.

☐ Release of responsive records will be made to the FBI's FOIA Library (The Vault), http:/vault.fbi.gov, and you will be contacted when the release is posted.

☐ Your request for a fee waiver is being considered and you will be advised of the decision at a later date. If your fee waiver is denied, you will be charged fees in accordance with the category designated below.

☑ For the purpose of assessing fees, we have made the following determination:

    ☐ As a commercial use requester, you will be charged applicable search, review, and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(I).

    ☐ As an educational institution, noncommercial scientific institution or representative of the news media requester, you will be charged applicable duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(II).

    ☑ As a general (all others) requester, you will be charged applicable search and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(III).

Please check the status of your FOIPA request at www.fbi.gov/foia by clicking on **FOIPA Status** and entering your FOIPA Request Number. Status updates are adjusted weekly. The status of newly assigned requests may not be available until the next weekly update. If the FOIPA has been closed the notice will indicate that appropriate correspondence has been mailed to the address on file.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

By filing a suit in a United States District Court or by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site:  https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@ic.fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division



U.S. Department of Justice

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

October 3, 2016

MR. WILLIAM A. WHITE
5725 ARTESIAN DRIVE
DERWOOD, MD 20855

FOIPA Request No.: 1357593-001
Subject: National Socialist Movement

Dear Mr. White:

Records responsive to your request were previously processed under the provisions of the Freedom of Information Act. Enclosed is one CD containing 63 pages of previously processed documents and a copy of the Explanation of Exemptions. This release is being provided to you at no charge.

Please be advised that additional records potentially responsive to your subject may exist. If this release of previously processed material does not satisfy your information needs for the requested subject, you may request an additional search for records. Submit your request by mail or fax to – Work Process Unit, 170 Marcel Drive, Winchester, VA 22602, fax number (540) 868-4997. Please cite the FOIPA Request Number in your correspondence.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S. C. § 552(c) (2006 & Supp. IV (2010). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request Number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@ic.fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

Enclosure(s)

1425 New York Avenue N.W.
Suite 11050
Washington, DC 20005

William A. White
Register No. 13888-084
USP
P.O. Box 1000
Marion, IL 62959

November 22, 2016

Dear Mr. William A. White,

This is to advise you that your administrative appeal from the action of the FBI regarding Request No. 1357593-001 was received by this Office on 11/17/2016.

The Office of Information Policy has the responsibility of adjudicating such appeals.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number DOJ-AP-2017-000851.  Please mention this number in any future correspondence to this Office regarding this matter.  Please note that if you provide an e-mail address or another electronic means of communication with your request or appeal, this Office may respond to your appeal electronically even if you submitted your appeal to this Office via regular U.S. Mail.

We will notify you of the decision on your appeal as soon as we can.  If you have any questions about the status of your appeal, you may contact me at (202) 514-3642.  If you have submitted your appeal through FOIAonline, you may also obtain an update on the status of your appeal by logging into your account.

Sincerely,

Priscilla Jones

Supervisory Administrative Specialist



**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

November 30, 2016

MR. WILLIAM A. WHITE
5725 ARTESIAN DRIVE
DERWOOD, MD 20855

FOIPA Request No.: 1357593-002
Subject: National Socialist Movement

Dear Mr. White:

This acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI.

☑ Your request has been received at FBI Headquarters for processing.

☐ Your request has been received at the _____ Resident Agency / _____ Field Office and forwarded to FBI Headquarters for processing.

☑ We are searching the indices to our Central Records System for the information responsive to this request. We will inform you of the results in future correspondence.

☐ The subject of your request is currently being processed for public release. Documents will be released to you upon completion.

☐ Release of responsive records will be made to the FBI's FOIA Library (The Vault), http:/vault.fbi.gov, and you will be contacted when the release is posted.

☐ Your request for a fee waiver is being considered and you will be advised of the decision at a later date. If your fee waiver is denied, you will be charged fees in accordance with the category designated below.

☑ For the purpose of assessing fees, we have made the following determination:

    ☐ As a commercial use requester, you will be charged applicable search, review, and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(I).

    ☐ As an educational institution, noncommercial scientific institution or representative of the news media requester, you will be charged applicable duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(II).

    ☑ As a general (all others) requester, you will be charged applicable search and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(III).

Please check the status of your FOIPA request at www.fbi.gov/foia by clicking on **FOIPA Status** and entering your FOIPA Request Number. Status updates are adjusted weekly. The status of newly assigned requests may not be available until the next weekly update. If the FOIPA has been closed the notice will indicate that appropriate correspondence has been mailed to the address on file.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@ic.fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

EXHIBIT B (25) 1 v File

U.S. Department of Justice



**Federal Bureau of Investigation**
*Washington, D.C. 20535*

December 12, 2016

MR. WILLIAM A. WHITE
5725 ARTESIAN DRIVE
DERWOOD, MD 20855

FOIPA Request No.: 1357593-002
Subject: National Socialist Movement

Dear Mr. White:

Records responsive to your request were previously processed under the provisions of the Freedom of Information Act. Enclosed is one CD containing 58 pages of previously processed documents and a copy of the Explanation of Exemptions. This release is being provided to you at no charge.

Please be advised that additional records potentially responsive to your subject may exist. If this release of previously processed material does not satisfy your information needs for the requested subject, you may request an additional search for records. Submit your request by mail or fax to – Work Process Unit, 170 Marcel Drive, Winchester, VA 22602, fax number (540) 868-4997. Please cite the FOIPA Request Number in your correspondence.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S. C. § 552(c) (2006 & Supp. IV (2010). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request Number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@ic.fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
Dissemination Section
Records Management Division

Enclosure(s)

Director

Office of Information Policy

United States Department of Justice

1425 New York Avenue Suite 11050

Washington, DC 20530

Re: FBI FOIAPA Request 135793-002

Dear Director:

    This is an appeal of the withholding of information in the second release of documents under the header of "National Socialist Movement." Many of these documents do not, in fact, relate to the National Socialist Movement, but, to the National Socialist Party of America, a group that existed in Skokie, Illinois, under the leadership of Frank Cohen until 1981.

    1) Some of the released documents are illegible, and, I would like legible copies.

    2) Throughout, the identities of FBI personnel engaged in public business are withheld from the documents. FBI personnel do not have a reasonable expectation of privacy in the performance of their public duties, and, the fact that an FBI agent is identified on a particular document does not constitute a "personnel record" for purpose of exemption (b)(6). I would like all such names released.

    3) With regards to the 1981, and, earlier, documents, I would like your agency to review whether the names of all persons that have been withheld refer to persons who are still living. For instance, the Greek fellow who shot George Lincoln Rockwell has his name redacted, though he has been dead for quite a while.

    4) There are numerous (b)(1) exemptions claimed in the 1981

-1-

intelligence exemption claimed pursuant to an executive order. I would like the relevant Executive Order identified. Further, it is clear that the intelligence agency referred to is either the Western German agency, which was part of a government that no longer exist, or, an American agency in Germany, as the point of contact is marked Legat Bonn. It doesn't seem to me that obvious information can be withheld.

    5) In many of the 2006-era documents, you have withheld the titles of FBI, and, possibly, other, law enforcement personnel. A person's title is not a protected personnel record pursuant to (b)(6).

    6) You have redacted the names of members of the group Anti Racist Action, information on violence performed by those members and, details of media interviews with those members, under law enforcement exemptions (b)(2), and, (b)(7)(E). I believe that this is a reference to your agency's use of informants, and, members of the media, to garner information on subjects of your investigations. If your informants were involved in criminal acts of violence, or, if your agency compromised the public media, this is information of public interst which must be released.

    7) You have redacted information relating to published media sources from the documents. A person does not have a reasonable expectation of privacy in statements made to public media, such as televisions station; in fact, you redact, for instance, the name of "Jeffrey Schoep" in one such place, then attach a news articles making it clear that this is Jeffrey Schoep. This information is subject to release.

    8) On the October 31, 2006, you redacted information regarding the deployment of agents from Kansas City, Oklahoma City,

-2-

San Diego, to the San Antonio agents. The deployment of agents from field offices to another field office is not a law enforcement technique that can be chielded from disocvery pursuant to (b)(6), or, (b)(7)(E).  Plus, in the broader context, it is clear that these agents were milking the FBI for public funds by arranging a phony "Neo-Nazi" rally on a federal holiday, then applying for federal holiday overtime pay, and, travel pay, to attend their own phony rally (at which, as well, they were stoking violence to justify classifying it as a "Special Event".)  This is evidence of wrongdoing that further justified release.

9)  You have withheld excessive amounts of information pursuant to (b)(7)(D).

10) On the FBI SMEAC that you released, you have redacted various items of "Type" that refer to surveillance rechniques, and "Weapons of Mass Destruction Countermeasures."  This information should not be withheld, particularly as the surveillance involved pretty obviously refers to the use of informants, and, human intelligence techniques.

11) The signal information withheld on the SMEAC form, if it refers to some unique code, is too old to have any value justifying its withholding, and, if it refers to some general method of signalling, is too generic to justify withholding.

12) The SMEAC form also withholds the specific duties performed by each team.  This information cannot be current enough to merit withholding a law enforcement technique.

Thank you for your response within 20 days.

Respectfully Submitted,

William A White #13888-084
USP-Marion
PO Box 1000
Marion, IL 62959

-3-



**Federal Bureau of Investigation**
*Washington, D.C. 20535*

January 3, 2017

MR. WILLIAM A. WHITE
5725 ARTESIAN DRIVE
DERWOOD, MD 20855

FOIPA Request No.: 1357563-002
Subject: Outlaw Bikers (Osceola County,
Florida)

Dear Mr. White:

This is in response to your Freedom of Information Act (FOIA) request.

Based on the information you provided, we conducted a search of the Central Records System. We were unable to identify main and reference file records responsive to the FOIA. If you have additional information pertaining to the subject that you believe was of investigative interest to the Bureau, please provide us the details and we will conduct an additional search.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S. C. § 552(c) (2006 & Supp. IV (2010). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request Number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@ic.fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI Fact Sheet and Explanation of Exemptions.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
Dissemination Section
Records Management Division

Enclosures

David M Hardy

Section Chief

Record / Information Dissemination Section

Records Management Division

Federal Bureau of Investigation

170 Marcel Drive

Winchester, Virginia 22602


Re:  1359390-000 "California Skinheads"

Dear Mr Hardy:

      This is to accept all fees associated with this request.  I
have requested that a money order annotated with my name, and,
FOIAPA Request No:  1359390-000 in the amount of $267.50 be sent
to you under separate cover.

      Thank you.

                          Respectfully Submitted,


                          William A White #13888-084
                          USP-Marion
                          PO Box 1000
                          Marion, IL 62959

                    -1-



**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

September 8, 2016

MR. WILLIAM A. WHITE
**13888-084
UNITED STATES PENITENTIARY - MARION
POST OFFICE BOX 1000
MARION, IL 62959

FOIPA Request No.: 1357439-000
Subject:  GLETTY, DAVID, ET AL

Dear Mr. White:

This acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI.   The FOIPA number listed above has been assigned to your request.

You have requested records concerning one or more third party individuals.   The FBI recognizes an important privacy interest in the requested information.   You may receive greater access to these records if they exist by providing one of the following: (1) an authorization and consent from the individual(s) (*i.e.*, express authorization and consent of the third party); (2) proof of death (*i.e.*, proof that your subject is deceased); or (3) a justification that the public interest in disclosure outweighs personal privacy (*i.e.*, a clear demonstration that the public interest in disclosure outweighs personal privacy interests).   In the absence of such information, the FBI can neither confirm nor deny the existence of any records responsive to your request, which, if they were to exist, would be exempt from disclosure pursuant to FOIA Exemptions (b)(6) and (b)(7)(C), 5 U.S.C. §§ 552 (b)(6) and (b)(7)(C).

Express authorization and consent.   If you seek disclosure of any existing records on this basis, enclosed is a Certification of Identity form.   You may make additional copies of this form if you are requesting information on more than one individual.   The subject of your request should complete this form and then sign it.   Alternatively, the subject may prepare a document containing the required descriptive data and have it notarized.   The original certification of identity or notarized authorization with the descriptive information must contain a legible, original signature before FBI can conduct an accurate search of our records.

Proof of death.   If you seek disclosure of any existing records on this basis, proof of death can be a copy of a death certificate, Social Security Death Index, obituary, or another recognized reference source.   Death is presumed if the birth date of the subject is more than 100 years ago.

Public Interest Disclosure.   If you seek disclosure of any existing records on this basis, you must demonstrate that the public interest in disclosure outweighs personal privacy interests.   In this regard, you must show that the public interest sought is a significant one, and that the requested information is likely to advance that interest.

Fax your request to the Work Process Unit at (540) 868-4997, or mail to 170 Marcel Drive, Winchester, VA 22602.   If we do not receive a response from you within 30 days from the date of this letter, your request will be closed.   You must include the FOIPA request number with any communication regarding this matter.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.   See 5 U.S.C. § 552(c).   As such, this response is limited to those records, if any exist, that are subject to the FOIA.   This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site:  https://foiaonline.regulations.gov/foia/action/public/home.   Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely.   If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."   Please cite the FOIPA Request Number assigned to your request so that it may be

easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov.   Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@ic.fbi.gov.   If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services."   Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

For questions on how to reasonably describe your request, please email us at foipaquestions@ic.fbi.gov.   You may also visit www.fbi.gov and select "Services," "Records Management," and "Freedom of Information/Privacy Act" for additional guidance.

Enclosed for your information is a copy of the FBI Fact Sheet and a copy of the Explanation of Exemptions.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

Enclosures

September 13, 2016

David Hardy, Section Chief

Record / Information Dissemination Section

Records Management Division

Work Processing Unit

170 Marcel Drive

Winchester, VA 22602

Re:  FOIAPA Request No: 1357439-00

Dear Mr Hardy:

As per the attached exhibit, I am requesting these records because public interest in their disclosure outweighs personal privacy concerns.  In particular, the information that is being requested is intended to be published journalistically in the general, national, news media, and, is intended to expose the fact that a federal agency, namely the FBI-JTTF, has been conducting an unlawful domestic counter-intelligence operation with the intent of denying American citizens their First Amendment speech, and, association, rights.

Thank you.

Sincerely,

William A White #13888-084
USP-Marion
PO Box 1000
Marion, IL 62959.

-1-



Federal Bureau of Investigation
*Washington, D.C. 20535*

September 26, 2016

Mr. William A. White
**13888-084
United States Penitentiary – Marion
Post Office Box 1000
Marion, IL 62959

FOIPA Request No.: 1357439-0
Subject: Gletty, David, Et Al

Dear Mr. White:

This is in response to your Freedom of Information Act (FOIA) request for information pertaining to the above third party. In the absence of proof of death or a privacy waiver, it is incumbent upon the requester to provide sufficient documentation demonstrating the public interest in the operations and activities of the government outweighs the substantial privacy interest of the subject. You have not demonstrated sufficient public interest. The FBI can neither confirm nor deny the existence of any records responsive to your request. If records were to exist, they would be exempt from disclosure pursuant to FOIA exemptions (b)(6) and (b)(7)(C), 5 U.S.C. § 552 (b)(6) and (b)(7)(C). Therefore, your request is being closed.

To reopen your request, you will need to submit proof of death or a privacy waiver. You can submit a privacy waiver by completing the enclosed Certification of Identity Form. To be considered a valid privacy waiver, your name must be listed on the "Authorization to Release Information to Another Person" line.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@ic.fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Sincerely,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

Enclosures

October 3, 2016

Director

Office of Information Policy

United States Department of Justice

1425 New York Avenue Suite 11050

Washington, DC 20530-0001


Re:  FOIA Denial 135357439-0


Dear Director:

    This is an appeal of the denial of FOIAPA Request No

135749-0.  Please respond within twenty days.

                Respectfully Submitted,


                _____

                William A White

-1-

1425 New York Avenue N.W.
Suite 11050
Washington, DC 20005

William A. White
Register No. 13888-084
USP
P.O. Box 1000
Marion, IL 62959

November 1, 2016

Dear Mr. William A. White,

This is to advise you that your administrative appeal from the action of the FBI regarding Request No. 1357439 was received by this Office on 10/27/2016.

The Office of Information Policy has the responsibility of adjudicating such appeals. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number DOJ-AP-2017-000474. Please mention this number in any future correspondence to this Office regarding this matter. Please note that if you provide an e-mail address or another electronic means of communication with your request or appeal, this Office may respond to your appeal electronically even if you submitted your appeal to this Office via regular U.S. Mail.

We will notify you of the decision on your appeal as soon as we can. If you have any questions about the status of your appeal, you may contact me at (202) 514-3642. If you have submitted your appeal through FOIAonline, you may also obtain an update on the status of your appeal by logging into your account.

Sincerely,

Priscilla Jones

Supervisory Administrative Specialist

U.S. Department of Justice



**Federal Bureau of Investigation**
*Washington, D.C. 20535*

September 26, 2016

MR. WILLIAM ALEXANDER WHITE
**13888-084
UNITED STATES PENITENTIARY MARION
POST OFFICE BOX 1000
MARION, IL 62959

FOIPA Request No.: 1358511-000
Subject: Operation Primitive Affliction

Dear Mr. White:

This acknowledges receipt of your Freedom of Information Acts (FOIA) request to the FBI.

☑     Your request has been received at FBI Headquarters for processing.

☐     Your request has been received at the _____ Resident Agency / _____ Field Office and forwarded to FBI Headquarters for processing.

☑     We are searching the indices to our Central Records System for the information responsive to this request. We will inform you of the results in future correspondence.

☐     The subject of your request is currently being processed for public release. Documents will be released to you upon completion.

☐     Release of responsive records will be made to the FBI's FOIA Library (The Vault), http://vault.fbi.gov, and you will be contacted when the release is posted.

☐     Your request for a fee waiver is being considered and you will be advised of the decision at a later date. If your fee waiver is denied, you will be charged fees in accordance with the category designated below.

☑     For the purpose of assessing fees, we have made the following determination:

      ☐     As a commercial use requester, you will be charged applicable search, review, and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(I).

      ☐     As an educational institution, noncommercial scientific institution or representative of the news media requester, you will be charged applicable duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(II).

      ☑     As a general (all others) requester, you will be charged applicable search and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(III). ,

Please check the status of your FOIPA request at www.fbi.gov/foia by clicking on **FOIPA Status** and entering your FOIPA Request Number. Status updates are adjusted weekly. The status of newly assigned requests may not be available until the next weekly update. If the FOIPA has been closed the notice will indicate that appropriate correspondence has been mailed to the address on file.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@ic.fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division



EXHIBIT B(1)(ii)
FBI-Department of Justice

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

October 17, 2016

MR. WILLIAM A. WHITE
**13888-084
UNITED STATES PENITENTIARY MARION
POST OFFICE BOX 1000
MARION, IL 62959

FOIPA Request No.: 1358511-000
Subject: Operation Primitive Affliction

Dear Mr. White:

This is in reference to your Freedom of Information Acts (FOIA) request.

The Federal Bureau of Investigation (FBI) has located approximately 12,250 pages of records potentially responsive to the subject of your request. By DOJ regulation, the FBI notifies requesters when anticipated fees exceed $25.00.

Releases are made on Compact Disc (CD) if an alternative address is provided. Each CD contains approximately 500 reviewed pages per release. The 500 page estimate is based on our business practice of processing complex cases in segments. DOJ regulations provide 100 pages or the cost equivalent ($5.00) free of charge. If all potentially responsive pages are released, you will owe $370.00 in duplication fees to receive the release on CD ( 25 CDs at $15.00 each less $5.00 credit). Should you request that the release be made in paper, you will owe 607.50 in duplication fees.

If you receive the release in paper, estimated fees will exceed $250; therefore, an advanced payment of 50% of total estimated costs $303.75 will be required prior to moving the case forward. You may reduce the estimated cost by narrowing the scope of your request. To do so, please notify us by letter with an alternate contact to negotiate on your behalf.

Please remember this is only an estimate, and some of the information may be withheld in full pursuant to FOIA/Privacy Act exemption(s). Also, some information may not be responsive to your subject. Thus, the actual charges could be less.

---

**Requester Response**

You must notify us in writing within thirty (30) days from the date of this letter of your format decision (paper or CD) and the scope of your request. You must also indicate your preference in the handling of your request in reference to the estimated duplication fees from the following four (4) options:

____✓____ I am willing to pay estimated duplication fees up to the amount specified in this letter
(50% of payment is required with this letter if the release is on paper).
_____ I am willing to pay duplication fees of a different amount.
Please specify amount: _____
_____ Provide me 100 pages or the cost equivalent ($5.00) free of charge.
_____ Cancel my request.

If we do not receive your duplication format decision, payment, and/or estimated duplication fee selection within thirty (30) days of the date of this notification, your request will be closed. Include the FOIPA Request Number listed above in any communication regarding this matter.

---

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S. C. § 552(c) (2006 & Supp. IV (2010). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard

notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You have the opportunity to reduce the scope of your request; this will accelerate the process and could potentially place your request in a smaller processing queue. This may also reduce search and duplication costs and allow for a more timely receipt of your information. The FBI uses a multi-queue processing system to fairly assign and process new requests. Simple queue cases (50 pages or less) usually require the least time to process.

Please advise in writing if you would like to discuss reducing the scope of your request and your willingness to pay the estimated search and duplication costs indicated above. Provide a telephone number, if one is available, where you can be reached between 8:00 a.m. and 5:00 p.m., Eastern Standard Time. Mail your response to: **Work Process Unit; Record Information/Dissemination Section; Records Management Division; Federal Bureau of Investigation; 170 Marcel Drive; Winchester, VA 22602.** You may also fax your response to: 540-868-4997, Attention: Work Process Unit.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request Number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@ic.fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
Dissemination Section
Records Management Division

November 1, 2016     EXHIBIT B(1)(iii)

Work Process Unit

Record Information / Dissemination Section

Records Management Division

Federal Bureau of Investigation

170 Marcel Drive

Winchester, VA 22602

Re:  1358511-000   Operation Primitive Affliction

Dear Work Process Unit:

　　All fees related to the release of 12,250 pages of documents related to Operation Primitive Afflication are accepted.  Please release the information on CD to:  William A White 5725 Artesian Dr Derwood, MD 20855.

　　Thank you.  I look forward to having the requested information within 20 days as required by statute.

　　　　　　　　　Respectfully Submitted,

　　　　　　　　　William A White

-1-



**Federal Bureau of Investigation**
*Washington, D.C. 20535*

September 26, 2016

MR. WILLIAM ALEXANDER WHITE
**13888-084
UNITED STATES PENITENTIARY MARION
POST OFFICE BOX 1000
MARION, IL 62959

FOIPA Request No.: 1358523-000
Subject: KILLIAN , ROBERT (ET. AL.)

Dear Mr. White:

This acknowledges receipt of your Freedom of Information Acts (FOIA) request to the FBI. The FOIPA number listed above has been assigned to your request.

You have requested records concerning one or more third party individuals. The FBI recognizes an important privacy interest in the requested information. You may receive greater access to these records if they exist by providing one of the following: (1) an authorization and consent from the individual(s) (*i.e.*, express authorization and consent of the third party); (2) proof of death (*i.e.*, proof that your subject is deceased); or (3) a justification that the public interest in disclosure outweighs personal privacy (*i.e.*, a clear demonstration that the public interest in disclosure outweighs personal privacy interests). In the absence of such information, the FBI can neither confirm nor deny the existence of any records responsive to your request, which, if they were to exist, would be exempt from disclosure pursuant to FOIA Exemptions (b)(6) and (b)(7)(C), 5 U.S.C. §§ 552 (b)(6) and (b)(7)(C).

Express authorization and consent. If you seek disclosure of any existing records on this basis, enclosed is a Certification of Identity form. You may make additional copies of this form if you are requesting information on more than one individual. The subject of your request should complete this form and then sign it. Alternatively, the subject may prepare a document containing the required descriptive data and have it notarized. The original certification of identity or notarized authorization with the descriptive information must contain a legible, original signature before FBI can conduct an accurate search of our records.

Proof of death. If you seek disclosure of any existing records on this basis, proof of death can be a copy of a death certificate, Social Security Death Index, obituary, or another recognized reference source. Death is presumed if the birth date of the subject is more than 100 years ago.

Public Interest Disclosure. If you seek disclosure of any existing records on this basis, you must demonstrate that the public interest in disclosure outweighs personal privacy interests. In this regard, you must show that the public interest sought is a significant one, and that the requested information is likely to advance that interest.

Fax your request to the Work Process Unit at (540) 868-4997, or mail to 170 Marcel Drive, Winchester, VA 22602. If we do not receive a response from you within 30 days from the date of this letter, your request will be closed. You must include the FOIPA request number with any communication regarding this matter.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S.C. § 552(c). As such, this response is limited to those records, if any exist, that are subject to the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be

easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@ic.fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

For questions on how to reasonably describe your request, please email us at foipaquestions@ic.fbi.gov. You may also visit www.fbi.gov and select "Services," "Records Management," and "Freedom of Information/Privacy Act" for additional guidance.

Enclosed for your information is a copy of the FBI Fact Sheet and a copy of the Explanation of Exemptions.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure(s)

EXHIBIT E(j)(ii)
Case 3:16-cv-00948-JPG   Document 25-2   Filed 07/17/17   Page 41 of 50   Page ID #267
October 6, 2016

David M Hardy, Section Chief

Record/Information Dissemination Section

Records Management Division

Federal Bureau of Investigation

170 Marcel Drive

Winchester, VA 22602

Re:  FOIAPA Request No:  1358523-000

Dear Mr Hardy:

    As outlined in my response in FOIAPA Request No 1357439-000,
I believe that your agency has been involved in illegal activity
directed at the First Amendment rights of law-abiding Americans.
Per Bennett v Drug Enforcement Administration 55 F Supp 2d 36 (D.
DC 1999), the public interest in uncovering illegal activity by
a federal agency outweighs any privacy interest that agency rec-
ognizes in its records.  For the same reasons given in FOIAPA
Request No 1357439-000, the exhibits to that request being now
available online at pacer.gov in WD Va Case No 13-cr-013, I re-
quest release of all requested records.

                    Respectfully Submitted,

                    William A White #13888-084
                    USP-Marion
                    PO Box 1000
                    Marion, IL 62959

                    -1-



Federal Bureau of Investigation
*Washington, D.C. 20535*

October 24, 2016

MR. WILLIAM A. WHITE
**13888-084
UNITED STATES PENITENTIARY MARION
POST OFFICE BOX 1000
MARION, IL 62959

FOIPA Request No.: 1358523-0
Subject: Robert Killian (Et. Al.)

Dear Mr. White:

This is in response to your Freedom of Information Act (FOIA) request for information pertaining to the above third party.  In the absence of proof of death or a privacy waiver, it is incumbent upon the requester to provide sufficient documentation demonstrating the public interest in the operations and activities of the government outweighs the substantial privacy interest of the subject.  You have not demonstrated sufficient public interest.  The FBI can neither confirm nor deny the existence of any records responsive to your request. If records were to exist, they would be exempt from disclosure pursuant to FOIA exemptions (b)(6) and (b)(7)(C), 5 U.S.C. § 552 (b)(6) and (b)(7)(C). Therefore, your request is being closed.

To reopen your request, you will need to submit proof of death or a privacy waiver.  You can submit a privacy waiver by completing the enclosed Certification of Identity Form.  To be considered a valid privacy waiver, your name must be listed on the "Authorization to Release Information to Another Person" line.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request number listed above has been assigned to your request.  Please use this number in all correspondence concerning your request.  Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site:  https://foiaonline.regulations.gov/foia/action/public/home.  Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely.  If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov.  Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@ic.fbi.gov.  If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services."  Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Sincerely,

David M. Hardy
Section Chief
Record/Information
Dissemination Section
Records Management Division

Enclosure

Director, Office of Information Policy

United States Department of Justice

1425 New York Ave, NW, Suite 11050

Washington, DC 20530-0001


Re:  FOIAPA Request 1358523-0 Robert Killian et al


Dear Director:

    This is an appeal of the denial of records related to Robert Killian, and, others, pursuant to FOIAPA REquest 1358523-0.  As discussed in my prior correspondance with you, Robert Killian, and, the others named in this request, were FBI-JTTF Agents, and, informants under their control, who engaged in an unlawful operation targeting the First Amendment rights of law-abiding citizens.  As this purpose of this FOIA is to uncover unlawful activity by your agency, the public interest outweighs your agency's interest in keeping these records private.

    For the above reasons, I request all records related to this FOIAPA Request within  20 days.

                           Respectfully Submitted,

                           William A White

-1-

1425 New York Avenue N.W.
Suite 11050
Washington, DC 20005

William A. White
Register No. 13888-084
USP
P.O. Box 1000
Marion, IL 62959

November 28, 2016

Dear Mr. William A. White,

This is to advise you that your administrative appeal from the action of the FBI regarding Request No. 1358523 - Robert Killian et al was received by this Office on 11/18/2016.

The Office of Information Policy has the responsibility of adjudicating such appeals. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number DOJ-AP-2017-000913. Please mention this number in any future correspondence to this Office regarding this matter. Please note that if you provide an e-mail address or another electronic means of communication with your request or appeal, this Office may respond to your appeal electronically even if you submitted your appeal to this Office via regular U.S. Mail.

We will notify you of the decision on your appeal as soon as we can. If you have any questions about the status of your appeal, you may contact me at (202) 514-3642. If you have submitted your appeal through FOIAonline, you may also obtain an update on the status of your appeal by logging into your account.

Sincerely,

Priscilla Jones

Supervisory Administrative Specialist



**Federal Bureau of Investigation**
*Washington, D.C. 20535*

October 12, 2016

MR. WILLIAM WHITE
**13888-084
UNITED STATES PENITENTIARY - MARION
POST OFFICE BOX 1000
MARION, IL 62959

FOIPA Request No.: 1359366-000
Subject: Aryan Strike Force

Dear Mr. White:

This is in response to your Freedom of Information Act (FOIA) request.

Based on the information you provided, we conducted a search of the Central Records System. We were unable to identify main file records responsive to the FOIA. If you have additional information pertaining to the subject that you believe was of investigative interest to the Bureau, please provide us the details and we will conduct an additional search.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S. C. § 552(c) (2006 & Supp. IV (2010). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request Number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@ic.fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI Fact Sheet.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

EXHIBIT B(5)(1)

October 28, 2015

Director
Office of Information Policy
Department of Justice
1425 New York Avenue, NW
Washington, DC 20530-0001

Re:  FOIAPA Requests #1359407-000, 1359401-000, 1359403-000,
     1359566-000, 1359387-000

Dear Director:

This is an appeal of the denial of records in the above enumerated FOIAPA Requests, Numbers 1359407-000, 1359401-000, 1359403-000, 1359566-000, 1359387-000.  As per the material which I sent to you in your denial of previous FOIA requests, I believe that your agency has been involved in an unlawful counter-intelligence program targeting the free speech, and, association, rights of white nationalists, and, other law-abiding citizens.

I know that Matthew Parrott  is an informant for the FBI-JTTF, and, the Indiana State Police, as he has frequently discussed his activities on your behalf with others.  Parrott's son-in-law, Matthew Heimbach, created the Traditionalist Workers Party with Parrott, and, thus, you are clearly involved in investigating that organization.  The Ohio Council of Concerned Citizens was present at the Salem, Ohio, meeting which I have previously detailed.  White Lives Matter is associated with the National Socialist Movement, which, as I have previously detailed to you, is a front organization which you are operating.  The Aryan Strike Force is the supposed security for these phony meetings that you are organizing, and, is likely composed entirely of your JTTF agents.  The remainder of the individuals listed are

-1-

either informants, or, targets of your various operations.

In particular, the other indviduals listed include persons who have been present at phony "rallies" which you have organized in Sacramento, California, and, Buffalo, New York, or, were involved in the aforementioned Salem, Ohio, meeting, or, a meeting which was staged in Tennessee.  You have been holding these phony rallies in a very public way with the intent of disrupting the political process, stoking violence, and, misinforming the public about supposed political extremism, all of which are unlawful goals.

For the above reasons, I ask that all of the requested files be released.  Please respond within 20 days.

Respectfully Submitted,

William A White #13888-084
USP-Marion
PO Box 1000
Marion, IL 62959

-2-

1425 New York Avenue N.W.
Suite 11050
Washington, DC 20005

William A. White
Register No. 13888-084
USP Marion
P.O. Box 1000
Marion, IL 62959

November 2, 2016

Dear Mr. White,

This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation regarding Request No. 1359566  was received by this Office on 11/01/2016.

The Office of Information Policy has the responsibility of adjudicating such appeals.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number DOJ-AP-2017-000520.  Please mention this number in any future correspondence to this Office regarding this matter.  Please note that if you provide an e-mail address or another electronic means of communication with your request or appeal, this Office may respond to your appeal electronically even if you submitted your appeal to this Office via regular U.S. Mail.

We will notify you of the decision on your appeal as soon as we can.  If you have any questions about the status of your appeal, you may contact me at (202) 514-3642.  If you have submitted your appeal through FOIAonline, you may also obtain an update on the status of your appeal by logging into your account.

Sincerely,

Priscilla Jones

Supervisory Administrative Specialist



U.S. Department of Justice

Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC  20530-0001*

*Telephone: (202) 514-3642*

- 2 -

College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

December 12, 2016

Sincerely,

X *Christina Troiani*

Christina D. Troiani, Associate Chief, for
Sean O'Neill, Chief, Administrative Appeals Staff

Mr. William A. White
Register No. 13888-084
United States Penitentiary
Post Office Box 1000
Marion, IL 62959

Re:    Appeal No. DOJ-AP-2017-000520
       Request No. 1359366
       CDT:TAZ

**VIA: U.S. Mail**

Dear Mr. White:

You appealed from the action of the Federal Bureau of Investigation on your Freedom of Information Act request for access to records concerning the Aryan Strike Force.

After carefully considering your appeal, I am affirming the FBI's action on your request. The FBI informed you that it could locate no responsive main file records subject to the FOIA in its files. I have determined that the FBI's action was correct and that it conducted an adequate, reasonable search for such records.

Please be advised that this Office's decision was made only after a full review of this matter. Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your underlying request, and the action of the FBI in response to your request. If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office's FOIA Public Liaison for your appeal. Specifically, you may speak with the undersigned agency official by calling (202) 514-3642.

If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road,



**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

October 11, 2016

MR. WILLIAM A WHITE
**13888-084
UNITED STATES PENITENTIARY, MARION
POST OFFICE BOX 1000
MARION, IL 62959

FOIPA Request No.: 1359367-000
Subject: THOMAS, SONNY

Dear Mr. White:

This acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI. The FOIPA number listed above has been assigned to your request.

You have requested records concerning one or more third party individuals. The FBI recognizes an important privacy interest in the requested information. You may receive greater access to these records if they exist by providing one of the following: (1) an authorization and consent from the individual(s) (*i.e.*, express authorization and consent of the third party); (2) proof of death (*i.e.*, proof that your subject is deceased); or (3) a justification that the public interest in disclosure outweighs personal privacy (*i.e.*, a clear demonstration that the public interest in disclosure outweighs personal privacy interests). In the absence of such information, the FBI can neither confirm nor deny the existence of any records responsive to your request, which, if they were to exist, would be exempt from disclosure pursuant to FOIA Exemptions (b)(6) and (b)(7)(C), 5 U.S.C. §§ 552 (b)(6) and (b)(7)(C).

Express authorization and consent. If you seek disclosure of any existing records on this basis, enclosed is a Certification of Identity form. You may make additional copies of this form if you are requesting information on more than one individual. The subject of your request should complete this form and then sign it. Alternatively, the subject may prepare a document containing the required descriptive data and have it notarized. The original certification of identity or notarized authorization with the descriptive information must contain a legible, original signature before FBI can conduct an accurate search of our records.

Proof of death. If you seek disclosure of any existing records on this basis, proof of death can be a copy of a death certificate, Social Security Death Index, obituary, or another recognized reference source. Death is presumed if the birth date of the subject is more than 100 years ago.

Public Interest Disclosure. If you seek disclosure of any existing records on this basis, you must demonstrate that the public interest in disclosure outweighs personal privacy interests. In this regard, you must show that the public interest sought is a significant one, and that the requested information is likely to advance that interest.

Fax your request to the Work Process Unit at (540) 868-4997, or mail to 170 Marcel Drive, Winchester, VA 22602. If we do not receive a response from you within 30 days from the date of this letter, your request will be closed. You must include the FOIPA request number with any communication regarding this matter.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S.C. § 552(c). As such, this response is limited to those records, if any exist, that are subject to the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@ic.fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

For questions on how to reasonably describe your request, please email us at foipaquestions@ic.fbi.gov. You may also visit www.fbi.gov and select "Services," "Records Management," and "Freedom of Information/Privacy Act" for additional guidance.

Enclosed for your information is a copy of the FBI Fact Sheet and a copy of the Explanation of Exemptions.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
Dissemination Section
Records Management Division

Enclosure(s)

Work Process Unit

170 Marcel Drive

Winchester, VA 22602

Re: FOIAPA Request: 1359367-000

Dear Mr Hardy:

    This is in response to your request to provide a justification in the public interest for releasing records relating to Sonny Thomas.

    In my prior communications with your office, I have provided information indicating that your agency, the FBI-JTTF, has been involved in an unlawful counter-intelligence operation targeting the First Amendment rights of law-abiding citizens. I have attached to this letter an article from <u>White Voice</u> describing the involvement of a person using the name "Sonny Thomas of the Sonny Thomas Radio Show" in an event held in Salem, Ohio, by the "Aryan Nationalist Alliance", with security provided by the "Aryan Strikeforce." A number of the individuals in attendance were either federal informants, or, targets of federal investigation. I believe that this event was hosted by the FBI-JTTF as part of a false front operation, and, that Mr Thomas is either an FBI-JTTF informant, or, a target of that operation.

    Because Mr Thomas intersects with an unlawful FBI-JTTF operation the public interest in exposing the unlawful activities of the FBI-JTTF outweighs any privacy interest Mr Thomas has in these records.

    I would like these records provided within 20 days. Thank you for your prompt response.

                    Respectfully Submitted,

                    William A White

-1-