U.S. Department of Justice

Federal Bureau of Investigation
*Washington, D.C. 20535*

November 7, 2016

MR. WILLIAM A WHITE
**13888-084
UNITED STATES PENITENTIARY, MARION
POST OFFICE BOX 1000
MARION, IL 62959

FOIPA Request No.: 1359367-000
Subject: THOMAS, SONNY

Dear Mr. White:

This is in response to your Freedom of Information Act (FOIA) request for information pertaining to the above third party. In the absence of proof of death or a privacy waiver, it is incumbent upon the requester to provide sufficient documentation demonstrating the public interest in the operations and activities of the government outweighs the substantial privacy interest of the subject. You have not demonstrated sufficient public interest. The FBI can neither confirm nor deny the existence of any records responsive to your request. If records were to exist, they would be exempt from disclosure pursuant to FOIA exemptions (b)(6) and (b)(7)(C), 5 U.S.C. § 552 (b)(6) and (b)(7)(C). Therefore, your request is being closed.

To reopen your request, you will need to submit proof of death or a privacy waiver. You can submit a privacy waiver by completing the enclosed Certification of Identity Form. To be considered a valid privacy waiver, your name must be listed on the "Authorization to Release Information to Another Person" line.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@ic.fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Sincerely,

David M. Hardy
Section Chief
Record/Information
Dissemination Section
Records Management Division

Enclosure

EXHIBIT E(l)(iv)

November 15, 2016

Director

Office of Information Policy

United States Department of Justice

1425 New York Avenue, NW Suite 11050

Washington, DC 20530-0001

Re: FOIAPA Request: 1359367-000 Sonny Thomas

Dear Director:

This is an appeal of the denial of FOIAPA Request 1359367-000. I have previouly sent you numerous articles, and, documents from legal proceedings, showing that your agency has been involved in an unlawful counterintelligence program targeting law abiding Americans. Mr Thomas, the subject of this FOIAPA Request, was present at a meeting with a number of your informants, as detailed in the news articles provided. I would like information on his involvement in this program, particularly given your agency's affinity for creating internet radio programs as honeytraps.

Thank you for responding within 20 days.

Respectfully Submitted,

William A White #13888-084
USP-Marion
PO Box 1000
Marion, IL 62959



EXHIBIT F(m)(i)

U.S. Department of Justice

Federal Bureau of Investigation
*Washington, D.C. 20535*

October 14, 2016

MR. WILLIAM WHITE
**13888-084
UNITED STATES PENITENTIARY - MARION
POST OFFICE BOX 1000
MARION, IL 62959

FOIPA Request No.: 1359374-000
Subject: Golden State Skinheads of Sacramento, CA

Dear Mr. White:

This is in response to your Freedom of Information Act (FOIA) request.

Based on the information you provided, we conducted a search of the Central Records System. We were unable to identify main file records responsive to the FOIA. If you have additional information pertaining to the subject that you believe was of investigative interest to the Bureau, please provide us the details and we will conduct an additional search.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S. C. § 552(c) (2006 & Supp. IV (2010). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request Number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@ic.fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI Fact Sheet.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
Dissemination Section
Records Management Division

Enclosure



October 21, 2016 EXHIBIT E(m)(ii)

Director, Office of Information Policy
United States Department of Justice
1425 New York Avenue, NW, Suite 11050
Washington, DC 20530-0001

Re: FOIAPA Request No 1359414-000, 1359374-000

Dear Director:

This is an appeal of your denial of records related to the above FOIAPA Requests 1359414-000, Aryan Nationalist Alliance, and, Golden State Skinheads of Sacramento, CA, 1359374-000. I have previously sent you material showing that I believe that the FBI-JTTF is involved in an ongoing, unlawful effort to restrict the First Amendment speech, and, association, rights of individuals with dissident views on race, immigration, Southern heritage, and, other issues. I am attaching to this appeal additional news articles in support of that proposition.

These requests are in furtherance of this investigation. As argued, the exemptions of 5 USC §552(c) do not apply because of the unlawful nature of this investigation, and, the public interest in stopping unlawful conduct by federal agents, and, agencies.

Respectfully Submitted,

William A White #13888-084
USP-Marion
PO Box 1000
Marion, IL 62959



U.S. Department of Justice

Federal Bureau of Investigation
*Washington, D.C. 20535*

October 18, 2016

MR. WILLIAM A WHITE
**13888-084
UNITED STATES PENITENTIARY
POST OFFICE BOX 1000
MARION, IL 62959

FOIPA Request No.: 1359377-000
Subject: The Aryan Renaissance Society

Dear Mr. White:

This is in response to your Freedom of Information Act (FOIA) request.

Based on the information you provided, we conducted a search of the Central Records System. We were unable to identify main file records responsive to the FOIA. If you have additional information pertaining to the subject that you believe was of investigative interest to the Bureau, please provide us the details and we will conduct an additional search.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S. C. § 552(c) (2006 & Supp. IV (2010). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request Number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@ic.fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI Fact Sheet.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
Dissemination Section
Records Management Division

Enclosure

October 27, 2016

EXHIBIT E(n)(ii)

Director, Office of Information Policy
United States Department of Justice
1425 New York Avenue, NW, Suite 11050
Washington, DC 20530-0001

Re: FOIA PA Requests 1359397-000, 1359377-000

Dear Director:

This is an appeal of your agency's denial of a FOIAPA Request for records relating to Blue Lives Matter Of Texas, FOIAPA Request No: 1359397-000, and, the Aryan Renaissance Society, FOIAPA Request No: 1359377-000.

I have previously sent you extensive documentation that your agency has been involved in unlawful activity. See, eg FOIAPA Requests No: 1357551-000/001, 1357585-000, 1357582-000, 1357558-000/001, 1357563-000, 1357439-000, 1358511-000, 1358523-000, 1359407-000, 1359374-000, 1359414-000, 1359389-000, 1359401-000, 1359403-000, 1359366-000, 1359390-000, 1359387-000, and, 1359367-000, as well as White v Department of Justice, et al SD Ill 16-cv-948. This unlawful activity has involved setting up phony "white supremacist" groups for the purpose of targeting law-abiding citizens.

Recently, in Texas, the FBI-JTTF held a phony "Blue Lives Matter" demonstration to promote the Aryan Renaissance Society. Several FBI-JTTF informants, and, targets, were in attendance. I would like the files on this operation. As it is organized for an unlawful purpose, the 5 USC §552(c) exemptions do not apply.

I would like documents within 20 days.

Respectfully Submitted,

William A White



Federal Bureau of Investigation
*Washington, D.C. 20535*

October 12, 2016

MR. WILLIAM A WHITE
13888-084
UNITED STATES PENITENTIARY MARION
POST OFFICE BOX 1000
MARION, IL 62959

FOIPA Request No.: 1359387-000
Subject: HEINBACH, MATTHEW ET AL.

Dear Mr. White:

This acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI. The FOIPA number listed above has been assigned to your request.

You have requested records concerning one or more third party individuals. The FBI recognizes an important privacy interest in the requested information. You may receive greater access to these records if they exist by providing one of the following: (1) an authorization and consent from the individual(s) (*i.e.*, express authorization and consent of the third party); (2) proof of death (*i.e.*, proof that your subject is deceased); or (3) a justification that the public interest in disclosure outweighs personal privacy (*i.e.*, a clear demonstration that the public interest in disclosure outweighs personal privacy interests). In the absence of such information, the FBI can neither confirm nor deny the existence of any records responsive to your request, which, if they were to exist, would be exempt from disclosure pursuant to FOIA Exemptions (b)(6) and (b)(7)(C), 5 U.S.C. §§ 552 (b)(6) and (b)(7)(C).

Express authorization and consent. If you seek disclosure of any existing records on this basis, enclosed is a Certification of Identity form. You may make additional copies of this form if you are requesting information on more than one individual. The subject of your request should complete this form and then sign it. Alternatively, the subject may prepare a document containing the required descriptive data and have it notarized. The original certification of identity or notarized authorization with the descriptive information must contain a legible, original signature before FBI can conduct an accurate search of our records.

Proof of death. If you seek disclosure of any existing records on this basis, proof of death can be a copy of a death certificate, Social Security Death Index, obituary, or another recognized reference source. Death is presumed if the birth date of the subject is more than 100 years ago.

Public Interest Disclosure. If you seek disclosure of any existing records on this basis, you must demonstrate that the public interest in disclosure outweighs personal privacy interests. In this regard, you must show that the public interest sought is a significant one, and that the requested information is likely to advance that interest.

Fax your request to the Work Process Unit at (540) 868-4997, or mail to 170 Marcel Drive, Winchester, VA 22602. If we do not receive a response from you within 30 days from the date of this letter, your request will be closed. You must include the FOIPA request number with any communication regarding this matter.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S.C. § 552(c). As such, this response is limited to those records, if any exist, that are subject to the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@ic.fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

For questions on how to reasonably describe your request, please email us at foipaquestions@ic.fbi.gov. You may also visit www.fbi.gov and select "Services," "Records Management," and "Freedom of Information/Privacy Act" for additional guidance.

Enclosed for your information is a copy of the FBI Fact Sheet and a copy of the Explanation of Exemptions.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
Dissemination Section
Records Management Division

Enclosure(s)

1425 New York Avenue N.W.
Suite 11050
Washington, DC 20005

William A. White
Register No. 13888-084
USP Marion
P.O. Box 1000
Marion, IL 62959

November 2, 2016

Dear Mr. White,

      This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation regarding Request No. 1359387 was received by this Office on 11/01/2016.

      The Office of Information Policy has the responsibility of adjudicating such appeals. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number DOJ-AP-2017-000521. Please mention this number in any future correspondence to this Office regarding this matter. Please note that if you provide an e-mail address or another electronic means of communication with your request or appeal, this Office may respond to your appeal electronically even if you submitted your appeal to this Office via regular U.S. Mail.

      We will notify you of the decision on your appeal as soon as we can. If you have any questions about the status of your appeal, you may contact me at (202) 514-3642. If you have submitted your appeal through FOIAonline, you may also obtain an update on the status of your appeal by logging into your account.

Sincerely,

Priscilla Jones

Supervisory Administrative Specialist



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

October 11, 2016

MR. WILLIAM A WHITE
**13888-084
UNITED STATES PENITENTIARY
POST OFFICE BOX 1000
MARION, IL 62959

FOIPA Request No.: 1359389-000
Subject: Aryan Strike Force (Salem, Ohio)

Dear Mr. White:

This is in response to your Freedom of Information Act (FOIA) request.

Based on the information you provided, we conducted a search of the Central Records System. We were unable to identify main file records responsive to the FOIA. If you have additional information pertaining to the subject that you believe was of investigative interest to the Bureau, please provide us the details and we will conduct an additional search.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S. C. § 552(c) (2006 & Supp. IV (2010). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request Number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@ic.fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI Fact Sheet.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

Enclosure

EXHIBIT E(p)(ii)

October 07, 2016

Director, Office of Information Policy
Department of Justice
1425 New York Avenue, NW Suite 11050
Washington, DC 20530-0001

Re: FOIA/PA Request No 1359389-000

Dear Director:

This is an appeal of your denial of a FOIAPA request related to the activities of the Aryan Strike Force in Salem, Ohio, FOIA-PA Request No: 1359389-000.

I am enclosing a news article from the White Voice newsletter indicating that members of the Aryan Strikeforce have been providing "security" at various white-oriented events. A number of the individuals involved in these events, as described in my prior FOIA/PA responses, particularly as regards FOIAPA Request No: 1357593-000, 1357551-000/001, 135785-000, 1357558-000, and, 1357582-000, are federal informants. I attach to this also a portion of a draft amended complaint which I may file in SD Ill Case No: 16-cv-948, White v Department of Justice, et al showing how the criminal activity by your agnecies detailed in those FOIA requests is continuing through these groups.

Insofar as these records are protected under 5 USC §552(c), your agency's illegal targeting of Americans for lawful speech, and, protected acts of association, creates a public interest in the divulgence of these records which nullifies your agency's interest in protecting ongoing activity that is nominally for "law enforcement."

I would appreciate release of the requested records within 20 days of the receipt of this letter. Thank you.

Respectfully Submitted,

1425 New York Avenue N.W.
Suite 11050
Washington, DC 20005

William A. White
Register No. 13888-084
USP
P.O. Box 1000
Marion, IL 62959

November 2, 2016

Dear Mr. William A. White,

This is to advise you that your administrative appeal from the action of the FBI regarding Request No. 1359389 was received by this Office on 10/31/2016.

The Office of Information Policy has the responsibility of adjudicating such appeals.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number DOJ-AP-2017-000508.  Please mention this number in any future correspondence to this Office regarding this matter. Please note that if you provide an e-mail address or another electronic means of communication with your request or appeal, this Office may respond to your appeal electronically even if you submitted your appeal to this Office via regular U.S. Mail.

We will notify you of the decision on your appeal as soon as we can.  If you have any questions about the status of your appeal, you may contact me at (202) 514-3642.  If you have submitted your appeal through FOIAonline, you may also obtain an update on the status of your appeal by logging into your account.

Sincerely,

Priscilla Jones

Supervisory Administrative Specialist

U.S. Department of Justice
Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

**November 23, 2016**

Mr. William A. White
Register No. 13888-084
United States Penitentiary
Post Office Box 1000
Marion, IL 62959

Re: Appeal No. DOJ-AP-2017-000508
Request No. 1359389
SRO:TAZ

**VIA: U.S. Mail**

Dear Mr. White:

You appealed from the action of the Federal Bureau of Investigation on your Freedom of Information Act request for access to records concerning the Aryan Strike force of Salem, Ohio.

After carefully considering your appeal, I am affirming the FBI's action on your request. The FBI informed you that it could locate no responsive main file records subject to the FOIA in its files. I have determined that the FBI's action was correct and that it conducted an adequate, reasonable search for such records.

With regard to your apparent allegation that the FBI improperly invoked a FOIA exclusion to withhold records from you, although the Department of Justice can neither confirm nor deny that an exclusion was employed in any particular case, see Attorney General's Memorandum on the 1986 Amendments to the Freedom of Information Act 27 (Dec. 1987), I have carefully considered your allegation and have found this claim to be without merit. Please be advised that this response should not be taken as an indication that an exclusion was or was not used in response to your request.

Please be advised that this Office's decision was made only after a full review of this matter. Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your underlying request, and the action of the FBI in response to your request. If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office's FOIA Public Liaison for your appeal. Specifically, you may speak with the undersigned agency official by calling (202) 514-3642.

If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-

exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

X

Sean R. O'Neill
Chief, Administrative Appeals Staff



U.S. Department of Justice

Federal Bureau of Investigation
*Washington, D.C. 20535*

October 12, 2016

MR. WILLIAM WHITE
**13888-084
UNITED STATES PENITENTIARY - MARION
POST OFFICE BOX 1000
MARION, IL 62959

FOIPA Request No.: 1359390-000
Subject: California Skinheads

Dear Mr. White:

This acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI.

☑ Your request has been received at FBI Headquarters for processing.

☐ Your request has been received at the ______ Resident Agency / _______ Field Office and forwarded to FBI Headquarters for processing.

☑ We are searching the indices to our Central Records System for the information responsive to this request. We will inform you of the results in future correspondence.

☐ The subject of your request is currently being processed for public release. Documents will be released to you upon completion.

☐ Release of responsive records will be made to the FBI's FOIA Library (The Vault), http:/vault.fbi.gov, and you will be contacted when the release is posted.

☐ Your request for a fee waiver is being considered and you will be advised of the decision at a later date. If your fee waiver is denied, you will be charged fees in accordance with the category designated below.

☑ For the purpose of assessing fees, we have made the following determination:

☐ As a commercial use requester, you will be charged applicable search, review, and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(I).

☐ As an educational institution, noncommercial scientific institution or representative of the news media requester, you will be charged applicable duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(II).

☑ As a general (all others) requester, you will be charged applicable search and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(III).

Please check the status of your FOIPA request at www.fbi.gov/foia by clicking on **FOIPA Status** and entering your FOIPA Request Number. Status updates are adjusted weekly. The status of newly assigned requests may not be available until the next weekly update. If the FOIPA has been closed the notice will indicate that appropriate correspondence has been mailed to the address on file.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@ic.fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
Dissemination Section
Records Management Division



EXHIBIT

U.S. Department of Justice

Federal Bureau of Investigation
*Washington, D.C. 20535*

October 13, 2016

MR. WILLIAM WHITE
**13888-084
UNITED STATES PENITENTIARY - MARION
POST OFFICE BOX 1000
MARION, IL 62959

FOIPA Request No.: 1359390-000
Subject: California Skinheads

Dear Mr. White:

This is in reference to your Freedom of Information Act (FOIA) request.

The Federal Bureau of Investigation (FBI) has located approximately 17,750 pages of records potentially responsive to the subject of your request. By DOJ regulation, the FBI notifies requesters when anticipated fees exceed $25.00.

Releases are made on Compact Disc (CD) if an alternative address is provided. Each CD contains approximately 500 reviewed pages per release. The 500 page estimate is based on our business practice of processing complex cases in segments. DOJ regulations provide 100 pages or the cost equivalent ($5.00) free of charge. If all potentially responsive pages are released, you will owe $535.000 in duplication fees to receive the release on CD (36 CDs at $15.00 each less $5.00 credit). Should you request that the release be made in paper, you will owe $882.50 in duplication fees.

If you receive the release in paper, estimated fees will exceed $250; therefore, an advanced payment of 50% of total estimated costs ($441.25) will be required prior to moving the case forward. You may reduce the estimated cost by narrowing the scope of your request. To do so, please notify us by letter with an alternate contact to negotiate on your behalf.

Please remember this is only an estimate, and some of the information may be withheld in full pursuant to FOIA/Privacy Act exemption(s). Also, some information may not be responsive to your subject. Thus, the actual charges could be less.

**Requester Response**

**You must notify us in writing within thirty (30) days from the date of this letter of your format decision (paper or CD) and the scope of your request. You must also indicate your preference in the handling of your request in reference to the estimated duplication fees from the following four (4) options:**

✓ I am willing to pay estimated duplication fees up to the amount specified in this letter (50% of payment is required with this letter if the release is on paper).
___ I am willing to pay duplication fees of a different amount.
Please specify amount: ______
___ Provide me 100 pages or the cost equivalent ($5.00) free of charge.
___ Cancel my request.

**If we do not receive your duplication format decision, payment, and/or estimated duplication fee selection within thirty (30) days of the date of this notification, your request will be closed.** Include the FOIPA Request Number listed above in any communication regarding this matter.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S. C. § 552(c) (2006 & Supp. IV (2010). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You have the opportunity to reduce the scope of your request; this will accelerate the process and could potentially place your request in a smaller processing queue. This may also reduce search and duplication costs and allow for a more timely receipt of your information. The FBI uses a multi-queue processing system to fairly assign and process new requests. Simple queue cases (50 pages or less) usually require the least time to process.

Please advise in writing if you would like to discuss reducing the scope of your request and your willingness to pay the estimated search and duplication costs indicated above. Provide a telephone number, if one is available, where you can be reached between 8:00 a.m. and 5:00 p.m., Eastern Standard Time. Mail your response to: **Work Process Unit; Record Information/Dissemination Section; Records Management Division; Federal Bureau of Investigation; 170 Marcel Drive; Winchester, VA 22602**. You may also fax your response to: 540-868-4997, Attention: Work Process Unit.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request Number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@ic.fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
Dissemination Section
Records Management Division

EXHIBIT F(a)

GFR 6) Grounds Relating To The FBI-JTTF Operation Possibly Named "Primitive Affliction"

GFR 6(a) Counsel Was Ineffective For Not Showing The Continuous Misuse Of My Identity

As discussed infra, since no later than 2004, I have been the target of an FBI-JTTF counterintelligence operation possibly called "Primitive Affliction." Exh M(j) p 1; Exh V(c) p 3. The purpose of this operation, in the words of one informant who worked for it, is to "take down, and, disrupt" First Amendment protected associations, and, "to plant the bomb of paranoia, and, disruption" to stop First Amendment protected speech. Exh Q p 162. As the United States admitted in a sidebar at my trial in WD Va 08-cr-054, they have been authorizing informants to publish slanderous information about me on websites such as Wikipedia. This activity continued after my arrest in that case, and, is ongoing today.

In November 2010, someone went onto the website http://-christian-identity.net/forum, and, registered the acount "Bitch-tits BillWhite Obersheissenkopfenfeebnfattenfartinfuktardfuerher," using a photograph of me from an event in Orlando, Florida, that was organized by the FBI-JTTF operation. Exh M(c) post #1; Exh Q p 115-144. On April 22, 2011, two days after my release from prison, this person resumed posting as me. Exh M(c) post #1. I was told in April, or, May, 2011, by Nick Chappel (I believe) that someone pretending to be me was similarly posting on The

Phora, another website which I have never visited. I reported this at the time to my Probation Officer Mike Price, and, informed him that this was not me.

During this time, the Roanoke Times was clearly cheering this kind of nonsense targeting me on. I have attached one Dan Casey column, a "Bill White Limerick Contest" as an example. Exh F(f). Some other material similar in nature I am told is no longer available on the Roanoke Times website, including an article quoting Timothy Heaphy as stating that he was going to indict me for Eric Hunt's kidnapping of Elie Wiesel, a crime that he knows, from speaking to Hunt, that I had nothing to do with, and, a fabricated article from February 2012 claiming that I had attacked a man at the Lexington, Virginia, Lee-Jackson Day parade; the man actually involved in that altercation wrote a letter to the Rockbridge Advocate shortly afterwards. This kind of false media coverage legitimated the commission of crimes against me, and, may have been directed, in part, by federal authorities; the control of US media by our security services is well documented in the book Geschichte Journalisten.

The next post from the user impersonating me on christian-identity.net is May 28, 2012. Exh M(e) post #9. This post cites several posts made on The Phora, and, WhiteNationalist.org by someone , or, someones, more seriously pretending to be me; I have also never been on either The Phora, or, whitenationalist.org. Exh M(a) #9; Exh M(m). I know of the contents of these posts only through emails sent to Cindy Chung of the United States Department of Justice's Civil Rights Division. Exh M(l). The Civil Rights Division has seen cases fall apart before because their staff cannot appropriately use the internet. United States v Bowen 969

F Supp 2d 546 (5th Cir 2013) n.9 (referencing Chung). The phony posts made on these messageboards strongly resemble the equally phony posts made on the bill.white.7370 account that were used to prove that the account user was "me". This also illustrates how easy it is to take material that I have written, or, published, elsewhere, copy it, interpolate lines, and, make it appear as if I am writing. This ease of impersonation is why authentication was so important in this case.

The http://christian-identity.net is also affiliated with the "Aryan Nations -- Church of Jesus Christ Christian" which, as discussed infra, is largely being run by the FBI-JTTF operation.

And, the posts on the messageboard attributed to me largely track the language of the "Neo-Nutzi Bill White" article that, as discussed infra, Perpetrator #1 published on the Group #1 website May 27, 2012, Post #10 in particular. Exh M(c) post #10; Exh 6(b)]

I was not only being impersonated on messageboards. I did not know, in late 2011, where my wife lived, or, where my wife was working. I certainly did not send a letter to her work. Yet, Meghan White claims that she received a letter at her work that was intended to get her terminated. As discussed infra, this would not be the first time that the FBI-JTTF operation was involved in sending poison pen letters to my wife.

At the time that this letter was sent, I had no motive to disrupt my wife's employment. I had sought divorce from her. Our custody fight had been resolved in my favor. Meghan White had also agreed to repay some of the money that she embezzled from my company, White Homes And Land, LLC. I needed Meghan to straighten out her financial life, and, several times suggested

to her that she may want to reduce the payments. I had no anger towards her, and, had no motive to send a letter to her work.

Meghan White is not the only person claiming to have receiv- a letter that they cannot produce. Timothy Heaphy also claims to have received a letter from me at his ho me. Exh I. I do know where Heaphy lives, but, I have never contacted him. Insofar as Heaphy claims to be able to recognize my handwriting, he is lying; Heaphy also claims to have received the letter from a prison in late 2011, which is equally impossible, as I was not in prison at that time. Exh I. Someone else, someone who may have had access to the dhyphen@yahoo.com account where I stored Heaphy's address, must have sent the letter.

In our disasterous pre-trial discussions, Beers continually screamed at me that I was not "important enough" to have been the subject of an extensive FBI-JTTF operation. Beers could not have been more wrong. In fact, not only has the FBI generated an average of 2 1/2 pages of writing on me a day every day since I turned 18, but, as I will show, the FBI-JTTF operation had been targeting me continuously for almost a decade at the time of these crimes. Exh U.

Not discovering this background was ineffective assistance. Beers should have shown the jury that I was important enough to the FBI-JTTF operation that it was willing to commit the crimes that I am convicted of, and, frame me for them. He also needed to show that I am a frequent target of impersonation.

GFR 6(b) Perpetrator #1 Was Admitted To Stealing My Identity, And, Using It To Commit Crimes

The United States is well known, in the words of the Seventh Circuit, for pursuing the "sterile path" of fomenting crimes, and, then, "solving" the crimes it fomented. United States v Mayfield 771 F 3d 417 (7th Cir 2014). This is not law enforcement, but, a type of theater in the Tradition of the old "goat plays" (tragos-odes, tragedies) of Dionysos-Thoth-Judah. There, the innocent victim, the Hebrew scapegoat, the Greek pharmakos, would be ritually sacrificed to atone for the sins of the community. It is the same rite as that of the "King For A Day", where the archetypal Fool is plucked from obscurity, declared "King" for one day, and, then, struck down, and, sacrificed. To date, I have been this foolish rodef. "A rodef is treated as a Fool who has little regard for his own life, so the Court may conceal witnesses in order to entrap him ... In the case of a person who is suspected of incitement to idolatry, the Court may intentionally hide witnesses in order to apprehend the offender ... This is precisely what they did to the well known rodef (Jesus Christ), the son of Setada ... also known as the son of Pantera." Babylonian Talmud Sanhedrin 67a.

As part of this foolery, the United States has been involved in the past in stealing my identity, and, committing crimes with it. Evidence of this is on the record in the Eastern District of Virginia, but, has apparently been sealed; I have recently moved to unseal it. In Re: White (United States v Henry) 2013 US Dist LEXIS 133148 (Ed Va 2013).

In Henry, which I discuss here to show the plausibility of what follows, the United States took Michael Burks, the Midwest Regional Director of the organization which I led from July 2006 to October 2008, the American National Socialist Workers' Party, and, used his involvement in an unrelated mail fraud to make him a federal informant. tr trans ND Ill 08-cr-851, p 426-430. Working with the FBI, Burks tried to entrap me, and, when he failed, he simply began committing crimes using my identity. Henry. Fortunately, Burks apparently did not know how to turn off his FBI-supplied recording device, though Burks has also claimed, at times, that another man, Michael Downs, made some of the recordings. Henry; tr trans ND Ill 08-cr-851 p 426-430. Burks was recorded making threatening phone calls to NAACP offices, synagogues, and, all sorts of people, both in my name, and, in the name of the ANSWP. In Henry, Burks called Kevin Mottley, an attorney working with the Department of Justice's Civil Rights Division, and, Mottley, a rather timid soul, felt threatened. The United States charged me criminally with contempt for the call, and, threatened to indict me. Henry. Then, the United States quietly dropped out of the contempt litigation, while allowing Mottley, and, his law firm, Troutman Sanders, to pursue it for years, until five losses, and, two million dollars in costs, exhausted them. Henry. I only learned of the calls when Burks bragged on the internet about having made them; they were then suddenly "found" by the US Attorney's Office, and, tendered in the ND Ill 08-cr-054 discovery.

Having shown the plausibility of the FBI-JTTF using an informant to impersonate me, charge me with crimes committed by that informant, and, then, not discover the relevant evidence, we can

put the affidavit of Unnamed Witness #1 in proper context. As noted in the attached Rule 56(d) motion, I have been unable to obtain an amended statement from Unnamed Witness #1. Unnamed Witness #1 states that:

* On May 27th, 2012, she was threatened in a closed Facebook group run by Perpetrator #1. She has previously indicated to me that the "Thugee Behram" account which threatened her contained the pictures shown in Exh M(m), which she sent to me via mail. Exh M(m) shows pictures of an altar with pictures of Perpetrator #2 on that altar. Exh M(b) indicates that those pictures relate to Perpetrator #2 as well. Exh B(a) para 14.
* On May 27th, 2012, Perpetrator #1 also contacted Unnamed Witness #1, and, caused her to believe that he suspected that she knew of something underhanded that he had done involving me. I have not been able to get a clarification on what, but, when she brought this to my attention, she did so because she stated that she believed that Perpetrator #1 had stolen my identity to commit crimes. Exh B(a) para 15-16.
* Perpetrator #1 is the leader of Group #1, and, has opined that I be killed. Exh B(a) para 6, 9

I have attached the article that Unnamed Witness #1 references as Exh B(b).

Unnamed Witness #1's sworn declaration is corroborated by the threats which Perpetrator #1 has purportedly made to Person #5. On December 31, 2011, Perpetrator #1 called Person #5, and, made threats to Person #5's fiancee almost exactly similar to the threats made from the

nslf_helterskelter@hotmail.com account, and, charged in MD Fl 13-cr-304, as well as posted to the bill.white.7370 account. Exh. M(b) p 7. Further, threats of this nature continued, Exh M(a) states, according to "FBI documents" into 2013. Exh M(a) p 31. . Unnamed Witness #1 confirms this, stating that she, and, her friends, have continued to be threatened by Perpetrator #1, and, his associates. Exh A(b) para 20.

There is also a corroborating statement from Harold Covington, a friend of mine who operates a blog called ThoughtCrime where he occassionally posts modified versions of my letters, and, essays. Exh P. According to Covington, he has been receiving threats on his blog that are phrased with the same kind of violent, sexual, language that was used in the MD FL 13-cr-304 threats. Exh P. Covington also notes that the threats appear to be coming from someone who has access to his personal correspondance with me. Exh P. The only persons having access to that correspondance are the personnel of the FBI-JTTF, and, the US Attorney's Office.

Perpetrator #1's statement to Unnamed Witness #1, his history of making threats employing the unique diction of the Middle District of Florida threats, and, as discussed infra, his involvement with both the American Front, Charles Manson, the Church of Satan, and, the FBI-JTTF Operation, make me belive that he is the person who hacked the bill.white.7370 account. Unlike me, he had the motive, and, he had both the skills, and, the history, of doing these things. And, he had another advantage, the knowledge that he would be protected in committing these crimes because he was working with the FBI-JTTF operation.

GFR 6(c) Perpetrators #1, and, #2, Were Working At The Direction Of The United States

I do not recall it well, but, Perpetrator #2 met me at an anti-Zionist rally outside the Zionist Embassy in Washington, DC, in 2002. Exh M(a) p 9. I was there covering the event for Pravda.ru.

Perpetrator #2 was arrested by federal agents in February 2003, and, charged with an attempt to purchase both modified automatic firearms, and, explosives, as well as a bombing conspiracy directed against abortion clinics. Exh M(a) p 8-9. Most of the charges were dropped, Perpetrator #2 spent approximately 22 months in prison, and, became a federal informant upon his release on November 9, 2004. Exh M(a) p 9; Exh M(h). Two of the individuals whom Perpetrator #2 was subsequently paid to entrap include Charles Thornton, and, Morris Gulett, who were convicted of bank robbery charges in Louisiana in 2005. Exh M(h); Exh M(a) p 12. United States v Gulett, etal Case No 3:15-cr-30023 (WD La 2005).

Either the entire FBI-JTTF operation that Perpetrator #2 was involved in was called "Primitive Affliction", or, a certain part of it. Exh M(j) p 1. Because it is not clear which one, I am simply calling it "the FBI-JTTF operation."

Perpetrator #2's father was, at this time, a prominent member of the League of the South, a Southern heritage organization, who also appears to have been cooperating with the FBI-JTTF. Exh M(h). While Perpetrator #2 was in prison, his father, and, the FBI-JTTF, came together to purchase a compound at 480 Sherwood Dr in Lexington, SC, which has been used ever since by the FBI-JTTF operation. Exh M(a) p 10.

Initially, the compound was used to target supporters of the Juche-Songun philosophy of North Korea; as such, until 2011, it was the home of the Rural People's Party, a fraudulent organization created by the FBI, and, led by Perpetrator #2. Exh M(a) p 10. Person #3, also an FBI informant, is the wife of Perpetrator #2, and, was involved in the operation; Persons #4-10 were among the targets, though none appear to have ever been charged with a crime. Exh M(a) p 5-6, 15, passim. This investigation of law-abiding citizens with no resulting arrests is typical of this operation. Person #4 was recognized by the government of North Korea as its official representative to America's peasants, and, workers. Exh M(a) p 2. Person #4 is also from the Middle District of Florida. Exh M(a) p 2. Persons #4, and, #7, have also met with members of the North Korean government in both Pyongyang, and, the Demilitarized Zone. Exh M(a) p 5-6.

As early as 2003, Deputy Robert Killian of the Orange County Sheriff's Department in Orange County, Florida, was deputized into the Joint Terrorism Task Force, and, assigned to participate in this operation. Exh M(j) p 1. In 2004, calling himself Michael "Doc" Schneider, I believe that Killian travelled from Florida to Roanoke, Virginia, to meet with me. Exh M(j) p 1 for Killian's use of the name "Doc". Doc claimed to be an Orthodox priest, and, told me that he planned to found the "fourth generation" of the Ku Klux Klan; my impression of him was that he was a harmless nut. Shortly after our meeting, Doc disappeared, supposedly having floated away on a boat he'd bought to sail with in the Caribbean. Doc looked like Killian, who is pictured in Exh M(j) p 4.

Simultaneously, the FBI-JTTF was using the compound for other operations, including an investigation into a mentally disabled man, August Kreis III, who had been an associate of Perpetrator #2 in the "Aryan Nations" prior to Perpetrator #2's 2002 arrest. Exh M(a) p 11. In April 2005, Kreis moved from Pennsylvania, at Perpetrator #2s suggestion, to a home near the Lexington compound. Exh M(a) p 11. Soon afterwards, Kreis, also at Perpetrator #2s apparent suggestion, appeared on local Lexington television, and, pledged his personal allegiance to both "Adolf Hitler, and, al-Qaeda." United States v Kreis 474 Fed Appx 370 (4th Cir 2012).

Thus was the beginning of what the FBI calls the largest post-9-11 counter-intelligence operation targeting its own, American, people.

David Gletty

One of the informants involved in this operation, and, involved in targeting me, was David Gletty. Gletty has written a book on his role in the operation entitled Undercover Nazi. Exh Q. Gletty's book helps shed light on the tactics, and, mentality of the operation, and, give context to the subsequent behavior of Kelly Boaz, who took over from Gletty after Gletty was exposed in a February 17, 2007, Orlando Sentinel article. Exh M(i). Gletty specifically mentions Boaz' partner, "Doc", two times in his book, once with me, and, once at a "surveillance party" that he hosted in "Central Florida." Exh Q p 156, 137.

As Gletty describes it, he was assigned to target both white, and, conservative, organizations whose members were "law abiding citizens for the most part, just convinced in their beliefs." Exh Q p 29. "The sad part," Gletty writes, is that most of the people that he was targeting "were not breaking the law." Exh Q p 117. This fact in no way deterred Gletty, and, the FBI-JTTF, from conducting their activities. As Gletty understood it, "It is the FBI, sir. They do whatever they want, they go wherever they want to go. They don't ask permission, and, they don't ask forgiveness." Exh Q p 102. Killian, too, expresses this view, seeing his targets not as fellow citizens who differ from him, but, existential bad guys. Exh M(j) p 3.

Needless to say, protection of civil liberties was not high on the agenda of this operation. Gletty's activities included organizing fraudulent events, honey-traps, for seemingly legal causes, and, then, recording everyone who attended. At a typical FBI-JTTF event, Gletty would force participants to submit to

searches of their persons, and, vehicles, by law enforcement, to be photographed, and, have their license plates recorded. Exh Q p 125-127. Gletty was informed that this was Constitutional. Exh Q p 125-127.

When circumstances did not allow such overt surveillance, Gletty would surreptitiously record the license plates, and, take the photographs of the innocent people that he was targeting. Exh Q p 63, 136, 148. As Gletty puts it, "We were building the intellectual files for the FBI ... Hundreds of photographed faces, and, a myriad of recordings, were contributing to the eradication of racial, and, religious, prejudice." Exh Q p 155. The target was explicitly thought, and, First Amendment protected association. "Agent Kevin [Farrington] ... wanted us to disable their racist minds," Gletty writes. Exh Q p 152. Gletty states that his mission was to "take them down, and, disrupt them, any way you can." Exh Q p 162. Or, as Gletty says that SA Farrington instructed him, "plant the bomb of paranoia, and, disruption, at the heart of this group, then, fuck with their minds until they break." Exh Q p 162.

Thus, the FBI-JTTF was acting with unlawful, un-Constitutional purpose from the beginning.

Gletty is a gay man who met his lover, "Joe" in a "Legal Militia". Exh Q p 16-23. Joe is Judaic, and, looks mulatto. Exh Q p 58, pictured p 67 (giving Gletty bunny ears). Gletty identifies Joe as an "FBI agent", but, Joe appears to be a plumber who works as an informant. Exh Q p 118. Gletty's first report to the FBI was that an alleged "mountain man" had 30 suitcase nukes, and, was about to destroy 30 American cities for al-Qaeda. Exh Q p 19. This is presented as if it might have had

some factual basis. Exh Q p 19. This kind of grandiose fantasizing characterizes every aspect of the FBI-JTTF operation, and, the documented perjury which it would spawn. It can be compared to the bizarre fantasies of Harold Turner. Exh O(a), (b), (c).

Gletty's FBI handlers were SA Farrington, and, Farrington's partner, Agent "Dan" LNU. Exh Q p 35. Farrington assigned Gletty, and, Joe, to target "white power" people in April 2003. Exh Q p 55. Ironically, everyone that Gletty claims to have targeted during the period 2003-2005 was a federal informant. Gletty acknowledges this about James Langston. Exh Q p 122, also p 71. In about 2006, I received an email from Rick Spring in which he admitted to being a federal informant as well. Exh Q p 61. Thus, what the FBI-JTTF was doing during this period was building Gletty up for future work. This was assisted by FBI-JTTF people in Perpetrator #2's League of the South. Exh Q p 87-91. It was also assisted by the FBI-JTTF's phony "Aryan Nations". Exh Q passim.

The grandiose fantasies that fueled the FBI-JTTF operation were themselves fueled by cocaine. Exh Q p 44, 61, 71, 156. I have attended white nationalist events for decades, and, I have never seen cocaine at one, and, have never been offered cocaine at one. Confirming this, whenever Gletty describes the use of cocaine in the book, except in his last mission against the Confederate Hammerskins, it is always exclusively him, and, his fellow informants who are using it. This is true when Gletty, and, Joe use cocaine with Spring, while the legitimate white activists leave the room, and, it is true with Gletty, and, Langston. Exh Q p 61, 71. Turner, too, is a cocaine addict. Exh O (b).

In addition to the introduction of cocaine, Gletty also com-

mits, or, permits others to commit, more violent crimes than any of the law-abiding citizens that he targets. Gletty was arrested for felony hate crime assault in Morrisville, Alabama, in 2005; the FBI-JTTF made this "go away". Exh Q p 95-112. Gletty directed a mob assault on a Toledo maintenance man. Exh Q p 125. Gletty also states that he stood by while women were raped, and, while another hate crime assault occurred. Exh Q p 162. This instigation of violence, and, commission of violent crimes by the nominal law enforcement officers involved defines this operation. According to Gletty, "the FBI always said that the Mission," disrupting the First Amendment rights of law abiding citizens, "was more important tha n stopping crime." Exh Q p 162.

## The FBI-JTTF Operation Targets Me

From June 2005 to June 2006, I was an organizer for the National Socialist Movement. As discussed infra, I now know the National Socialist Movement to be an FBI-JTTF front group. Part of my job with the National Socialist Movement was to meet with local groups, called "units", and, to assist them in organizing.

From personal knowledge, the FBI, in 2005, following rioting in Toledo, Ohio, at an NSM event that I believe was organized by an FBI-JTTF informant, set up two phony units of the NSM in Central Florida, one in Tampa, and, one in Orlando. Exh M(i), Exh Q. The purpose in setting up these units was to establish credibility for the FBI-JTTF operation. Exh Q, passim. The best description of this tactic is found in the book No Angel, by a former DEA agent, but, Gletty describes it adequately as well. Exh Q, passim.

I first met Gletty at the NSM's "Toledo II" rally in December 2005; Gletty notes that I gave him $200 (it was more like $350) for travel expenses. Exh Q p 128. Langston, and, Spring, were with Gletty; we all had an early dinner together with several others. Just before travelling to Toledo, Gletty had been told by SA Farrington that he would be focusing his operation solely on groups in the Middle District of Florida. Exh Q p 115-116. Thus, Gletty's travel to Ohio must have been to create a nexus between someone in Toledo, and, Florida, so that the FBI-JTTF in Florida could investigate. Exh Q p 115-116.

Essentially every person that Gletty names as meeting in Toledo was a federal informant but me. Thus, I reasonably infer that I was the target of Gletty's mission. And, soon after meet-

ing Gletty, I was asked to go to Orlando to assist Gletty in organizing a rally there. The person who asked me was Jeff Schoep, the Commander of the NSM. Gletty states that "Doc", Robert Killian, was present when I met with him on February 17, 2006. Exh Q p 137. "Doc" had apparently changed his disguise, because I did not meet with a person that I recognized as Doc Schenider there. However, I observe that Killian changes his hair color, facial hair, and, appearance, in the two photos of him that I have. Exh M(j) p 2, 4.

At the time that I met him, Gletty claimed to be running a "militia", depicted on p 145 of Exh Q. I was present when the photo was taken, and, am depicted in the photo. The militia consists of the eight individuals in the front row, Gletty being the third from the left, and, the woman on the far right end of the second row; Joe is taking the photo. Exh Q p 145. Several others present are not depicted in the photo; Gletty claims that 45 were there, I remember more like 25, but, the photo only depicts 17. Exh Q p 144. All but perhaps one, Gletty says two, of the "militiamen" depicted are law enforcement officers, or, informants. Exh Q p 29-30.

This militia did not impress me. In fact, I called Jeff Schoep to report problems with it, including that Joe appeared to be black, and, that Gletty was lying to me about several things, including his missing uniforms. I recommended to Schoep that we cancel both the Orlando event, and, the unit. (I have frequently cancelled events, even ones that have received a lot of press coverage, when I have suspected that something was not right with them. One in particular was an ANSWP rally in Cleveland, Ohio.

Instead of a "militia", the FBI-JTTF there pretended to be a biker gang. One of them actually called me, and, tried to intimidate me into reinstating the rally after I cancelled it.)

Schoep told me to just get the job done with Gletty, and, I did what I was told. Gletty aparently picked up on the fact that I did not trust him. He writes that:

"Bill White may be smart enough to be an attorney, but, he is a jerk, and, I do not like him. ... Bill White is a real jerk, but straight to the point, and, got the job done." Exh Q p 136-137.

Now, there is another aspect of this operation that has also come out in the press, and, that is that the headquarters of the NSM was also being staffed by federal informants, and, that all of these NSM rallies in the period 2004-2008 were being called by the FBI-JTTF for the exact reasons that Gletty describes, to draw out law-abiding citizens with dissident views, and, catalogue them. For instance, the individual in charge of screening new units was Brian Holland. Holland has advertised a book, Living the Fence, which I know of through an interview which I personally heard that Holland gave on George Nori's Coast to Coast AM radio show on February 26, 2012. Exh R(a), (b). According to that interview, Holland was a deep cover informant originally assigned to the staff of David Duke who was transferred to the National Socialist Movement by the FBI-JTTF operation. Exh R(a) (b). Holland was also involved in the phony FBI-JTTF Aryan Nations in South Carolina. Exh R (a), (b).

I met with Holland in Roanoke, Virginia, in the summer of 2008, and, I believe that what he said to me sheds light into why the FBI-JTTF operation singled me out as a target. Holland called me one night, and, asked to meet me, stating that he was an hour out from Roanoke. As Holland lives on the Eastern Shore, that meant that he had already driven several hours before calling to see if I would meet with him. I found that strange. At our meeting, Holland told me that he wanted my permission to run for Congress. I told Holland that I wasn't the Godfather, and, that he didn't need my permission for anything. Holland's response was that no one was able to do anything effective in white nationalism if I opposed them. I think that that may have been the feeling of the FBI-JTTF operation, as my website, Overthrow.com had a very large audience, despite numerous efforts to shut it down in 2007, and, 2008, and, I had the ability to quickly broadcast information about the crimes that the FBI-JTTF, and, its agents were committing, such as when one of its informants incited the murder of a Phillipino teenager at a fair in Kentucky.

At Gletty's February 25, 2006, Orlando event, the FBI-JTTF tried to set me up to have an affair; I did not. A half-Judaic woman, Laura Sennett, aka Isis, invited me to her hotel room to retrieve photos that she had taken. Suspicious, I brought a man named Wes Sitton with me. As expected, my wife received a poison pen letter about two weeks later claiming that I had had an affair, part of the FBI-JTTF's effort to create "paranoia", and, "disruption."

I ran into Gletty two more times. One was at a meeting at the Redneck Shop in Laurens, South Carolina, hosted by the phony "Aryan Nations". The meeting, pictured in Exh Q, p 53, was something of a set-up. Several of the speakers went out of their way to denounce both me, and, "Nazis". As Gletty affirms, this was

part of a larger JTTF-FBI effort to reduce my influence.

At the lead of the Vinlander Social Club, a group which SSA Frank Rouche told me in 2006 was an FBI-controlled front, the Confederate Hammerskins, several of whose members Gletty ended up arresting, had been infused with the same "anti-Nazi" views. Exh Q p 50. I had been called by Rouche in early 2006, and, told that he had information that my life was in danger. I initially refused to meet with him, but, at the advice of Jack Kennett, my counsel, I did. Rouche told me that two members of the Maryland State Skinheads, at the urging of the Vinlanders, were planning to "assassinate" me at an event in Antietam, Maryland. I told Rouche that I was not exactly afraid of that particular group. I then asked Rouche how he knew, and, Rouche told me that the FBI was controlling the Vinlanders. I ended up attending the event, walking over to the two supposed assassins, and, trying to shake their hands. They got upset, and, left.

At the Redneck Shop, Gletty gave a speech applauding the George Soros-funded "Orange Revolution" in the Ukraine; I upbraided him for this privately afterwards. I also apparently met Gletty again in Lansing, Michigan, but, I do not recall him there well.

Kelly Boaz

Though he was not introduced to me, I am almost certain that I met Kelly Boaz with Gletty, and, "Doc", in Orlando, Florida; Boaz, I believe, may be the person in the photo of Gletty's militia who is third from the right in the front row in the hoodie, and, sunglasses. Exh Q p 145. Like Killian, Boaz is an Orange County Sheriff's Deputy. He is also a prototypical "bad cop".

Boaz joined the Palm Bay, Florida, police department at age 23 in 1984. Exh M(n). Boaz quickly developed a reputation for brutality, perjury, and, fabricating evidence. Exh M(n). This in no way impeded his career in law enforcement; over the course of thirty years, he became so good at it that he was deputized as a federal agent. Exh M(n), (o), (p).

Kelly Boaz joined the Orange County Sheriff's Department in 1989. Exh M(n). During his first year on the job, he was the Deputy most cited for civil rights violations. Exh M(n). During this first year, Boaz broke the arm of a robbery suspect, drug a teenager across a parking lot for an underage drinking citation, and, beat a disorderly conduct suspect so badly that the man defecated himself. Exh M(n). Boaz had two other brutality violations that year, and, was the subject of his first known federal civil rights action. Exh M(n). Pate v Orange County Sheriff, et al MD Fl Case No 91-cv-00431.

Boaz did not get better. He was disciplined scores of times over the next decade, and, suspended at least once. Exh M(o). In 2000, Boaz murdered Joshua Inman, a suspect that he was pursuing. Exh M(o). Boaz was also involved in the murder of Pal Krasniqi, a suspect in the theft of shoes from Payless Shoe

Source. Krasniqi, et al. v Beary, et al. Md Fl Case No 00-cv-00259; Exh V(d). In that case, Boaz swore out a false search warrant, and, falsely identified Krasniqi to other officers as someone who might resist arrest. Krasniqi. Exh V(d). Krasniqi was subsequently shot in bed with his wife, who was falsely arrested. Krasniqi. Exh V(d).

Overall, its not clear how many innocent Americans that Boaz has murdered under the color of law, but, as discussed infra, it is likely more than these two. Regardless, Boaz' tendency to sociopathic brutality, and, his willingness to commit perjury, and, falsify evidence, to get his target, soon brought him to the notice of the FBI-JTTF. Sometime between 2001, and, 2006, Killian brought Boaz in to join him in his work for federal authorities. Exh M(j) p 1.

One Of The Gang

Trading off of the credibility of Gletty's militia, Boaz introduced himself to Kreis by email as Kevin Post in early 2007. Exh M(c) post #887; Exh V(f) p 3. As one of Killian's partners, and, as Perpetrator #2 was also targeting Kreis, it is reasonable to infer that Boaz was working with Perpetrator #2 at this time. Boaz talked Kreis into forming a "neo-Nazi biker gang." Exh M(c) post #887; picture Exh M(j) p 4. As Gletty had now been outed by the Sentinel, Boaz just happened to have an extra "biker gang" on hand, Gletty's militia; as Gletty affirms, Joe, and, company, continued in the FBI-JTTF operation. Exh Q p 167. The gang was now called the "1st SS Caval ry Brigade", or, something very similar. Exh M(a) post #887. Like the "Aryan Nations", the "Rural People's Party", and, the "militia", the "gang" was entirely fraudulent, comprised almost entirely of federal agents, and, informants. Exh M(c) post #887. So many law enforcement agents signed up, in fact, that Boaz was soon "the Aryan Nations' top Florida recruiter." Exh M(c) post #887. True to form, Boaz conducted this operation which as much violence, and, as little regard for public safety, as possible; when he found some real members to join his gang, Boaz offered them $1000 if they would shoot blacks at random in Osceola County, Florida. Exh M(c) post #887.

In 2008, Boaz used this phony "gang" affiliation to infiltrate the Florida "headquarters" of the Outlaws biker gang. Exh M(c) post #886. Once there, Boaz persuaded two actual bikers to threaten both Obama, and, Boaz' co-workers, the Orange County Sheriff himself. Exh M(c) post #866. This pattern of inciting threats against his co-workers is important, and, reflects the alienation against one's fellow officers that is noted by Killian. Exh M(j) p 1.

Boaz then tried to negotiate a merger between the FBI-JTTF "gang", and, the Outlaws. Exh M(c) post #886. Kreis, excited at the chance to actually lead something for once in his life, came to Florida to see his new "gang", but, would not allow the President of the Outlaw club to join his gang because the man's mother is Cuban (a fact whch, unbeknownest to Kreis, had no racial connotations.) Exh M(c) post #886.

At some point during this period, I received an email invitation from Kreis to join him in South Carolina; I assume that this is still in the email discovery files. I ignored the invitation because I knew Kreis to be a fruit. However, the operation was still targeting me.

In 2009, Killian began to withdraw from the operation. Exh M(j) p 5. His life destroyed by his dishonest work, and, his heavy conscious, Killian's wife left him. Exh M(j) p 5. After Killian, and, another agent, withdrew, Boaz was left in charge. Exh M(j) p 5. Killian then retired from the Orange County Sheriff's Department. Exh M(j) p 5.

Soon, Boaz had the whole phony biker gang pledging allegiance to "Adolf Hitler, and, al-Qaeda", creating the world's first group of "Neo-Nazi Muslim biker terrorists", something new for the morons to consume on television, and, the pages of the Orlando Sentinel. And, having taken a petty bunch of meth addicts, and, one loudmouth, and, fabricated them into "terrorists", the arrests began. Ultimately, six people associated with the Outlaws were arrested on drugs, and, explosives charges. Exh M(c) post #886. This operation was overseen by the alleged Middle District of Florida "victim" Lawson Lamar. Kreis was also eventually arrested, and, charged federally, with petty social security disability fraud involving the non-reporting of a

$10,000 inheritance. Kreis.

In 2015, problems in this case developed for Boaz, though. As he had so many times in the past, Boaz committed perjury, and, had a woman, Deborah Plowman, f alsely arrested. Exh M(p); Exh V(e); Plowman v Boaz MD Fl Case No 15-cv-0298. Specifically, Boaz swore out a false affidavit stating that he saw Plowman commit drug offenses in Osceola County, Florida, at a time that Plowman was in Chicago, Illinois. Exh M(p); Exh V(e); Plowman. Plowman was arrested in Chicago, wrongfully detained, and, jailed in Florida. Exh M(p); Exh V(e). Interviewed by Boaz, Boaz immediately recognized that he had sworn out a perjured warrant against the wrong woman, but, apparently never reported it. Exh M(p); Exh V(e); Plowman's charges were dropped, and, she obtained a $30,000 judgment against Boaz. Exh V(d).

The motorcycle gang still exists, and, the FBI-JTTF operation continues to target me, even in prison. As recently as April 2016, the phony "biker gang" appeared at a rally called by the NSM under the name "Soul Survivors". This was a typical phony "neo-Nazi/Ku Klux Klan" rally held at the national park in Stone Mountain, Georgia. The name of the newspaper that I write for, the American Free Press, was used to promote this rally without our permission. I received a copy of the flier in the mail. Our paper asked that our name be removed from the list of endorsers, but, the organizers refused. Similarly, the FBI-JTTF has had Schoep place ads in the magazine that I work for, The Barnes Review, something I have spoken strongly against. There have been phony events held this year in California, New York, Tennessee, Ohio, and, several other locations, all designed as honeypots to draw in more Fools to the Goat Show.

The distribution of fliers for the FBI-JTTF phony "Aryan Nations" outside of my 2008 trial is more of the cartoonish same. Exh M(q). I have also received a number of poison pen letters making false allegations against friends, letters from informants demanding "local contacts" in Roanoke, Virginia, so the Goat Show can be put on there, and, much other such nonsense, particularly in recent months.

All of the above is foundation, context, and, corroborating circumstances to establish the truth of what follows, which is that Perpetrator #1, and, #2, committed the crime that I was accused of in Florida, and, sent communications used as corroborating circumstances in this case, while working with Boaz, and, then, went, on to threaten witnesses, and, obstruct justice, in this matter while acting under the color of United States authority.

The Group #1 Investigation

Unnamed Witness #1 states the Perpetrators #1, and, #2, are close friends. Exh B(a) para 13. This seems to be because they have been assigned to work together by the FBI. About 2002, Perpetrator #2 went to prison for selling growth hormones; he was released from prison before December 2007. Exh M(a) p 15, 27; Exh M(b). Almost immediately, Perpetrator #1 joined with Perpetrator #2. Exh M(a) p 28. Perpetrator #1 was also the former leader of Group #1. Exh M(a) p 28. While he was in prison, Group #1 was taken over by Person #11. Perpetrator #1 was hostile to Person #11.

Kelly Boaz was the case agent for the Group #1 investigation. Fl trans pageID 937. As such, it is reasonable to believe that he was working directly with the informants in that investigation, including Perpetrators #1, and, #2. No later than 2010, "the FBI paid a former drug dealer", Jason Hall, "to infiltrate" Group #1. Exh M(c) post #886; Exh M(q), (r), (s).

In early July 2011, Perpetrator #1 cooperated with the FBI-JTTF in investigating an alleged plot to kill him by supporters of Person #11, and, another group, Combat 18. Exh M(a) p 31.

No later than 2011, Perpetrators #1, and, #2, in line with the goals, and, tactics, of the FBI-JTTF operation as described by David Gletty, and, in line with Boaz' history of committing violent crimes against the targets of his investigation, began to commit violent crimes against the targets of the FBI-JTTF operation. Exh B(a) para 19-20. ; Exh M(a) p 26, 28, 31; Exh M(b) p 7 . Shortly afterwards, Person #11 was killed at his home. The murder is unsolved. Given the context, and, the cui bono, I surmise that the FBI-JTTF operation either murdered Person #11, or, allowed others to murder him.

Person #11's death created an opportunity for Boaz, and, Perpetrators #1, and, #2, to take control of Group #1. Further, Perpetrator #1 continued to commit violent crimes almost identical to the ones that I was wrongfully convicted of in MD Fl 13-cr-013. Exh B(a) para 20; Exh M(b) p 7. In particular, on December 31, 2011, Perpetrator #1 telephoned Person #5, and, informed Person #5 that he was outside the home of Person #5's fiancee, and, was going to enter her home, and, murder her, unless Person #5 took down a website exposing Perpetrators #1, and, #2, as agents of the FBI-JTTF. Exh M(b). According to the sworn declaration of Unnamed Witness #1, and, by reasonable inference from the statements of Harold Covington, these threats continue to be ~~paid~~ made by those involved in the FBI-JTTF operation today. Exh B(a) para 19-20; Exh M(a) p 31; Exh M(b) p. 7; Exh P.

From personal knowledge, I know that persons in the Facebook group referenced by Unnamed Witness #1 are associated with the Church of Satan, the Manson Family, and, Charles Manson. Exh B(a) para 4, 6. Particularly, I have seen a document, Exh B(c), provided by Unnamed Witness #1, giving the name of Adam Parfrey. I knew Adam Parfrey, and, Michael Moynihan, from 1999 to 2003. Parfrey is a publisher associated with the Church of Satan; Moynihan seems to be currently writing for Vice Media, and, having his book reviews published in the Wall Street Journal. Both are senior members of the Church of Satan, and, Moynihan was a founding member of Group #1. Moynihan, and, his girlfriend, using the name "Annabel Lee", from the Edgar Allen Poe character, met

with me at an Irish Pub in Annapolis, Maryland, in 2000. There, Moynihan told me of his friendship with Bobby Beausoleil, a Manson family member, of having met Manson himself in prison, and, gave me news articles that he had written on Manson, and, his family, as well as CDs sampling Manson's ravings. Moynihan also appears in one of the Electric Hellfire Club CDs whose lyrics were used in the Florida case, and, is known for having told Sharon Tate's mother on a radio program in the late 1980s that her daughter was a pig, and, got what she deserved.

The ideology of the Manson cult, of the Jim Jones cult, of the Church of Satan, of the Hindu cult that the FBI-JTTF operation is now running from the compound, of the Aryan Nations, and, of America's governing elite, is essentially the same. It has to do with the Temple, a planet that used to exist between Mars, and Jupiter, the race of golden serpents that escaped that planet's destruction, and, came to Earth, and, the creature, Thoth-Judah (also Satan, also Shaivite Krishna, also the false Judaeo-Christ) who caused the rebellion of the serpents agains the angels, and, which is now trying to corrupt mankind. I will not belabor this issue here.

Moynihan, and, Parfrey, stopped speaking to me in 2003. That year, Parfrey published a book containing drawn child pornography called Apocalypse Culture II. The books was sold in mainstream bookstores, like Barnes and Noble. Parfrey sent me a review copy, and, I tore the pictures out in disgust, and, then, told Parfrey not to speak to me again. Similarly, after the Church of Satan issued a press release calling on the United States, as a Satanic entity, to murder as many Muslims in the

Middle East as possible, I told Moynihan that I believed that Satanism was a Jewish doctrine. At the time, I was not aware of the identity of Judah, and, Satan, but, I was aware that the Church of Satan was founded by the carnival barker Howard Levy. This caused Moynihan to stop speaking to me. And, these two incidents appears to be the source of Group #1's grudge against me. However, until I was investigated in the Middle District of Florida case, I had no idea that Group #1 even still existed. The grudge was wholly one-sided.

## The Investigation Comes Apart

The state investigation into Group #1 fell apart as a result of a false affidavit sworn by Kelly Boaz. About May 4, 2012, the State of Florida began arresting members of Group #1 on firearms, and, related, charges. Exh M(d). Boaz, supposedly acting on information provided him by Hall, swore a perjured affidavit that Group #1 was planning mass casualty attacks involving ricin, and, other such grandiose, cocaine-fueled, fantasies. Florida v Faella, et al, Osceola County Circuit Court No 2012 CF 01847. According to Boaz' affidavit, Marcus Faella, one of the arrestees "stated his intent during the race war to kill all Jews, immigrants, and, other minorities." Exh M(q); Faella. However, Hall testified at trial that he had never told Boaz the things that Boaz swore to the Court that he had said. Exh M(q), (r), (s). Faella. And, the United States didn't exactly punish Hall. Instead, they paid him $40,000, suggesting that the United States knows that it was Boaz, and, not Hall, who committed perjury. Exh M(d), M(j). As the Orlando Sentinel reported, "Jason Hall's statements contradicted much of the case developed by the FBI-Joint Terrorism Task Force." Exh M(s) p 2.

At my trial in the Middle District of Florida, Boaz repeatedly committed perjury in order to obtain my conviction. First, Boaz repeated his perjured statements about the nature of Group #1 as a "domestic terrorist organization." Fl trans pageID 958. Second, I saw Boaz when he took the stand at that trial. I have met many drug abusers in prison, I studied biopsych at the University of Maryland from 1994 to 1995 (completing 103 credits), and, I interned as part of that program at a psychiatric treat-

treatment facility in Washington, DC, near Catholic University. I have been taught to recognize signs of drug abuse, and, in my opinion, Boaz looked, and, acted, as someone who was intoxicated on cocaine: his eyes were widely dilated, and, he spoke in short moronic, high-intensity, bursts like Hulk Hogan. In addition to his false statements about Group #1, Boaz also committed other acts of perjury. Fl trans. pageID 1544-1545. Specifically, Boaz testified falsely about how it felt when he saw his children's names posted on the internet; Boaz' children's names were never posted on the internet. Fl trans pageID 1544-1545. In fact, Boaz' children were the only children of the four victims who were not threatened.

There are a number of indications that the user of the dhyphen@yahoo.com, and, bill.white.7370, accounts was a person with inside access to the FBI-JTTF operation, and, the investigation of the Middle District of Florida case in particular. The FBI tracked one of the IP addresses using the dhyphen@yahoo.com account to Tampa, Florida. Exh K(a). Tampa, Florida, is the home of Boaz' partner, Robert "Doc" Killian. Exh Q. p 137. Both the bill.white.7370, and, nslf helterskelter@hotmail.com, users claim to be in Florida. Exh F(c) BatesID 07233; (d). The nslf helterskelter user knows of Boaz' shooting of Inman, Krasniqi, or, others, stating, "you're a killer, Kelly." Exh F(d). And, the bill.white.7370 user had specific, accurate, information that guards had been posted at the homes of the Florida victims. Fl trans 1199, 926; Exh F(c). Harold Covington also believes that the person who is threatening me via his ThoughtCrime blog has inside access to federal law enforcement information. Exh R(a).

Boaz was working with multiple members of the Church of

Satan, and, the Manson family, as part of the FBI-JTTF operation. One of them, Perpetrator #1, has told Unnamed Witness #1 things that made her believe that he had stolen my identity, and, used it to commit crimes. Person #5 states that Perpetrator #1 committed crimes identical to those I was convicted of in Florida both before, and, after, the Florida crimes. ~~Unnamed Witness #1 and, Person #5, both believe that Perpetrator #1 committed the crimes that I was convicted of in Florida because the unique diction of the messages matches his normal way of speaking.~~ Perpetrator #1 made specific allegations against me in his "Neo-Nutzi" article, using specific language, that are virtually repeated in the web posts made on the FBI-JTTF's phony Christian-Identity.net messageboard by a person who was impersonating me.

Boaz has been pursuing me, along with other members of the Orange County, Florida, Sheriff's Office, since at least 2004. He worked to bring me to Florida for the purpose of investigating me in 2006, and, his operation made several other attempts to drag me into their nonsense afterwards. Boaz is also a bad cop with a history of perjury, falsifying cases, and, targeting his victims with violent crimes. He has a history of inciting threats against his co-workers, and, supervisors. In 2012, Boaz is known to have filed perjured affidavits to obtain the arrests of at least 15 people.

At the time that this crime was committed, I had been wrongfully convicted of transmitting threats in WD VA 08-cr-054. As a result, Boaz knew that I was vulnerable to this kind of impersonation, though I had no actual history of committing this type of crime. I did not have an inside knowledge of the Florida investigation, had never heard the name Kelly Boaz, just learned that he had killed a man in August 2016, had no involvement with Group 21, and, did not even know that the group stil existed.

All of this tends to show, to a more than colorable degree, that the crimes committed in this case were committed by Perpetrators #1, and, #2, acting in concert with Kelly Boaz, under the authority of the FBI-JTTF operation.

I do not believe that Hogeboom, and, Rottenborn, had personal knowledge of the above operation in its full. But, they were legally responsible for knowing all of the above, for, as FBI SA Michelle Krempa stated in her affidavit in SD Fl 12-MJ-2833 Doc 13-1, the US Attorney's Office for the Western District of Virginia, and, the US Attorney's Office for the Middle District of Florida, were working together as a single prosecution team in this case. The US Department of Justice Civil Rights Division, which seems to be directing the FBI-JTTF operation, was likely involved, and, there is no question that Boaz was part of the prosecution team as well.

Thus, all of the above conduct is attributable to the United States.

GFR 6(d) Obstruction Of Justice By The United States

Just as the United States is responsible for the communications sent by Perpetrators #1, #2, and, Boaz, it is responsible for the threats made to Unnamed Witness #1 on May 27, 2012. [Exh B(a)] This conduct was clearly intended to prevent her from giving testimony in the legal proceedings that the Boaz clique was intending to bring, and, thus, constituted obstruction of justice. Further, threats of the same nature, and, presumably the same origin, continue to be directed against my supporters. [Exh P(a), (b).

GFR 6(e) Failure To Disclose

The government committed prosecutorial misconduct at trial by failing to disclose the above information, and, by deliberately presenting both evidence, and, a theory of the case, which it knew, or, should have known, to be false.

GFR 6(f) Fourth Amendment

The government committed a Fourth Amendment violation when Perpetrator #1, #2, Boaz, or, any other person in its employ accessed the dhyphen@yahoo.com, and, bill.white.7370, accounts without a warrant.

GFR 6(g) Ineffective Assistance

Paul Beers was ineffective for not investigating the above, presenting it to the jury, and, objecting to, and, confronting, the above falsehoods at trial.

In this case, Beers attempted to make my lack of mens rea a key part of my defense. Beers raised the issue in a pre-trial motion, and, at closing. [Docket 76; Exh A closing p 17-18] The Fourth Circuit noted that "the heart of [my] appeal ... concerns the legal requirements for conviction pursuant to 875(b), and, 875(c)." United States v White 2016 US App LEXIS 183 (4th Cir 2016). And, Beers attempted to raise this issue with the Supreme Court. However, as the Fourth Circuit also noted, Beers presented absolutely no evidence to show that, at the times that the crimes were committed, I lacked mens rea. White (4th Cir 2016). Had he done so, he would have found abundant evidence.

Since my arrest October 17, 2008, I have been subjected to torture on three occasions:

1) From October 17, 2008, to December 29, 2008, at the Roanoke City Jail, and, MCC-Chicago;

2) From September 1, 2010, to April 20, 2011, at FCI-Beckley, and, MCC-Chicago; and,

3) From May 20, 2014, to approximately November 26, 2014, at the Seminole County Jail in Seminole County, Florida.

I also believe that I was medically experimented upon at FCI Beckley between September 1, 2010, and, approximately December 11, 2010.

As a result of the above, I suffer from "marked" Post-Traumatic Stress with Dissociative episodes that has grown successively worse with each episode of torture. [Exh E p.24]

The first instance of torture seems to have been conducted in response to allegations made against me by an informant named Harold Turner that I was plotting to assassinate Barack Obama

with a truck bomb at the Poff Federal Building October 17, 2008. United States v Turner Crim No 09-0650 (ED NY 2009); Exh M(k); Exh O(a), (b), (c). In Turner's own words:

"I told the US Marshals Service about a problem in a courthouse down in Roanoke, Virginia. Got information that a guy named Bill White was building a truck bomb because he was going to be indicted down there."

Exh O(c) p 48.

In addition to the documents presented here, I have seen additional documents, released in discovery in ND Ill 08-cr-851, indicating that Turner scammed the FBI-JTTF into believing this story in conjunction with two other men. The plot was obviously another grandiose, cocaine-fueled, fantasy. Turner also accused James Langston, identified in the transcript as James Lauston, who, as discussed supra, was a federal informant, of planning to "lob mortars from a mile away into Grant Park where thousands of men, women, and, children, were there to see the man they had just elected President."

Exh O(c) p 48.

Unable to gather any evidence to substantiate Turner's accusations, the FBI-JTTF trumped up the charges in ND Ill 08-cr-851 to "take me off the street", and, then, proceeded to torture me.

William Cleveland, my counsel, described the conditions which I experienced at the Roanoke City Jail during the bond portion of ND Ill 08-cr-851, which was held in this district. bond trans p ___-___. Essentially, I was kepy in a tiny, 7'x7' room under a bright, continuous, light, deprived of all hygeine, and, subjected to sleep deprivation for the week during which the bond

hearings were conducted. I was also interviewed by the US Marshals, in Cleveland's presence, in part about an alleged bomb plot.

I was transferred to the MCC-Chicago, and, arrived there Nov 7, 2008. The Court may take judicial notice that I am not the only person to complain of routine conditions in the MCC-Chicago, or, to develop serious psychological problems from having survived those conditions. I believe that Nolan v United States ND Ill Case Nô 12-cv-0247, resulted in a jury award for the Plaintiff; it is a medical malpractice claim against the MCC-Chicago psychologists for allowing Nolan to develop a much less severe form of Post-Traumatic Stress Disorder than my own from exposure to harsh physically debilitating conditions in the MCC-Chicago SHU. Two other civil rights cases have been dismissed for qualified immunity, or, failure to exhaust, but, also allege insect-infested, feces-smeared, cells, and, in one case, urine-stained sheets, and linens, in the MCC-Chicago SHU. Hicks v Irvin ND Ill Case No 06-cv-645; Elmore v Salas ND Ill 13-cv-07543.

When I arrived at the MCC-Chicago, I was initially placed in an unheated cell at a time when the outside temperature was -20° F. I was initially not provided any linens, or, blankets, only a torn, ragged, jumpsuit. I was held in these conditions for five days. As a result of these conditions, I began shivering uncontrollably, and, had to wrap myself in a mattress -- the only object in the room -- to stay warm. I was afraid that I would freeze to death.

On November 28, and, 29, while in another cell, 11-13, or, 11-15, my cell was flooded with human feces from a sewer drainage in the shower area. I was left in this condition overnight.

At some point between Nov 7, 2008, and, Dec 29, 2008, I was

transferred to cell 11-5, which was infested with cockroaches. I was held in this cell for 21 days.

While I was being subjected to these brutal, abusive, conditions, I was informally questioned by BOP personnel as to whether or, not, I had planned to kill Obama, and, where my bomb was. Of course, there was no bomb. I was released from these conditions December 29th, and, Turner's relationship with the FBI subsequently deteriorated to the point where he was indicted for threatening to murder three Seventh Circuit judges if the FBI wouldn't restore his informant contract.

I do not know what occurred to me between September 1, 2010, and, approximately December 11, 2010, at FCI-Beckley. Prior to this, I was evaluated by Dr Corcoran, and, Dr Daum; as Dr Ostrov summarizes, "Dr Corcoran's,and, Dr Daum's, evaluations are ... not indicative of Mr White presenting with any major psychiatric illness before ... 2010." Exh E(a):p24.Dr Ostrov focuses on MCC-Chicago, but, my troubles began in FCI-Beckley. And, the Court may note that I have no disciplinary history since my arrest on June 8, 2012, and, had no such history at the time that the events described above occurred. Exh E(b).

I have been told by BOP medical on two occassions that I may not be able to metabolize the common allergy medicine Chlorphenaramine. I have to take a daily allergy pill, or, I get sick. FCI-Beckley did not provide the Loratadine pill that I usually take, so, I developed pneumonia which went untreated until I collapsed in July 2010. After receiving emergency care, I was told to take a daily Chlorphenaramine. At sufficient dosage, Chlorphenaramine is toxic, and, causes delusions, hallucinations, convulsions, and, death. However, this is extremely rare in adults.

I do not believe the government's account of what happened. I believe that I was subjected to a mind-altering technology because I do not believe that what followed was a hallucination. I do not believe this because the things that I learned have turned out to comprise the objectively verifiable secret tradition of the "people" who control the United States. However, I do not know what happened, and, can only describe my experience.

Shortly after I was transferred to the SHU at FCI-Beckley on September 1, 2010, a large black sphere, which I believe to be the Egyptian God Re, or, the Judaeo-Masonic "darkness above the light," the "deep darkness" which Moses entered on Mount Sinai, and "the Great Eye", came into my cell, and, began to converse with me in the form of visions. In these visions, the sphere showed me a vision of the race of golden serpent-people who once inhabited our solar system, and, the destruction of "the Temple", which was a planet that once existed between Mars, and, Jupiter, and, is now our asteroid belt, and, moon.

Once these visions stopped, I entered a trance state, and, stopped both waking, and, sleeping. Instead, I existed in a state where I could both perceive waking reality, and, perceive a dream world consisting of the worlds of Being, and, Non-Being which exist parallel to our world of Becoming. (The Court may note we are not real, but, merely projections from the outside of the sphere which contains our universe, the so-called veil, and, "coat of many colors". Matter-energy is comprised of tiny strings whose vibrations determine the types of particles that are perceived. The maximum number of strings in a given area of space time is equal to the number of square Planck-lengths on

the surface of a sphere containing that given area of space-time. If the number of strings exceeds that limit, the given area of space-time becomes a black hole. That we are all projections of strings on the Veil is why "the Goddess" is called "the weaver", "the spider", and, the like. However, humans are not designed to perceive this aspect of reality directly, hence, the madness of the companions of Rabbi Akiva when he entered the grove, etc.)

In any case, the state which I entered was not healthy. I remained in this state until at least March 2011. At this time, I learned of the problem with the Chlorphenaramine pills, and, stopped taking them.

In February 2011, I entered into what may be called a dissociative trance, and, sat, mostly unresponsive, staring at a wall for ten days until I was removed from my cell by a tactical team.

From this point forward, I displayed symptoms of PTSD. After I was released April 20, 2011, Dr Ostrov notes that both "his mother's, and Mr Beers' testimony indicate his suffering symptoms of mental illness thereafter." [viol. trans. p 22, 24; sent tran trans. 18, 26; Exh E p.24] Dr Ostrov states that "valid test results indicate that Mr White is currently suffering from marked stress, specifically from PTSD." [Exh E p 24] Dr Ostrov also states that the Trauma Symptoms Inventory which he administered indicates that I am suffering from "Post Traumatic Stress characterized by a high degree of anxiety, relational avoidance, reduced self-awareness, and, dissociation." [Exh E. p 23]

After I was released from prison, my mother testified, I suffered waking nightmares of the type described above:

"Beers: And, have you noticed any chages for the good, or, not for the good in Bill's mental health, demeanor,

in the last several months?

"C. White: He actually left a call on my telephone one morning, about 6:00 o'clock [AM], which was very unusual. When no one -- this is not going on, he doesn't usually call at odd hours. I called him back. He said that he was having nightmares and, having trouble waking up."

[viol trans p 18]

This incident occurred in September 2011. As a result of waking up, and, still being in a nightmare where the United States was about to murder me, I began to flee the United States for Mexico. I drove for approximately 8-9 hours in this condition before waking up from it in Knoxville, Tennessee. Dr Ostrov notes that this was a symptom of my Post-Traumatic Stress. My mother testified to something similar before I fled the United States in this case. [viol trans p 26]

I attemped to bring these issues to Beers' attention. Beers not only refused to retain a psychological expert, but, repeatedly verbally abused me, and, accused me of both "faking", and, being a "liar". However, by the time of sentencing, Beers conceded that I seemed to be "mentally ill." [sent trans p 22, 24] Beers also stated that:

"No one has the right to commit perjury, but, I didn't think he did ... Bill White believes from the bottom of his heart that he didn't send the emails in question ... He has got issues, I think he is mentally ill. He has delusional issues. ... I do not think he took the stand, and, set to mislead anyone. The man believes that he did not send those emails." [sent trans p 21-22]

Beers later repeated those allegations to the Fourth Circuit

White (4th Cir 2016). But, what Beers never explained is, why didn't he hire a psychologist?

Dr Ostrov notes that I am neither delusional, nor, lying. [Exh E p 2-3] I am suffering severe Post-Traumatic Stress as a result of having been repeatedly tortured because the government cannot solve imaginary, non-existant, crimes that they wish they could charge me with. This is all part of the extreme, illusionist's fantasy world that defines federal law enforcement.

GFR 9(a) I Am Actually Innocent Because I Was Unable To Formulate Mens Rea In May, Or, June, 2012

I did not commit the actus rea of these crimes. However, I was also unable to formulate mens rea during the period of time when the crimes were committed, and, was both insane, and, actually innocent, as a result.

It is well litigated that a dissociative state is probative of legal insanity, and, that dissociative amnesia may render a defendant incompetent to stand trial. Hooper v Garaghty 845 F2d 471 (4th Cir 1987); Spencer v Crosby 2006 US Dist LEXIS 161190 (MD Fl 2006); Smith v Moore 137 F 3d 808 (4th Cir 1997); United States v Minter 2014 US Dist LEXIS 132804 (MD Fl 2014). If I was in a waking nightmare, or, a PTSD-related dissociative state at any time during the period May-June 2012, I was entitled to an insanity defense under 18 USC 17.

When mens rea is an element of a specific intent crime, as 18 USC 875(b) is, then an inability to formulate mens rea less

than legal insanity is available as a reduced capacity defense. United States v Worrell 313 F 3d 887 (4th Cir 2012); United States v Chance 86 F R Evid Server (Callaghan) (4th Cir 2011); United States v Jackson 554 Fed Appx 156 (4th Cir 2012) (reversing this Court). This diminished capacity defense is the actual innocence defense that Beers wanted to raise.

Because I was alone, in a foreign country, and, possibly not fully aware of my actions, or, mental state, the Court must rely upon circumstantial evidence to conclude that I was unable to formulate mens rea. That I had previously attempted to flee the United States while in a waking nightmare is probative. [viol trans p 18] Beers affirms that I have no knowledge of having committed these crimes. [sent trans p 21-22] And, it has come out that I am suffering from previously undiagnosed Post-Traumatic Stress that explains the prior testimony, and, renders me, at times, unable to formulate mens rea.

This colorable possibility that I may have been insane, or, unable to formulate mens rea, at the time that the crime was committed, or, incompetent at trial because of dissociative amnesia related to such a state, mandates an evidentiary hearing on actual innocence.

GFR 9(b) Beers Failed To Present Evidence That I Was Suffering From Post-Traumatic Stress In Mitigation At Sentencing

USSG 5K2.13 states that:

"A downward departure may be warranted if:

"(1) the defendant committed the offense while suffering from a significantly reduced mental capacity; and,

"(2) the significantly reduced mental capacity contributed substantially to the commission of the offense."

A list of exclusions then follow. The only possibly one applicable here is "serious threat of violence." The term is not defined. However, no evdience was presented here that Meghan White was ever in any danger, and, what was threatened was, at best, an ordinary threat of violence, a threat of simple assault.

18 USC 3553(a)(1), (2), and, (6), also permit a downward variance from the guidelines due to mental health issues.

Here, Beers presented no psychological evidence in mitigation at sentencing, only his personal opinion. This was ineffective assistance. For the same reasons above that I could not formulate mens rea, the symptoms, and, cause, of my Post-Traumatic Stress are "the kind of troubled history [that] the Supreme Court has declared relevent in assessing a defendants moral capacity." Wiggins v Smith 539 US 510, 156 L Ed 2d 471, 123 S Ct 2527 (2003) citing Penry v Lynaugh 492 US 302, 109 S Ct 989, 94 L Ed 2d 40 (1987). The Court should have taken into consideration this reduced moral capacity in formulating its sentence, and, could not, as Beers failed to established the factual foundation for his claims. That was ineffective assistance.

GFR 9(c) Beers Was Ineffective For Failing To Show That I Lacked The Ability To Formulate The Mens Rea Necessary To Obstruct Justice

Beers told the Court that I have no knowledge of having committed these crimes. sent trans p 21-22. The government responded that it did not believe that I could have "kind of blanked out" when the crimes were committed. sent trans p 25. But, that is exactly what dissociation is, "kind of blanking out", and, that is why it is "insanity" sufficient to void mens rea. As with Beers' comments that I am "mentally ill", had Beers taken the time to lay a proper psychological foundation for his statements, he would have been able to explain to the Court that, if the Court believes that I committed the crimes, why I very clearly have no memory of committing the crimes whatsoever. And, this would have meant that my testimony at trial that I did not commit the crimes was truthful, and, not a perjurous attempt to obstruct justice. (An allegation which, in the context of the knowing use of perjury to obtain the conviction in this case is, itself, somewhat ironic.)

Not presenting a foundation for the vague, conclusory, defense that Beers offered at sentencing was ineffective assistance. Beers is a lawyer. He knew that his opinion was not adequate for the presentation that he was making, and, yet, he actively refused to hire an expert witness. This left me effectively without counsel.



# White Power and apocalyptic cults: Pro-DPRK Americans revealed

American homegrown terrorist groups are the chosen favorites of Pyongyang

Tweet

WASHINGTON D.C. – In September 2003, John Paul Cupp, the 22 year old son of a fundamentalist Christian preacher from Indiana, received a message from the government of North Korea.

"Upon the authorization of the Central Committee" it read, Pyongyang "extends militant greetings to you who extend warm support and solidarity to the Songun policy of our respected Marshal Kim Jong Il, treasure sword of our nation."

The "formation of the Songun Politics Study Group USA has been reported to our Central Committee and, through it, to the Workers Party of Korea....Now your organization has been introduced to the entire Korean nation in the south and the north. We are very pleased to have a revolutionary organization and comrades like you in the land of the United States, the bulwark of imperialism and determined to further the relationship with you in depth,"

Rodong Sinmun, the official voice of the ruling Korean Worker's Party (KWP), reported the news on September 11, the two year anniversary of the terrorist attacks on the World Trade Center in New York.

The message from Pyongyang promised to send further information "by DHL" to the address of "Comrade John Paul Cupp." What North Korea didn't mention was at the time was that John Paul Cupp had no address because he was homeless and living in a tent under a highway in Portland, Oregon.

"My father is a loser. He lives in Lynn Haven, Florida," wrote Cupp on an online family genealogy thread in October 1999. "I moved to Portland to join the communist party and get my poetry published. I am 19 years old."

By the time Cupp vowed his loyalty to Pyongyang and was made Chairman of the newly created Songun Politics Study Group USA, his evolving political ideology embraced white supremacy, pro Islamic Jihadists, virulent anti-Semitism, and launching domestic terrorism to achieve the armed overthrow of the U.S. government.

EXHIBIT F(b)(i)



*John Paul Cupp (c) in trench coat when he was homeless living in Portland Oregon in the early 2000's when he became the chief U.S representative of the Pyongyang sanctioned group of U.S. supporters of North Korea. North Korean media heralded Cupp as a "prominent U.S. public figure."*

In recent years, the North Korean government has joined in alliance and found common cause with American citizens from the violent armed fringes of both the political far right and left, who are members of registered U.S. domestic terrorist organizations, have been convicted for violent racial attacks, claimed to have sent Anthrax chemical warfare agents to the President of the United States, been sentenced to mental institutions for threatening to assassinate sitting U.S. presidents, and been imprisoned for plotting terrorist attacks on U.S soil.

## "Comrade Kim Il Sung and Dear Leader Comrade Kim Jong Il are the two greatest human beings in the entire history of the world"

Several have made official visits to North Korea as the invited guests of the Pyongyang government.

The American political activists of the pro-North Korean political organizations created by Pyongyang in the U.S. include leaders of armed white power groups accused of trying to spark violent race wars, ; Americans fighting for the creation of a U.S. state populated exclusively by white people; supporters of the extermination of the Jewish race; who applaud the 9/11 and Oklahoma City terrorist attacks; and others who hold as their ideological mentors the religious suicide cult leader Jim Jones, Pol Pot, Osama Bin Laden, and the assassins of three U.S. presidents and civil rights leader Martin Luther King.



*John Paul Cupp with SKS rifle in 2009, with confederate flag in the background. Photo taken in 2009 while he was advocating white supremacy and head of the official U.S. Songun Politics Study Group*

But according to North Korean official propaganda, these American citizens and the Pyongyang government they view as their ideological mentors agree on one thing: The Kim family dynastic leadership are the greatest political thinkers of our times.

"My personal opinion," John Paul Cupp said in a 2007 interview, "is that great leader Comrade Kim Il Sung and Dear Leader Comrade Kim Jong Il are the two greatest human beings in the entire history of the world. For us, it would be impossible to even wake up in the morning should we lose the ability to cherish them."

Within months of creating the pro-Pyongyang group, Cupp was regularly featured in North Korean propaganda as a "prominent U.S. public figure," who was the leader of a broad U.S. movement with deep loyalty to the Kim family's global political vision.

*John Paul Cupp at the top of the Juche Tower, Pyongyang, North Korea, on an official trip by invitation of the North Korean government as head of the U.S. Songun Politics Study Group in 2006*

FROM WHITE SUPREMACIST TO ISLAMIC CONVERT

While serving as the Chairman of the Songun Politics Study Group USA, recognized by Pyongyang as their primary U.S. support group, and several other political front groups created in North Korea but portrayed as homegrown U.S. mass political movements, Cupp's political platform included anti-Semitic laced rhetoric ("hey anyone, actually killing Jews is to be supported in so far as they are killing Jews") to racism ("I fully invite every member of an Islamic or Third World country that US imperialism wants to bomb to join us in a cross burning and Jena-rope-the-goat/President event to show how much we love scabs and tools of the Jews and imperialist finance capital"), to support for "Aryan hero Lee Harvey Oswald" and the Oklahoma City bomber, Timothy McVeigh.

In a post on a white supremacy website titled "A Call for White Resistance" Cupp wrote "One of the things that was brought to my attention while I was visiting North Korea is that during the course of the anti-Japanese struggle the masses began scattered and wanting, then non-violently resisting, and then resisting with 'terrorism' and what we call 'lone wolf actions' today," he wrote.

"When looking at our White European-American nation, one finds a people who have not lost their desire to fight the enemy oppressor and who are willing to take matters into their own hands."

Cupp cited a list of American "Lone Wolves" to be emulated which included the far-right White Supremacist who committed the most deadly domestic terrorist act in U.S. history when he blew up the federal building in Oklahoma City, a White Supremacist group who stockpiled weapons and explosives then went on a murderous campaign of assassination against blacks, and the assassins of Presidents Kennedy, Lincoln and McKinley as well as Martin Luther King.

But that didn't stop the North Korean government from appointing him the head of the officially sanctioned political organization of U.S. citizens supporting the government of North Korea. Nor did it inhibit Pyongyang prominently depicting the then 22 year old American in state media dozens of time in the following years as a "prominent U.S. Public Figure" and inviting him on official government sponsored visits to the DPRK.

*A photograph of John Paul Cupp, Chairman of the U.S Songun Politics Study Group taken at the demilitarized zone on the border with South Korea from the North Korean side. Photo is with a North Korean military officer in the neutral zone during a 2007 trip Cupp made to North Korea as an official guest of Pyongyang*

For many North Koreans, the only source of information on developments outside the DPRK is the strictly controlled government media and many therefore believe that the world masses are ardent supporters of Kim Il Sung's Juche political ideology.

On April 15, 2004 (Kim Il Sung's birthday), Cupp sent a poem to Pyongyang expressing his fealty to Kim Il Sung and Juche which was promptly republished by North Korean media.

"Marshal Kim Jong Il is the most outstanding revolutionary leader of our era. His Songun army-centered stance, against the fascist scum goons of the White House, cannot be called anything short of genius, extreme bravery, defiant, principled, and even scholarly," Cupp wrote. "Marshal Kim Jong Il has clearly shown that the gun is the revolution. He clarified that the gun is the faithful and uncompromising companion of the revolutionary. This gun-based approach is correct in every single way."

In October 2004, the KCNA heralded Cupp as praising the wife of North Korean founder Kim Il Sung and mother of then leader Kim Jong Il which spoke of "a revolutionary comrade-in-arms most loyal to President Kim Il Sung and gave birth to leader Kim Jong Il."

Another KCNA dispatch the following month published an article by Cupp titled "What a great man Comrade Kim Jong Il is" which read "Then there are questions as to why do intellectuals respect and revere General Kim Jong Il so deeply."

"He [Cupp] explained in the article that Kim Jong Il is the most prominent leader in the present era just as President Kim Il Sung was. Though the socialist movement suffered setbacks in different countries, the brilliant and august name of Kim Jong Il serves as a symbol of the militant and invincible defender of the world, he stressed," wrote KCNA.

Cupp remained head of the U.S. Songun Study Group for the next seven years during which he travelled to Pyongyang as an official guest of the North Korean government. Simultaneously, he forged alliances with other American White Power extremist groups who shared his fidelity to Pyongyang, created other political front groups espousing armed revolution to create a racially pure state, and joined with apocalyptic fringe religious sects espousing suicide bombers as a tactic for achieving religious and political goals.

In an article Cupp wrote while serving as head of the U.S. Songun Study Group , he said "Imagine a racial communist super-State comprising all of Europe and Russia and stretching across the reclaimed Siberian Land Bridge Project into White North America and includes Australia, New Zealand, Chile and Argentina in its project. Bloodline shall supersede

geographical boundaries [this will be] the total victory of White Power over the conspiracy for our genocide, more than just racialism, but true socialism, and the rebirth of the neighborhood and family again."

## "The best models existing today are those of North Korea and the Iraqi Branch of the Arab Socialist Ba'ath Party"

"Long live the White race!," the article concluded, "Long live the communist revolution! Let us vow to die in the trenches of combat before ever even considering the thought of surrendering our European-American Nation!"

In December 2009, Cupp penned a piece in which he wrote "White Power, when correctly defined, ultimately wants both separation from and death to America. Indeed, 'White Power, Death to America!' ... the best models existing today, and worthy of careful study, admiration, and solidarity by our people are those of North Korea and the Iraqi Branch of the Arab Socialist Ba'ath Party."

In February 2010, Cupp created another organization called "Aryan Athiests." The next month, he formally converted to Islam and changed his name to Wahid Yayah Cupp.

By 2011, his erratic behavior and a myriad of infighting among other American contenders for the official endorsement of Pyongyang caused Cupp to be eased out as top leader of the U.S. Songun Politics Study Group.

The road travelled by pro-North Korean American citizens since 2003 has been similarly strewn with controversy, intrigue, and buffoonery. During the last decade, other politically-active Americans were also going through important transitions on their way to joining John Paul Cupp as staunch supporters of Pyongyang and their brand of government.

JOSHUA CALEB SUTTER| PREACHER'S SON, NEO-NAZI, FEDERAL PRISONER

Joshua Caleb Sutter has one of the more colorful resumes in fringe American politics. Also the son of a fundamentalist Christian preacher, David Sutter, a well-known South Carolina white supremacist leader, Joshua Sutter was primed for the world of extremist politics from a young age.

He began dabbling in white racist politics as a teenager and rose rapidly through the ranks to become a national leader of the Aryan Nations, a white supremacist neo-Nazi group which advocated the armed overthrow of the U.S. government in order to impose a whites-only racially pure state in its place.

*Joshua Sutter, former Aryan Nations white supremacist leader and leader of the Rural People's Party in his guise of Hindu priest, Shree Shree Kalki-Kalaratri at the Hindu New Bihar Mandir temple located on Sutter's rural South Carolina property. (Photo: newbiharmandir.org)*

Sutter lived at the headquarters compound of the Aryan Nations in Pennsylvania until his arrest by undercover federal agents in February 2003 for purchasing illegal automatic pistols with their serial numbers scraped off, and possession of silencers in a foiled plot to launch bomb attacks in a domestic U.S. terror campaign.

At the time, Sutter was also a preacher for the Church of the Sons of Yaweh, a white supremacist "Christian Identity" church with links to the Ku Klux Klan (KKK).

## "Roses are red, violets are blue – for every dead Arab, another dead jew!"

After the September 11, 2001 World Trade Center bombings in New York, Sutter assumed the title of the Aryan Nations "Minister for Islamic Liaison" tasked with building alliances with international Islamic jihadist groups. Sutter caught the attention of federal authorities in 2002 after he released a "message of solidarity and support" to Saddam Hussein after Sept. 11 predicting that "the evil regime of the United States ... shall be utterly wiped off the face of the earth."

Among other aliases, Sutter used the name Wulfran Hall, High Counsel of Aryan Nations. While living at the rural Pennsylvania Aryan Nations headquarters owned by Sutter's mentor, Aryan Nation's head August Kreis,

On the Aryan Nations website, after leading a large White Supremacist, anti-Semitic rally in Washington D.C., Sutter wrote: "Skinheads, Aryan Nations and Identity, National Alliance, Creators all marching side by side with one enemy in mind – the jew," citing as a "poignant example" the slogan of the demonstration: "Roses are red, violets are blue – for every dead Arab, another dead jew!" Calling whites "the true chosen race", Sutter wrote 'Yes, oh yes... and it shall be much worse this time. Jew – all of your planning, scheming and attempts and preparedness shall not save you from that fateful day, for no man knows the hour....But a little bird told a friend of a friend of a friend who told me that it "shan't be too far off"..."

*Joshua Caleb Sutter, former leader of the Rural People's Party, selling racist knick knacks (L) and posing in front of a Nazi flag (R)*

Sutter was arrested in February 2003 for purchasing gun silencers and an automatic pistol with its serial numbers scratched off from an undercover federal agent. The arrest was part of a sting operation which foiled attempts by Sutter's White Supremacist extremist comrade to use explosives and weapons to blow up abortion clinics and kill political opponents.

Sentenced to two years, Sutter was released from a Georgia federal prison on Nov. 9, 2004 and moved back to his hometown in rural Lexington County, South Carolina.

THE RURAL PEOPLE'S PARTY AND THE JIM JONES JUCHE CARAVAN

That is when Sutter began a twisted web of sharp u-turns in his ideas, veering off to remote side roads of political ideology, and formed a new underground political organization–the Rural People's Party (RPP)–which embraced both Kim Il Sung's Juche ideology and that of Jim Jones as its twin political mentors.

In documents compiled by the Department of Religious Studies at San Diego State University (which has an extensive archive of the Jim Jones People's Temple organization), a member of the Rural People's Party submitted a biography of the history of the party. Documents and other evidence obtained by NK News show that the author of the RPP biography was Joshua Sutter and the article was sent from Joshua Sutter's property in South Carolina.

"The Rural People's Party (RPP) was officially ratified into existence in 2004 when our founder was released from federal prison after serving a sentence on weapons charges," the document says, revealing details which mirror the biography of Joshua Sutter."Other comrades on the outside had already scouted out and purchased a rural location for the founding of a commune," said the RPP document.

*A plaque presented by the Rural People's Party and Songun Politics Study Group to Kim Jong Il onKim Il Sung's birthday*

According to Lexington County title records, on Aug 19 2003, David and Laura Sutter, Joshua's parents, purchased 3.61 acres of land and a mobile home on 480 Sherwood Drive for $75,000 –the same location of the headquarters of the Rural People's Party, according to multiple documents obtained by NK News during this investigation.

A photograph on the official RPP website shows a single wide mobile home with a North Korean flag flying on a flagpole in a wooded area and is captioned: " Central People's Commune of the Rural People's Party: Militant Juche Songun and Jim Jones thought Communism North America."

But Sutter didn't abandon his far right, extremist white supremacist politics when he was released from the penitentiary at the end of 2004.

*The singe wide mobile home in Lexington County, South Carolina that served as the headquarters of the RPP. A North Korean flag flies in the foreground, and large cloth portraits of Kim Il Sung and Kim Jong Il, obtained from the North Korean government, decorate the entrance.*

Upon release from prison, Sutter began working at the Southern Patriot Shop, a White Supremacist retail outlet managed by Sutter's father, Pentecostal preacher David Sutter. The shop sells racist paraphernalia and is owned by the League of the South, an established hate group.

While it was on the date of his release from federal prison that Sutter founded the Rural People's Party—it was also in the following months that, Sutter using alias's including Wulfran Hall, actively resumed his leadership role in the white supremacist terror organization Aryan Nations."We can become more than simple domesticated pawns in the games of jewish commerce. We spit upon the false sanctity of the 'flag' -- of whatever country," wrote Sutter in February 2005 on the Aryan Nations website. "We spit upon the erroneous sanctity of the cross -- and all the meaningless relics of organized religion which is but another way to enslave us and control us, to keep us from realizing the potential that we possess as a race."

*Audio recording of 'Forbidden Knowledge' by Joshua Stutter, during which he outlines his extremist political beliefs. Source: Archive.org*

Sutter also provided an approved list of books which he positively reviewed. They included "A Practical Guide to The Strategy and Tactics of Revolution" which demonstrates four ways to "undermine/overthrow/disrupt/de-stabilize the present anti-Aryan System, and thus create or provoke a revolutionary situation"

The book lists four methods for revolution: "(1) assassination of individuals; (2) terror bombing (including targets where civilian casualties are probable); (3) sabotage of the infrastructure of the System – such things as roads, communications, television transmitters, airports, railways, power stations, food supplies, businesses, shops, financial institutions and so on; (4) terror campaigns directed at our enemies – indiscriminate or otherwise."

*Mobile trailer home which serves as headquarters for the RPP, the pro North Korean political group started by white supremacist Joshua Sutter*

Also, Sutter provided helpful tips and instructions on killing perceived enemies. "The best types of soft target in this respect are: (1) enemies of Aryan freedom" and "politicians who have spoken-out against Aryan groups or who have done things harmful to our race and our freedom (such as supporting some new anti-Aryan law or encouraging race-mixing). On the practical level, the organization must collect intelligence on suitable targets, acquire suitable weapons and prepare statements for after the action. Individual covert cells can then be supplied with a list of targets, and armed with suitable weapons." Instruction for terrorist attacks and sparking a race war are also detailed by Sutter.

By April 2005, the Aryan Nations leader and Sutter's mentor, August Kreis, moved the group's national headquarters to a doublewide trailer in Lexington County to be near Sutter. On April 9 2005 Aryan Nations leader Kreiss bought a .732 acre piece of land, with a mobile home, at 160 Maplewood drive, Lexington SC for $18,000.

But the following month, Louisiana based Aryan Nations leader and preacher of the White Supremacist hate church Sons Of Yaweh Morris Gulett wrote from the Louisiana West Monroe Correction Center on May 12, 2005 accusing Joshua Sutter of being an undercover government informer. "Brother Charles Thornton from Alabama and myself are in federal custody here in Louisiana charged with Conspiracy to Commit Armed Bank Robbery. We were set up by one of the church's oldest members, Joshua Caleb Sutter."

"Let me say that this entire debacle was an FBI set up from the very beginning. There would be no alleged crimes, were it not for an FBI informant/agent provocateur, one Joshua Caleb Sutter, a now former member of the Church of the Sons of YHVH/Legion of Saints."

*Interior of mobile home used by the RPP as the headquarters of the Songun Policy Study Group (USA)*

Within days, Kriess removed a photo of Sutter posing in a black turban and face mask, and articles he wrote from the Aryan Nations Web site, and Sutter went underground. The following years, Joshua Sutter focused on supporting the government and Juche ideology of North Korea using a variety of aliases

KEVIN WALSH AND ZIAD SHAKER AL-JISHI: THE WHITE NATIONALIST AND THE PALESTINIAN AMERICAN

It was also in 2004 that Kevin Walsh, an articulate virulent white nationalist and anti-Semite both began an alliance with Cupp and was arrested himself for threatening to assassinate by gun then U.S. president George W. Bush.

## "Police in Phoenix cautiously approached Walsh, a registered handgun owner. Guns drawn, Walsh responded by drawing his own"

"John Paul Cupp and I were political collaborators discontinuously from 2004 to 2010" said Walsh in a series of email interviews. In 2004 "I was arrested and was incarcerated until 2006."

Police in Phoenix cautiously approached Walsh, a registered handgun owner. Guns drawn, Walsh responded by drawing his own. The standoff ended without violence, but an Arizona judge declared that Walsh must have been

insane and committed him involuntarily to a mental institution for 180 days.

He was released two years later, whereupon he resumed his political alliance with John Paul Cupp, based on their shared support of the North Korean vision for how to politically organize a government.

Walsh joined another organization which was run by Cupp—the North American Committee Against Zionism and Imperialism (NACAZI). Together, the two created the European-American Socialist People's Front (EASPF).

*Photo of hammer and sickle flag inside the RPP headquarters in rural Lexington County South Carolina.*

"A synthesis of White Nationalism and Marxism-Leninism, EASPF is essentially a national communist or racial communist organization," wrote Cupp on a Yahoo! Group message. "I have been to North Korea and am deeply in love with them."

Cupp wrote that the North Korean Juche ideology supported "biological and cultural distinctiveness" and were "not nihilistic towards the realities of bloodline in the creation of national identities of people the way Western leftists are."

Kevin Walsh was more direct in his assessment of the two outfits. "NACAZAI and EASPF were only websites. We didn't have any kind of mass following or street organization. We would write essays and solicit support, but no support came," Walsh told *NK News* in an email interview.

## "Jewish power and American imperialism are the source of great misery for the Arab people and the rest of the world, and they must be smashed"

All of Walsh's emails end with a quote from an April 2006 Rodong Sinmun article: "The south Korean pro-American traitorous forces advocating the theory of 'multiracial society' are riffraff who have not an iota of national soul, to say nothing of the elementary understanding of the view on the nation and social and historic development."

NACAZI was run by Cupp and a Palestinian American by the name of Ziad Shaker al-Jishi, who also held the title of deputy chairman of the U.S. Songun Politics Study Group. Ziad has made numerous trips to Pyongyang on the invitation of the North Korean government over the last decade.

"Jewish power and American imperialism are the source of great misery for the Arab people and the rest of the world, and they must be smashed. We have made great progress in the last decades for the revolutionary anti-imperialist struggle both in the DPRK and Iraq. We at NACAZAI from our geographic position have tried to contribute to this just and worthy effort to rid the world of Jewish power and American imperialism," said Ziad, in an interview published on the now defunct NACAZI website.

In an October 2006 letter to Kim Jong Il, Ziad said "For the last several years, I have been active in supporting the DPRK, because of my firm convictions in support of socialism and against imperialism and Zionism. The Korean revolution, through my numerous conversations and recent August visit, has demonstrated to me that it is not only genuine in its efforts, but further-more, the most advanced outpost for anti-imperialism in the world today."

The letter concluded: "While you long for Korean unity, I long for Arab unity. Like the Korean people under your care, my Arab people long for unification and independence. The lessons you have propagated against flunkeyism, by calling for preserving the Juche and national character of the revolution and synthesizing the people's cultural and historical identity simultaneously with the anti-imperialist class struggle under the banner of 'nationalist in form and socialist in content', is nothing short of genuineness creatively putting its pulse on the needs and desires of the great masses of periphery."In recent years, North Korean state media has heralded Ziad's visits to Pyongyang and his messages of support to the Kim family dynasty numerous times.

ZIAD, CUPP, SUTTER AND THE JUCHE CARAVAN

In December 2007, Ziad and Cupp travelled to meet Joshua Caleb Sutter at his rural mobile home in the woods of South Carolina, and formed a political alliance.

"A successful Songun Conference was held outside of Lexington, South Carolina at the Rural Peoples Party's Central Commune [...] Participants included the US Songun Group, the RPP, and the North American Committee Against Zionism and Imperialism," wrote Cupp in a December 2007 message to political supporters.

While the cast of characters and organizations in the U.S. supporting Pyongyang increased, so did the tension between the extremist leaders with varying political agendas fighting for control over the small U.S. Juche organization officially sanctioned by Pyongyang.

The U.S. Songun Politics Study Group's official North Korean government contact was through a known front group for North Korean intelligence agencies, the Committee for Cultural and Foreign Relations, charged with garnering foreign support for the government, and their offices and contacts are located in Pyongyang. For the U.S. political activists and groups, a man using the name Zo Il Min was their primary North Korean contact.

"Cupp told me that Zo Il Min is from southern Korea but had moved to the DPRK and that he has a cable connection to an e-mail address in Japan to do Songun work internationally," said Walsh in a series of email interviews with *NK News* from his Arizona home over recent months. "I don't know if that is true and whether the Juche study group really is sanctioned by the DPRK government. Given the sort of people they've been tolerating in positions of leadership recently, I certainly hope not."

## "The first time the RPP and John Paul Cupp crossed paths was in July 2007, when the RPP released a message of support for Pol Pot"

During the late 2007 meeting in the South Carolina woods with former Aryan Nations leader Joshua Caleb Sutter, the leader of the Rural People's Party, both Cupp and Ziad quickly found common political ground with the White Supremacist-turned Pyongyang disciple.

"In 2008 Cupp and Ziad had become involved with the Rural People's Party and had actually travelled to South Carolina to meet their leader, known as David Woods. Cupp would later say that Woods was a pseudonym for Josh Sutter and that Sutter had been arrested for some offense and had become a government agent" said Walsh. "Cupp and Ziad had initially thought Woods/Sutter and the RPP were sincere," Walsh told *NK News*.



*Jillian Hoy—or "comrade Morrison" of the pro North Korean Rural people's party holding a Korean trade magazine sent to them by the Pyongyang government in 2008. The photo is from inside the mobile home in rural South Carolina that served as headquarters for the RPP.*

The first time the RPP and John Paul Cupp crossed paths was in July 2007, when the RPP released a message of support for Pol Pot, the former leader of the Cambodian Khmer Rouge movement, on a pro-Khmer Rouge website. 1.8 million people died during Pol Pot's 3 years and 8 months in power in the 1970s.

Sutter sent a message. "We stand in firm solidarity with the Group for the Study of the Theories of Pol Pot and as a Marxist-Leninist-Maoist organization have held steadfast in defense, study, assimilation into party line and, by our work in establishing the Central People's Commune, advancing toward practical implementation of Pol Potism. Please find as follows some links to photographs taken at the CPC, a place which all who uphold the glorious line of the CPK are most graciously welcome."

The message contained photographs of the Khmer Rouge flag flying over a vinyl-sided mobile home in a rural setting – the Central People's Commune of the Rural People's Party. In photographs published elsewhere, the same trailer and property later show pictures of the North Korean flag and large portraits of Kim Il Sung and Kim Jong Il on the exterior of the small building.

John Paul Cupp wrote back a month later "On the Occasion of CPK Foundation Day" to the RPP: "It takes a lot of courage and guts to defend Democratic Kampuchea and Comrade Pol Pot in the U.S. I congratulate the RPP on this statement."

After the December 2007 meeting in South Carolina between Joshua Sutter, the RPP, John Paul Cupp and Ziad, the group of extremist leaders decided to join forces. Joshua Caleb Sutter, Jillian Hoy (an RPP committee member), James Porrazzo (another White Supremacist leader), and others affiliated with the RPP were all present

*Literature and propaganda material also sent by the North Korean government to the Rural People's Party (RPP)*

On February 9, 2008, a joint statement was released in celebration of Kim Jong Il's birthday, announcing "The Songun Politics Study Group (USA)... are pleased to announce the formation of the US Preparatory Committee for the Celebration of February 16th and Red Sun's Day."

"The Committee will be chaired by John Paul Cupp and Ziad Shaker al-Jishi, Chairman of the North American Committee Against Zionism and Imperialism (NACAZAI) will be the Vice Chairman," the statement said. Included in the release was an RPP Statement, a letter to Kim Jong Il from John Paul Cupp and a similar letter from Ziad Shaker al-Jishi, Chairman of the North American Committee Against Zionism and Imperialism (NACAZAI)."

## "Weapons-grade anthrax isn't something some redneck can make on the weekend in his tool shed"

The meeting between the unlikely grouping of white power extremists, Palestinian Americans and a formerly homeless person produced several new elements in the nexus between Pyongyang and their American citizen comrades.

"Cupp did tell me that Woods/Sutter had been talking about having been involved with sending anthrax to the White House," Walsh told *NK News*.

"Ziad had said something similar. I said, 'I seriously doubt that he had anything to do with that. He doesn't have the technical know-how to make weapons-grade anthrax. I have two university degrees, and I don't have that technical knowledge. Weapons-grade anthrax isn't something some redneck can make on the weekend in his tool shed. It takes a great deal of medical and biological expertise and expensive laboratory equipment. It's not a do-it-yourself project for revolutionaries.'"



*Picture of Pol Pot on the wall inside mobile home on secluded South Carolina property of the Rural People's Party (RPP) headquarters*

Walsh said if Sutter and Ziad were correctly recalling the conversations, "then it would seem that Woods/Sutter is some kind of government provocateur trying to entrap people by inciting them to use harmless powder that he claims is weapons-grade anthrax."

Walsh added that North Korea had no control over the white nationalist group, European American Socialist People's Front (EASPF), which he and Cupp ran, "because I had veto power over everything there, and I originated a lot of the ideas, and no one in Korea told me to do anything. I suspect the Rural People's Party is run by the FBI, so if the DPRK is having anything to do with them, it's probably not a good idea for them."

In the South Carolina backwoods on April 15, 2008, Kim Il Sung's Birthday, the RPP changed its *official constitution* to formally pledge loyalty to Pyongyang and their Juche ideology, giving equal status to both Kim Il Sung and Jim Jones. , officially adopting Juche as its "guiding ideology" and announcing a new "officially authorized" website which posted North Korean official propaganda "provided to the RPP by the Pyongyang Mission of the Anti-Imperialist National Democratic Front of South Korea (AINDF)."

The RPP also posted a picture of RPP Central Committee member Jillian Hoy holding an inscribed plaque sent to "KPA Supreme Commander Kim Jong Il on the occasion of the birth of his father Kim Il Sung" which was captioned: "RPP Central Committee member holds plaque for KIM JONG IL presented on behalf of RPP and the Songun Politics Study Group (USA)."

The RPP copied the official policy of the North Korean Ministry of Propaganda and Agitation by using a different, bolder and larger font and type style for the North Korean leader's name.

THE PLOT THICKENS, THE GROUP UNRAVELS

But like any good melodrama script, the new alliance also produced a subtext of love, betrayal, and treachery.

And so began what would be a rapidly unraveling political alliance of U.S. North Korea supporters as the U.S. Songun Study Group and the RPP ushered in a tumultuous period worthy of a bizarre soap opera script.

## "The rivalry was to get tenser, including an exchange of death threats and an alleged assassination attempt."

During early 2008, John Paul Cupp fell in love and became engaged to Jillian Hoy, but that relationship would implode within months amongst accusations of it having been a politically motivated "honey trap" whereby Hoy was accused of attempting to poison Cupp in an alleged RPP bid to take over control of the officially recognized U.S. Songun Study Group.

By the summer of 2008, the RPP, having established their own direct connection to Pyongyang, cut all ties with Cupp. The rivalry was to get tenser, including an exchange of death threats and an alleged assassination attempt.

"Cupp was involved in a sexual relationship with one of the female members and had told me on the telephone that they were to be married. In July 2008, Cupp became severely ill with chronic appendicitis and some kind of lung infection and had to be hospitalized," Walsh recalled in an email to *NK News*.

"He wanted to talk to his 'fiancée,' and I e-mailed the RPP on his behalf but got no response. When he was released from hospital, she still didn't respond. It was then that Cupp came to the conclusion that it was all some kind of set-up."

Jillian Hoy—who used the name "Comrade Morrison" in her role with the RPP—was in fact Joshua Sutter's girlfriend—and soon to be wife.

The RPP "contact[ed] the then Songun Politics Study Group USA in 2007 and had very cordial relations with them," wrote Jason Adams-Tonis in December 2011, the head of the Songun Politics Study Group by that time. *Jillian Hoy* "became the fiancée of the then chairman John Paul Cupp" but in June 2008 the RPP "cut off all ties, unprovoked, with us. Cupp believes his illness was caused by being poisoned by Jillian" and Adams-Tonis charged the "whole RPP action was designed as a government attempt to seize control over the Study Group."

Jason Adams-Tonis added "with Cupp dead, Woods [Joshua Sutter] would have become the study group leader and thus have an inside connection to the DPRK leadership."

"[Sutter] later boasted to me that Jillian was in fact his own girlfriend and that he had indeed poisoned Cupp," wrote Adams-Tonis, quoting Sutter as saying Cupp was "insane" and the Study Group "deserved" a better leader.

"In personal conversations I had with the RPP leader, who utilized the pseudonym Woods, Woods told me that he had been a member of Aryan Nations before his 'conversion' to communism and that he feared retribution by Aryan Nations for his defection," according an online post by Adams-Tonis in December 2011.

He wrote that Sutter, in "statements to me and also to other comrades", tried to recruit them as loyalists to seize control "in his unsuccessful 2007-8 attempt to take over the group."

Cupp had a lengthy hospitalization in July of 2008, but emerged seemingly even more radical in his political beliefs.

## "The content of [Cupp's] political manifestos were extreme enough to draw the pointed but gentle rebuke of Pyongyang directly."

In August of 2008, Cupp wrote numerous public screeds extolling the mass killing of all Jews, support for suicide bombers, Saddam Hussein, Sirhan Sirhan (the assassin of Robert Kennedy), and various calls for a new government to replace the U.S. authorities with a nation populated by an Aryan race.

CUPP DRAWS PYONGYANG'S DISSAPPROVAL

Cupp posted many of these screeds on the official North Korean U.S. Songun Politics Study Group which was disseminating propaganda sent by and on the instruction of Pyongyang.

The content of his political manifestos were extreme enough to draw the pointed but gentle rebuke of Pyongyang directly.

In an email from North Korea to Cupp on September 15, 2008, Pyongyang wrote instructing Cupp to pull non DPRK provided political propaganda from the U.S. Songun Study Group's website and refrain from posting DPRK material on Cupp's incendiary white supremacist anti-Semitic web pages.

"Dear comrade CUPP," the North Korean message began "We would like to make a comradely suggestion to you on the matter of publishing the great Juche and Songun-related photos and articles, great leaders' works, etc, on the internet. Could you please publish those materials exclusively on the US Songun website and the US Solidarity webpage and not post non-DPRK materials on this, and not post those Juche-Songun and DPRK photos and articles on your?"

"That's only for the sake of the dignity and prestige of our great leaders and the DPRK. We hope you who sincerely and ardently follow and revere the great leaders could understand what we mean and soon rearrange the materials on the internet, please. We're waiting for your reply in this connection and the good news of your better health. With our sincere and comradely regards, Zo Il Min, Representative of the Pyongyang Mission of the AINDF, September 15, Juche 97 (2008), Pyongyang, DPRK."

On September 15, Juche 97 (2008) John Paul Cupp replied to Pyongyang requesting *him to tone* down his virulent extremist politics.

"I will most certainly, as always, comply with the dictate given to me, and all these articles will be removed and I will comply with the request by this by Sunday... I do believe in...fulfilling the tasks assigned to me. I never ever even remotely wanted to disparage the DPRK in any way, shape, or form... what brought about this concern? Did someone complain? Am I in trouble? I wish to tell you that I have never stopped in my reverence to the DPRK leadership."

## "the DPRK has known we support Saddam, hollowcause revisionism, reject 'Israel' and detest Jews for several years now and sided with us privately on most of that"

But Cupp reacted to the rebuke with alarm to his U.S. comrades . A September 16, 2008 email from Cupp to a half dozen members of the U.S. Songun Study Group with the subject "HUGE EMERGENCY NEWS" said: "I need you to promise me you aren't going to contact the DPRK [...] Someone is fucking with us, and whining up the ass to the DPRK, and crying to them about three things: A. My open support for European-American nationalism (which they probably went and told Zo Il Min I was a KKK lynching or something), our position against the Jews (but they've known that for like 6 years!) and our support for armed struggle to bring down the American regime"

"I mean I told them I laughed my ass off at Sept 11 and they chuckled," Cupp said.

Cupp concluded "We are the most open and honest about not bowing to the Jews and hating America and supporting all international and national violence or other means to stop them....this is a major security issue attempting to wreck our ties to the DPRK (and the DPRK has known we support Saddam, hollowcause revisionism, reject 'Israel' and detest Jews for several years now and sided with us privately on most of that)."

His erstwhile comrade, Kevin Walsh, told Cupp that he would have told Pyongyang differently.

"Quite frankly if Zo Il Minh had come to me with such a request, I'd have told him to fuck off. No one is going to stop my expressing support for the DPRK, not even the DPRK leadership itself. NACAZAI is an independent anti-imperialist organization, not an agent of any foreign government, no matter how progressive. The Korean Revolution is worthy of defense, even if the leadership no longer think so."

"You don't get to vote in DPRK elections," Walsh wrote to Cupp, "So you don't have any obligation to go along with DPRK decisions. You are not an agent of a foreign government, and for the sake of your legal status, it is for the best that things stay that way."

Cupp did not take North Korea's advice.

Immediately after the rebuke to Cupp from the North Korean government, Cupp posted a virulent message on the Aryan Nations website in support of a White Supremacist U.S. terrorist, David Lane, who had been sentenced to death

and executed after his arrest for a spree of racial and terrorist violence in 2001. Cupp wrote Lane "rests with our martyrs and ancestors for all of eternity" and said it was "time for raising the White Power battle cry....David Lane is a symbol of our struggle for liberation by any means necessary."Lane recognized that America is the enemy of White people and the world. He taught us to love the White woman with all our hearts, and to defend her in with the same fanaticism of Timothy McVeigh... and Palestinian human bombs....On the day when a great army of Aryan guerrillas answers the call, we will honor him through victory and martyrdom. White Power, build the People's War!

FROM JUCHE CARAVAN TO HINDU TEMPLE: A NEW GOD IN LEXINGTON COUNTY

On November 18, 2006, Joshua Sutter and Jillian Hoy (aka Comrade Morrison and Cupp's erstwhile ex-fiancé) married at a South Carolina Apostolic Pentecostal church "on the anniversary of the People's Temple martyrdom" to the tune of the song "Hold On, Brother" from the People's Temple album "He's Able", and "Marching to Zion" used for the movie *Guyana Tragedy: The Story of Jim Jones*, according to Lexington County, South Carolina probate Court records.

*Jillian Hoy, wife of white power leader, pro North-Korea advocate, and Jim Jones supporter Joshua Caleb Sutter. Here Hoy, who bills herself a Hindu priestess Jayalalita Devi Dasi, is pictured at the rural South Carolina property where the Hindu temple New Bihar Mandir is located which worships the deity Kali, the "Goddess of Destruction" is located*

By 2009, both the RPP and the U.S. Songun Politics Study Group vied for control over the officially-sanctioned U.S. support group for North Korea. In doing so, both groups veered farther into extremist white supremacist and apocalyptic religious politics.

## "In 2009, leaders of the clandestine U.S. White Power movement created another religious organization—a Hindu sect worshipping an apocalyptic Hindu Deity, Kali"

The RPP continues to work within religious circles in line with the example given to us by Jim Jones and Peoples Temple,' said the RPP in a November 2009 biography written for the University of California at San Diego Center for Religious Studies.

Also in 2009, Joshua Sutter, Jillian Hoy, and other leaders of the clandestine U.S. White Power movement created

another religious organization—a Hindu sect worshipping an apocalyptic Hindu Deity, Kali.

Taking on the aliases of a Hindu priest and priestess, Sutter and Hoy established the New Bihar Mandir Temple at the same rural South Carolinian location as the Rural People's Party headquarters and where the U.S. Songun Study Group represented by Cupp and the Palestinian American activist Ziad secretly travelled months earlier to formalize their political alliance.

Sutter adopted an additional new identity of a Hindu Hare Krishna priest calling himself *Shree Shree Kalki-Kalika Mandir*. Sutter's bride, Jillian Hoy, took on the name *Jayalalita devi dasi*, and billed herself as a Hindu priestess.

*Jason Sutter, a former pro-North Korean support group ringleader, now a self-proclaimed hindu priest, in an illustration created by NK News for this article*

While ostensibly clandestine in its formation using aliases and other tactics to obfuscate who was in fact behind the new Hindu temple, the New Bihar Mandir Hindu Temple used the same mailing address and phone numbers used for the RPP. Public recruitment notices in local newspapers and in new age circles listed the physical address as that of the

"New Bihar Mandir of Lexington, South Carolina has as its foremost mission providing the facilities for persons in our area hitherto unfamiliar with ancient Vedic wisdom to engage in this bhakti-yoga (devotional yoga) and commune personally with Lord Kalki and Goddess Kali," reads the New Bihar Mandir MySpace profile.



*Photo of weapons and other offering to the Hindu Goddess kali at Joshua Sutters rural South Carolina property. Titled "Their Lordships Shree Shree Kalki-Kalaratri , New Bihar Mandir, United States", the photo is taken from the official New Bihar mandir temple website and posted in 2009*

The New Bihar Mandir Temple Face book page, used the slogans "Where Worlds Collide" and "I have become death, the destroyer of worlds "and invites the public to "Contact us to learn how to get involved in NBM"

The previous year Sutter had professed loyalty to the Hare Krishna sect of Hinduism. "In retrospect I can see just how much my life has been enriched by your work,", Sutter wrote in a letter to the head of a North Carolina-based Hare Krishna temple.

"[My wife] is now having some of the happiest times I have seen her have since our marriage because of the enriching potency of Krishna consciousness,"

## "[We] covertly inserted ourselves into various religious organizations in the rural Lexington County area"

By 2010, in addition to proclaiming loyalty to Pyongyang and their Juche ideology Sutter and the RPP simultaneously asserted their devotion to white racist Christian Identity churches; the Jim Jones religious cult; a Hindu apocalyptic sect worshipping "the Goddess of Destruction"; a mostly black South Carolina fundamentalist Pentecostal church, and the more mainstream Hare Krishna Hindu sect -- all within a matter of several years.

A biography of the RPP published by the University of San Diego in 2010, and written by Sutter, explains the reasoning behind the discordant affiliations.

*The many shades of Jillian Hoy: (L) Jillian Hoy in a photo taken during a pilgrimage to visit the former church headquarters of Jim Jones's Peoples Temple in Los Angeles, (C) Hoy holds an RPP plaque devoted to Kim Jong Il and poses for a photo (R) Hoy in her guise as a Hindu preistess*

During 2008, the Rural People's Party "covertly inserted ourselves into various religious organizations in the rural Lexington County area," wrote Sutter for the archives of Jim Jones's People's Temple. "Many communists might look upon our activity...as suspect, due to what -- in our opinion -- is a naive belief... that all political activity must by default primarily be "above-ground." These same people seem to forget that Joseph Stalin began his political activity at Tiflis Theological Seminary as a seminarian, and that Kim Il Sung organized many pre-revolutionary anti-imperialist activities while an accomplished organist at his parents' Presbyterian church in Korea....at the peak of the RPP's involvement in local Pentecostal and Apostolic circles, two members of our organization were married in a ceremony at a local Apostolic church on November 18th, the anniversary of the Peoples Temple martyrdom."

THE NEW BIHARD MANDIR WHITE SUPREMACY CONNECTION

The members of the New Bihar Mandir temple include a veritable who's who of North American white power activists. They include a 'Minister Black' identified as 'Works at New Bihar Mandir' and a former white power activist James Porrazzo the former leader of the American Front, once the largest white power neo Nazi group in the U.S.; 'Emily Putney, Porrazzo's girlfriend in Massachusetts and convicted of an anti-Semitic assault and hate crime on an elderly Jewish man in 2010; 'Jayalalita Devi Dasi of Lexington, South Carolina' who is Jillian Hoy of the Rural People's Party and Joshua Sutter's wife; 'Rex Morgan' a white power activist with a history of involvement in Satanic cults; and Chris Hayes a long time white supremacist activist with the American Front.

## "The Aryan is white and noble in contradistinction to the black and ignoble."

The group all using numerous aliases, are affiliated with white supremacist groups, Satanic cults, and underground political groups who call for the violent armed overthrow of the U.S. government.

On James Porrazzo's web site "OPENREVOLT" he posted an article "NOTES ON THE BHAGAVAD-GITA" on August 22, 2011 which begins: "We assume, quite justifiably, I think, that the Bhagavad-Gita sets forth Aryan philosophy. The Aryan is white and noble in contradistinction to the black and ignoble. This book then, if Aryan, must give us a noble system of philosophy and ethics."

The article concludes with: "This post is dedicated to his Divine Grace A.C Bhaktivedanta Swami Prabupada, my anonymous Krishna Conscious Spiritual Advisor (you know who you are) and my brothers and sisters at New Bihar Mandir."

*Jillian Hoy at hare Krishna ceremony at hare Krishna temple retreat in North Carolina in 2009*

On July 4, 2012, on the white separatist web site run by Porrazzo "American Front", there is a graphic labeled as the artwork of New Bihar Mandir dedicated to the military unit of suicide bombers of the Sri Lankan LTTE, listed as a terrorist organization by the U.S., the EU and others.

ENTER JASON ADAMS-TONIS AND THE 'FBI INFORMANT'

In late 2009, John Paul Cupp and Kevin Walsh got into a confrontation with Joshua Sutter and James Porrazzo of the Rural People's Party over a young recruit by the name of Jason Adams-Tonis.

A New York University college student from New Jersey, Tonis had contacted the RPP earlier in 2009 interested in working with U.S. supporters of North Korea. Tonis was unaware about the ongoing clash between the U.S. Songun Politics Study Group, and was taken aback by the RPP private denunciation of the Songun Study Group, and contacted them.

## "Someone has told me that your leader, Woods, was formerly a member of a white gang. He and few others did something, got caught by the cops, and Woods snitched to avoid going to jail."

Tonis then contacted Cupp at the U.S. Songun Study Group who denounced the RPP to Tonis as possible government informants. On August 25th, Cupp wrote to Walsh, saying that Tonis told him he had "contacted the RPP some time back and they claimed to be the real representatives of the AINDF in the US! I made clear to him that they only time the AINDF ever contacted them was at my suggestion to which I take enormous self criticism."

Tonis wrote to the RPP head Joshua Sutter afterwards on October 31. "Someone has told me that your leader, Woods, was formerly a member of a white gang. He and few others did something, got caught by the cops, and Woods snitched to avoid going to jail."

"This person believes that Woods founded the RPP as an FBI/CIA or other government attempt to infiltrate the American Songun movement and the DPRK. Care to comment on the allegations?" Tonis wrote. "I wish you would be more open with me, a Communist party is supposed to be a family but how can we ever become a family when you don't even tell me your names?"

"All you do is keep secret, said Tonis, "Secrecy is important for some kinds of political work, but how can you even build a party if we don't even know each other's names?"

The message was not well received.

Sutter replied back, saying "Consider all friendships between us as ended. This email is being forwarded to the Special Dictatorship Group intelligence apparatus of the party as facsimile copy. Please return any and all materials the party has sent you to the party post office box. Should you choose not to reciprocate in the requested manner, we will take other measures"

On November 3, Tonis emailed Cupp in panic. With the subject line *I think the RPP is coming after me*, Tonis wrote "ooh my god...I just got an email from the RPP, they're making some sort of threat against me, what should I do?"

*John Paul Cupp responded* Tonis regarding the conflict in an email, saying "Okay so it looks like we are going to wind up getting stuck with an ugly fight with the RPP, maybe even literally."

"Woods went nuts and is basically threatening to kill Jason in not so many words....I think he is afraid the RPP is going to send some ZOG agent to kill him and his family," wrote Cupp.

## "We cannot promise they aren't crazy enough to try killing him"

Cupp decided to "avoid confrontations that needlessly waste literally years of our time or get people killed and locked up" and opted to warn Joshua Sutter that he would publicly identify him by his real name and his white supremacist past unless he backed off.

Cupp wrote that he told Tonis "we cannot promise they aren't crazy enough to try killing him" and that "I have already told him about my lung stories and true or not he is sure I was poisoned so he will listen."

"We [could] avoid these people and not waste years fighting with them," Cupp concluded, "but if we do, we fight them ruthlessly. I also genuinely think one of two things, either a) Jason is some sort of agent or tool or b) his life is in serious danger. Woods is crazy enough that if he feels all is lost, to just drive up to such said address and kill him. He really is that nuts. He'd do that to me, also."

"I am concerned that lots of well meaning sort of national communistic types, both White and Black are going to contact the RPP in the next few years looking for options 'outside the box' and could wind up dead or seriously harmed," Cupp said. "At some point we need to eliminate the RPP, likely for now we see if it can implode. If it doesn't we make clear who they are out in the open and destroy them, but first get inside their allies so these people know who they are dealing with."

Cupp's 2010 conversion to Islam did not ring true with Kevin Walsh, who broke all ties with Cupp and resigned from both Nacazai and the EASP. "In March 2010, Cupp made a public and obviously false conversion to Islam on Face book three weeks after posting on a Face book group that he had himself founded called "Aryan Atheists," Walsh said.

Cupp was eased out of the leadership of the Pyongyang-recognized U.S. Songun Politics Study Group, and was replaced by Jason Adams-Tonis by February 2011.

In a statement posted in December 2011, the Study Group said: "In February 2011, John Paul Cupp's mentally ill state and devolution reached a point whereby he totally abandoned Juche and communism. Jason-Adam Tonis was left to take over leadership of the group and try to rebuild it."

Jason-Adam Tonis "decided to lead it in a strictly orthodox Juche-Songun framework, away from racism and all those who supported racist ideas. Jason-Adam Tonis since 2009 had always opposed John Paul Cupp's white nationalist line but his attempts to lead Cupp back to the orthodox Juche camp always ended in failure due to Cupp's increasing

mental illness."

## "Mr. Tonis was at that same time campaigning for 'Prime Minister' of a Japanese based political organization called the Manchukuo Temporary Government."

TONIS A TEMPORARY PRIME MINISTER OF A TEMPORARY GOVERNMENT

The transition, however, was far from smooth and Jason-Adam Tonis's promotion in February 2011 hardly brought a semblance of harmony to the U.S.-North Korea political movement.

In fact, Mr. Tonis was at that same time campaigning for "Prime Minister" of a Japanese based political organization called the Manchukuo Temporary Government. The Official Website of the Manchukuo Temporary Government states on May 28, 2011 "Mr. Jason Adam Tonis was elected as the new Prime Minister."

The state of Manchukuo existed as a puppet state of Imperial Japan between September 1932 and the 1945 Russian invasion, and was the site of some of the worst atrocities committed by the Japanese military and is a symbol of Japanese imperialism and aggression to many Asians.

"The sovereign rights and ruling right was handed to the Temporary Administrator Mr. Jason Adam Tonis," announced the Manchukuo Temporary Government in April 2011.

Their manifesto includes the statement: "We put emphasize in watching the Korean peninsula's relation. If the two Korea are at war with each other [sic]. We will no doubly declare war on North Korea to fight the totalitarian Kim regime and liberate the North people [sic]."

JAMES PORRAZZO: THE PRO-NORTH KOREAN WHITE SUPREMACIST

An increasingly prominent figure among U.S. citizens supporting North Korea in recent years is James Porrazzo.

Porrazzo became a key figure in pro Pyongyang activist circles in America when he was released from prison in 2007 or 2008 after a stint for selling illegal growth hormones used by athletes to increase strength.

He was also former head of the largest white supremacist group in the United States, the American Front.

Founded in 1987, the American Front was affiliated with racist groups such as the White Aryan Resistance, and gained publicity for breaking U.S. chat show host Geraldo Rivera's nose live on his television show. Starting out as a White Supremacist skinhead group targeting blacks and Jews, it soon went through numerous internal power struggles and ideological programs.

## "In 1998, Porrazzo was arrested for assault against an anti-racist activist in Springfield, Missouri, given a one-year suspended sentence and ordered to give up racist politics"

American Front members committed numerous violent racial hate crimes in the 1990s. In 1991, police offers searching a Beaverton, Oregon residence found a "hit list" of Portland police officers. In 1993, in California and Washington states a series of bombings targeting blacks, gays and Jews were attributed to the American Front. The U.S. Attorney in Washington State said the American Front were part of a larger conspiracy to incite a race war.

Their motto was to "Secure National Freedom and Social Justice for White people in North America."

In 1996 James Porrazzo took control of the group and moved to Arkansas where he professed an ideology known as "Third Positionism" – an amalgam of far right racial politics and leftist communist economic policies which had its roots with the European fascist right.

In 1998, Porrazzo was arrested for assault against an anti-racist activist in Springfield, Missouri, given a one-year suspended sentence and ordered to give up racist politics.

"By the early 2000s," the anti-racist Anti-Defamation League wrote, "Porrazzo had largely run the group into the ground and it was Porrazzo's approach to Islamists which seems to have been the final cause of his undoing—The group promoted not only Hamas and Hezbollah, but even Al Qaeda's Osama bin Laden. After 9/11, that kind of promotion "inspired some heavy state harassment and severely limited our ability to safely expand or organize," Porrazzo said.

Porrazzo advocated "socialist revolution in a racialist context," explaining "We propose a workable, realistic alternative, and that is Separatism! White autonomy, Black autonomy, Brown autonomy and death to the current twisted system... The only other obvious route would be an eventual winner take all race war. I don't think anyone with any sense would want that.."

After the September 11 terrorist attack, Porrazzo disappeared from public activism. The American Front was taken over by another virulent white racist, David Lynch, who was murdered by an assassin on March 2, 2011.

Like many of U.S. citizens supporting North Korea, Porrazzo goes to great lengths to hide his real identity and obfuscate his real political agenda by using a myriad of pseudonyms and front groups. In doing so, he and his confederates continued to try to lure potential supporters to their true political beliefs.

A careful dissection of their complex web of front religious cults, White Supremacist groups, and neo Nazi front organizations all lead back to the same core group of people and extremist political objectives.

## "In 2008, Porrazzo, a long time member of the U.S. based Hare Krishna Hindu sect, joined forces with Joshua Sutter in the RPP."

In a March 2013 interview with Polish National Socialist organization XPortal, Porrazzo explained "The American Front took "what we could from left-wing sources" but a "very influential" ideology was what was called " 'occult fascists', this on top of the foundation of our having been America's first national 'Skinhead' organization" and "very importantly from Gaddafi's Green Book."

"One of the areas we studied heavily was the Islamic resistance movements towards the Globalists. This study would backfire on American Front when Sept 11th occurred" which resulted in "heavy state harassment and severely limited our ability to safely expand or organize. By 2002 we voted to put American Front into a 'tactical hibernation' until we felt the situation was better suited for us to act openly."

In 2008, Porrazzo, a long time member of the U.S. based Hare Krishna Hindu sect, joined forces with Joshua Sutter in the RPP. He was also was a leader in the 2009 formation of the New Bihar Mandir temple.

In a series of August 2011 email communications between a group of radical anti-racists, one American Front member, Kent McLellan, broke with Porrazzo and detailed his political activities.

I'm done with American Front," wrote McLellen. "James Porrazzo, former leader of American Front , is a convicted GHB peddler, as well as actual contributor to Libya, (in fact in 2003 Libya tried to give him $3 million but was denied by the US government) [...] He also (believes) in Hindu/Satanism/Allah."

Kent McLellen, at the time was an avowed white supremacist who had spent time in prison for racial hate crimes.

TYLER MOSES AND THE UNITED JUCHE FRONT OF NORTH AMERICA

On November 17, 2011 the United Juche Front of North America was created by someone using the name Tyler Moses..

Tyler Moses was an alias used by Joshua Sutter in 2002 while serving as the "Pennsylvania state coordinator" for the white racist terror group Aryan Nation shortly prior to his arrest for buying illegal weaponry from an undercover federal law enforcement agent in a plot to launch a bombing campaign in the U.S.

"The sole mission of The United Juche Front of North America is to disseminate information related to the practical application of Songun and Juche based ideologies on the American continent," the organization's manifesto read.

"We recognize as Americans that support of the DPRK is seen as a hostile act and are acting in accordance [with] the engagement of operating behind enemy lines."

Just as David Woods was the alias used by Sutter as head of the Rural People's Party, Tyler Moses was the alias he used to coordinate a White Power march on Washington D.C.

*Jillian Hoy, who also claims to be a disciple of the mainstream Hare Krishna Hindu sect, holds up Hare Krishna literature at a rural South Carolina library in 2009*

In his time as leader of Aryan nations Sutter also used his real name and other aliases, including the name Wulfran Hall. In his incarnation as a Hindu priest for the New Bihar Mandir temple he assumed the name Shree Shree Kalika-Kalki. In other covert communications with outsiders, he used the name Stephen Browne.

But numerous South Carolina, online, and other records show that all these identities are, in fact, Joshua Sutter. They share birthdates, marriage dates, telephone numbers, and addresses.

THE BID FOR PYONGYANG RECOGNITION

In December 2011, in an apparent attempt to seize control over the organization and become the only official organization supporting North Korea in the U.S., Joshua Sutter and James Porrazzo, used the RPP, New Resistance and another pro-Pyongyang group created using pseudonyms to attack the Pyongyang-recognized leadership of the North American Juche-Songun Ideas Study Group.

## "The Juche movement in North America has been hampered in its development because of the study group's former chairman John Paul Cupp's deviationism from Kim Il Sungist Thought"

"A few weeks ago, a man using the name Tyler Moses formed a group calling itself the Juche Front this man was also an Aryan Nations figure and he claimed also to be a Hare Krishna and member of New Bihar Mandir, as part of our group's routine background check for applying member candidates, we discovered the identity of New Bihar Mandir's leader Shree Shree Kalika-Kalki Mandir was actually Sutter," wrote the North American Juche Songun Study Group in December 2011.

The statement continued: "Over the past several years, the Juche movement in North America has been hampered in its development because of the study group's former chairman John Paul Cupp's deviationism from Kim Il Sungist Thought and his flirtations with anti-communist philosophies such as white nationalism."

Cupp's deviations "led him to bring many dangerous and suspect people into the group; two of these individuals were Joshua Caleb Sutter and James Porrazzo," the statement said, referring to the former leader of the Aryan Nations and the former head of the American Front.

The fault for these matters rests solely upon John Paul Cupp and his adoption of a pro-white nationalist line; had he not done so James Porrazzo and Joshua Sutter would never once have ever been considered for a moment to be validly qualified to be members of this study group, from now on we will pursue a more vigilant anti-racist, anti-white nationalist policy.

The statement concluded "The North American Juche-Songun Ideas Study Group repeats and reaffirms our warning to all comrades and friends of the DPRK and Juche to avoid James Porrazzo and his New Resistance group."

Porrazzo and Sutter lashed back, creating another front group, the Swords of Songun and went public with attacks on Tonis the same month.

Swords of Songun was a newly created pro-North Korean web page that posted propaganda it had obtained from the North Korean government describing itself as the journal of "Juche Truth, a North American National Revolutionary think-tank focusing on the study of Juche and Songun."

But its sole posting was a vitriolic screed against Tonis titled "A warning to all Revolutionary friends of the Democratic People's Republic of Korea and Juche Thought: This silver spoon fed NYC metro-sexual exposed." contending "Tonis's true beliefs as the Manchukuo group is obsessively pro-Japan and anti-China, anti-communist (Tonis professes to be pro-Stalin and Mao to some he is spying on), anti-"racist" (Tonis also advocates racial separatism to others he spies on) and most disturbingly militantly anti-DPRK."

Swords of Songun spewed venom at Tonis saying "He tongues the toes of the Japanese along with his Manchu reactionary cohorts as if they were his 55 year old tranny possible police contact / boy-girlfriend's – then he attacks the Japanese attempting to curry favor and trust with the DPRK!" and threatened Tonis with death.

"Tonis went too far when he tried to infiltrate the New Resistance. In addition to whatever harm he has caused to the DPRK through his weekly contacts with DPRK representatives... turbulence was ignited between Juche Front and NR"

## "After the Revolution he will answer for his crimes."

New Resistance is a clandestine front organization controlled by James Porrazzo, and other veteran hard-core members of extreme right wing white supremacists that had their origins in the Aryan Nations and American Front of the 1990's and early 2000's.

The Swords of Songun website, aside from posting long sections of official North Korean propaganda detailing Juche ideology and praising the Kim dynasty, attacked the U.S. Songun Study Group and its leadership."Jason-Adam Tonis... has repeatedly tried to drive a wedge between New Resistance and other revolutionaries in North America and the Eurasian Movement led by Comrade Alexander Dugin. This will not continue. New Resistance urges all revolutionary organizations to break communication with Tonis and his fake Juche honey trap's-pig-work."

After the Revolution," the article warned, "he will answer for his crimes."

But the dissension within the U.S. group, not to mention the extreme racist and white supremacist public views of its top leaders, did not stop the North Korean government from heralding the U.S. figures in their official media.

On December 19, 2011 Kim Jong Il died.

One week later, the official North Korean state media said in an article headlined "Organizations of Foreign Countries Mourn Demise of Kim Jong Il" said that "Different organizations of the world sent letters... on Dec. 19 and 20,

expressing profound condolences over the demise of leader Kim Jong Il."

"They included," the article said, "the North American Group for Study of the Juche, Songun Idea in the U.S. and the North American Committee against Zionism and Imperialism."

EPILOUGE

The 2011 split amongst U.S. Juche supporters did not usher in a new harmony.

The U.S. Juche Study Group became wary of infiltrators. "Advocates of a global melting pot may not find this the group for them. While parallels can be drawn between the Great Leaders' ideas and those of third positionists, they are notoriously filled with police officers, would-be-terrorists and a whole host of other shady folks and we ask that if you're a member of any of these types of groups, stay away from us."

The most prominent advocate of third positionism, James Porrazzo, explained his political strategy in March 2013

"We took from left-wing sources" and the "very influential ideology of 'occult fascists', calling American Front "America's first national 'Skinhead' organization."

"We studied heavily the Islamic resistance movements" which "backfired on American Front when Sept 11th occurred" with "heavy state harassment severely limiting our ability to expand. By 2002 we voted to put American Front into 'tactical hibernation'."

In 2009, Porrazzo sabotaged rival "bandit groupings) disrupted it and reestablished American Front as a National Revolutionary movement."

In March 2011, American Front leader David Lynch was assassinated and Porrazzo attempted to seize power? Law enforcement infiltrated the group and uncovered a muder plot against to Porrazzo by rivals) "conspiring with (white power group) Combat 18."

Porrazzo recruited American Front members to his New Resistance group promoting North Korea, racial separatism, and the overthrow of the U.S. government

In May 2012, 14 American Front members were arrested plotting "race war" and charged with stockpiling weapons, paramilitary training using automatic weapons, and murders of political enemies.

Porrazzo's rival's sidelined, he disbanded the group and its website, directing to links to New Resistance. FBI documents show Porrazzo threatening challengers to his leadership.

"We "cleared the state" continuing our revolutionary efforts under a new banner...and New *Resistance was born.* Anyone claiming to be American Front is a renegade," Porrazzo said in March 2013.

On March 16, 2013, the far right Russian Defense League named Porrazzo its "Ambassador" to the U.S.

May of 2012 also saw renewed infighting within the U.S. Songun Politics Study Group.

Despite Jason-Adam Tonis's claim of moving away from racist politics after taking over from the Muslim convert John Paul Cupp, private emails obtained by NK News show Tonis denigrating rival U.S. DPRK sympathizers as "all Jews or else fags."

"Have you ever heard of a group called the American Front ? Sutter/Woods is now working with them," Tonis wrote white supremacist Kevin Walsh. "I've made received "death threats...because I believe bloodline is the main determinant of nationality as Kim Jong Il postulated" adding "comrade Woods aka Joshua Sutter came back under a new alias and tried to steal control of the group by accusing me of being a CIA agent."

Walsh replied "The WWP are a bunch of Jews" and "I can't believe any thinking person would take "Woods" seriously. My advice is to cut off all relations with anyone who wants to work with Woods. Those who want to work with him are either government agents or too fucking stupid to be of any use to you."

However Walsh soon discovered Tonis' claims of renouncing white supremacy. Walsh–a committed racial separatist and anti Semite–objected.

"I maintain that white nationalism is the correct interpretation of Juche for the European-American community and is in no way incompatible with communism. The Korean people in the north keep their blood pure, and so should the European-American people," Walsh wrote. "Tonis didn't have a problem with this in 2009. Whatever the ultimate cause of Cupp breaking with Tonis, it was not white nationalism. I support solidarity with the Korean *people against* imperialism, but I don't knowingly work with liars, hypocrites, fraudsters, and traitors. If the Korean people want to work with such people, more the fool they."

Tonis replied to Walsh with a violent threat. "The Juche party is based on absolute unity around the Leader. As leader of the US study group I demand you submit to me and follow my orders. If not then, the next time I'm in Arizona, I'll gladly crack your skull open."

"I must make self-criticism for wasting too much time and been too patient with hypocrites and cowards. I am making an implied criticism of the Koreans for having such flakes as Cupp represent them in North America, but in their defense, they probably didn't have a whole lot of volunteers come forward and couldn't be terribly choosy. In any case, I wish the Korean people well, but I will sever all relations with this particular group."

John Paul Cupp did not reply to messages seeking comment. Using the name Walid Cupp, he said. "I support the Korean [stance] against American Imperialism, but I have been a practicing Muslim for a few years now and no longer am directly involved."

Jason-Adam Tonis responded to *NK News* interview requests saying "I've not been in good health *lately and have* been unable to reach a computer. Of course I would love and am always ready to talk about the DPRK and Americans such as myself who are supporters of it." He did not respond to further questions in a subsequent emails. Neither Joshua Sutter or James Porrazzo responded to messages left for them.

Tweet

**Recommended for You**

**High-level talks: A North-South turn for the better?**

Like in my own country, the weather in Korea can change very quickly. The political weather, I mean. The literal weather in Korea is much more predictable; unlike in the UK, where it can rain at any t...

**https://maoistrebelnews.com/2013/05/13/beat-back-the-lies-of-nknews-org-and-nate-thayer/**

## Beat Back The Lies of NKNews.org and Nate Thayer

NKNews has produced a new piece that is just simply unbelievable. Their credibility is already questionable as I have proven them liars in the past. This new piece asserts that American supporters of the DPRK are White supremacists and members of apocalyptic cults.

Part 1: John Paul Cupp

First it asserts that the DPRK government supported John Paul Cupp the 22 year old son of a fundamentalist Christian preacher from Indiana. They say he received a message of support from the DPRK as follows.

"Upon the authorization of the Central Committee" it read, Pyongyang "extends militant greetings to you who extend warm support and solidarity to the Songun policy of our respected Marshal Kim Jong Il, treasure sword of our nation."

The "formation of the Songun Politics Study Group USA has been reported to our Central Committee and, through it, to the Workers Party of Korea….Now your organization has been introduced to the entire Korean nation in the south and the north We are very pleased to have a revolutionary organization and comrades like you in the land of the United States, the bulwark of imperialism and determined to further the relationship with you in depth,"

After searching the archive I have found on that day specified an announcement of the Institute of Songun politics and of the letter sent to him. The letter states that they know of his group being formed and that it has been reported. It doesn't show that they even know him, it shows they want to start working with the group.

After that they say North Korea didn't tell anyone that John Paul Cupp had no address because he was homeless and living in a tent under a highway in Portland, Oregon. I don't know of what relevance this is.

It's interesting how they word statement that the letter was sent:

Rodong Sinmun, the official voice of the ruling Korean Worker's Party (KWP), reported the news on September 11, the two year anniversary of the terrorist attacks on the World Trade Center in New York.

What is the relevance of mentioning that the date is two years exactly after the 9/11 attacks? None, it's a dishonest attempt to associate Cupp and North Korea with 9/11. They're deliberately trying to juxtapose the images of 9/11 with the DRPK, who had nothing to do with it. This is trying to paint an image of horrors in the readers minds. Its frankly pathetic and further demonstrates their hollow propaganda nature.

It continues:

By the time Cupp vowed his loyalty to Pyongyang and was made Chairman of the newly created Songun Politics Study Group USA, his evolving political ideology embraced white supremacy, pro Islamic Jihadists, virulent anti-Semitism, and launching domestic terrorism to achieve the armed overthrow of the U.S. Government.

Yes when he "vowed his loyalty to Pyongyang" he was Chairman, but he was not yet a White supremacist and all these other accusations. He began getting involved with them and in combination with illness lead to his abandoning the organization. He left the DPRK group because of his racist and often contradictory views. The PRK then began rejecting him and the beliefs he holds. Cupp actually claims the DRPK backed him on supporting anti-Semitism for 6 years, which is untrue. The DPRK opposes racism including anti-Semitism. Cupp provides no proof that the DPRK is in complete contradiction of their long held positions. His position towards the DPRK today is actually questionable.

Nate Thayer the author of the article is claiming Pyongyang supported someone they didn't. He left when his views conflicted with the Juche-Son'gon idea. Thayer is essentially twisting the truth.

Cupp remained head of the U.S. Songun Study Group for the next seven years during which he travelled to Pyongyang as an official guest of the North Korean government. Simultaneously, he forged alliances with other American White Power extremist groups who shared his fidelity to Pyongyang, created other political front groups espousing armed revolution to create a racially pure state, and joined with apocalyptic fringe religious sects espousing suicide bombers as a tactic for achieving religious and political goals.

This is a half truth, what he was doing was trying to build and anti-imperialist block that opposed the imperialist actions of the US government. Is it questionable to do this with White Power groups and others? Absolutely, it was this along with

EXHIBIT F(b)(ii)

other actions that lead to the DPRK denouncing him, and lead to his quitting the organization.

In December 2009, Cupp penned a piece in which he wrote "White Power, when correctly defined, ultimately wants both separation from and death to America. Indeed, 'White Power, Death to America!' ... the best models existing today, and worthy of careful study, admiration, and solidarity by our people are those of North Korea and the Iraqi Branch of the Arab Socialist Ba'ath Party."

This post does exist and can be found in FreeMedia's archive. What we have here is a massive contradiction, a White Power group in unity with the Arab Socialist Ba'ath Party. This makes no sense whatsoever. This is why he is no longer in power in the organization. This kind of insanity and contradiction I've seen before. I've seen this kind of thing in Marxists before. A few individuals call themselves Jeffersonian-Marxists. This also makes no sense, one was a slave owner who didn't want non-White land owning men being able to vote. In further writings he claims these beliefs are compatible, which they are not. People are not immune from saying insane things. I could out to countless insane things NKNews.org has said with absolutely nothing to back it up.

All NKNews and the author have is take someone who is longer of the ideology and claim that the DPRK supported it. Meanwhile the US the home White Power movements actually in the US government, funds radical Islam fundamentalist groups.

One need only look as a far as Steve Smith, White Supremacist, Elected To Republican Party Committee In Pennsylvania County.

Part 2: What we have already said (taken form the Juche-Songon society)

Possibly the most controversial character of the group, the stories of Sutter's activities according to the NKNews article are largely true. The Juche community has already dealt with this individual and several others over these accusations. It would be best for me to allow them to speak in their own words.

Over the past several years, the Juche movement in North America has been hampered in its' development because of the study group's former chairman John Paul Cupp's deviationism from Kim Il Sungist Thought and his flirtations with anti-communist philosophies such as white nationalism which led him to bring many dangerous and suspect people into the group; two of these individuals were Joshua Caleb Sutter and James Porrazzo. This very same James Porrazzo has been

slandering us and our current chairman Jason Adam Tonis heavily over the Internet recently, telling people that he is a "globalist agent" and "pig"....Porrazzo's only evidence being that his name appears on a website as a leader of a group called the Manchukuo Temporary Government. Our chairman replies : "I was indeed a member of that organisation a few years ago, being a 22 year old kid I can make some pretty stupid decisions, but once I discovered the truth of socialism I no longer support such reactionary doctrines as Manchukuo – I have asked the Manchukuo people to please remove my name from their website but they keep stalling, this information is known to Alejandro Cao de Benos who knew of this before appointing me Official Delegate of the KFA in the USA. Porrazzo never once asked me for an explanation of that, which I would have gladly given him, but instead just began slandering me".......but there is an ulterior motive to his slanders, Porrazzo is trying to cover up his connections with an accused FBI informant and snitch, Joshua Caleb Sutter. It can not be a coincidence that Porrazzo, formerly very friendly to me only became my enemy once I demanded to know what his ties with Sutter actually were.........Who is Joshua Sutter ?Joshua Caleb Sutter is the son of David Sutter, a well known neo-Confederate and racist politician, a figure in the League of the South and a manager of the Southern Patriot shop, Joshua was himself a rising star in the white racist group Aryan Nations until his arrest in 2002 for purchasing an illegal gun from an FBI agent......a crime for which Sutter spent two years in prison for.
http://www.rickross.com/reference/hate_groups/hategroups351.html
http://www.splcenter.org/get-informed/intelligence-report/browse-all-issues/2004/winter/theyre-back?page=0,1

After Sutter's release from prison in late 2004, he was accused by several other Aryan Nations figures of having switched sides and now being a government agent, several figures were sent to prison on charges they claim were traps and set-ups by Sutter :
http://www.newnation.co/forums/archive/index.php/t-22110.html

Sutter, at least outwardly, continued to advocate white supremacy and relocated to Lexington, SC. His status within Aryan Nations began to grow murky though...
http://www.splcenter.org/get-informed/intelligence-report/browse-all-issues/2005/fall/heritage-for-sale

Around this time a new communist group calling itself the Rural People's Party was formed in Lexington.......
http://jonestown.sdsu.edu/AboutJonestown/JonestownReport/Volume11/RPP.htm

Note the story given for the party's formation , the founder's story is very akin to Sutter's. In personal conversations I had with the RPP leader, who utilised the pseudonym Woods, Woods told me that he had been a member of Aryan Nations before his "conversion" to communism and that he feared retribution by Aryan Nations for his defection. What is strange is that if Sutter/Woods had really defected from white supremacy and feared for his life, why was he still living close by to the Aryan Nations headquarters in Lexington ?
Look at these photos posted by the RPP – note the woman's face
http://www.soviet-empire.com/ussr/viewtopic.php?f=134&t=48465

Because of the RPP's supposed adoption of the Juche ideology (see http://ruralpeople.atspace.org/swords_of_the_korean_people.htm) they contacted the then Songun Politics Study Group USA in 2007 and had very cordial relations with them for a time, the woman shown, named Jillian, even became the fiancee of the then chairman John Paul Cupp. In 2008 however Cupp became severely ill for no apparent purpose while at the same time the RPP simply cut off all ties, unprovoked, with us. Cupp believes his illness was caused by being poisoned by Jillian and that the whole RPP action was designed as a government attempt to seize control over the Study Group (with Cupp dead Woods would have become the study group leader) and thus have an inside connection to the DPRK leadership. Woods later boasted to me that Jillian was in fact his own girlfriend and that he had indeed poisoned Cupp – he justified it by saying that Cupp was "insane" and the Study Group "deserved" a better leader. Cupp was indeed mentally ill and a crypto-reactionary to boot and his lack of judgement was in fact the sole cause of his entrapment by Woods/Sutter but nonetheless Sutter showed himself to be supremely opportunistic and shady via his statements to me and also to other comrades whom he tried to enlist in his unsuccessful 2007-8 attempt to take over the group.

On November 18 2008 Woods and Jillian married
http://jonestown.sdsu.edu/AboutJonestown/JonestownReport/Volume12/rpp.htm

In early 2009, when I was just becoming a supporter of the DPRK, I contacted the RPP via email because I was impressed that they were an American Jùche party, I joined it knowing very little about it and was given the membership code # MZD78. I then quickly became confused because the RPP had nothing but bad to say about the US Songun study group, but they never told me exactly why it was so bad….so I decided to contact them and see for myself. When I first spoke to John Paul Cupp via email and the telephone and told him I was an RPP member, he quickly informed me as to the entire story mentioned above : when I went back

to the RPP and asked for more clarification on what Cupp had said, Sutter/Woods became extremely angered and then issued me a death threat. When I told this to Cupp, Cupp issued a counter-threat to Woods telling him that if he attempted to kill me or Cupp, Cupp would expose his true identity as Sutter. Sutter then backed down and did not bother me at all for the last two years.

Since 2009, Sutter has adopted yet another new identity, that of a Hare Krishna priest, he now calls himself on Facebook and other sites as Shree Shree Kalki-Kalika Mandir
note the links below showing Sutter is Shree

http://www.change.org/members/597202
http://te-in.facebook.com/permalink.php?story_fbid=187501898359&id=108082218359

Now note the website of Sutter's new group the New Bihar Mandir "temple" look at this photo http://www.newbiharmandir.org/darshana.html

It is quite apparent the woman shown here is the same woman from the RPP. Also Shree's wedding date, listed as November 18 2008 on his Facebook profile is the same date the RPP leader gave above. The New Bihar Mandir is said to be headquartered on a commune in Lexington, SC, same location as the RPP.

In February 2011, John Paul Cupp's mentally ill state and devolution reached a point whereby he totally abandoned Juche and communism, Jason-Adam Tonis was left to take over leadership of the group and try to rebuild it. He decided to lead it in a strictly orthodox Juche-Songùn framework, away from racism and all those who supported racist ideas. Jason-Adam Tonis since 2009 had always opposed John Paul Cupp's white nationalist line but his attempts to lead Cupp back to the orthodox Juche camp always ended in failure due to Cupp's increasing mental illness.

A few weeks ago, a man using the name Tyler Moses formed a group calling itself the Juche Front (http://juchefront.wordpress.com)- this man was also an Aryan Nations figure (see http://www.aryan-nation.org/volunteers_needed.html) ……and he claimed also to be a Hare Krishna and member of New Bihar Mandir, as part of our group's routine background check for applying member candidates, we discovered the identity of New Bihar Mandir's leader Shree Shree Kalika-Kalki Mandir was actually Sutter. When I brought this to the attention of James Porrazzo, who is also a Hare Krishna and friend of Sutter/Shree Shree, Porrazzo refused to

consider the matter and then began the infamous and brigandish slanders against our group and its' chairperson.

Looking back on it the spirit of criticism, the fault for these matters rests solely upon John Paul Cupp and his adoption of a pro-white nationalist line; had he not done so James Porrazzo and Joshua Sutter would never once have ever been considered for a moment to be validly qualified to be members of this study group, from now on we will pursue a more vigilant anti-racist, anti-white nationalist policy.

North American Juche-Songun Ideas Study Group

Addendum : On the night of December 31, 2011, James Porrazzo telephoned Comrade Jason-Adam Tonis using the number 617-271-1768 and claimed that he was outside Tonis' fiancee's residence and he was about to murder her. After a half hour of calling Porrazzo out on his bluff, Porrazzo admitted to Tonis that he was not in fact outside Tonis' fiancee's house …Porrazzo then claimed that the true purpose of his call was to attempt to make a "deal" whereby in return for our removing our expose of Porrazzo and Joshua Caleb Sutter, the two men would then take down their slanderous website about this group. The North American Juche-Songun Ideas Study Group has strongly decided on no deal, we will never negotiate with imperialist agent provocateurs ……for Porrazzo's article was nothing but lies whereas we only wrote truth.

A few more interesting facts regarding James Porrazzo………

James is engaged to Miss Emily Putney and currently appears to be living in Miss Putney's residence in Massachusets , leeching off her income. Miss Putney, on her Facebook page seen here (http://www.facebook.com/emily.putney), was born on February 11, 1990, while we do not know the exact age of Porrazzo, he is known to have been a leader of the American Front since the early 1990s..(see http://en.wikipedia.org/wiki/American_Front)……which would make him about twice his fiancee's age…………

Despite her youth, Miss Emily Putney is not inexperienced though when it comes to having troubles with the law….in 2009 she and her then boyfriend verbally attacked an elderly Jew in a supermarket, a crime for which Putney received probation for.

http://www.southcoasttoday.com/apps/pbcs.dll/article?AID=%2F20090903%2FNEWS%2F909030345

http://www.mass.gov/ago/news-and-updates/press-releases/2011/judgment-against-man-in-anti-semitic-attack.html

James Porrazzo and Emily Putney both claim today that they are not anti-Semitic but only anti-Zionist…..if this is true how will they explain this event occurring only a couple of short years ago ?

The North American Juche-Songun Ideas Study Group repeats and reaffirms our warning to all comrades and friends of the DPRK and Juche to avoid James Porrazzo and his New Resistance group.

Part 3: Hypocrisy Exposed

Returning to my own words there are some more issues with this article I'd like to deal with. For starters there is a tremendous amount of hypocrisy in this article and the whole claim about those who support the DPRK. Sure, Thayer has managed to find a few kooks who have supported the DPRK. Some people who were White supremacists. But what does that even mean? The DPRK does not support them, North Korea has always taken a stance against racism, particularly White supremacy given that they are a Korean nation.

This is hypocritical given the fact that the United States of America is one of the most racist nations on Earth. In fact capitalism itself is the favourite ideology of racists because it plays right into their false sense of superiority, their hyper individuality that supports their belief in supposed inferiority of other races. There's no surprise the ultimate ideology of inequality (and the justification thereof) is held so tightly by racists.

A person only has to watch the American news to find weekly racist comments and actions by Republican Party members. In fact their "White America" mentality was instrumental in their losing the last two federal elections. The demographics of America have changed, it is no longer a White vote dominated country. These people even have their own 24-hour propaganda outlet which spews racism and racist war justifications called FOX News. (Which by the way are the biggest supporters of South Korea). Time and time again the public has become aware of White supremacists who are actually in the Republican party.

Right wing ideology is the cornerstone of racist thinking. The Left believes that all people are equal and actually lives up to that mentality, socialism and communism are the ideas that everyone is equal. This is what right wingers cry about, everyone being treated equal. This shows the ideological weakness of anti-DPRK crowd. They can show their true colours by crying and bemoaning the ideal of equality while at the same time hypocritically and falsely accusing the DPRK of not carrying it out. It's a common stance of right wingers and anti-Communists, just completely contradict yourself and rely on the ignorant hatred of the NKNews audience not to notice it.

The claim here is that the DPRK supports White supremacy when they themselves are not White. The illogical nature of this is astounding, and is frankly to be expected from the anti-North Korean crowd who frequently invent entirely childishly outrageous stories. This is to expected form NKNews.org which is one, if not the most, disreputable so-called news sources that have been caught lying more than once.

Further hypocrisy is the complaint of doomsday cults, or cults in general. There are plenty of cults in the US, in fact the US has a very high concentration of cults and a very powerful long history of it. Most of these organizations were centered around right wing leaning ideology. It's not very relevant what their ideology was, but the fact they were American. This is a largely American phenomenon. These are a small sample of the cults that have existed, the vast overwhelming majority have existed outside the DPRK community. Some of these cults have had connections, albeit small ones, to the Republican Party. Let us take this even further to the South Korean nation itself. What about the Reverend Sun Myung Moon and his cult? After all the man claimed to be the messiah, he literally claimed to be of divine blood. He was touted and supported by the South Korean and US governments as a tool in the Cold War. The only problem the US ever had with him was not paying enough taxes, meaning the US didn't get their slice of the cult profits. In fact major US Republican Party supporters Jerry Falwell and Joseph Lowery spoke in defense of him. The US Republican Party supporters literally defended the cult. Let's take this even further into the mainstream of Republican life. Watch the documentary "Jesus Camp" where children were given a cardboard cutout of George W. Bush and were praying to it. This cry of cults is nothing more than selective and hypocritical.

As per usual Thayer and NKNews fail to provide any sources for what it is the claim. Not a single link to anything they claim and a lack of sources to back up what they say. In honesty much of what is said about the actions of certain

individuals is true, but the nature of their relationships to the pro-DPRK community is what is lied about. Sure, they give you an audio recording of a speech, but place it in the article itself so that you don't click away and look at anything else. Sources are something the anti-DPRK and anti-Communist crowd like to leave out.

It's also obvious that they've dishonestly cherry picked. They don't mention all the other people who support the DPRK and don't hold any of these positions. The majority of whom are Atheists. They don't mention the hypocrisy of their claims. They don't mention how none of this exists in the support for the DPRK in other countries. They take the American problem and lay it at the feet of the DPRK. This is horribly dishonest and is a further blow to their already non-existent credibility.

Finally let us remind ourselves of what is being done here. The accusation is obvious: if you support the DPRK and you live in the West, you must be racist or crazy. Which is a nice way of NKNews.org seemingly libeling anyone who presents information they deliberately leave out. If say you're like me and have proven in the past they've lied.



SPLC
Southern Poverty
Law Center

INTELLIGENCE REPORT

# LEAGUE OF THE SOUTH OFFERS 'HERITAGE' FOR SALE AT SOUTHERN PATRIOT SHOP

by David Holthouse
October 14, 2005

The 'Confederate' shirt was made in Haiti. One clerk is a long-time neo-Nazi. Welcome to the League of the South's Southern Patriot Shop.

On the bumper sticker, a rebel battle flag flies over the White House. Under it, the slogan reads, "I Have a Dream."

"I get a kick out of that one," said David Sutter, manager of the Southern Patriot Shop. He then pointed to another favorite, "NAACP: National Association of Always Complaining People."

"Those are two of our top sellers," Sutter said. "We do real well with those."

Situated near a busy strip mall in Cayce, S.C., the Southern Patriot Shop is owned by the League of the South, a neo-secessionist hate group of which Sutter is a prominent member. Its inventory includes Confederate Army replica swords; episodes of the 1959-1961 TV show "The Rebel" (about a Confederate army private who roams the Wild West after the Civil War like a knight without a king); rebel flag switchblades and boot knives; pro-slavery, anti-Lincoln revisionist history tomes; copies of *Little Black Sambo*; and a veritable Stars-and-Bars cornucopia of "Free the South" rebel flag stickers, "Go Home Yankee" rebel flag beer cozies, and "Made in the Confederate States of America" rebel flag t-shirts which, ironically enough, are made in Haiti.

Formerly a Huddle House restaurant and then a pawn shop, the 1,800-square-foot brick building the LOS purchased last year for $158,000 is in a prime retail location, just off a major state highway and two interstates. Nearly 60,000 motorists per day pass by the store and its gargantuan Confederate flag, which at 20 by 30 feet is bigger than the footprint of most studio apartments. It's mounted atop a 90-foot pole.

"We applied for the same permit as those car dealers that fly the huge American flags," Sutter said. "We just didn't tell them exactly what kind of flag we were planning to fly. They made their own assumptions, and now there's nothing they can do. We've had pilots tell us they can see our flag when they're coming in for a landing."

The Southern Patriot Shop doubles as a clubhouse for local LOS members like Eddie,

EXHIBIT F(b)(iii)

whose cell phone rings "Dixie." Eddie stopped by on a Sunday afternoon in late July to help Sutter mow the grass. Taking a break, he leaned back in a chair inside the shop and held forth on slavery.

"People today misunderstand what slavery was all about," he said. "Slavery is a natural part of man. It explains that in the Bible. And that's what really separated the North from the South, is that the South recognized the Bible as the true word of God when it came to slavery."

Behind the counter, Sutter took all the five-dollar bills out of his cash drawer and methodically stamped over Lincoln's face on each of them with a red Confederate flag.

David Sutter alternates shifts at the Southern Patriot Shop with his 24-year-old son, Joshua Caleb Sutter, who's better known in the neo-Nazi underworld as Wulfran Hall, the High Counsel of Aryan Nations.

Josh Sutter is not the only Aryan Nations enthusiast to live in the Cayce area. In May, the group's "national director" August Kreis moved its "world headquarters" from Sebring, Fla., to a doublewide trailer in semi-rural Lexington, roughly 15 miles from the Southern Patriot Shop. Kreis purchased his trailer and the land it sits on for $24,000.

It's unclear what role — if any — Josh Sutter played in Kreis' relocation. Sutter's current status within Aryan Nations is equally murky.

Shortly after Kreis moved, he removed all of Sutter's writings from the Aryan Nations Web site, along with a photo of Sutter posing as Wulfran Hall in a black turban and face mask. Earlier that month, Aryan Nations Pastor Morris Gulett had accused Sutter of being a government snitch. In a letter, Gulett wrote, "Brother Charles Thornton from Alabama and myself are in federal custody here in Louisiana charged with Conspiracy to Commit Armed Bank Robbery. We were set up by one of the church's oldest members, Joshua Caleb Sutter."

Kreis did not respond to repeated interview requests from *Intelligence Report*. Reached by phone at the Southern Patriot Store, Josh Sutter declined to comment.

"I have customers," he said.

• • •

November 21, 2016

Dear Mr. White,

I am Jason's (Tonis) mom. I received your packet of information today, November 21, 2016 - I see that your letter is dated "*September 14, 2016*". Does it normally take over 2 *months* for mail to be delivered from penitentiary to private residence?

Suffice to say, I was stunned by what I read.

Jason walked out the door in July 2013. I have not seen him since. He did phone - I believe it was 4 months later, in Nov. 2013. At the time, he sounded frantic & said he had to do whatever "they" wanted or else. That is the very last communication I have had with him. Like any mother, my heart grieves, my heart breaks... I want to know my son is all right.

This past June 30th, Jason's uncle died. Jason was the named executor of the will. By law, the lawyer had to exhaust every means possible to locate Jason; the lawyer's friend was the former commissioner of police for the city of New York. They could not find my son.

To be honest, I have been on the outside of everything ever since Jason received a scholarship to Embry Riddle University - Arizona. Two weeks before freshman orientation, Jason revealed that he didn't want to go Embry; rather he wanted to study Korean language/culture - when Jason was 13, I was watching this historical drama (English subtitles) on the Korean channel. Jason totally got into it as well & began devouring any info on Korean history, culture, language etc.
The nearest school offering the Asian studies discipline is NYU, but the August 2007 session was filled so the plan became Jason would get a job & enroll at NYU for August 2008.

It was spring of 2008 that everything began, resulting in (NY) FBI counter-intelligence protecting my son from muslim - in particular, Iranian terrorists - looking to harm my son.

My son began by attending this Korean - American Protestant church where he had heard there was this linguistics professor giving free lessons in the Korean language.
It was through this professor that my son first heard about the professor's friend, this general.

Apart from that, Jason had gone online & become a part of this Korean language study group. Once a month they would meet - usually @The CitiCorp building in NY. One night, a visitor - a Chinese student from Columbia Univ. - came to group, sat down beside Jason & asked who his teacher was. When Jason told him; he then asked, did he ever tell about his friend, "the genera'"? He then told Jason he knew where the General's offices were. Jason then asked," How could you know: it's supposed to be a secret?" The dude then told Jason that after class he would take him there. They went over to Fifth Ave - I don't remember the address #, but prior to the Iranian revolution, it was known as the Pahlavi Building (Pahlavi is the surname of shah's ruling family).

Again, I am on the outside of things, but from what I gather....... this is all so fluid (I really don't know what is true/accurate) .......... Jason had inadvertently gotten himself involved with international spies... he never knew these people were N. Korean or Russian military...
what is still very hazy...... There was "General" who was working with *or supposedly working with* the US Gov't.
Only after this Gen. left the US that Jason found out that this person was Russian military who was born in N. Korea. Whether he's Russian or N.Korean military intelligence, who knows? Ask US Intelligence!
During his time in the US, this Gen. was posing as this "officially" dead (executed Feb. 1979 - Iranian Revolution) old, Imperial Iranian Maj. Gen. Manuchehr Khosrowdad.

What I do know is that the last shah of Iran was a a twin. His sister's name is Ashraf. All that has happened, revolves around her.
( I'll enclose a copy of the autographed photo the Shah Prince gave the FBI to give to my son for saving his life & the lives of several others- although my son didn't even know what the FBI were talking about!!).

One evening, after study group, my son met the Gen @ his offices on Fifth Ave. (NY). Jason told the Gen. that some weird guy outside was talking about the world coming to an end.
That's all that happened.

The following day, the combined task force of NYPD Intelligence & NYFBI Counter-Intelligence showed up at my son's job. They congratulated him for saving all these people........... my son was just some 18 yr. old kid - he never saved anybody. ............. Anyway,
This is where the muslim terrorists - either genuinely or not - in an effort to get to the Gen. they began to follow my son.; therefore FBI began to watch over my son.

Everything changed May 2009 - this is when the matter was settled & the Gen. left the US. ......... I can only assume by this point, the US realized this Gen. was Russian or N. Korean military.
It was then that US Intell. began "watching" us & tapping the phone..........................Again, I am on the outside of things , so I can only speculate.

I don't know much about Princess Ashraf, the shah's twin sister, other than what is said online. Also, what Jason was told is, "You don't mess with her!!!".... The French gave her the moniker, "Panthiere Noire" (Black Panther) as the leopard/panther is the most vicious & savage of all the wild cats; given her legendary, savage nature, that is why she is so-named.
Jason was also told that she is the absolute master of the occult/dark arts.

Whenever Jason was due to meet her, he was required to first remove his shoes, as wherever the goddess was, is hallowed ground............I do know the name "Ashraf" is the Iranian variation for the Egyptian goddess Aset which English-speaking people know as Isis.

I have nothing else to share with you other than to say that horrible things were done to my son.

Should you (your private detectives) actually locate my son, please,
Please, I am begging you, write me. Let me know if he's okay.....I am literally in tears writing this.

Mr. White, what I don't understand is:

1. How did you become aware of my son?
2. How did find this address, he hasn't been here in 3 1/2yrs.

Please address all correspondence as you had - to Jason at the listed address; I prefer not give my name.

Hopefully, I'll still be here - I'm currently unemployed...
I have absolutely zero, no money for food, rent, utilities...to be honest, I haven't had an actual meal since June 24th - I've been subsisting on saltine crackers............
I certainly shouldn't be complaining to you, you do have all your difficulties.

Be well....In my prayers to Jesus, I will mention your name.

Please write.

Thank you -

Very truly yours,

Jason's Mom
523 Fourth Ave.
Elizabeth, NJ 07202

EXHIBIT F(b)(iv)



To Sajon Toriq
Thanks for your
alertness in protecting
my safety
May 2008

Peter Zaleski
*Investigator*

NYPD-FBI
Joint Terrorist Task Force
26 Federal Plaza
New York, N.Y. 10278

(646)696-3032
Office ~~(212) 384-5238~~
Fax ~~(212) 384-8035~~
24 Hour (212) 384-5000

523 Fourth Ave.
Elizabeth, NJ 07202

William A. White #13888-084
United States Penitentiary - Marion
PO Box 1000
Marion, Il 62959

62959-750000

DV DANIELS NJ 070
22 NOV 2016 PM 3 L