Save $6.00!!



CPA-0001 **British Edda:** by L.A. Waddell. Shows the inter-relationships of the many mythological, legendary and heroic figures from the beginning of time that were recorded by the Aryan people in their sagas. From Adam to Thor and King Arthur, Waddell takes you on an incredible historical journey, connecting all the dots. In hardcover. 333 pages. Only $20.00

BRITISH EDDA
L.A. WADDELL

PRICE: $3.50 donation

Make payable to: Karl Hand, Bookseller, P.O. Box 1281, Lockport, NY 14095

# White Voice

*Where the White community comes together!*

**No. 52   May/June 2016**

RACIAL NATIONALIST PARTY OF AMERICA

## *10 injured as modern day Spartans battle commie scum....*

# Battle for Sacramento

On June 26th, 10 people were injured at a Pro-White rally in Sacramento, California sponsored by the **Traditionalist Worker's Party** and their allies, the **Golden State Skinheads.**

Fighting broke out when the TWP & GSS attempted to exercise their Constitutional rights when a group of Leftist terrorists attacked them with bats, glass and chunks of concrete.

There seems to have been 6 people stabbed, five of whom were the terrorists. After the attack, Matthew Heimbach, leader of the TWP stated: *"When they attacked our men defended themselves and were able to drive the attackers off."*

We in the RNPA stand with all pro-white groups, as we stand with all, even non-Whites, when they try to exercise their Constitutional rights.

To the Traditionalist Worker's Party and the Golden State Skinheads, we SALUTE them for their courage.

The Sacramento Fire Department called this a *"mass casualty event."* The **Age of Obama** is upon us. His silence over this flagrant attack on the Constitutional rights of Americans is quite deafening. This is becoming quite commonplace for anyone who dares to stand against the radical, leftist agenda of Obama's minions.

It should be pointed out that the TWP had a rally permit! By contrast, the terrorists put out a poster stating: *"This is not a protest, this is a shut down."* To those who seek to silence us we say: *"The greater the oppression, the stronger our resolve!* ❖



Above: Traditionalist Workers Party and Golden State Skinheads preparing for battle

# White Unity in Ohio



Above: participants in Ohio White Unity meeting

June 25th, 2016, on the outskirts of Salem, Ohio, a precedent setting gathering took place. The Aryan Nationalist Alliance held their first Unity Meeting with current members of the Alliance as well as organizations who want to be a part of history in the making. Security was provided by ANA members of **Aryan Strikeforce.** Speakers for the event included Commander of **National Socialist Movement** (NSM) Jeff Schoep, Sonny Thomas host of the **Sonny Thomas Radio Show** as well as Director of Ohio **Council of Concerned Citizens,** Steve Bowers NSM Region 2 coordinator, National leader of the **Authoritarian Party,** Dr. Mathew Johnson,

PHD, and members of the **Traditional Workers Group** including Director Matt Heimbrich. Newly appointed head of NSM Women's Division and co-founder of **White Lives Matter** Rebecca Barnette opened and closed the event. ❖ *Above:* press release sent to White Voice. ❖

Local contact:

First things — EXHIBIT F(b)(2) Freedom June 2016 3

# Street activism matters

By Matthew Heimbach
tradyouth.org

"Our army, if it exists for honorable purposes only, will draw to it honorable men. It will call to it the best men of our race – men of skill and culture. It will not be recruited as so many modern nations are, from those who are industrially useless."
– Michael Collins

Hitting the streets to advance a political agenda is something that a modern person views as relevant as the Pony Express. In generations past, men and women took their grievances to the street to demand change. From my own ancestors who gave life and limb to fight for sovereignty of the Southland, to the Appalachian miners of West Virginia who rose up against the hired guns of the bosses to fight for a living wage, the fiery spirit of the folk has led the people into the streets to fight for change. This spirit, however, has been weakening from generation to generation.

## The challenge

We are facing the literal genocide of our race from the land that we won with the blood, sweat and tears of countless thousands of martyrs yet most cannot pull themselves off of the couch to do anything about it. Demographic displacement, cultural destruction and the ever rising number of murders and violent acts committed against Whites is somehow not as important as the latest sport score. Many years of complacency have made the White race as a whole do almost nothing to fight its own decline. This phenomenon however, is beginning to change where it matters most – on the streets.

As a young activist brimming with fiery passion for the Cause, I looked around for a movement to join. The Left had frequent protests, pickets, poetry slams, parties and a whole host of other activities for activists to participate in. The Left builds fellowship with one another, aggressively advancing their agenda. On the Right, the Republicans are about as useful as an ejector seat in a helicopter. White Advocacy organizations struggle to actively participate in their communities. College campuses, cities and many areas were simply written off and abandoned by the White Right as "No-Go" zones for activism.

This frustrated me because – being a student of history – I knew the only way to be victorious in a war was actually to


Moms protesting forced integration

engage the enemy on his territory. If we lose this fight there is no place to retreat to, no recall election; It means total victory for the enemy . . . and the total destruction of our people. The inheritance given to us by our ancestors will be ground into dust and left only in history books.

For generations, many of those who claimed to be defenders of kith and kin retreated from the public sphere. Together



PUT IT BACK

Your "representatives" – forbidden by the Southern Puberty Lechery Center, a federal Affirmative Action Apparatchik and those new voting machines to display such reminders to a building full of judges, lawyers and politicians – have banished the Ten Commandments from Alabama's Supreme Court now for 153 months.


Michael Collins, Irish revolutionary leader, addressing a crowd in Cork

countless books, conferences, and pamphlets were passed around to the ever-shrinking numbers of the faithful in the hopes that sitting and doing nothing would somehow turn things around. Economic terrorism by the Left and the danger of losing a job or a comfortable place in society made entire generations of activists sit on their hands. The enemy has been running almost entirely unopposed.

## Where we stand

The plight that is facing our people is one so severe that concerns about our own individual economic success or creature comforts are the ultimate selfishness. Those who keep their affiliations hidden have a duty and an obligation to donate financially to activists on the street, support organizations with volunteered time and supplies, and to retain (however privately) a Revolutionary mindset.

My desire for real world activism pushed me to join Youth for Western Civilization in my sophomore year of college. I wanted to take the fight to those who we're calling for the genocide of my people where they were. The Left has spent so much time dominating universities and the streets, they do not really remember what having an opponent is like. Although like clockwork calls go out every year by such groups as the Southern Poverty Law Center saying there are Klansmen behind every shrub and the next Hitler is on the rise, the Left has totally dominated our society since the last breath of State sovereignty was crushed in 1954.

Facing off against those calling for our demise is crucial to any hope for actual victory. Movements are made by the sacrifice of the few brave enough to lead the charge. Mahatma Gandhi was entirely correct when he said: "First they ignore you, then they laugh at you, then they fight you, then you win." Activists must deal with being ignored by the media even after countless hours of hard work, being mocked and ostracized by society (perhaps even

family and friends), and then finally be willing to give up everything for their Cause. Being an activist is not always fun and glamorous, but it is entirely necessary for there to ever be real change.

## Visibility

People need to see activists in the streets, on the radio, and in local media standing strong and proud for their values. There's a silent army of citizens among us who are too afraid to "out" themselves as believing anything other than the Cultural Marxist Orthodoxy that is viewed as acceptable in mainstream society. Showing "normal people" that folks with our views are unafraid to proclaim to the world this is what we believe and that we ourselves are normal is the best way to break the Left's stranglehold on telling the public that we are a bunch of cranks.

Tradition-minded men and women are far more in line with our values and beliefs than the legions of sodomites, feminists, Islamists and anti-Whites who fill the ranks of the Left. Simply presenting the two sides to the public will push many of the average folks in our communities onto our side. A soccer mom or blue-collar worker confronted by a proud White


George Lincoln Rockwell, center, leader of the American Nazi Party, and his "hate bus" with several young men wearing swastika armbands, stops for gas in Montgomery, Alabama, on May 23, 1961.

person who stands for faith and family versus a degenerate Communist or an effeminate homosexual, I am willing to bet dollars to donuts the normal person will be far more sympathetic to our side.

Conservative, Inc., Libertarians and the Left are all hobbled by the many logical inconsistencies of their ideology. Through a true and pure belief in Traditionalism, sovereignty and honor, we can appeal to the hearts and minds of our people. We do not need to come off as used car or snake oil salesman like the Establishment political system does. We don't need to sneak in through the back door, or stoop to sleazy Saul Alinsky tactics. We can tell the public simple Truths that will bring them to our side. With dignity and humility we can open the eyes of the masses by simply taking that step forward from the crowd and standing strong for the Cause.

## Fighting back with music

Creation of songs, propaganda, stories, articles and other media sources can



encourage the faithful, educate new recruits and expand our message to an ever growing number of the public. People are tired of the lies of the Establishment and they are growing restless. We must be there to help lead them along to the right path.

Facing the enemy is psychologically crucial for ourselves and our opponents. Through public demonstrations like the recent League of the South protest in Uvalda, Georgia, and the Traditionalist Youth Network picket of Boxcar Books, we take the fight to the enemy and show the Left that we are no longer afraid. Although the Left literally has a bankroll, support of the government and vast armies of activists, as French poet Victor Hugo famously wrote "There is one thing stronger than all the armies in the world, and that is an idea whose time has come." This is the age of activists, men and women who will stand side-by-side to fight for our people's future.

## Job openings

I am putting out a call for activists to rally together and take to the streets. We are facing down another invasion of the Middle East by the Federal Government, this continued demographic displacement and a war against our Traditions. The time to act is now, comrades, not sit on the sidelines. With a little time, a little money and a good dose of courage we all can stand and fight together against our common foes. None of us wants to look at our grandchildren and tell them as we huddle in a Third World hellhole that we didn't do everything we could to prevent this. Future generations are calling all of us to action. I hope to see everyone on the picket lines.

# Why no Starbucks in Selma?

Starbucks executive Corey duBrowa recently deleted his twitter account, after what he said were abusive comments as a result of his push for a campaign in which his baristas were to engage with customers about race relations.

A story from fastcocreate.com showed just what happens when you walk into a Starbucks wanting to engage in a discussion on race. Pretty much nothing. The baristas are young kids, just trying to do their job and get through the day, and are kind of embarrassed to even bring it up…

If Starbucks wants us to talk about race, let's start with why there are no Starbucks

Coffee Houses in some of America's cities that are mostly Black… Highland Park, Michigan, which is at the center of Detroit, is inhabited by a population that is 94 percent African-American. Or in Benton Harbor, Michigan, which is almost 90 percent African-American. There is not a Starbucks in either town…

The recent remembrance of the march on Selma, Alabama, had the president walking down the street with many people who fought for civil rights, but once again, Selma doesn't have a Starbucks. Neither does Ferguson, Missouri… [E]xplain why they are not accessible to most of those they claim to advocate for and champion.

amren.com

# "Make America White Again" Conference Action Report

By Matthew Heimbach

*tradyouth.com*



The event this weekend in Tennessee to support Rick Tyler, engage in activism, and have a series of great political speeches and live music was an overwhelming success. I want first of all to thank my Party comrades and our friends in multiple organizations who came to the event and made it one to remember. Comrades from the Traditionalist Worker Party, the American Freedom Party, the National Socialist Movement and the League of the South were in attendance, coming together in the spirit of uniting for faith, family and folk.

The day began at Mr. Tyler's Whitewater Grill, the Tyler family's business. While Mr. Tyler has faced an economic boycott and threats against his business, home and family, he has refused to give in to the threats and economic terrorism of the Left. He's standing tall for the principles of Nationalism, strong traditional values and White American families.

We filled the entire meeting room of the Whitewater Grill with comrades and allies to eat great Southern cooking and hear Mr. Tyler give a speech on the concept that we must unite and fight together against our common enemies, using truth as our primary weapon to cut through the lies of a corrupt and decaying globalist regime. Mr. Tyler received a hearty amount of applause and support from all those in attendance and local Nationalists look forward to providing him with support in his campaign.

## Main event



Our new banners and flags were flying proudly in Cleveland, Tennessee.

After the Whitewater Grill we went to a local hotel meeting hall to host a variety of exciting speeches on a number of subjects. Matt Parrott was gracious enough to be our emcee and introduced speakers throughout the day. Speeches kicked off with a passionate talk by Commander Jeff Schoep of the National Socialist


Matt Parrott


Jeff Schoep

Movement.

Schoep and I have worked a great deal over the past several months to craft the Constitution of the ANA. It's an alliance designed to transcend petty factionalism and infighting among White advocates, to adapt our messaging to the challenges contemporary Nationalists face and build a united front against our well-funded and highly organized opposition.

On this subject, Schoep spoke about the need for our cause to come together and to work towards a better and brighter future for our people. When White Nationalists fight one another, the enemy wins. Those

who seek disunity or continue to promote destructive positions such as fanatical racial hatred, violence or inter-movement squabbling must be cut from the herd while those who are dedicated to making political, social, demographic and economic progress for our people must band together.

Next I spoke on the idea that we mustn't let the media define our movement to us. The line, *"They're all gonna laugh at you!"* has been used to bully our movement into dividing among ourselves on presentation, symbolism and class lines. Each faction hears that if they stand with another group



that might have a slightly different message or style, then the world will mock you. Our social anxiety and fixation on optics has crippled us, allowing enemies to define our movement and ideology to us, either the Hollywood caricature or a futile quest towards being "respectable" enough for the Jews to not attack us. We must *reject* attempts by the Jewish press to turn us against one another and instead march forward, and together we will be victorious.

Next, we had Dr. Matthew Johnson of *The Barnes Review* discuss the lies about Tsarist Russia regarding their treatment of the Jews. The six million figure, used as a bully club against Europeans for seven decades due to the Holocaust, had been used previously in attacks on Tsarist Russia.

## Masters of deception

Dr. Johnson went into detail about how at the time of the Bolshevik Revolution and the years preceding it that in Russia



the Jewish community had active and well-armed militias that often would attack or harass Christians and Nationalists, usually on Holy Days and religious or pro-Tsarist days of celebration. When the Russian people would respond against these violent acts by returning fire or organizing in groups like The Black Hundreds to fight against Jewish tyranny, the Jewish aggressors would then cry out to the foreign media that they were being oppressed and were mere victims, when they were the ones who started the violence in the first place.

With the time-honored truism of "The Jew crying out as he strikes you," Jewish Bolsheviks in Tsarist Russia were able to use the global media against Russia and provoke anti-Russian sentiment, something that continues to this day. Dr. Johnson's speech concluded with a perspective on what we can learn about the media lies and half-truths, cutting through them with facts and earnest devotion to our cause.

## Camaraderie in song

Next was Paddy Tarleton, mid-Atlantic chapter leader of the Traditionalist Worker Party and rising Nationalist folk star. Paddy performed a great set of music, including his recent hit "Join the BLM" and classics like "The Ballad of Tiny Tim Wise." Paddy


Paddy Tarleton

performed not only originals but classic America folk music, linking the present and the past in a celebration of the melodies and musical styles of our people.

## Honesty is the parent of happiness

The event was wrapping up when one of the hotel staff heard a negative comment about Jewish oligarchs and got upset. As is typical with some folks, they have been programmed by the Jews to love the very people who are working on destroying their people, religion and Nation. We had finished the event so we politely tipped our hats, thanked the staff for having been so accommodating, and headed out to our activism for the day.

There is a monument in Cleveland, Tennessee, to the Confederate soldiers from the area who fought and died for their Homeland and their people. While some of our comrades headed up to prepare for our evening fellowship and meeting, public activists marched to the monument to pay tribute to our Confederate ancestors and to remind those in attendance. Whether you are from the North or the South, if you are White, your culture is under attack and we must stand together to preserve it.

## Better late than never

If the men of both the Union and the Confederate armies could have seen what multicultural America would become, they would have marched together to Washington, DC, and New York to drive out the bankers, elites and corrupt politicians that paved the way for the breakdown of our morals, families and Nations.

The occasion concluded with a fantastic evening of food, fellowship and music performances by Paddy and several other talented comrades. In celebration of our unity, a successful day of action and plans for the future, we ended the night with a rousing chorus of "Sovereignty and Blood Forever." The future is bright for our Party and the Nationalist movement in general. Our vision is clear, our forces mobilized, and victory shall be ours.

From coast to coast, TradWorker is mobilizing effective White Action. The best is yet to come. *Hail Victory!*

---

## And "Damn the torpedoes!'"

*spiritoflindbergh.com*

Keep your focus on winning fellow Whites to our cause, not on trying to win the opposition's approval.

We need to concentrate on converting Whites, not anti-Whites. For the liberal-minority-media-government coalition will continue to fight us.

They will always hate race realism. The facts about IQ and other genetic racial

differences undermine their whole "It's Whitey's fault" excuse for Black and Hispanic dysfunctions. The anti-White coalition will do all it can to keep the facts about race hidden by destroying those who dare speak them.

## Rather curious ideas about who owes whom what

They will always hate White Nationalism. A separate White Nation would take away the White wealth that keeps their debt-ridden anti-White government's dysfunctional welfare State from collapsing.

They will always hate White racial consciousness. They know that the instant Whites start looking out for themselves as a race, the game will be over.

We're under no illusions about the depth of their hostility toward our cause. We shouldn't alienate the opposition without reason, but neither should we engage in futile attempts to win their approval.



**OLD SOUTH**
GENERAL STORE AND PAWN SHOP
Wetgatlla, ALA CSA 35183 (256)249-9100

Cash Loans
Pawn • Buy
Sell • Trade

Guns • Tools
Electronics
Jewelry

\$1.75 lb.
Farm Raised
"Neo Cane's"
Catfish
Confederate
Shirts, Caps
Belt Buckles
All 6 flags

Knives • Ammo • Bumper Stickers • Beverages • Tobacco
Building erected in 1853
Lloyd Caperton @ Facebook — CapeCSA1@aol.com
Treasurer, Alabama League of the South



PUT IT BACK

Your "representatives" — forbidden by the Southern Puberty Lechery Center, a federal Affirmative Action Apparatchik and those new voting machines to display such reminders in a building full of judges, lawyers and politicians – have banished the Ten Commandments from Alabama's Supreme Court now for **156** months.



AMERICAN FREE PRESS • ISSUE 35 & 36 • AUGUST 29 & SEPTEMBER 5, 2016 • WWW.AMERICANFREEPRESS.NET

# American Nationalists Making an Impact

## Multiple "right wing" organizations find 2016 elections provide common ground

By John Friend

Matthew Heimbach, the chairman of the Traditionalist Worker Party (TWP), has been keeping busy this election season. As the leader of "America's first political party created by and for working families" whose mission is "defending faith, family, and folk against the politicians and oligarchs who are running America into the ground," Heimbach has been instrumental in organizing a number of rallies and events recently that seek to unite the nationalist movement in America as well as stand in solidarity with law enforcement officials who are increasingly under scrutiny and even physical attack.

Over the course of the final weekend in July, Heimbach's TWP helped organize the "Make America White Again" conference in Cleveland, Tenn., the purpose of which was to not only support Rick Tyler, an unabashedly pro-white congressional candidate and business owner in Tennessee, but also to engage in activism and

> *Nationalists are riding the wave of populism sweeping across the United States*

bring together various factions of the nationalist movement in the U.S. in a show of solidarity and camaraderie.

Dr. Matthew Raphael Johnson, a frequent contributor to this newspaper who also serves as the senior researcher at AFP's sister publication The Barnes Review, was in attendance and spoke at the nationalist gathering as well as other leaders of nationalist political organizations.

"The Traditionalist Worker Party, The Barnes Review, and the American Freedom Party came together in a very successful gathering to promote increased cooperation among the nationalist movement," Heimbach explained to AFP in an exclusive interview. "The purpose of the unity event was to further promote a sense of solidarity between various nationalist organizations here in America. While we might have slightly different views or use different symbols, we as white Americans are all part of the same extended family. With that in mind, the aim of the event was to bring together these organizations to help find ways we can work together and become even,

more successful advocates for white working families."

Tyler, owner of Whitewater Grill, a local restaurant near Cleveland, Tenn., hosted attendees at his restaurant and gave a campaign speech focused on "the concept that we must unite and fight together against our common enemies, using truth as our primary weapon to cut through the lies of a corrupt and decaying globalist regime," according to Heimbach.

Due to the politically incorrect stances Tyler has taken and the issues he has made central to his campaign, his restaurant has faced an economic boycott. The aspiring congressional representative has also received numerous threats against himself, his home, and his family as well as his business. Tyler is not wavering, and vows to carry on with his candidacy and restaurant proprietorship despite attempts at intimidation.

Heimbach contends that the 2016 election is crucial in determining the future of America and indeed the rest of the world.

"In America we see the rise of nationalist sentiment unlike anything we have had since the 1968 campaign of George Wallace with the current election," Heimbach told AFP. "Donald Trump and others have invigorated an important national discussion on immigration, free trade, and national sovereignty. We as nationalists need to take this opportunity and grow our movement."

Heimbach continued: "This election will determine a lot about the next generation of America. Donald Trump, while not a white nationalist, has the ability if he is elected to slow down the dra-



You've Seen "The Passion of The Christ"

*Now Here's The Rest of The Story!*

Who are the Christ killers? Were the Jewish and Roman trials legal? What was the role of Pontius Pilate? What physical pain did our Messiah suffer? Would the race that hates Christ do the same again today? Find out the answers to these and many more questions that the establishment churches will never tell you, by ordering three books by Dr. Wesley Swift. *Not Guilty!*, *Who Crucified Jesus Christ?*, and *The Power of His Resurrection*. All three books (over 100 pages total) are available in this special offer for only $5.00 from:

**Kingdom Identity Ministries**
P.O. Box 1021
Harrison, Arkansas 72602
http://www.kingidentity.com

*Receive TNT each month!*

## THE NATIONALIST TIMES

Subscribe to America's best political newspaper. In each issue, *The Nationalist Times* tackles politics, economics, race, immigration, zionism, cultural communism, and the fedgov's surveillance state, and we do so from a perspective that infuriates globalists and delights patriots.

Published monthly since 1985, *The Nationalist Times* is politically independent and promotes a common sense, intelligent and passionate alternative to the reigning "party line."

**SPECIAL INTRODUCTORY OFFER**

Readers of *American Free Press* may subscribe to *The Nationalist Times* for the special introductory offer of just $29 for one year, or $55 for two years. That's more than half off the regular subscription price!

Send your subscription to: The Nationalist Times, P.O. Box 218, Wildwood, PA 15091





AFP ON NATIONALISM • WWW.AMERICANFREEPRESS.NET • AUGUST 29 & SEPTEMBER 5, 2016 • ISSUE 35 & 36 • AMERICAN FREE PRESS


**MATT HEIMBACH**
Up and coming.


**RICK TYLER**
Proud of his race.


**DAVID DUKE**
Making another run.


**MATTHEW JOHNSON**
Nationalist academic.

matic demographic shift of America and begin the process of America rejecting the siren song of globalism."

Despite the controlled mass media's attempts to portray the GOP presidential contender as a racist with ties to "white supremacists," Trump is not in the white nationalist camp, Heimbach noted.

"While Donald Trump is not one of us, he is smashing the status quo of American politics, invigorating our movement. This election will determine if America steers away from the rocks of economic and social collapse, under a Trump presidency, or if we smash directly into them, under a Clinton administration," Heimbach said.

A couple weeks prior to the nationalist gathering in Tennessee, the Texas chapter of the TWP organized a "Blue Lives Matter" rally in support of law enforcement officials who have been targeted by the hostile media and leftist agitators financed by globalists and encouraged by the Obama administration.

The rally in Texas was a joint event between the TWP and the Aryan Renaissance Society to stand in solidarity with white ones, are under attack, Heimbach explained to AFP. "Local police, especially white ones, are under attack by radicals who hate them because of the color of their skin. The purpose of the rally was to support our local cops, stand against anti-white hatred, and make it public that local white police officers can and should be on the side of nation-

alism. The rally was a huge success in bringing our two groups together for a common purpose and to make a proud stand for the men in blue who protect our communities and are deserving of our respect and appreciation."

Heimbach, the TWP, and their many allies in the nationalist camp of American politics have high hopes for the future. Openly pro-white political candidates such as Tyler in Tennessee and Dr. David Duke, who recently announced his bid for Senate, in Louisiana are now stepping forth, proudly proclaiming and articulating their message and political agenda.

"The development of pro-white candidates is a clear demonstration of how the pendulum of American politics is swinging in our direction," Heimbach concluded. "White Americans are tired of being spat upon by a multicultural regime that actively hates them, is displacing them, and calls them names like 'racist' and 'fascist' whenever they stand up for their own interests. White America has come to terms with the fact that the time is now or never if we are going to fight for the future of our children, our culture, and our people. I am cautiously optimistic for pro-white candidates in this election cycle, but in future election cycles we will have even more candidates, more infrastructure, and more patriots who are mobilized to win elections on the local, state, and national level. The future belongs to nationalism." ✰

*John Friend is a writer who lives in California.*


**PRIVACY**
**For Your Estate**

EAGLE & MAPLE LEAF COINS SHOWN AT ACTUAL SIZE

**CALL FOR BEST PRICES:**
**1-800-657-8942**

ONE OUNCE PURE SILVER
**U.S. Silver Eagles & Canadian Maples**
(20-piece to 500-piece box)

**90% Silver Dimes & Quarters**
$50 Face Bags to $1,000 Face Bags

**Morgan & Peace Dollars**
20-piece to 1,000-piece lots
• Low Premium Grade
• Very Good to Extra Fine Grade
• About Uncirculated to Brilliant Uncirculated

**Buffalo Silver Rounds**
1 oz. .999 fine silver
20-piece to 1,000-piece lots

FREE S&H on orders over 100 pieces!

IMMEDIATE PHYSICAL DELIVERY
CALL 1-800-657-8942 TO PLACE ORDER

**NATIONAL COIN**
Since 1982—JEFF MUNGER
BEST PRICES ON GOLD & SILVER
PRICES SUBJECT TO MARKET FLUCTUATION
EMAIL: NATLCOIN@aol.com
National Coin, P.O. Box 385502
Bloomington, MN 55438-5502

*Vital Info for Survival!*
• Health • Money • Freedom
*Know your Rights or Lose 'em*
Knowledge = Power • Best Education Tool in 200 Years!
What is a Ci G? — Do you know?
Ci G's Violate our Rights Daily
1 calendar: $18 • 2 for $30 • 5 for $50 • 10 for $75  postpaid.
100 for $2.63 plus S&H.
FREEDOM CALENDAR, 704 Edgerton #3, St. Paul, MN 55130
Phone: 651-771-5234

pact

d

ite working

local restau-
attendees at
a speech fo-
st unite and
on enemies,
cut through
ig globalist

ances Tyler
e central to
ced an eco-
ional repre-
ous threats
nily as well
and vows to
aurant pro-
dation.
election is
merica and

nalist senti-
ce the 1968
urrent elec-
np and oth-
t national
nd national
o take this

will deter-
f America.
nalist, has
n the dra-

EXHIBIT F (b)(x)



# WLM RALLY
## BUFFALO, NEW YORK
## JULY 30, 2016 3:00 PM

Dear Karl,

Greetings and hopes that you are well.

July 30th, 2016 Buffalo, NY

NSM, WLM, and members of organizations in the ANA will be hosting a Stand against BLM and the chaos and destruction they have caused in this country. We are asking for a state to state stand of solidarity on this date to make our presence known and our voices heard.

We will not tolerate terrorism on our streets and in our cities any longer.

It would be a great honor to have you in attendance and speak on behalf of the Racial Nationalist Party of America.

Thank you and I look forward to hearing back from you and hopefully having you join and stand with us.

Rebecca Barnette
Co-Founder White Lives Matter
Director of NSM Women's Division
423 327-8778

# Hope to see you there!

Save $6.00!!

CPA-0001  British Edda:  by L.A. Waddell.  Shows the inter-relationships of the many mythological, legendary and heroic figures from the beginning of time that were recorded by the Aryan people in their sagas.  From Adam to Thor and King Arthur, Waddell takes you on an incredible historical journey, connecting all the dots.  In hardcover. 333 pages.  Only $20.00



BRITISH EDDA
L.A. WADDELL

PRICE:
$3.50 donation

Make payable to: Karl Hand, Bookseller, P.O. Box 1281, Lockport, NY 14095

RACIAL NATIONALIST PARTY OF AMERICA

No. 53   July/Aug.   2016

# White Voice

Where the White community comes together!

*A personal perspective...*

# Buffalo Showdown

by Karl Hand

On July 13th, I received an e-mail formally asking that I speak at a White Lives Matter rally to be held in the Buffalo area on July 30th.  I had previously been surprised when I first heard that such a rally was going to take place as I wasn't aware that there were any members of the NSM, the sponsoring group, even in the area.  I was aware that there were members of the Aryan Strike Force in the area as one of them showed up at my apartment door, about 2 years ago, and we talked for a bit.  When he left I gave him some gifts for his children from our White Christmas Drive.

I had absolutely nothing to do with the organizing or coordinating of this event.  For the record, I do not try to organize locally, although we have some local subscribers to White Voice, as I am preoccupied with establishing the mechanics of organization on a national level, creating the apparatus for when the bottom falls out in America,  and with publishing White Voice, record keeping, filling orders and running our various programs (i.e. White Christmas Drive, Operation Bootstrap, R.A.I.N. - Rise Above It Now).  So, I have enough irons in the fire, and I am a priority-first type person.

Anyways, I did agree to speak as I saw it as an opportunity to advertise my write-in campaign for US Senator.  Understand, we are not trying to win an election here, but to advertise the write-in process as an alternative to the two party swindle, and to demon-



Above:  White hero wearing pro-white T-shirt defends his wife from SHARP goons.  Photo taken from Buffalo News.

strate that you do not have to engage in appeasement rhetoric to satisfy our enemies.  These are our ultimate goals and objectives, not getting my name in the local rag newspaper, or in winning an election, although I wouldn't mind having the health care program that the prostitutes in Congress share among themselves.

The night before the rally, I received an e-mail from the event organizer that two busloads of ANTI-FA (anti-fascists, i.e. communists - claiming to be 'anti-fascist' is deliberately misleading as their politics are much deeper and more radical than just being 'anti-fascists') were being imported.  She advised me that she had to take into consideration

public safety, etc.  I warned her that to cancel the rally would show a sign of weakness.

It thus became obvious to me that she was in over her head here - this was her first attempt at organizing such an event.  Sometimes new people let their enthusiasm

Continued on page 6 ⇨

Local contact:



Page 6                                                         WHITE VOICE        NO. 53 JULY/AUG. 2016

## Continued from page 1

# Buffalo Showdown

get ahead of them. It's a tough call, you don't want to dampen their enthusiasm, but at the same time you must back them even though you may have some misgivings. Also, I didn't know what her real strength was in terms of numbers. As I stated earlier I didn't know of any NSM here in the local area, but that didn't mean they didn't have any.

So, when I headed out to Cazenovia park in Buffalo on July 30th, I pretty much had an idea that this could be one of those rallies that don't go as well as hoped. I figured I would be walking into an ambush, but what the hell - *Valar Morghulis*.

I decided to take two types of leaflets with me for possible distribution. One was my election leaflet on Police Shootings, the other on the New Black Panther Party's proposal for five states. Additionally, I took some single copies of various leaflets for reference.

When I got to Cazenovia Park I parked not far from the gathering communists. The best antidote to fear is anger, and I was getting myself worked up. I was ready. I walked up to the 'counter-protestors', many who were wearing masks. There is an anti-mask law in New York State, but apparently that is only enforced against certain groups, kind of like espionage laws and obstruction of justice laws are enforced against everybody but the Clintons. The privilege class in America are liberals and anyone who is a Leftist - just in case you didn't know. They can do and say anything and the authorities do little or nothing.

I started handing out my election leaflet entitled 'No Racial Bias'. When I did so sometimes i would say, *"I want to thank you commies for coming to our rally"*. Other times, I would ask, *'would you like a piece of literature?'*. A tall blond wearing a cub scout mask and carrying a communist red flag misunderstood and thought I said 'peace literature'. She replied, *'I don't believe in peace'.* One

brown masked punk started with the threats and I told him, *'You are going to have a hard time explaining to your friends how a 65 year old white man kicked your ass all over this park."* My brazenness had the enemy confused.

The article in the Buffalo News, owned by the parasitic and unethical billionaire coward, Warren Buffet, claimed there were 350 'counter-protestors'. This was an example of typical liberal embellishment. The fact that the Buffalo News did not provide a photo of this 'huge' crowd pretty much speaks for itself. But in truth, it really doesn't matter how many were there. Have they never heard of Salamis, or Alesia? History is abundant with examples of the outnumbered overcoming the numerous. *Give me just 30 hardened warriors and on July 30th I would have cut through this imported communist rabble like a hot knife through butter - 200 or 350 or 400, it wouldn't have mattered.*

Let me make this clear, in no way was I impressed by this rabble. They wear masks for a reason - they don't want to be identified on the street. Other than that, they attack only when they have the numbers. That is what a bully does. When the odds are even, or even close to even, they will scatter like the wind. *They are really pathetic - they think that being a revolutionary is a fashion statement.* They wear their little masks thinking it makes them look bad. They are only role playing. They need to go back to their computer and play World of Warcraft where they can pose as some great warrior or paladin. Give me a break. We have people in prison who send us photos and believe me, they have necks bigger than the waists on these **Anti-Fa** punks. They look like their mothers dressed them up for Halloween.

I eventually made my way up to the recreational center which seemed like a good place if and when the rally materialized. Along the way

I handed out literature to anyone who would take it including the different reporters. I wasn't aware of it at the time, but apparently the rally had gotten more pre-rally publicity than was expected. Don't know how I missed it. I did hear a news spot on WBEN radio advertising it.

Acting in an observer role was a man wearing a National Lawyer's Guild hat. What is the National Lawyer's Guild? This is what Wikipedia has to say: *"The group has at times been the focus of controversy. As during the McCarthy era when it was accused of operating as a communist front group, and in 2003 when NLG attorney Lynne Stewart was convicted of conspiracy and providing material support to terrorists, sentenced to ten years in prison, and disbarred, for helping pass messages from prison for Omar Abdel-Rahman, her former client and mastermind of the 1993 World Trade Center bombings, to his followers in al-Gama'a al-Islamiyya, an organization designated as a Foreign Terrorist Organization by the US Secretary of State, and for committing perjury."*

No sooner did I get to the center than there seemed to be some commotion. I couldn't actually make out what was going on but there was movement by the crowd. I started to make my way back down. I had to push my way through. Up close, I realized one of our people was in trouble. When I got there, the police had circled a man and his wife. I had to convince the cops that I was with them. When I finally got through, I had to convince the man, who looked harried, that I was with him - my name didn't seem to register with him. I started to move back through the crowd thinking that the man and his wife were behind me. Again there was movement and the crowd seemed to have swept the man and his wife away. I started to make my way back through the crowd. Punches

Continued on page 8

*New T-Shirts*

### $25.00 donation each

Specify: Medium, Large or X-Large

Green Celtic Cross with Gold crest on front with 'Drugs Destroy-Get the Point' illustration in black on the back.

Make checks or money orders payable to:

Karl Hand, Bookseller

P.O. Box 1281, Lockport, NY 14095




## Continued from page 6
## Buffalo Showdown

> "Courage is resistance to fear, mastery of fear - not absence of fear."
>
> ...Mark Twain

were thrown and I just pushed whoever was in my way out of the way. Apparently, five 'anti-white' skinheads from a group called SHARP attacked the man. One of them, a big fat slob, who I nicknamed 'Moby Dick', started to make his way back to do some more damage or something. Anyways, I pushed him in the chest and told him to 'back off'. The three of us then made our way back to the center.

*Get this, the police ordered this man and his wife to leave the park. They were jumped and they were ordered to leave, while Moby Dick and his friends were permitted to stay. We are not fighting for* Lawlessness and mob rule seem to be what we are witnessing across America. If you have a big enough mob, the police bend to do your bidding, the FBI ignores transgressions, and the media is silent.

I was there for about an hour or so. During that time I talked to a small group of Whites, all totaled, including the man and wife who were attacked, about 10. Most were new to me, but one knew me from years ago. A woman, who was with her 14 or 15 year old daughter showed sympathy for the cause. I figured they were locals.

The police told me it was time to go, and it was. I was parched as I had used up what water I brought with me in a small canteen can. So I started to make my way back to the car, a small group of whites escorted me back. A black reporter from WBLK radio station asked if I would answer a few questions along the way. I stopped for a bit and did just that. When we finally got to my car one of the men asked for a 'selfie', which I gave him shaking his hand. I asked if anyone needed a ride and he asked for a lift back to his car. On the way there he took an instagram, telling me that he had followers across the US and Europe. Interestingly, he mistakenly took my sunglasses for his own and left his hat in my car. He never got back in touch with me so I tossed the hat.

When I got back to my apartment, I got an e-mail from the event organizer apologizing for not making it to the rally. She explained that she and about seven others had arrived late and by that time the police had cor-

doned off the entrance and wouldn't let them in. This is a tactic the police are using all around the country, even at rallies by rather tame right wingers.

A couple of things need to be said: First off, as a movement we have to mature. By that I mean that we have to accept the fact that not every event we have is going to be a huge success. Sometimes we'll be lucky with just surviving, and sometimes, well, there was Thermopylae before there was Salamis. I know, some in this movement put the cart before the horse, and visualize themselves at victory day, but victory day will never happen, can never happen, without sacrifice, and that means, some of us won't be around to celebrate. Some of us will be forgotten by all but our closest comrades, our sacrifices fading into the past, but victory can not come IF we hold back. *We are not fighting for ourselves, but for posterity, and we must commit fully if our race is to have a future.*

Additionally, we must be willing to engage in self-criticism. What could we have done differently, to have gotten a better result on July 30th? No need to point fingers, just come to some honest conclusions.

Meanwhile, the enemy is sending me letters in envelopes filled with glitter, and leaving me messages on my answering machine calling my deceased mother a "whore". So, know that we hit a nerve. I marvel at their childish antics. Obviously, they need a few more years at daycare. ❖

## RNPA Members Only

**RNPA-8001 Party Lapel Pin:** This is a handsome item. Approximately 3/4" across, this is a cloisonné piece and is the kind of jewelry that you would be proud to wear on a suit coat or dress, next to your American flag pin. In green, gold and white RNPA colors. Each...................$7.00

**RNPA-8002 Party Decal:** This is a decal unlike any other, because it's, well, ours. No one else offers it (as far as we know anyways). Durable and eye-catching. In green, gold, and white RNPA colors. Approximately 3" across. Each.............................$3.00

**RNPA-8003 Party Patch:** This is not an elegant piece, it is something that a working class guy can have the wifey put on the old man's baseball cap, or on his (or hers) hunting jacket. In green, gold and white RNPA colors. Measures approximately 3" in diameter. Each................$7.00

Make payable to:
Karl Hand, Bookseller
P.O. Box 1281,
Lockport, NY 14095

*All purchases considered as a donation to the Racial Nationalist Party of America.*

## Business Cards
### A cheap, effective way to help spread the message



**$9.00 donation per 100**

**Order Form on inside**

## MOVEMENT POW

Back in the 1980s, when the legal entrapment schemes against the pro-white movement were in full swing, which I was caught up in, there were a few people who stood by me, one of those was Dennis Mahon, who organized two demonstrations outside of my prison calling for my freedom. Today, Dennis is the one in need of our support. The RNPA does not forget our dead, and we do not abandon those who are captured by our enemies.

Dennis Mahon, #30289-424
FCI-Hazelton
P.O. Box 5000
Bruceton Mills, WV 26525

# Welcoming California back to the real world

**By Eric Striker**
tradyouth.org

A new chapter in the National worker's struggle has been written. The tide is turning and this renewed spirit of world history begins to peek through the clouds gathered over our people. We are on the brink at the dawn of a new era, and no amount of money or violence from the foot soldiers of world plutocracy can halt its overwhelming might.

On June 26th, the Golden State Skinheads and California Skinheads along with TradWorker sought to peacefully assemble on the steps of the Sacramento capitol grounds to protest globalization, neo-liberalism and the unrestricted violence of deep state Marxist paramilitaries who traditionally have made it impossible for anyone to give an opinion that is to the right of George Soros. For two months, we received hundreds of death threats, and an "Anti-Fascist" coalition made up of feral


Golden State Skinheads



California Skinheads

social justice warriors, upper middle class college "bohemians" and California gang members meticulously plotted their attack.

## Asking for it

A Left-wing paramilitary organization called "By Any Means Necessary," led by Donna Stern, organized this rabble in a campaign vowing to block our right to express ourselves through the utilization of violence. This organization, along with "Antifa Sacramento," pasted fliers and stickers throughout Sacramento, asking people to attend the rally with bricks and baseball bats in an open incitement to violence. It appears the curvature of Ms. Stern's nose allots her the privilege to be above the law.

GSS and TradWorker had been receiving death threats for months and, weeks before the rally, "Antifa" openly collected funds for weapons, hospital bills and bail money. What happened in Sacramento was an attempt at a premeditated act of domestic terrorism that failed catastrophically, and the fact that the effort collapsed should hearten all those who stand for the defense of free expression and civil liberty.

## Formidable outlook

The numbers at the counter-revolutionary demonstration are reported to have been between 250 and 400, against just 25-30 Nationalists. We knew what the odds were, due to the widespread support and resources California's "liberal" NGOs were expending to get their paid activists to stop our march. After seeing the orgy of mindless brutality by these groups against vulnerable little people at San Jose Trump rallies, we decided it was time to demonstrate, to rise against the awaiting challenge. Aside from the horrifying scenes of women, old and disabled people being beaten up by grown men from Left-wing groups at the Trump rallies in the Golden State, even the tepid Conservative pundit Lauren Southern was subjected to violence from "Antifa" groups across the Atlantic. When she complained to the apathetic police who refused to arrest

any Leftists they saw assaulting her and her entourage, the police responded by giving her a lecture on why one shouldn't express a different opinion when the Communists, immigrants and NGO Left are bused into town to demonstrate with the intent of indulging in mindless violence.

## Responding as necessary

But we are not impotent conservative organizations. We scoff at their bourgeois nose-pinchers and understand the political reality in modern day America. We realize that the only way to change it is through coordinated and selfless resistance and self-defense. There is evidence that the police in Sacramento enabled and allowed the Antifa to attack our men. In a clip on our website you can see police on standby, yelling while stationary from a distance, as a mob of leftists beats a Nationalist who is on the ground right in front of them, and here mounted police look the other way and whistle as a member of the Mexican supremacist group "Brown Berets" (seen attacking people at Trump Rallies as well) casually walks up the steps and hits one of our men in the head with a bat without any provocation. With that said, there were also good policemen who reported what they saw fairly, and thus vindicated our men legally.

The confrontations at the rally were all like one captured on video where GSS and TWP members went through painstaking lengths to *avoid* physical violence, until it was no longer feasible.

## The challenge

Eventually, it became clear the police would do nothing to protect our permit,


**Will you SHARE The First Freedom** with someone, or just keep all this to yourself?

and our men — armed with nothing but shields and flag poles — drew the line in the sand. Back to back and shoulder to shoulder these heroes showed no regards for their personal well-being, and engaged in an intense uphill battle against overwhelming odds, wrestling baseball bats and knives away from Marxist attackers; and six Antifas have been hospitalized in critical condition, with many more treated for lesser injuries.

We only suffered one significant casualty, a comrade who was stabbed by a coward from behind in an artery. He is in good condition and recovering swiftly, but our brothers in California require our solidarity, financial support and thoughts. Their morale remains high albeit the stab wounds, aches and scars, and their sacrifice and courage are actions that elevate the human spirit through new plateaus, the collective unconscious in all of us. What a few brave men can accomplish is no myth from comic books and action movies; it is how Western civilization was created, how it thrived, the regeneration of our ancestors and their archetype, the guardian of honor and justice — in Sparta, at the Alamo, the


Ten people suffered stab wounds and other injuries on Sunday after members of a White Nationalist group that planned to rally outside the California State Capitol building in Sacramento clashed with a larger group of counter protesters, authorities said. — *Sacramento Bee*

Romans and Vikings, the Reconquista, to the 20th century's War of the Worlds. Our new social and National philosophy is the vehicle for an old one, a power litigation above the materialist rat-race and sterile, cosmopolitan "nu-male."

## Other victims

Antifas and Nationalists weren't the only people who fought at the event. The Antifas, after their defeat, began mindlessly attacking policemen, their horses, random journalists and even people on their own side who just so happened to be White men – likely in impotent racist rage. Frances Wang of ABC10 was there and documented an independent journalist livestreaming the event getting hit with a bottle and stomped on, while the camera crew from the *Sacramento Bee* was also attacked for no real reason by the same street criminals those large corporate media conglomerates parade as "defenders of human rights."

The ideologically motivated "counter-protesters" (who, unlike us, did not have a permit) are usually a minority. The bulk of that crowd was composed of sadists looking to hit someone – anyone. But this time the bullies got bullied back. As much as they might declare "victory" while begging for blood donations on social media, whereas controlled Zionist wires like Associated Press purposely publish misinformation that this was a Ku Klux Klan rally and the Southern Poverty Law Center gets immediate access through its tribal network to tell lies on CNN – what every honest observer saw (including local media, police and passers-by) was Leftists picking a fight and losing badly.

## Turning the tide

The Sacramento Spartans are an example to us all. It's time everyone stopped letting people like the Martin Luther King middle school teacher (and member of BAMN) Yvette Felarca bully us into silence. It's time everyone looking for a place to stand, to speak, a place to express themselves – held their ground and made the feeling of self-righteousness these vermin get when they attack the helpless actually have a price of admission.

We will defend our people and our cause within legal bounds, no matter what the odds are. *We have to win!* We either do

what it takes now, even if it means we have to risk our lives and health, or doom our children and their children to the fate of the South African Boers. If the anti-White "intersectional" coalition is already acting like this, where will you run to once White people are a minority?

Honest men have nothing to fear. Whoever you are, whatever group you belong to: stand up and be counted, stand your ground when someone comes to oppress you. Protect your rights and don't give in!

As long as there are heroes, there is hope. For those foes who have not learned their lesson, be forewarned: we


Paramedics rush a stabbing victim away on a gurney Sunday, June 26, 2016, after members of right-wing extremist groups holding a rally outside the California State Capitol building in Sacramento clashed with counter-protesters, authorities said. Sacramento Police spokesman Matt McPhail said the Traditionalist Workers Party had scheduled and received a permit to protest at noon Sunday in front of the Capitol. McPhail said a group showed up to demonstrate against them.


YES! We've still got them. 3x5 polyester with 2 metal grommets, $12 each PPD in C. S. A. and U. S., or free by request with any first-time 12-issue $25 subscription.

KCRA television reporter Mike Luery runs from members of the group called ANTIFA Sacramento (Anti-Fascism Action), who are staging a counter-protest against the Traditionalist Worker Party and the Golden State Skinheads at the California State Capitol in Sacramento.

will content you for space again and again. And you will lose – the will for freedom is stronger in us!

Long live the Sacramento Spartans, long live the Golden State Skinheads, long live the Traditionalist Worker Party, long live the heroic rebirth of the Occident.
Until the Final Victory,

Golden State Skinheads
California Skinheads
Matthew Heimbach, Chairman
Traditionalist Worker Party
Eric Striker, Ministry of Media
Traditionalist Worker Party

Order extra copies of
## The First Freedom
Help your friends shed the scales from their eyes!
See coupon at bottom of page 24

The principle by which we conquer is seasoned by treason itself, though it may put on another name and in another form.
— President Jefferson Davis


From left, Matthew Heimbach, Scott Hess and Tony Hovater eat dinner at Ruby Tuesday's after the rally.

```
                                                            1
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF NEW YORK
 3      - - - - - - - - - - - - - X
 4  UNITED STATES OF AMERICA      :   09-CR-650
 5         -against-                  U.S. Courthouse
 6                                :   Brooklyn, New York
 7  HAROLD TURNER
 8              Defendant         :
 9      - - - - - - - - - - - - - X   December 21, 2010
                                      10:00 a.m.
10  BEFORE:
11         HONORABLE DONALD WALTER
           United States District Judge
12
13  APPEARANCES:
14  For the Government:    DIANE MAC ARTHUR
                           WILLIAM RIDGWAY
15                         U.S. Attorney's Office
                           219 South Dearborn Street
16                         Room 500
                           Chicago, Illinois 60604
17
18
19  For the Defendant:    SCHLAM STONE & DOLAN, LLP
                          26 Broadway
20                        New York, New York 10004
                          BY:  RONALD G. RUSSO
21                             DAVID WIKSTROM
22
23  Court Reporter:       RONALD E. TOLKIN, RMR, CRR
                          Official Court Reporter
24                        225 Cadman Plaza East
                          Brooklyn, New York 11201
25                        718-613-2647
```

---

1    It was a rocky start.  There was a lot of
2  apprehension on the part of the marshal service because they
3  are charged with protecting men like you, and I had been a
4  real pain in the neck for years.  But I figured that if I
5  couldn't get along with the FBI because the bosses didn't like
6  my rhetoric, maybe I could still contribute, and I made an
7  effort.
8    I told the U.S. Marshal Service about a problem in a
9  courthouse down in Roanoke, Virginia.  Got information that a
10  guy named Bill White was building a truck bomb because he was
11  going to get indicted down there.  There was a little
12  credibility issue.  The U.S. Marshal service didn't know that
13  I had been working on national security so long with the FBI.
14  I guess I had to try to rebuild a credibility level with them.
15    Later on when things didn't pan out between the
16  Marshal Service and me, Barack Obama was running for president
17  of the United States.  Election night was the night of
18  November 8, 2008.  Mr. Obama had a celebration at Grant Park
19  in Chicago.  I got a call from a fellow named James Lauston,
20  lives in Peoria, Illinois.  He was drunk.  He was talking and
21  slurring, drunk.  He was going to lob mortars from a mile away
22  into Grant Park where thousands of men, women and children
23  were there to see the man they had just elected president.
24    Now, I do not like Barack Obama.  I do not subscribe
25  to his politics and I was not happy that he won, but he won.

EXHIBIT F(i)(i)

1  Like it or not, he was going to be my president too.  I would

2  not sit by and let some maniac lob mortars into Grant Park and

3  kill that man.  That is not the way that we do things here.  I

4  called Marshal Elcik.  Marshal Elcik called the FBI.  The FBI

5  wanted to talk to me directly, but I wouldn't do it.  Marshal

6  Elcik conveyed whatever information he conveyed and I had done

7  my part.

8          The next day, I got a phone call from James Lauston

9  wanting to know why I turned him out.  It seems that Marshal

10  Elcik outed me to Mr. Lauston through the FBI.  So not only

11  was I outed by hackers who broke into my computer and

12  published my e-mails between me and the FBI, I had now been

13  outed by the U.S. Marshal Service.  And it was under those

14  circumstances that I wrote to Marshall Elcik that I would

15  never lift a finger to help law enforcement again.  U.S.

16  attorneys misused that e-mail to make it seem like I was a bad

17  man.

18          I believe I suffered ineffective assistance of

19  counsel in trial three and I'd like a new trial.  I think that

20  you already ruled against that.  I'd just say, though, Judge,

21  that even though I was never reopened in any capacity with the

22  government, I did stay in touch.  Bates pages 202 and 203 will

23  show that despite the fact that I was not with the FBI or the

24  marshal service, I prevented an arson bombing murder in

25  Tennessee.

RONALD E. TOLKIN, RMR, CRR
OFFICIAL COURT REPORTER

*http://www.northjersey.com/news/records-show
Feds used ultra right radio host
for years.*

NorthJersey.com : News
NOVEMBER 29, 2009  9:18 AM
LAST UPDATED: THURSDAY, DECEMBER 24, 2009, 2:21 PM

# Records show feds used ultra-right radio host for years

BY MIKE KELLY AND PETER J. SAMPSON
STAFF WRITERS |
THE RECORD



They called him "Valhalla."



But it was more than a nickname.

For more than five years, Hal Turner of North Bergen lived a double life.

The public knew him as an ultra-right-wing radio talk show host and Internet blogger with an audience of neo-Nazis and white supremacists attracted to his scorched-earth racism and bare-knuckles bashing of public figures. But to the FBI, and its expanding domestic counter-terror intelligence operations in the wake of the Sept. 11 attacks, Turner was "Valhalla" — his code name as an informant who spied on his own controversial followers.

Turner's clandestine past was confirmed this past summer when he was jailed on charges that he made threats on his blog against three federal judges in Chicago. In court after his arrest, federal prosecutors acknowledged Turner's FBI ties but downplayed his importance and even described him as "unproductive."

But an investigation by The Record — based on government documents, e-mails, court records and almost 20 hours of jailhouse interviews with Turner — shows that federal authorities made frequent use of Turner in its battle against domestic terrorism.

As Turner took to his radio show and blog to say that those who opposed his extremist views deserve to die, he received thousands of dollars from the FBI to report on such groups as the Aryan Nations and the white supremacist National Alliance, and even a member of the Blue Eyed Devils skinhead punk band. Later, he was sent undercover to Brazil where he reported a plot to send non-military supplies to anti-American Iraqi resistance fighters. Sometimes he signed "Valhalla" on his FBI payment receipts instead of his own name.

His dual life of shock jock and informant offers a window into the murky realm of domestic intelligence in the years after the Sept. 11 terror attacks — in particular, the difficult choices for the FBI in penetrating controversial fringe groups with equally controversial informants.

In interviews, conducted before Turner was released on bail, he said the FBI coached him to make racist, anti-Semitic and other threatening statements and now he feels double-crossed by the bureau after his arrest. The documents reviewed by The Record, however, show repeated instances of federal agents admonishing Turner for his extremism.

Federal prosecutors in Newark and Chicago declined to respond to Turner's claims, as did FBI officials. "We do not comment on matters before the courts and will not address Mr. Turner's allegations in the press," said the FBI's Weysan Dun, who runs the bureau's Newark field office.

Turner's "Valhalla" life will likely be on display this week when he is scheduled to go on trial for his alleged blog threats against three federal appeals court judges in Chicago who upheld a law banning handguns. The trial, originally set for Chicago, was switched to Brooklyn, with a judge flying in from Louisiana.

The trial may have its share of political intrigue. Turner's defense attorney, Michael Orozco, said he plans to subpoena Governor-elect Chris Christie to testify about whether he advised the FBI

EXHIBIT  F(i)(ii)

about Turner while Christie was U.S. attorney in Newark. On Friday, Orozco filed a motion to dismiss the case, accusing the government of "outrageous conduct."

But the center of the court battle will likely be the story of Hal Turner and his FBI connections, which began in 2003 with the Newark-based Joint Terrorism Task Force, and continued on and off until this year.

Rumors of Turner's FBI work surfaced two years ago after unknown Internet hackers electronically broke into his Web site and found e-mails between Turner and an FBI agent. Turner never acknowledged his FBI role until after his arrest in June -- and then with a mix of anger and chagrin.

"Imagine my surprise," he wrote in one of several letters from jail to The Record, "when agents from the very FBI that trained and paid me came to my house to arrest me."

In a memo only two years earlier, the FBI said Turner "has proven highly reliable and is in a unique position to provide vital information on multiple subversive domestic organizations." The memo went on to say that Turner's "statistical accomplishments include over 100 subjects identified, over 10 acts of violence prevented and multiple subjects arrested."

"I was not some street snitch," Turner said in one of several lengthy interviews at the Hudson County Jail, where he was kept until the terms of his bail were worked out in October -- terms that prevented him from talking to reporters after his release. "I was a deep undercover intelligence operative."

**Misgivings on both sides**

Whatever his role, one thing is clear: The relationship between Turner and the FBI often was rocky, with both sides cutting ties several times.

In March 2005, Turner abruptly quit. In a letter to his FBI handlers, he cited a "complete failure" by the agency "to achieve the goals for which I began the relationship," the "dismal lack of arrests," the failure to track down a "threat to kill me and my family" and "exploitation" by the FBI "to interfere with content of my Internet Web site."

By June, however, Turner was again on the FBI payroll. The FBI, meanwhile, harbored its own doubts about Turner.

Five days after Turner's March 2005 letter, an internal FBI memo summarized rising concerns that his rhetoric was too controversial and possibly dangerous.

"Is he a big mouth? Yes," the memo said. "Does he say really deplorable things? Yes. Is he a physical threat to anyone? I don't think so."

Records show the FBI continued this kind of questioning throughout its connection to Turner -- valuing his ties to right-wing hate groups, but also worrying that his audience might follow up on his violence rhetoric.

In a July 2007 memo, Turner's primary FBI handler, Special Agent Stephen Haug, wrote that Turner "will continue to be admonished in the strongest possible terms and on a periodic basis about his rhetoric and the potential of it inciting acts of violence."

Haug went on to say that Turner would be "instructed to utilize his celebrity status to insure he continues to remind those who follow his rhetoric that such rhetoric is not intended to incite violence."

"In balance," Haug wrote, "this source's value outweighs the discomfort associated with source's rhetoric. Source's unique access provides important intelligence which, if lost, would be irreplaceable."

Turner, meanwhile, often tried to assure the FBI that his shock jock rhetoric was not serious. "The audience loves the rip-roaring radio psycho," he wrote in one e-mail to the FBI. "They literally throw money at it. Just be confident that the personality you hear (or hear about) on radio is not real life. I have zero intention of doing anything stupid."

Nonetheless, Turner's statements were closely watched.

In February 2008, in the midst of the presidential primary season, Turner attracted the attention of federal officials when he turned against then-Democratic candidate Barack Obama.

"I'm starting to come to the realization that it may be up to a sole person, acting alone, to make certain this guy is never allowed to hold the most powerful office in the world," Turner wrote on his Web site. He later removed the statement.

But later that year, court records show that he contacted federal authorities to say that he had heard of a possible assassination plot by white supremacists against the president-elect.

"I didn't like Barack Obama," Turner explained in an interview. "But he won the election."

Seven months after the possible threat to Obama, Turner was in FBI handcuffs — for allegedly threatening the Chicago judges.

"Let me be the first to say this plainly: These judges deserve to be killed," Turner wrote on his blog on June 2. "Their blood will replenish the tree of liberty."

Turner also posted photos of the judges, their work phone numbers and office addresses as well as a map of the courthouse that pointed out "anti-truck bomb barriers."

"The word 'deserve' is just an opinion," Turner later told The Record. As for posting the photos of the judges, he added: "I can't tell you to this day how sorry I am."

Even if he wins his federal case, Turner's legal problems will not be over. In June, Connecticut authorities charged Turner with inciting violence against state officials who supported a proposed state law to give Roman Catholic parishioners greater control over church finances.

In each case, Turner contends his words are protected as free speech under the First Amendment. Turner's attorney, Orozco, adds that other federal prosecutors routinely ignored his outlandish statements. "He has made other controversial remarks about judges, none of which have ever been prosecuted," wrote Orozco in a legal brief.

"I never intended for anybody to feel threatened," Turner said.

**Longing to be heard**

Whatever his intentions, it remains unclear who the real Hal Turner is.

A fraud? A serious threat to homeland security? A white supremacist? A loyal citizen trying to help the FBI? A radio showman trying to build an audience — and income — with shocking statements?

After he was arrested by FBI agents in June, Turner was sent on a journey that took him to jails in Newark, Oklahoma and Chicago — often in solitary confinement. By late September, he was transferred back to New Jersey and sent to the Hudson County Jail in Kearny. In all, he spent 119 days behind bars.

In the interviews at the Hudson County Jail, Turner offered many glimpses of his personality and motivation.

"My country needed me," he said when asked why he accepted the FBI's offer in June 2003 to become an informant. "I'm a loyal, patriotic decent American citizen."

But why did he say — or hint — that some judges and other officials should be killed? Turner blames the FBI, saying that while agents never said he could threaten judges, they coached him on the limits of what he could say. As a result, Turner said he felt he had wide latitude.

"I was given specific instructions," he said. "Here, I am in prison, betrayed."

In one of his more controversial statements, Turner gloated over the murder of the husband and mother of a federal judge in Chicago in 2005. But Turner described his rhetoric as fake, arguing he hoped it "would solidify my anti-government credentials" among ultra-right-wing groups he was spying on.

As for hanging out with neo-Nazis and skinheads, Turner said, "That's not me. It never has been."

Raised in Ridgefield Park, the 47-year-old Turner labored more than a decade in a variety of positions with several moving-van companies. In 1988, while working for a moving company in Atlanta, Turner was arrested on a drug possession charge. In interviews, he said he had a cocaine addiction at the time and checked into a rehab program.

By the early 1990s, Turner moved to North Bergen and worked as a real estate agent. Within a few years, however, he began to dabble in politics, trying to beef up the Republican Party in

overwhelmingly Democratic Hudson County. He also was a campaign manager in New Jersey for Republican presidential candidate Pat Buchanan.

Politics seemed to offer Turner something he never realized he had — a voice and a need to speak out on hot topics. Now, however, several close associates question whether that voice is authentic or just the work of someone looking for the limelight.

In 1997, when Ramapo College Finance Professor Murray Sabrin ran for governor on a libertarian platform, he hired Turner to manage his campaign. Turner was a frequent caller on WABC's popular talk radio shows with Bob Grant and Sean Hannity — "Hal from North Bergen," as he came to be known.

Turner surely had a conservative flair, especially on such issues as abortion and immigration. But Sabrin noticed a complete shift after Turner started his own talk radio show. In particular, Sabrin, who is Jewish, found some of Turner's remarks to be anti-Semitic.

"People have a public face and a private face," said Sabrin. "Everything that he is doing now is a complete 180-degree shift. It's totally opposite from what I knew. I don't know where this is coming from. I certainly wouldn't have tolerated it."

For several years, the Southern Poverty Law Center, an Alabama-based civil rights group, has regularly monitored Turner's radio broadcasts and blog. Indeed, the center was one of the first organizations to raise questions that Turner might be an FBI informant.

Hearing now that Turner admits to being an informant, the center's director of research, Heidi Beirich, was especially critical of the FBI. "We've never seen anything like this with informants. It's essentially idiotic on the part of the FBI. Anybody who spent two seconds looking at Hal Turner's Web site would know he is a wild hare," she said.

Indeed, Turner's own recounting of his life with the FBI does not always mirror what records show he did.

Turner, for example, says the FBI asked him to participate in a mission to plug leaks of information inside the Department of Justice to a variety of groups including the Southern Poverty Law Center and the Anti Defamation League. Turner also says the FBI asked him to specifically criticize such African-American leaders as Jesse Jackson and Al Sharpton.

"I was supposed to be a counterbalance to Sharpton," Turner said.

Officially, the FBI declined comment on those unproven stories by Turner. The documents bear no trace of those operations.

**Expedition to Brazil**

Unofficially, FBI and other federal officials expressed a mix of dismay and outright anger when told of Turner's claims of being coached to make provocative statements.

"Absurd," said one. Another added: "And pigs will fly beginning with the next full moon. It never happened."

During interviews with The Record, Turner was at times unclear on some details. FBI records indicate, for example, that he did not become an informant until June 2003; Turner originally said he was recruited by federal agents in 2002, but later said he was mistaken.

Along with Haug of the FBI, his other regular contact was Leonard Nerbetski, a New Jersey State Police detective assigned to the FBI's Joint Terrorism Task Force.

Requests to interview Haug and Nerbetski were turned town by the FBI and by the state police.

In an early communication, Turner reported to the FBI about a meeting in Elmwood Park by the National Alliance. A few months after that, FBI records show that Turner was reaching out to several national leaders of the alliance.

FBI memos indicate that the bureau had appropriated as much as $100,000 for Turner's work as an informant.

"It was good money," said Turner, who would not say how much he was ultimately paid by the FBI.

Turner said he was earning about $15,000 a month from his suddenly popular radio show and blog.

As 2004 wore on, Turner found himself reporting to the FBI about a possible theft of evidence in a Bergen County drug case and about an attempt to set up a chapter of the Aryan Nations in northern New Jersey.

A year later, with the FBI paying for his visa and passport renewal, Turner embarked on his most ambitious mission — to confer with a wealthy white supremacist in Brazil who was considering making a $1 million donation to his American counterparts.

While in Brazil, Turner also reported meeting a World War II German Luftwaffe flying ace and linking up with a representative of the Brazilian Arab Society, who discussed a plan to ship $10 million in consumer goods to anti-American Iraqi resistance fighters.

After Turner returned to New Jersey, the records show that the FBI investigated the Arab Society representative and even reached out to U.S. officials in Brazil for help in monitoring his activities. But it's not clear if the $10 million shipment was attempted.

The $1 million donation also never materialized, records show. The Brazilian benefactor backed out of the deal when an American white supremacist did not accompany Turner on the trip.

Records indicate the FBI wanted Turner to return to Brazil to spy on white-supremacist training there. But Turner never went. While in Brazil, Turner said, he carried a gun for protection, which was not authorized by the FBI.

Only a few weeks after returning to the United States from Brazil, Turner again found controversy. In a radio broadcast, he targeted African-Americans.

"A full day of violence against blacks would be a really nice thing," he said.

Turner went on to call for "lynchings, church burnings, drive-by shootings and bombings to put these subhuman animals back in their place," according to a report complied by the Anti-Defamation League.

The episode illustrates the complicated relationship between the FBI and Turner. Despite Turner's racist radio rhetoric, the FBI also valued his undercover work -- and was apparently willing to take a risk with him again --- and pay him, too.

For example, a July 2005 memo by the FBI said Turner had been paid $10,365 in the previous fiscal year and that he "provided information which continues to be highly accurate and sensitive."

Turner continued to reach out intermittently to the FBI — with tips including a possible KKK murder plot — until June 2, 2009, the day he posted the alleged threats on his blog about the Chicago judges.

In an e-mail that day to the FBI, Turner says he has heard reports that agents had interviewed skinheads and others about him.

"Am I unapproachable?" Turner asked in the e-mail. "Geez, I'd think by now I would have proved myself. It's not like I'm gonna go postal or anything."

Three weeks later, Turner was arrested.

Four months after that, Turner, unshaven and wearing frayed green prison garb and fumbling with a loose tooth, sat in an interview room at the Hudson County Jail and pondered his journey — from shock jock to FBI informant to inmate charged with a serious federal crime.

"I can't believe this is happening to me," he said.

E-mail: kellym@northjersey.com and sampson@northjersey.com

White Reference: Former National Socialist Movement Presidential Candidate Brian Holland Outs Hi...    Page 1 of 7    White Reference: Former National Socialist Movement Presidential Candidate Brian Holland Outs Hi...    Page 2 of 7

Case 3:16-cv-00948-JPG   Document 25-6   Filed 07/17/17   Page 18 of 37   Page ID #432

Monday, February 27, 2012

## Former National Socialist Movement Presidential Candidate Brian Holland Outs Himself As A Professional FBI Snitch

*Update: The National Socialist Movement has now issued an official statement reacting to this development, cross-posted HERE.*



Brian Holland in 2008

I was wondering why I was receiving a sudden surge of hits on a previous post about Brian Holland. Now I know -- it turns out that Holland became the Hal Turner of the National Socialist Movement. The same man who was the NSM's official presidential candidate in 2008 and who was gearing up to run again in 2012 outed himself on February 26th, 2012 as an FBI informant during an appearance on Coast to Coast AM. And he's complaining that the FBI has thrown him under the bus after 11 years of *"risking his life"*.

Brian Holland is the second major informant to be found within the ranks of the NSM during the past five years, the other being David Gletty. Holland gave little cause for suspicion; unlike Hal Turner, who was an egotistical blowhard constantly probing the limits of legality, Holland was more of a grey-suited wingtipped type who scrupulously remained within the bounds of legality. Some Stormfronters seem unfamiliar with him. And when it came to compensation, Holland made Turner look like a piker. Forget about Turner's $2,000 per month; Holland was drawing up to $8,000 per month as a federal informant. And the NSM was only one of his targets; Holland was also used against PETA as well as an unspecified drug and gun smuggling ring.

The archive of the show is available, but only to paid Coast to Coast subscribers. However, I did find a free version of the audio posted on the ZFirelight blog. Holland's appearance covers Hours 2-4. Some feedback was posted on this other Stormfront thread; those who listened reported that Holland said he also snitched on David Duke and Aryan Nations, and that he was collaborating with the Southern Poverty Law Center. Here's the background summary from the Coast to Coast website:

> ...Holland detailed how, at the age of 18, he joined an organization in Virginia and quickly rose up the ranks of the movement. As his profile grew in the Neo Nazi subculture, Holland became the "national liaison" for a prominent White Power organization, trying to unite smaller groups, and was even named their Presidential candidate in 2008. Holland attributed his position as a public face of the White Power movement to his clean cut image and his understanding that less extreme rhetoric would help to entice new members.
>
> Concurrent to Holland's ascension in the White Power movement, he was surreptitiously working for the FBI to provide them with information on various groups and individuals, beginning in 1999. He explained that the job entailed going to Neo Nazi gatherings as well as meetings with prominent leaders in the movement and then filing reports on the events for the government. According to Holland, at times he was making 7 or 8 thousand dollars a month as an informant and all of that income was tax free. He was also subjected to random polygraph tests to insure that his reports were accurate and that he wasn't withholding information. Based on his experience, including being tasked to infiltrate PETA, Holland

organizations, regardless of their agendas and beliefs.

> Ultimately, and without warning, Holland saw his employment with the FBI terminated and was told that "now you don't exist." He lamented that "with the shake of a bureaucratic hand, the third highest ranking Neo Nazi in the country was put out to pasture after 11 years of risking my life." His break with the government was so stark that they refused to accept further information from him, including insight into a drug and gun smuggling ring that Holland had later uncovered. He expressed some trepidation that a handful of White Power movement members could seek retribution on him for his role as an informant. However, Holland said that he was actually more concerned that reprisal could come from the government, since he has seen, first hand, the depth and scope of their machinations.

According to Face to Face, Brian Holland is currently living near Richmond, VA and reportedly dealing with health issues. Holland is currently writing a book entitled *"Living The Fence"*, which chronicles his experiences as an informant; the book is expected to be released this spring.

Posted by Anchorage Activist at 10:30 AM

G+1  Recommend this on Google

Labels: Brian Holland, informer, NSM

## 25 comments:

**Anonymous said...**

What an embarrassment! The first national socialist presidential candidate in US history turned out to be a fed rat!

11:17 AM

**Anonymous said...**

So just what is surprising here? The whole frigging NSM is a honey-pot fantasy club. Some day its going to come out that the Mighty Kommander is a Fed asset as well. Jeff sure has a lot of judgement when it comes to whom to rub shoulders with. Satanist NSM Chairman Herrington, Jew-boy Dr. Plussman, Wild Willy Weiss, Hal (the turd) Turner, his former 'wife' Joanna & her niglet child Amber... The list seems endless. Holland is just another notch on NSM's belt of continous fuck-ups!

11:21 AM

**Anonymous said...**

This rat was removed from the NSM membership over a year ago. He was taking money for advance copies of a book he was suppose to be writing and when people did not receive them the NSM removed him. This was actually at the end of 2010 sometime he was removed.

We all know every single pro white group, forums and websites have rats in them. This is nothing new.

With that said everyone should know to always stay legal and the first time someone wants you do to anything illegal get the hell away from them.

12:16 PM

**Anonymous said...**

Bowles was the first NS candidate for President and has previously posted the filing papers to prove it. Holland was nothing but a spoiler against the Bowles campaign.

12:50 PM

EXHIBIT F(j)(i)

Anonymous said...

Honestly, did anyone really need yet another reason to steer clear of the NSM? 11 21 listed many of the NSMs more well known scandals.

Holland was the groups "candidate" for president in 2008, don't you think they should have done a better background check on him?

Same old garbage with this WN "Movement " Happened before, gonna happen again. I wonder who's gonna "come out"/be outed" next as a ZOG asset?

3:08 PM

Anonymous said...

Brian Holland unfortunately will always be known as America's first national socialist to run for president. Taylor Bowles blew through all of Nick Chappel's money and then faked a Hal Turner style heart attack. There is a reason you don't mearntion the word "votes" around Taylor Bowles. Now he is trying to claim he knew Brian Holland was a fed. He has called him every name in the book except fed. Anybody involved with some sort of goofy presidential campaign should be red flagged right then and there. That includes Holland, Bowles, Roper and the rest of the vendos.

3:27 PM

Anonymous said...

I don't know what is worse: a traitor snitch like Brian Holland, or a pedophile/convicted rapist like Gary Godsey being openly allowed into Morris Gulett's Aryan Nations...

4:37 PM

Anonymous said...

Well, Bowles is on his blog gloating about "I Knew Brian Holland was a Fed Informant!"

Sure Taylor, sure. How come you never said anything before?

Again, Bowles blows his own horn by mentioning that he, not Holland was the first NS presidential candidate, because He (Bowles) filed papers first! Yeah, way to get wound up about something so damn meaningless! What good come from either of the "NS" campargns? Nothing! Bowles just used his pathetic excuse for a presidential campaign to have something to crow about. As you can see, he still wont shut up about it

Bowles goes on to say that: "Thank goodness I didn't fit in with the misfits of the NSM and they ousted me because of it ..." Just trying to cover his own ass, why would a long time WN Acivist such as Bowles join a silly costumed down group in the 21st Century? I'd be embarrased too if I had been a part of the NSM.

4:43 PM

Anonymous said...

Now that Brian Holland isn't here to steal Taylor Bowles' glory, how about it, Taylor? Are you gonna run for president?? DO IT!!

5:07 PM

Anonymous said...

NSM Statement on Admitted Federal Informant Brian Holland:

On Feb 27th during the Radio Show "Coast to Coast"

http://www.coasttocoastam.com/show/2012/02/24 a former Movement affiliate by the name of Brian Holland has openly admitted to serving as a paid informant. It should be noted that Brian Holland has not been affiliated with the NSM since sometime in 2010 when we cut ties with him for fraud and theft from numerous NSM affiliates. Brian claimed in 2010 to have finished writing a book about the Movement, and showed up at our National Meeting to solicit pre-orders for this alleged (Movement based) book from those in attendance, he claimed the book would ship in a matter of weeks to anyone who paid for a copy at that time. Brian claimed the book would cover his decade of History in the Movement from the time when he claimed to have worked with Dr. David Duke, other various White Civil Rights groups, and up through his time with the National Socialist Movement. We soon suspected that his claim to have written this book was simply a ruse to extort a little more money from the Movement Faithful when the orders went unattended. Brian also ran for Office on a NSM Platform in 2008, where he solicited and accepted donations from all around the Nation, speaking at events around the Country and passing the hat for donations for that endeavor. It is unknown to myself and The NSM exactly how much funding he extorted from the Movement during his phony campaign, and what he did with these donations is also unknown to us. It was rumoured within the NSM that he may have misappropriated funds to support his widely suspected chronic gambling habit. According to Brian Holland's own statements to Coast to Coast radio he was being paid 7 to 8 grand per month by the Federal Government for the past 11 years, which equals just short of 100 grand per year, or about a million dollars total over the past decade.

5:53 PM

Anonymous said...

NSM response

The man (if you can call him that) clearly has no honor whatsoever and sold his soul to the highest bidder. He can live out the remainder of his days as a hated pariah, a thief, a fraud, and as a man with no conscience, now that his handlers have apparently cut him loose. The reason I am addressing this bottom feeding leech at all is this: For all the time Brian Holland spent working as a snitch and getting paid nearly a million dollars (if that figure is even correct as he claims), the American people via our Government have footed the bill. We are not aware of any person being arrested or locked up due to any illegal actions that Brian may have witnessed, therefore his tenure monitoring the so-called violent Movement of evil White Civil Rights activists was a massive waste of time and funding for the Federal Government, although Brian got his dirty money, the system reaped nothing in return. Brian Holland is simply another scam artist who was looking for a quick buck, he was scamming the system, just as he scammed many of us in the struggle for Race and Nation.

There is so much more I could say about this vile creature, however the above paragraph sums up the legacy of what and who Brian Holland really is in my opinion. Brian Holland will not be the last informant, and he is certainly not the first, but what he and people like him better always remember is this: We will not forgive or forget their treachery! Their shame will loom like a dark shadow over them for the rest of their days on this earth!

The system sends these creatures into the ranks of the Movement in an attempt to slow our momentum, and against the groups and individuals they fear the most. The cause and effect the system wishes to create an atmosphere of fear and paranoia amongst Nationalists and Patriots in order to slow our progress. The proper response to an offensive against our Folk is to double your efforts in the struggle! With that said I will

Case 3:16-cv-00948-JPG   Document 25-6   Filed 07/17/17   Page 20 of 37   Page ID #434

leave you all wondering now that Bowles handpicked a
Benjamin Franklin

Those who would give up essential liberty to purchase a little
temporary safety deserve neither liberty nor safety.
Benjamin Franklin from the Historical Review of Pennsylvania,
1759

5:54 PM

**Anonymous said...**

I listened to this fat slobbering backstabber and thought he said
he wrote the book already but my searches yielded nothing--
not that I would ever purchase this pack of lies

I hope this fat worm does have health problems and is flat
broke. I doubt the ADL and the SPLC will help him out too
much by purchasing his worthless book, so he will stay broke.

I hope this traitor rots in hell

8:21 PM

**Anonymous said...**

Once again Mr. Bowles was right regarding someone like
snitch Holland. Perhaps we should listen to him and oblige his
experience and wisdom more often.

If Mr. Bowles had a suspicion that Holland was a snitch why
didn't he say anything? Why should he? The NSM let him out to
dry when he was their candidate.

12:28 AM

**Anonymous said...**

How much money did Jeff Schoep receive when he was getting
paid by zog for mental disability? No, this isn't a cheap shot, its
a simple fact!

3:02 AM

**Anonymous said...**

Presidential campaign? WTF Do these people live in
fantasyland, or what? Bowles did that silly shit, back when he
was IN the NSM amongst Jeffs collection of losers. Since he
joined the ANP, Rocky apparently has convinced Bowles to act
more reasonable. Hey, good for him! I can applaude someone
who see's the light and corrects the errors of his past thinking.
If it wasn't for people like Taylor Bowles and Rocky constantly
hammering away at the idiocy and dysfunctionals in the
movement, who else would do it? Would it be somehow better
not to know? All this spin the NSM is currently doing, is just
that. ANOTHER black eye for American National Socialism, by
the group best known for doing just that. Wait until Holland gets
on 60 minutes giving NS another smearjob courtesy of Jeff
Schoep and the National Satanist Movement!

8:12 AM

**Anonymous said...**

Bowles knows what he is doing one hell of a lot more than
Rocky does. He doesn't need him to tell him squat. Who was
the first NS presidential candidate? It wasnt Rocky, that is for
sure. Why does he want to throw a wet blanket on such an
accomplishment? The man has jelousey issues. I'd hate to see
his membership toss him out and put a more positive, effective
leader like Bowles in his place .. it could happen

10:16 AM

**Anonymous said...**

many Sun-dynia is looking at any National's research leader
America has had since Rockwell. He speaks the truth that the
filth and informants hate hearing

ANP14.com

3:55 AM

**Anonymous said...**

I agree he is a sight better than Taylor Bowles. It would terrible
to see Rockwell's ANP end up like Bowles NSOA

11:38 AM

**Anonymous said...**

Seems Rocky and Bowles get along pretty well as a TEAM.
Too bad the rest don't in the pro-White Movement.

10:59 AM

**Toby said...**

A.A.

It seems apparent now that Mr. Bowles is a 100% legitimate
National Socialist because 1.) He doesn't seem to have any
problems with the ANP and falls in line as a team player with
them., 2.) He has consistency of holding events and a
Christmas party for the last ten years., 3.) He is the only NS
person in the country that speaks to high school students on a
yearly basis and so on.

What Holland did to the campaign for President of Bowles was
a dirty FBI tactic and I bet the NSM was in on it too. The writing
is on the wall. People can come in here and spread all kinds of
untruths about Mr. Bowles all they want but they won't back it
up with fact. HOLLAND IS AN ADMITTED FBI INFORMANT
AND A SABOTEUR. That's a fact! Mr. Bowles was a victim

11:04 AM

**Anonymous said...**

This whole article was supposed to be about NSMer Brian
Holland being a FBI snitch. Why all the negative crap about Mr
Bowles? I think that there are some FBI snitchs right on this
board trying to deflect from the real issue. Why no comment
from Commander Schoep? Doesn't he care? Or, is it no big
deal that his presidental candidate was a Fed? Looking at all
the recurring drama from NSM it sure looks to be a pretty sorry
group.

5:04 PM

**Anonymous said...**

What's worse? Holland being a snitch or NSM Commander
Schoep being a adulterer and race-mixer

2:10 PM

**name said...**

The question that came to my mind while listening to that show
was: would there be a white nationalist "movement" without
these government plants ?

4:20 PM

**Anonymous said...**

He has scammed many and I think this is another scam!
Honestly do some research...he was fired from radio
broadcasting and he even stated on a message board it was a
result of groups he was afflated with and has not been able to
work in radio since. What better way to get back in but claim all

this time he was embarrassed and then screamed like a little
book ( there is not one in my opinion) is another scam to take
peoples money. all this moron knows how to do is lie, cheat
and scam people.

4:21 AM

Anonymous said...
Kameraden,Where is the NS-Loyalty.!
Very sad indeed.
"HH"

6:46 PM



**COAST ᴛᴏ COAST**

Date:    Sunday - February 26, 2012
Host:    George Knapp
Guests: Brian Holland, Curtiss C. Kull

George Knapp was joined by journalist and radio host Brian Holland, who shared his story of becoming a high ranking member of the White Power movement while simultaneously acting as an informant for the FBI. Holland detailed how, at the age of 18, he joined an organization in Virginia and quickly rose up the ranks of the movement. As his profile grew in the Neo Nazi subculture, Holland became the "national liaison" for a prominent White Power organization, trying to unite smaller groups, and was even named their Presidential candidate in 2008. Holland attributed his position as a public face of the White Power movement to his clean cut image and his understanding that less extreme rhetoric would help to entice new members.

Concurrent to Holland's ascension in the White Power movement, he was surreptitiously working for the FBI to provide them with information on various groups and individuals, beginning in 1999. He explained that the job entailed going to Neo Nazi gatherings as well as meetings with prominent leaders in the movement and then filing reports on the events for the government. According to Holland, at times he was making 7 or 8 thousand dollars a month as an informant and all of that income was tax free. He was also subjected to random polygraph tests to insure that his reports were accurate and that he wasn't withholding information. Based on his experience, including being tasked to infiltrate PETA, Holland surmised that there are government informants in most organizations, regardless of their agendas and beliefs.

Ultimately, and without warning, Holland saw his employment with the FBI terminated and was told that "now you don't exist." He lamented that "with the shake of a bureaucratic hand, the third highest ranking Neo Nazi in the country was put out to pasture after 11 years of risking my life." His break with the government was so stark that they refused to accept further information from him, including insight into a drug and gun smuggling ring that Holland had later uncovered. He expressed some trepidation that a handful of White Power movement members could seek retribution on him for his role as an informant. However, Holland said that he was actually more concerned that reprisal could come from the government, since he has seen, first hand, the depth and scope of their machinations.

## Patrick Carnes Disappearance

In the first half hour, undersheriff Curtiss Kull provided an update on the mysterious disappearance of Patrick Carnes. He noted that, following his previous appearance on Coast, it took two and a half weeks to sort through all of the tips that came in from listeners. While some of the information shed light on potential new leads in the case, he said, Carnes' disappearance remains a mystery. Conceding that the length of time since the man vanished suggests a potentially grim outcome, Kull was optimistic that there could still be a potential break in the case. In light of the high traffic area where Carnes disappeared, Kull surmised that "somebody drove by and saw something that is the key to this entire case."

**Website(s):**

- facetofacewithbrianholland.com
- hcsony.com

# Related Articles

## Knapp's News 2/26/12

EXHIBIT F(j)(ii)

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

UNITED STATES OF AMERICA, et al.
    Plaintiffs,

v.                      Civil Action No. 2:07cv342

JOHN CROCKETT HENRY, et al.
    Defendants.

UNITED STATES' RESPONSE TO WHITE'S "MOTION
TO CONSTRUE 28 USC § 636(B)(1)(b) MOTION AS A MOTION
PURUSANT TO FED. R. CIV. P. 60(b)" and NOTICE REGARDING
SEALING OF MATERIAL IN THIS ACTION

I.    **Introduction.**

On October 25, 2016, Magistrate Judge Miller issued two orders, the first denying White's Motion to Unseal (ECF No. 226), ECF No. 224, and the second sealing additional material the United States requested be sealed (ECF Nos. 208, 221), ECF No. 225. On December 1, 2016, non-party William A. White ("White") filed a motion for "reconsideration" of the "Magistrate Judge's Order of October 25, 2016." *See* "Consolidated Motion, and, Brief in Support of, Reconsideration of the Magistrate Judge's Order of October 25, 2016 Pursuant to 28 USC §636(b)(1)" (UNDER SEAL) (the "Reconsideration Motion"). On December 8, 2016 the Court issued an order denying the "Reconsideration Motion" as moot. ECF No. 244. On December 12, 2016, White filed the instant "Motion to Construe 28 USC § 636(b)(1)(b) Motion As A Motion Pursuant To Fed. R. Civ. P. 60(b)." ("Motion to Construe") ECF No. 246.

Given the orders already issued in this case, *see* ECF No. 242 (November 22, 2016, Order denying White's "Notice of Appeal"); ECF No. 244 (December 6, 2016 Order denying White's "Consolidated Motion . . . in Support of, Reconsideration . . ."), White's current

"Motion to Construe" is technically moot, and may be denied as such. However, as explained below, the United States is continuing to evaluate (as it has since White first filed his Motion to Unseal) the need for certain items to remain sealed in this case. The United States anticipates, subject to completion of its review, that it will advise the Court that certain items no longer need to remain sealed.

Because such action may also render White's current motion moot, the United States respectfully requests the Court defer acting on this motion until at least February 9, 2017 so that the United States' review may be completed. Such delay in no way prejudices White because he acknowledges he now has (from the WDVA) the document (the transcript) that he initially sought from this Court for purposes of his habeas petition. ECF No. 246 at 2.

II.    **The Court's Sealing Orders.**

Both in 2012 and in the current 2016 proceedings, the United States sought to seal material filed by White in this Court (and certain responses by the United States that refer to that material) for two reasons: (1) because the materials describe documents or information that White may have obtained as a result of discovery produced in his Western District of Virginia ("WDVA") criminal proceeding, and which he is restricted from disclosing in this Court by the WDVA Protective Order (*see* ECF No. 147-1), and/or (2) because the materials purport to reveal the identities of confidential FBI informants and operations. *See* ECF Nos. 163 and 164 (May 10, 2012 order sealing ECF Nos. 135-137 and 184); ECF No. 225 (October 25, 2016 order sealing ECF No. 154, and portions of ECF Nos. 205, 207, 218 and 220). As stated in prior filings, the United States has been consulting with law enforcement officials, including criminal prosecutors in the WDVA and the FBI in an ongoing effort to determine the

EXHIBIT F(k)

necessity of continued sealing of those materials in this matter, or to limit the scope of sealing.[1]

*See, e.g.*, ECF No. 241 at 7, ECF No. 216 at 4.

With regard to the first reason, the United States has notified the prosecutors in the WDVA about the developments in this matter[2] and have provided them with the materials in this case that have been sealed to date regarding White (as sealed by ECF Nos. 163, 164 and 225). Those prosecutors have undertaken an effort to determine, if possible, the extent of the discovery material provided to White in the WDVA, and whether the information he has provided to this Court reveals information obtained from that discovery material, in violation of the WDVA's Protective Order. The United States intends to inform the Court as to what, if any, material should remain sealed as protected under the WDVA Protective Order by no later than February 9, 2017.

With regard to the second reason, the United States has routinely sought the instructions and advice of the FBI to determine what material among White's voluminous filings are, from its perspective, sensitive and in need of protection (based on the circumstances then existing), as we are obligated to do under pertinent guidelines. In the course of preparing to respond to White's recent filings, the FBI has now re-evaluated the material sealed in this matter in 2012 and 2016 pursuant to ECF Nos. 163, 164 and 225, to evaluate the issues and concerns that

might be raised by public disclosure of this information at this time. Given the passage of time, and the legal developments and changed circumstances that have transpired since 2012, and based upon their evaluation, the FBI has informed the United States that, for operational reasons, it is now unnecessary to keep sealed most of White's filings in which he purports to identify specific FBI operations and alleged informants (as well as material filed by the United States in response to White's filing that was also placed under seal.)

Accordingly, the United States anticipates withdrawing its objections to disclosure on the public record of the specific statements and references White has filed in this case regarding purported informant names and FBI programs (as well as related filings by the United States),[3] and will seek the continued sealing only of a limited set of material, to the extent that it does not contain currently sensitive information or personal identifiers and it is not otherwise protected by local rules or court orders, including the Protective Order in the WDVA. As set forth above, the United States anticipates that review by the WDVA to be completed by February 9, 2017, at which time the United States will file a Notice with the Court indicating which items currently sealed pursuant to ECF Nos. 163, 164 and 225 may be unsealed, and which items should remain sealed.

III.  **Conclusion.**

For the reasons set forth herein, the United States requests the Court defer ruling on White's "Motion to Construe" pending the filing of a subsequent Notice by the United States regarding the continued need for sealing of materials in this matter. The United States' Notice will be filed no later than February 9, 2017.

---

[1] As explained in the United States' Consolidated Response filed on November 22, 2016, certain documents were sealed in 2008 because they contain personal identifying information. ECF No. 241 at 5-6. Those documents should remain sealed to protect that information. *See* ECF Nos. 69, 88, 94, 134. White has previously indicated that he does not seek the unsealing of such information. *See* "Movant's Second Amended Motion to Seal," filed Nov. 8, 2016, at 2.

[2] Since the time of White's original prosecution in the WDVA, the prosecutors who handled the 2008 prosecution have either left government service or are on indefinite sick leave. Two other prosecutors in the WDVA have been asked to assist in this EDVA matter.

[3] The United States neither confirms nor denies the accuracy or truthfulness of White's many allegations, including about purported government sources or activities.

Respectfully submitted,

UNITED STATES OF AMERICA

DANA J. BOENTE
United States Attorney

By:        /s/
Kent P. Porter, VSB 22853
Counsel for United States of America
Office of the United States Attorney
101 West Main Street, Suite 8000
Norfolk, Virginia 23510-1671
Phone: (757) 441-6331
Fax: (757) 441-6689
Email: Kent.Porter@usdoj.gov

SAMEENA S. MAJEED
Chief, Housing & Civil Enforcement Section

R. Tamar Hagler
Deputy Chief

By:        /s/
Lori K. Wagner, VSB 39446
Trial Attorney
United States Department of Justice
Civil Rights Division
Housing & Civil Enforcement
        Section – NWB
950 Pennsylvania Avenue
Washington, D.C. 20530
Phone: (202) 305-3107
Fax: (202) 514-1116
Email: lori.wagner@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 14th day of December, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following filing user(s):

| | |
|---|---|
| Barry Randolph Koch<br>Inman & Strickler, PLC<br>575 Lynnhaven Parkway, Suite 200<br>Virginia Beach, VA 23452<br>(757) 485-7055<br>bkoch@inmanstrickler.com | Rebecca Kim Glenberg<br>ACLU of Virginia<br>701 E. Franklin Street, Suite 1412<br>Richmond, VA 23219<br>(804) 649-2733<br>rglenberg@aclu-jl.org |
| Anthony F. Troy<br>Eckert Seamans Cherin & Mellot LLC<br>919 East main Street, Suite 1300<br>Richmond, VA 23219<br>(804) 788-7751<br>ttroy@eckertseamans.com | Stephen Charles Piepgrass<br>Troutman Sanders LLP<br>Troutman Sanders Bldg<br>1001 Haxall Point<br>PO Box 1122<br>Richmond, VA 23218<br>(804) 697-1320<br>Stephen.piepgrass@troutmansanders.com |

And I hereby certify that I will mail copies of the foregoing and the NEF by U.S. mail, postage paid, to the following non-filing user(s):

William A. White, #13888-084
United States Penitentiary – Marion
P.O. Box 1000
Marion, IL 62459

        /s/
Kent P. Porter, VSB 22853
Counsel for United States of America
Office of the United States Attorney
101 West Main Street, Suite 8000
Norfolk, Virginia 23510-1671
Phone: (757) 441-6331
Fax: (757) 441-6689
Email: Kent.Porter@usdoj.gov

# Racist Skinhead Group Vinlanders Social Club on the Decline



2008
Winter Issue
November 30, 2008
David Holthouse and Laurie Wood
Two years ago, the violence-prone Vinlanders were one of the hottest racist skinhead gangs in America. Then they began to cool

Indianapolis, Ind. — It was judgment day for the Butcher.

Wearing a blood-red prisoner's jumpsuit, the co-founder of the Vinlanders Social Club, a once-mighty racist skinhead gang, sat in silence at a sentencing hearing while his attorney listed the jailhouse self-improvement courses that had been completed this year by Eric "The Butcher" Fairburn.

"Impulse control," the lawyer said. "Anger management. Coping skills. Values clarification."

That's quite a turnaround for Fairburn, 34, who's better known for specializing in drunkenness, self-aggrandizement, racial hatred and spontaneous violence. It was the latter tendency that landed him in a Marion County Superior Court room last August for sentencing after Fairburn pleaded guilty to felony battery for beating a black homeless man unconscious on a busy street in downtown Indianapolis.

It happened the night of March 26, 2007. Fairburn was drinking on the patio of an Irish pub along with two other Vinlanders, Tim Dumas and Josh Kern. They could have been toasting their gang's success. At the time, the Vinlanders Social Club (VSC) was riding high.



Bully boys: A core group of early Vinlanders, many of them also Ohio State Skinheads, included (standing, from left) Eric Fairburn, Timothy Dumas, Jason Gregg, Jason Gale, Nate Sliter, Eric Busetti, Scott Burns, John Carr, and (crouched) Bryon Widner.

After bursting onto the U.S. skinhead scene in 2003, the VSC rapidly gained notice by hyping the image of a take-it-to-the-extreme crew of renegade skins. Carrying on the vendetta of its predecessor, the Outlaw Hammerskins, the VSC openly challenged the longstanding dominance of the Hammerskin Nation, an elitist league of regional skinhead crews. This brazen defiance, along with the VSC's wild partying, exotic "Odinist" rituals and penchant for brawling, ensured that by the time the Butcher and his buddies gathered to down a few pints in March 2007, the VSC was known far and wide in the white supremacist underworld, its ranks having swelled to the point that it had eight chapters in six states.

Now, almost two years later, the very same excesses that propelled VSC's ascendance are threatening to bring about its downfall. Criminal prosecutions, rumors of racial impurity, internal power squabbles and egos run amok are cutting into the gang's ranks and deflating its self-made myths.

Although it's impossible to pinpoint exactly when the VSC began to lose steam, the violence that transpired between the trio of beer-swilling Vinlanders and a homeless man named Dexter Lewis was emblematic of the gang's self-destructive streak — and the sorry pass to which it would eventually come.

According to police reports and media accounts, as Lewis passed the sidewalk table occupied by the Vinlanders, he commented to Fairburn, "Nice tattoo." It's unclear which tattoo Lewis meant, as Fairburn has quite a few, including the Vinlanders insignia inked atop his scalp and the word "Murder" etched across the side of his neck. In any case, Fairburn didn't take the remark as a compliment. "Nigger, don't you dare stop," he replied.

EXHIBIT F(1)



Timothy Dumas (left) and Joshua Kern were convicted earlier this year of charges related to the March 2007 beating of a black homeless man.

Lewis kept going. But about 10 or 15 minutes later, Fairburn, Dumas and Kern tracked him down at a nearby intersection, knocked him out and then continued to punch and kick him in the face and stomach after Lewis collapsed in a crosswalk. Undeterred by the large crowd of witnesses that had gathered, one of the Vinlanders allegedly yelled to a spectator who tried to stop the attack, "Back off or you'll get a piece of this, too." Another of the trio told a woman on a cell phone, "If you call 911, I'll kill you."

All three skins were arrested a short time later. Earlier this year, Dumas pleaded guilty to a felony charge of criminal recklessness and was sentenced to a year in prison. Kern pleaded guilty to misdemeanor battery charges and received 60 days. Fairburn, the ringleader in the attack, was sentenced to five years in prison, with three years suspended. Since he had already served 199 days in jail, the VSC leader will be eligible for release in late February 2009. (Though initially allowed to post bail after being arrested for the 2007 attack on Lewis, Fairburn was jailed in early 2008 on separate battery charges after he allegedly attacked his girlfriend's mother in Hancock County, Ind. He awaits trial in that case).

Shackled and handcuffed, Fairburn did his best to sound contrite during his sentencing hearing, respectfully answering "Yes ma'am" and "No ma'am" to the black woman judge peering down on him from the bench. When she announced that she was barring him from associating with skinheads or any other white supremacists as a condition of his suspended sentence, Fairburn didn't hesitate to renounce the VSC in open court.



Vinlanders member Adrian Petty posted this photo to his MySpace page along with other images documenting his recent military service in Iraq.

"I'm no longer a member of the Vinlanders and I no longer have any association or ties whatsoever with the Vinlanders Social Club or any other [racist] clubs or anything," Fairburn said. "I haven't been around those people in over a year. I'm 34 years old, and I've got too much going on in my life to waste any more of it... . When I decided to get out, I grabbed as many people as I could and ran for the door. Anybody who I thought I could talk some sense into, I did, and a few quit along with me."

**Ego Trips**

Lending some credibility to Fairburn's claim that he led a skinhead exodus is the fact that several longtime VSC members have in fact quit the group in recent months, though their specific motivations for doing so have not been made public.

Others — in addition to Fairburn, Dumas and Kern — are in serious trouble with the law. VSC skins Jason "Junior" Gregg and Jon "Jean Claude" Carr were arrested in Ohio last February on charges of felonious assault and abduction for allegedly shooting at an undercover Bureau of Criminal Identification and Investigation agent in Thornville, Ohio, in 2006. They're currently jailed, awaiting trial.

The VSC was formed to be a leaderless brotherhood of fiercely independent skinhead warriors. The gang was successful at first because it was ruled by consensus rather than by a single leader. Because skinheads are rebellious by nature, the loose structure of the VSC appealed to members and potential members.

Recently, however, VSC co-founder Brien James has started declaring himself the leader of the pack. This is not good news for the Vinlanders. James is notorious in the skinhead movement for his gargantuan ego and his corresponding ham-handed attempts to wrest absolute control of any group he's involved with, inevitably sowing internal dissension and then ultimately quitting when he doesn't get his way. In the case of the VSC, as veteran members have quit in protest, James has reportedly replaced them with rag-tag, new recruits.

Throughout this year, the *Intelligence Report* has received E-mails from different individuals claiming both longstanding connections to the Vinlanders and inside knowledge about the gang. While the authenticity of these E-mails cannot be verified, their authors come across as knowledgeable in key areas, including their shared criticisms of Brien James.

"It seems Brien is unwilling to take responsibility for the present state of the Vinlanders and wishes to blame others for its continuing internal drama and legal problems," reads a February 2008 E-mail from "Vinlander Insider," who listed the embattled VSC leader's home telephone number. "Brien has proclaimed himself sole leader of the Vinlanders yet takes no responsibility for any of the present situation and difficulties. ... The Vinlanders went from an elite club to a collection of castaways and misfits that the founding members didn't want to be around."

Further adding to the gang's woes are the increasingly prevalent whispers in racist skinhead circles about an old rumor — the suspicion that several of the old-school VSC members have a bit too much melanin in their skin to meet the Aryan ideal. Accusations of mixed-blood heritage have dogged the gang since even before it officially formed. In 1999, Fairburn was denied membership in the Outlaw Hammerskins, a rowdy cadre of disaffected ex-Hammerskins,

because of his relatively dark complexion and less-than-Nordic features. Outlaw Hammerskins leader Jeremy Robinson dubbed Fairburn "Brown Eric" after taking a good look at the future Vinlander and pronouncing him "too brown."



Vinlanders who attended a 2005 gathering included (top row, from left) Nate Sliter, Adrian Petty, Jason Gregg, Eric Busetti, Timothy Dumas, Eric Fairburn, Brien James, Jason Gall, John Carr and Adrien Apodaca; and (bottom row, from left) "Big John," Bryon Widner, "Chad," Kevin Kislingbury and Scott Burris.

**Fruits of the Vine**

The Outlaw Hammerskins did, however, tolerate Fairburn as a "hangaround." In 2003, Fairburn and another hangaround, Donald "Popcorn" Weirich, banded together with three former members of the Outlaw Hammerskins — Brien James, Nathan Sliter and Bryon Widner — to form the Indiana-based Hoosier State Skinheads (HSS), the direct predecessor to the VSC.

In short order, the Indiana skins recruited counterparts in Ohio to start up the Ohio State Skinheads (OSS). Although its founders made a concerted effort to project the image of separate but allied crews, in reality the HSS and OSS were the same organization.

This deception continued on a larger scale as the gang that came to be known as the Vinlanders Social Club expanded its membership and geographic distribution. In public, the VSC appeared as a coalition of independent state crews. In private, though, it acted as a single entity.

Like the Outlaw Hammerskins before them, the Vinlanders recruited new members by cultivating a reputation as brash young lions pitting themselves against the established, old-guard Hammerskin Nation. Though James was a driving force behind this rebellious posturing, in August 2005 he pulled a sudden about-face by setting out to become the great skinhead unifier. Calling himself "an authorized spokesman and representative of the Vinlander Social Club as a whole," James posted "An Open Letter to the Hammerskin Nation."

First, he noted, "there has been a longstanding division between members of certain crews ... most notably members of the Hoosier State Skinheads and members of the Hammerskin Nation." Then James announced that, speaking for the VSC and their allies, he was calling a "National Skinhead Council" meeting that would be held in Ohio in October of that year.

The prospect of skinhead unity inspired James to new rhetorical heights: "This council and a unified movement of skinheads was ... the dream of all of us at one time in our lives. ... If ANY REPRESENTATIVE from the Hammerskin Nation accepts this gesture from me and my brothers we can strike a blow the likes of which has never been dealt before. Two, maybe three thousand united skinheads in America. And tens of thousands more coming out of seclusion, retirement, or just being reawakened by a unified and organized front."

These grandiose visions of a skinhead army (with James, no doubt, serving as a general) were stoked by the VSC's having recently forged an alliance with one of the two rival splinter factions of Blood & Honour. Blood & Honour is a neo-Nazi network based on racist music and established in the 1980s in England by Ian Stuart Donaldson, the late lead singer of the iconic British hate rock band Skrewdriver.

Following Donaldson's death in 1993, Blood & Honour suffered a schism in its ranks that persists today, with the organization split into Blood & Honour/C18 and Blood & Honour Worldwide. (C18 refers to Combat 18, a group that broke away from the extreme-right British National Party and is known as the "armed wing" of Blood & Honour. In neo-Nazi numerology, the 1 in C18's name stands for A and the 8 for H, a reference to Adolf Hitler.) Both, of course, claim to be the "true" Blood & Honour. The VSC allied with the American wing of Blood & Honour/C18. Significantly, the Hammerskin Nation supports Blood & Honour Worldwide.

**More Blood Than Honor**

As advertised, the National Skinhead Council took place in October 2005. Blood & Honour/C18 member Kevin Kislingbury hosted the gathering on his property in Logan, Ohio. A Blood & Honour/C18 website touted the council as "a milestone event for the United States Racial Movement" with 17 groups represented: "Blood & Honour Ohio, Blood & Honour Texas, The Ohio State Skinheads, The Keystone State Skinheads, The News Jersey Skins, The Canyon State Skinheads, The Hoosier State Skinheads, The American Thule Society, The Maryland Skins, Label 56, The Hoosier State Skinheads, The IKA [Imperial Klans of America], White Rider Records [the IKA's music division], The National Alliance, NS88 Videos, ISD Records, and Resistance Records."

That statement was classic Vinlander braggadocio. In truth, many of the attendees "represented" more than one group. For example, the single Maryland State Skinheads member who attended, Jason Tankersley, was credited by the Vinlanders' creative accounting method as representing both MSS and his own hate rock company, Label 56.

Even so, the gathering drew about 60-65 skinheads and other assorted neo-Nazis and Ku Klux Klansmen. Notably absent, though, were the Hammerskins. Neither they nor any of their allied skinhead crews, including the Portland, Ore., gang Volksfront, bothered to dispatch emissaries to the National Skinhead Council, which voted to name itself Council 28 (2 standing for B, representing Blood; and 8 for H, meaning Honour), before wrapping up the proceedings by sharing a drink of mead from an elaborately carved "drinking horn."

The second gathering of Council 28 ended in bloodshed. It was Memorial Day weekend, 2006. The Vinlanders and their allies congregated at the Dawson Springs, Ky., compound of the Imperial Klans of America to have a council meeting and then party at the IKA's annual Nordic Fest, a racist music festival.

After the Council 28 meeting concluded, the drinking began in earnest. It was May in Kentucky and the heat, combined with the alcohol and frequent technical problems with the sound system used for the Nordic Fest speeches, put the revelers on edge.

Then Steven Boswell, Missouri coordinator for the National Socialist Movement, a neo-Nazi group, gave a speech that was not particularly well-received by the Nordic Fest crowd, which consisted mostly of members and allies of the Vinlander Social Club. Unlike some groups, Boswell said, the NSM wasn't just some "social club" that only cared about drinking.

The second that Boswell stepped off the stage, Fairburn and other enraged members of the VSC were on him like a pack of wolves, lashing him with kicks and punches as his wife and 10-year-old daughter looked on in horror. The following day, after fleeing the compound with his NSM colleagues in tow, Boswell posted photos of his bruised and lacerated face on the Internet.

Accounts of the hair-trigger violence in such a public setting proliferated rapidly throughout white supremacist Web forums. While the attack enhanced the VSC's standing among skinheads, who tend to ridicule the NSM, many older white supremacists decried the white-on-white violence. "The Vinlanders have done nothing but one thing and that is proving that they are nothing but a bunch of Niggers in white skin," wrote NSM Cpl. Christina Drake, Boswell's wife.

**Boots or Axes**
Two months after the Nordic Fest beat-down, in July 2006, Fairburn sought to further add to the VSC's swashbuckling reputation by publishing an open challenge to Hammerskin Nation for "30 versus 30 mutual combat on neutral ground."

"In the spirit of our revered ancestors, pagan and christian alike, we wish to make terms of battle," Fairburn declared. "We offer fists and boots as the first offer. Bricks, bats, knives, clubs and axes are our second offer. We will accept either terms and offer both genuinely and will honor your decision to either. We wish the neutral host to keep guns outta the fight and check the combatants before entering the field."

The victors, Fairburn wrote, would become "the undisputed leaders of the North American scene." He set a deadline of Sept. 14, 2006, or about a month before Hammerfest, the yearly Hammerskin rock festival, was scheduled to take place in Detroit. The Hammerskins did not publicly reply. No battle was ever arranged or took place, and it was unclear whether Fairburn was actually speaking for the Vinlanders or merely issuing an empty challenge that he couldn't have backed up under any circumstances.

Because Fairburn spent so much time online, claiming to be speaking for the VSC, outsiders often misperceived him to be the de facto head of the gang, or at least one of its leaders. In reality, Fairburn was lower on the VSC totem pole. Chronically unemployed and virtually homeless when he didn't have a girlfriend, Fairburn had a hard time managing himself, let alone running herd on a bunch of drunken thugs.

Six months after Fairburn dared the Hammerskins to meet for a final battle on what he termed, with characteristic dramatic flourish, a "field of honor," the VSC was clearly on the decline, with Fairburn, Dumas and Kern facing felony charges and James raising hackles with his dictatorial tendencies, and the VSC was on the decline.

Once again assuming the role of wise peacemaker, James in September 2007 cast himself opposite Fairburn in a skinhead version of "good cop/bad cop" by announcing a truce. Boldly titled "A New Era," a post on the VSC website proclaimed that James was "proud to announce that after nearly a decade of conflict and division, the Vinlanders and the Hammerskin Nation have been conducting meetings and parties on both sides have decided to declare peace. ... It is over. No longer will anyone feel like they have to choose sides, and no one in this country should feel like they are not welcome amongst their own, because of a rivalry that very few care about, and even fewer understand."

But the Hammerskins made no public acknowledgement of the purported truce or the negotiations that supposedly preceded it. To the contrary, Volksfront (VF) leader Randal Krager issued a press release claiming that neither VF nor any of its affiliates had or would "make any deals with persons who have attempted to harm or slander VF."

In the months since James offered the olive branch, Hammerskin activity, especially that of the Confederate Hammerskins faction, has been on the upswing around the country, while that of the once-vaunted VSC is waning.

Fairburn is out of the scene. Not only did he publicly renounce the Vinlanders at his sentencing hearing, but he's also facing another assault prosecution for allegedly beating his girlfriend's mother.

Although the phone at the VSC "headquarters" on English Avenue in Indianapolis is still registered to Dumas, he and Kern are both under strict court orders not to associate with the Vinlanders.

Meanwhile, the gang's website is badly out of date. Its "FAQ" page has Fairburn, on a page headlined "A few questions and answers from the Butcher," detailing the VSC's righteousness in terms that are quite ironic in retrospect, considering his current legal status.

"This club comes first in our lives because from this fraternal order, all good things come to our folks and families," the Butcher wrote. "We believe in practicing our Freedom of Association and the ability to do so without being monitored, labeled, classified and filed by the misinformed law enforcement community."

But it's not the cops who are on the wrong track.

As "Vinlander Insider" put it: "The Vinlanders Social Club struggles to maintain legitimacy and a foothold in the North American racist skinhead circles ... Brien James, we thank you for destroying the Vinlanders."



WWW.AMERICANFREEPRESS.NET • JANUARY 2 & 9, 2017 • ISSUE 1 & 2 • AMERICAN FREE PRESS



was allegedly ha-
New York subway.
untry, told her she
ad scarf. Problem
de the incident up.

t speak about it

Ms. Seweid told
e felt "heartbro-
ried to help her

looking at what
thing," she stat-

etermined. Ms.
cause she broke
ig alcohol with

uities to admit
king by her sto-
media outlets.
this—and don't
out we had guys
video and with-
hing."

ing Ms. Seweid
stencies in her
i admitted she
eing punished

ump allies con-
l "hate crimes,"
n face physical
arassment on a

# A Personal Message of Thanks From Political Prisoner Bill White

AFP WRITER BILL WHITE is currently serving decades in a federal counter-terrorism prison for crimes that he alleges, in a habeas petition pending in the Western District of Virginia, were committed by two federal informants and a rogue FBI-JTTF agent. This agent, an ADL law enforcement award winner, has a 30-year documented history of corruption and, fabricating cases and was recently found by a federal court to have committed perjury in a related case. Thanks to your support, U.S. District Judge Glen E Conrad has taken his previous rulings under reconsideration and ordered the United States to respond to these allegations and the long list of documented acts of perjury and fabrication that Bill has presented, by January 11, 2017.

Litigation, however, continues. In 2008, after federal informant Hal Turner falsely accused White of plotting to assassinate U.S. President Barack Obama with a truck bomb, Bill White was arrested and tortured by federal authorities, this conduct being repeated again in 2011 and 2014. As a result, Bill was diagnosed in 2016 with severe restricted environmental stimuli-related neurological damage. Since then, substantial evidence has come out that government officials destroyed documents to cover up this injury. Bill has a torture lawsuit pending in the Southern District of Illinois, but needs funds to retain a neuropsychiatrist as an expert witness.

Bill is also currently fighting both the Department of Justice and his own attorneys, in lawsuits in Illinois in an attempt to uncover the full extent of government wrongdoing in his case. Documents that have already come out show that the Anti-Defamation League of B'nai B'rith planted one of its members on Bill's de-

fense team. Other documents, including documents released under the Freedom of Information Act, show that Bill was a long-time target of an FBI-JTTF counter-intelligence operation. This operation infiltrated groups like the League of the South, the Minutemen, and even supporters of the government of North Korea, and was involved in setting up numerous phony "white supremacist" groups, including several branches of the Aryan Nations, the Ku Klux Klan, "neo-nazis" and "skinheads." In the words of one federal informant who was involved in the operation, David Gletty, the goal was "disrupt," and, "spread paranoia," among "law-abiding citizens." The evidence is that this operation is still going on and may have even targeted the presidential campaign of President-elect, Donald Trump.

All of these legal actions—nine right now in the federal courts, and many more in administrative proceedings—are consuming substantial amounts of money. There are legal fees for filing suit, private detective fees and expert witness fees, all of which Bill had to bear while being held in prison on charges that were fabricated for the purpose of "shutting him up." Your support allows Bill to investigate and prosecute, these cases and also do simple things, like pay for typewriter ribbons and copying—at prison prices.

NOTE: Bill thanks every one of you for your support. He eagerly awaits your letters but wants you to know each one has to be individually approved by prison authorities. After that he can write to you for donating to his legal defense. Because of your work, Bill's cases have really begun to move forward through the federal prison system.

—POISONED PEN PUBLISHING

# Donate to Bill White's Defense . . .

☐ I would like to contribute to Bill White's defense in the amount of: $_____. All who donate $15 or more will receive a free

I ENCLOSE: $ _____.

SEND MY BOOK TO:

Name _____

A PAKISTANI invader pretending to be a refugee in Berlin, Germany, told a court he had raped one and committed five other sex attacks on German women because "as a refugee, it is hard to get a girlfriend." Asif M. pleaded guilty to all charges before the Landgericht Berlin.

[...]prevent another mass nonWhite invader sex attack like that which occurred a year earlier, the Interior Ministry announced: a typically inept liberal response to a racial problem caused by their own policies. Cops were to hand out the rape alarms to women taking part in their annual New Year's Eve party trail at Vienna's city center.

[...]and global inequality through capitalism and neocolonialism. It is a cornerstone of American culture, the culture which justifies the existing American social structure. It is amidst and against this culture that HipHop is created. Understanding race through the lens of colonialism, and enduring neo-colonial relations, allows for a much more concrete understanding of both the politics of HipHop and its role in decolonization.

"Proper consideration of the colonial constitution of race foregrounds the anti-colonial imperative of Blackness and the applicability of Fanon's analysis in *Wretched of the Earth* to the struggle for Black liberation in the United States. Fanon understood that colonialism is established and maintained through a complex mixture of coercive force and ideological domination.

"National culture within the colonial context is the construction of a local culture suited to the specific needs of the colonized people that subverts and destroys the culture of the colonizer. It is important to note that Black nationalism, or third

[...]age is still living with them. A bit worried, the parents will know where he's headed by means of a little test.

They leave a note on the front hall table saying they've left, and alongside it place a ten-dollar bill, the Bible and the bottle of whiskey, then hide as if no one is home.

The man tells his wife, "Should he take the money our son will be a businessman, if the Bible then it's a pastor, but the bottle of whiskey, I'm afraid, will tell us he may turn into a no-good drunkard."

When their son arrives they're peeping from hiding and observe him reading the note they've left. He holds the ten-dollar bill against the light, then shoves it into his pocket. After flipping through the Bible he tucks it under his arm, grabs and opens the bottle, takes an appreciative whiff to be sure of its quality and leaves for his room carrying all three items.

The father slaps his forehead and moans, "This is worse than I could've imagined!"

"What?" asks the astounded wife.

"Our son is going to be *a politician!*"



# The First Freedom

*May God continue to bless and help you in the work that you are doing.*
RICHARD SMYLY
*Point Clear, AL*
*I am very impressed with each new edition of The First Freedom.*
MICHAEL ARNOLD
*Nashville, TN*
*I really have to give credit to your editorial faculty for putting together such high quality, informative articles.*
JASON BAKER
*Waymart, PA*

SOUTHERN HERITAGE AND CULTURE
PRAY FOR US

## SUBSCRIBE TODAY!

### NEW READERS
☐ $5 for 6 issues

### RENEWAL
☐ $25 for 12 issues
☐ $50 for 24 issues
☐ $75 for 36 issues
☐ $100 for 48 issues

NAME _____
ADDRESS _____
CITY ____ STATE ___ ZIP ___
PHONE _____ EMAIL _____
CHURCH/SCHOOL/ORGANIZATION ____

CLIP AND MAIL TO THE FIRST FREEDOM
P. O. BOX 385, SILVERHILL, ALABAMA 36576

*Challenging a Zionist-controlled mediacracy to tolerate the truth*

## The First Freedom
### Self-government begins at home

Speech and religion were already ours back when FDR named "four freedoms." But he would whip hunger, fear and oppression, abstaining forever from Europe's wars.

> When politicians lie, the State bites off what only *individuals* can chew.
> It's time we recovered those powers not delegated.

**Editor:** Olaf Childress
**Editorial faculty:** J. B. Campbell, Bill Ebb, Nancy Hitt, Kyle Hunt, Christine Miller, Donald Sullivan and Bill White.
**Correspondents:** Mark Anderson, Ellen Brown, Chris DeHuff, Jason Gerhard, Elliott Germain, John Peeples, Pat Shannan and Mike Walsh.
**Telephone:** 850-624-5490
**Email:** editor@firstfreedom.net
**Website:** www.firstfreedom.net
Correspondence about subscriptions or changes of address should be addressed to The First Freedom, P. O. Box 385, Silverhill, Alabama 36576.

Periodicals postage paid at Foley, Alabama.
**POSTMASTER:** Send address changes to The First Freedom, P. O. Box 385, Silverhill, Alabama 36576.
**SUBSCRIPTIONS:** C. S. A. and U. S. For the next twelve issues send $25 to above address.
**Domestic subscriptions:** Send $25 check, money order, (Federal Reserve Notes or one silver dollar at own risk) for the next twelve issues anywhere in C. S. A. and U. S. by bulk mail or $48 in a first class envelope. Inmates may pay with postage stamps.
**Foreign subscriptions:** Canada $53 for 12 issues, other foreign destinations $86 in U. S. dollars or other instruments readily convertible thereto.

*Self-government begins at home.* Let patriotism, in obedience to God, emancipate our imprisoned heritage! Join this nonprofit newspaper and help de-program the brainwashed population. Except for copyrighted articles, anyone may reprint or quote The First Freedom in whole or part; just give full credit and address.

We may carefully edit submitted manuscripts to fit space and style sheet without changing meaning; prefer email; publish only the writer's name, city and State but need address and phone verification. Signed articles by contributors do not necessarily represent The First Freedom's views. These are expressed in editorials.

EXHIBIT 1(b)

AMERICAN FREE PRESS · ISSUE 1 & 2 · JANUARY 4 & 11, 2016 · WWW.AMERICANFREEPRESS.NET

# Was Osama bin Laden Killed Because He Was a Conspiracy Theorist?

### By Bill White



Eight times the U.S. claimed it killed Osama bin Laden before officially claiming he was assassinated for the last time in a 2011 raid in Pakistan. But did the CIA finally kill him because he was researching who was really behind the Sept. 11, 2001 attacks on America?

When American Special Forces murdered accused 9-11 mastermind Osama bin Laden for the ninth time in Abbottabad, Pakistan, bin Laden may have been looking for the truth about 9-11. Such is the picture that emerges from a list of 39 books and other papers—conveniently written in English—that the United States claims it recovered from bin Laden's bookshelves after they killed the al Qaeda leader the most recent time, in 2011.

The United States says that it quickly destroyed the body of the man it executed, by throwing it overboard from a Navy ship, and has never provided any evidence of who, if anyone, was actually slain that day. Most of the Navy SEALs involved were subsequently killed themselves when one of their helicopters was shot down by a rocket-propelled grenade—a difficult thing to do to a moving whirlybird.

According to the U.S. military, bin Laden read numerous "conspiracy theory" books, including several sold by AMERICAN FREE PRESS, as part of an effort to understand Zionist power and how it keeps the American population under control.

In addition to AFP longtime friend Eustace Mullins's *Secret of the Federal Reserve*, titles on bin Laden's "bookshelf" include Fritz Springmeier's *Bloodlines of the Illuminati*, left-wing journalist Bob Woodward's *Obama's Wars*, and left-wing professor Noam Chomsky's *Necessary Illusions Through Control in Democratic Societies*. An English-language "Jihad membership application" was also reportedly found.

The Office of the Director of National Intelligence (DNI) recently released pertinent documents to try to combat continuing allegations that the U.S. government lied about the May 2, 2011 raid that gave rise to their latest claim to have taken out bin Laden. Prior to that raid, the United States claimed on eight other occasions to have killed bin Laden. None of the claims has ever been verified, and many believe that bin Laden died of kidney and heart disease no later than 2002, just after the 9-11 attacks. One belief is that the United States faked bin Laden's continued existence in order to justify its attacks on and occupations of Iraq and Afghanistan, as well as repressive domestic security measures.

The recent release of documents immediately led major media institutions to label bin Laden a "conspiracy theorist." Though everyone knows that American government and society are in fact dominated by a small clique of elites and that these elites use the mass media to manipulate people and the financial system to vacuum money into their own hands, to suggest that they coordinate or work with each other in any way is a "conspiracy theory," a so-called stopthink label designed to marginalize those who study the American power structure.

What is not clear in the DNI report is whether bin Laden was also searching for 9-11 truth.

Many Americans question the official accounts of the Sept. 11 attacks. For one thing, the destruction of the buildings just looks "too controlled." Secondly, the Mossad had prior knowledge of the attack, deployed assets to film the attack, and used an electronic messenger service called Odigo to alert their assets inside the World Trade Center of the attack in order to give them time to escape. Third, other groups including some media outlets seem to have had advance knowledge of the progression of the attacks, including several that announced the destruction of World Trade Center Building 7 while it was still standing. ☆

Bill White is a freelance journalist and publisher based in Virginia. He has also written articles for THE BARNES REVIEW (TBR) magazine. For a sample copy of TBR, send $2 to TBR, P.O. Box 15877, Washington, D.C. 20003. Bill is also the author of a new book entitled *National Socialism: Yesterday & Today*. Softcover, $15.00 U.S. check/money order only made out to Pennsun Pre Persuasion, P.O. Box 2778, Stafford, VA 22555. Proceeds go to White's legal defense fund.



1 800 BEAT IRS

The MacPherson Group PC

Attorneys ∘ Free Brochures

WWW.BEATIRS.COM

DRINK WATER WITH 3,000% MORE ENERGY

FREE Bottled Water SAMPLE! 570.386.0214

WATER PROOF: add only 20 drops to ordinary low energy water that can't stop disease!

FREE WATER

Dept of Environmental Quality (DEQ): Removing even the smell of pathogens (municipal letters) with our home machine repurifying 100's of times a. gal (not ONCE!!!)

We the People

Tax-Freedom.com
NEED HELP?
IRSzoom.com

page 332, Silverdale, Alabama 36576    January 2016    19

# Conspiracy theorist Osama bin Laden profiled neocons?

By Bill White
firstfreedom.net

When U.S. Special Forces murdered him for the ninth time in Abottabad, Pakistan, Osama bin Laden may have been looking for the truth about 9/11.

Such is the picture that emerges from a list of 39 books and other papers – written conveniently in English – that the United States claims it recovered from bin Laden's bookshelves after they killed Al Qaeda for the most recent time in 2011. The United States says that it quickly destroyed the body of the man it executed, and has never provided any evidence of who if anyone actually was slain that day. Most of the Navy SEALs involved were subsequently killed themselves. One of their helicopters was shot down by a rocket-propelled grenade – a difficult thing to do with a moving whirlybird.

According to the U. S. military, Osama read numerous "conspiracy theory" books including several published by American Free Press, as part of an effort to understand the Jewish power and how it keeps the American population under control. In addition to longtime AFP friend Eustace Mullins' Secrets of the Federal Reserve, titles on bin Laden's "bookshelf" included Fritz Springmeier's Bloodlines of the Illuminati, left-wing journalist Bob Woodward's Obama's Wars and left-wing Jew Norm Chomsky's Necessary Illusions Through Control in Democratic Societies.

The Office of the Director of National Intelligence released the documents to try to combat continuing allegations that the U. S. government lied about the May 2, 2011, raid that gave rise to their latest claim to have taken out bin Laden. Prior to that raid, the United States claimed on eight other occasions to have killed bin Laden. None of the claims have ever been verified, and many believe that bin Laden died of kidney and heart disease no later than 2002, just after the 9/11 attacks. Such individuals believe that the United States faked bin

Laden's continued existence in order to justify its attacks and occupations of Iraq and Afghanistan, as well as repressive domestic security measures.

The release of documents immediately led major Judeo-occult media institutions to label bin Laden a "conspiracy theorist." Though everyone knows that America's government is dominated by a small clique



of élites whose mass media manipulate people and the financial system to vacuum money into their hands, to suggest that they coordinate or work with each other in any way is a "conspiracy theory," a stopthink label designed to marginalize those who

study the American power structure.

Many Americans question the official accounts of the September 11, 2001, attacks. For one, the destruction of the buildings just looks too controlled. Two, the Mossad knew of the impending attack, sent assets to film it and used the messenger service Odigo to alert their assets inside the World Trade Center, giving them time to escape. Third, other groups including some media outlets seem to have known what was coming, several announcing the collapse of WTC-7 while it was still standing.

Also suspicious are the massive benefits Zionist Jews in the United States gained from that attack. It bolstered their power within the Bush administration, suppressed domestic political dissent and destroyed the Iraq of Saddam Hussein, who was financing Palestinian liberation groups.

These DNI revelations do not reassure Americans concerned about the official stories surrounding 9/11 and Osama. The United States has too frequently lied at Jewish direction for most Americans to believe anything it says.

# Federal judge who outlawed racial profiling now profiles

By Colin Flaherty
americanthinker.com

Federal Judge Susan Dlott wrote the book on racial profiling in 2002.

Last month, she ripped it into one million tiny pieces when three Black people broke into her $8 million Cincinnati home and started beating her and her 79-year-old husband.

"There's three Black men with guns at our house," Dlott told a 911 operator after she escaped the home invasion and ran to her neighbor's house one mile away.

And, just in case the operator did not hear her the first time, Dlott said it again: "My husband and the dogs are still there. There are three Black men with guns and masks at the house."

## Whoa, now!

That's Racial Profiling 101: Identifying those criminals by race, as if that had something to do with it.

You remember, the same thing NBC tried to pin on George Zimmerman when it maliciously (mis)edited his 911 call about Trayvon Martin.

Dlott became a National heroine of the movement to outlaw – and define – racial profiling in 2002, the year after those Cincinnati riots. Another memory refresher: That was when thousands of Black people rampaged through Cincinnati for four days, burning, destroying, threatening, vandalizing, beating, defying police – and all because a police shooting reminded everyone that Black people are relentless victims of relentless White racism.

The cops were always picking on Black people for no reason whatsoever. Even Bill Cosby cancelled a concert. That's how bad it was.

That is what the NAACP said when it sued the city in federal court. Once the NAACP lawsuit was assigned to Dlott, they consolidated all their cases in her court. Because everyone knew they had a kindred spirit on the bench in Dlott.

## Friendly magistrate

At that time, the Cincinnati Enquirer described her as an "unabashed liberal." Which to them was a compliment. "Now the future of race relations in the Queen City may be in her hands. She's overseeing an unprecedented effort to resolve a racial profiling lawsuit that accuses Cincinnati police of detaining African-Americans because of their skin color.

"The outcome of the case could set a new standard for resolving decades-old problems in race relations, not only here but nationwide."

And it did – maybe not the way they



expected. In 2014 for example, it took local media almost a week to figure out that, during the Taste of Cincinnati, large groups of Black people were gleefully attacking bus riders, commuters, members of a gay country western dance club, little old ladies and even the children of the local DA during and after the annual downtown celebration.

No one wanted to say it. No one wanted to report it. Because, in Cincinnati, Dlott helped reporters and public officials long ago figure out that identifying criminals by race is a very bad thing.

The lawsuit in Dlott's court quickly became more of an arbitration than a trial, with many community meetings, "input from stakeholders." In theory, that meant finding out what was happening. In practice, it degenerated into lots of angry Black people talking about how cops were always picking on them.

With as many White media and public officials cowering in agreement.

The police were part of this process, but were mostly left to mumble they were not racists and they were just doing their job by catching criminals. Which no one seemed to care about – not enough to risk being labeled as racist, at any rate.

For so much talk of how Black criminals were being treated unfairly, there was little or no testimony about Black on White crime and all the Black mob violence in Cincinnati. And how it was wildly out of proportion. And little from White and Asian victims of that crime and violence – then and now documented with a letter from a Cincinnati cop in that scintillating bestseller, Don't Make the Black Kids Angry.

From the very beginning of proceedings, everyone pretty much agreed that Black people were victims, not the perpetrators. No matter what those racist crime numbers showed.

Writing in a law journal at Duke University, Andrew Taslitz describes the

mob atmosphere that permeated Dlott's federal court. And yeah, he thought it was a good thing: "The 2001 Cincinnati violence and resulting bad press for the police force created an atmosphere conducive to the defendants settling quickly. Plaintiffs took advantage of this situation by offering to submit their complaint to a mediation."

Dlott and the NAACP made it clear the case was about more than just one cop beating one Black person. Said Taslitz:

"But the protests and resulting violence were about far more than the excessive use of force. Protestors were also angered by what they viewed as years of degrading racial profiling by the local police. A teenager interviewed by the Washington Post seemed to capture the sense of the community:

"'The riots are not just a reaction to the killing of an African-American male, but to the injustice to our people for so long,' said Christopher Johnson, 16, as he stood on the church steps. 'Just walking down the street I get asked [by police], 'What are you doing?' I pay taxes like they do. I should be able to walk down a public street.'"

It is not known whether the Post confirmed the young man in question was actually paying taxes.

Whatever: By the time the trial was over, Black people in Cincinnati knew they had a new champion, Dlott. And their champion let everyone know that, from then on, police would be keeping better statistics of any disparity between White people and Black people who are stopped and/or arrested.

Because any disparity between White crime and Black crime was the result of one thing and one thing only: White racism manifest in racial profiling.

## Survival of the unfittest

The mantra of racial injustice has since become gospel for mayors, governors, lawyers, attorneys general, and even the President of the United States. All of whom agree that the only reason there is a racial disparity in law enforcement is due to overpolicing in Black neighborhoods.

Just a few months ago, Attorney General Lynch was the featured speaker at a Black Caucus seminar on this topic, where several Black police chiefs and lawyers and government officials agreed that, if the same amount of police resources were moved to White neighborhoods, police would make the same kind of arrests in the same number.

So there really is no difference between Black and White crime.

That is the essence of racial profiling. That is how so many people in Cincinnati and in law journals around the

country know Susan Dlott.

## They still don't get it

And that is why so many people in her hometown and around the country were a bit surprised she was so quick to pull the race card in her call to 911: After all, we know far more Black people in Cincinnati are arrested for burglary and home invasion. But, in her world, White people do it too. In the same amount. They just don't get caught.

Her friends took to TV and the internet to remind everyone how Dlott has pioneered so many "civil rights" decisions. And how her wealthy trial lawyer husband is a lifetime board member of the NAACP.

"If we lost her, which we would have but for her smart thinking... and a few coincidences, we would've lost one of the great civil rights judges of our time," her neighbor told a local TV news crew. "It's because of Susan Dlott that we have community policing here and modeled across the nation. She structured that agreement."

As if having excused Black criminality gave her a pass from the consequences of such Black criminality which is wildly out of proportion.

It did not.

But if everyone should overlook how Judge Dlott was so eager to racially profile the people who threw her husband down a flight of steps. Many did not, and were happy to say so in the various accounts of this crime on the web:

"She didn't care about their age, height, weight, clothing, facial hair. Nope. They weren't 'teens' now but three Black men!"

"She sounded like she might clutch her 'purse too if she had one!?'' said another.

"She should have to apologize to these children in court for causing them all these problems. They could have been shot and killed by the very Police she ruled were profiling Black children!"

"I hope I'm a juror on that case: 'They're victims of White racism. NOT GUILTY.'"

"Because of people like her, shaming people who have reason to live with a healthy dose of fear by calling them racists, Judge Dlott's Ivory Tower was invaded and she became one of us for a moment. Oh, the shame! Hello pot? This is the kettle. You're black."

## Please don't profile

Those three home invaders who just happened to be Black were soon caught. And remain in jail awaiting trial with bail of at least $2.5 million.

That did not sit well with the mother of one of the alleged invaders, who informed reporters her son was a good boy who did not normally do stuff like this.

# Dark Age Holocaust

## What's the truth about a new "holocaust of the Jews" being claimed by fanciful mainstream historians?

WHILE THE ALLEGED HOLOCAUST OF WWII often takes center stage among the mysteries of mass Jewish disappearances, a clique of mainstream Jewish historians has quietly engineered a much greater "Holocaust"—the destruction of dozens of Jewish communities and hundreds of years of Jewish history with the sweeping "scholarly" denial that these Jews ever existed. The motive is simple—the involvement of their Dark Age brethren in slave trading, coining and usury is so undeniable that only a lie can stifle the truth.

**By William A. White**

vidence of Jewish life in post-Roman Western Europe is extensive. All of the major histories—those of Gregory of Tours and Isidore of Seville not least among them—make frequent references not only to individual Jews, but to organized Jewish communities. Twentieth-century French historian Henri Pirenne wrote extensively about the Jewish role in the Dark Age European economy, and Jewish historians have traced the development of a Jewish principality in the Narbonne in southern France in the Languedoc-Roussillon region. Lest we forget, the civil war that ultimately destroyed the Carolingian Empire began with a revolt against Jewish influence at the court of Louis the Pious.

That being said, the facts about Jewish life in the 5th to 10th centuries don't fit the politically correct narrative of Jewish purity versus oppression pushed by modern Zionism and, needless to say, this does not sit well with the court historians operating today.

Thus Michael Toch of *The New Cambridge Medieval History*, for instance, has decided to make the usurious, slave-trading Jews of Dark Age France, Spain and Italy simply disappear. According to Toch, all of the vast historical material from the period (and after) is not evidence of "actual living Jews," but a byproduct of the anti-Semitism of the Catholic clergy who authored these histories. They are, according to Toch, "Catholic allegories," fueled by a bigotry designed "to drive home moral and theological messages for internal Christian consumption."

> "According to Toch, all of the vast historical material from the period (and after) is not real evidence, but a byproduct of the anti-Semitism of Catholics."

Take, for instance, a scene from Gregory of Tours, in which Gregory describes a visit of the Merovingian King Guntram of Orleans. Gregory tells us that:

> A vast crowd of citizens came out to meet [Guntram], carrying flags and banners, and singing songs in his praise. The speech of the Syrians contrasted sharply with those using Gallo-Roman, and again with that of the Jews . . . . [A]nd the king was heard to say: "Woe to the Jewish people. . . . They sang my praises [solely] . . . in the hope that I should give an order that the synagogue, which was destroyed sometime ago by the Christians, should be rebuilt from public funds."

There is much that one can glean from this. The first is that there were enough Jews in Orleans, capital of one of the Merovingian French states, that their voices and their language made them a distinct portion of the adoring crowd. Second, the Jewish community of Orleans was sufficiently well-organized to have had a synagogue. And, third, when this synagogue was burned by Christians, the Jews had enough political influence to expect it to be rebuilt at state expense.

Similar evidence attests to Jewish communities in the Narbonne, where a contender for the Jewish Exilarchy in Babylon settled in the 7th century, to Marseilles, the major south Gallic seaport and a hub of Jewish slave exporting, to Trier, former capital of the Roman tetrarchy, where Slavic slaves were purchased from German adventurers venturing farther east. Slaves were imported from Britain down the west coast of France by the Jews of Bordeaux, and sent down to Venice by the Jews of Cologne and the Rhine. Many Jewish slave traders we know by name, and we have substantial documentation of Vatican efforts to purchase and liberate Christian slaves.

But Hebrew scholars like Toch don't like the truth about Jewish history, and, so "poof"—with one swoop of the pen, the Jews of Gaul, Spain and Italy disappear, holocausted away into a historical void where they reside, presumably, with the 6 million Jews who did not disappear during World War II.

In Toch's imagination, "an escalating obsession with Judaism as an enemy to be eradicated," an obsession fueled solely by the teachings of Jesus Christ, and not by



## Paving the Way for the Inquisition

Starting in the early 700s, Muslim armies from North Africa commanded by Tariq ibn Ziyad and others were able to begin the conquest of Spain by defeating the Visigothic Christian armies of Roderick at the Battle of Guadalete near Medina Sidonia. According to most accounts, Roderick and a large number of Visigoths nobles were killed, thus ending effective Christian resistance in Visigothic Spain. The Muslim victory at the Battle of Guadalete thus opened the way for the Muslim armies to proceed to the capital city of Toledo. Both Catholic and Muslim chroniclers attest to the fact that the Jews of Toledo willingly and quite happily threw open the gates of Toledo, thus allowing the fanatical Muslim armies to enter and occupy the city. (Evidently the Jews of the region were angry that their Christian hosts had repeatedly asked them to assimilate into Christian society by converting.) Looking to move swiftly to conquer other Spanish cities, ibn Ziyad and other Muslim commanders felt comfortable enough with the loyalty of the Jews to leave conquered Spanish cities in the hands of their Jewish inhabitants until their return. At this time—and in many Muslim nations today—Jews were afforded protected status by Muslim rulers and actually fought with the Muslims against the Christians. Jewish historians, of course, would rather ignore this fact, although it is attested to in numerous Muslim and Christian historical works of the period. Above, the so-called Jewish Gate of Toledo, Spain.

EXHIBIT G(e)

any Jewish provocation, caused all levels of Gothic society, from the peasants to the Church to the king, to imagine their societies were being plagued by a Jewish menace comprising "a single entity endowed with remarkable resources and posing a tangible threat."

This anti-Semitic pathology, in Toch's view an inborn, perhaps genetic hatred carried by the Germans, was so great it caused them to tear apart their own empire in A.D. 830, over Jewish influence, which, thanks to Toch, we now know didn't exist. Agobard of Lyons, the brave bishop who spurred Louis' sons to depose their father and stop the abuse of Jewish slavers, was just "obsessed" with this fantasy, as were all of the Frankish and German nobles who, having observed the Jews at court, devoted their lives and their retainers to this quest. Deep, indeed, must be the insanity of the gentiles.

For, in Toch's world, history which has not been written by the Jews cannot be written about the Jews, either. "[T]he order of magnitude of Jewish life in Northern and Western Europe is strongly indicated by the veritable absence of a written record produced by Jews." After all, how could they not have written their own history? Or, rather, how could they have left us with only the one history we do have from the period—the *Toldot Yeshu*, or "life of Jesus," a book the Jews would rather blame on Christians for writing. Toch admits, the *Toldot Yeshu* is an "acerbic Hebrew travesty of the Christian gospel"—a document so offensive, it isn't even mentioned today in the presence of modern Christians. This "written record" not being what Toch wants, he simply says that "no" written record exists.

Toch, though, is sure of one thing about these nonexistent Jews—they were persecuted. Even though no "actually living Jews" existed in Merovingian and Carolingian France and Gothic Spain, "in the period 500-700, Jews . . . had to cope with mob attacks on their syna-



One of the most important historical sources from the early medieval period is *The History of the Franks* (originally called by the author *10 Books of Histories*), written in the late 500s by Gregory of Tours, a prominent Merovingian-era chronicler. Some politically correct scholars would rather say the factual histories of Gregory are the product of bigoted fancy. Here a depiction of St. Gregory is shown from an illuminated Catholic manuscript page.

gogues, usually fanned by zealous bishops." The horror of these physical attacks in "Catholic allegories" didn't stop there. These "allegorical" non-persons were also being compelled to convert. "The forced conversion of Jews as a collective became government policy and must surely have had some results." After all, this we know is true because it is recorded in the histories the Jews didn't write. As Toch says: "Conversion was serious enough a problem to trouble the most important sages."

In short, Toch reads our quote, above, by Gregory of Tours, ignores the crowd of Jews and the demands for money, and reads only that "Their synagogue . . . was destroyed sometime ago by the Christians."

One would think that this kind of Talmudic reasoning, where words of gentile scholars are to be read according to the laws of *middot*, may belong in the yeshiva, but not in the halls of academia. Think again.

To this, fellow scholar, Paul Fouracre, in an immensely philo-Semitic introduction to *The New Cambridge Medieval History*, responds by endorsing Toch's method, suggesting that the histories of the Dark Ages should not be considered as a faithful recording of the facts, but as "magically real" literary devices.

Though "sufficiently long, well provenanced and coherently written," the millennium-old histories of Catholic monks are to be "analyz[ed] in literary critical mode" until a horde of Soviet-trained English majors, schooled in the nuances of racism, sexism, colonialism and homophobia, have "undermine[d] confidence in the relevance and objectivity of the narrative." In short, rather than confront Toch as a quack and possibly risk his tenure, Fouracre bows his head and allows Toch to cherry pick medieval history, accepting what he likes, and changing what he likes, without any limitation.

The results of this distortion of history are as bizarre as the myths that have cropped up around the Jewish

"holocaust." In Spain, for instance, Toch states that "it stands to reason that, after 711, a sizable immigration [of Jews] from North Africa took place." This stands to reason purely because Toch rejects the extensive histories which detail how the Jews already in Spain opened the gates of cities to Muslim invaders. Toch admits that Spain, after the Islamic invasions, had many "Jewish towns where there were no gentiles," but asserts that these were solely the result of post-Islamic immigration.

The Jewish records of the migration to the Narbonne under the Goths, the Gothic histories, and the Islamic histories, written by men like ibn Khaldun, which mention Berbers and Arabs but no Jews in their train, are all wrong. Toch doesn't like them, Zionism has no use for them, and post-modernism finds they have no literary validity, so they can just be disregarded, and Jewish imagination and myth-making become a substitute for reality.

Germany is not spared this fanciful form of historical revision, either. Toch admits that Jewish communities thrived in Cologne and Trier, slave-trading centers for prisoners taken by Rome in Germania. Toch also admits that Jewish communities thrived in these cities after the

10th century. How could he deny Rashi, rabbi of famous proto-Kabbalistic yeshiva? But, Toch asserts, "no continuity can be assumed from the Jews apparent in late antique centers like Cologne and Trier" because the "intellectual production of French Ashkenazic scholars" did not begin until after A.D. 900. How, Toch wonders, could a Jewish community have existed for 500 years before producing a single commentary on the Torah?

What Toch really does is illustrate a very different scholarly principle: That every inquiry that disagrees with the portrait of Judaism he feels comfortable with must be tossed out a window. Toch's approach to history is thus useless to the cause of advancing human knowledge. To the cultural Bolshevist, history is a fantasy and a lie, and every contradiction of this must be suppressed, slandered and "discredited" by controlled "academia." ✦

*WILLIAM WHITE is the author of* The Centuries of Revolution: Communism, Zionism, Democracy. *The book is available from TBR BOOK CLUB for $25 plus $5 S&H inside U.S. See page 64. Bill is currently a prisoner in the U.S. federal gulag for free speech crimes.*

## The Centuries of Revolution: Democracy, Communism, Zionism



One of the most hard-hitting, no-nonsense writers on the American scene today, William White has been reviled for his candor, bankrupted and railroaded into federal prison. But he remains undaunted. In his new book, *The Centuries of Revolution*, White has stepped forward with an unsettling—but consistently fascinating—exposé of the dark forces behind world subversion that have worked relentlessly on virtually every front to forcibly transform traditional white culture for the benefit of the financial and political power of one manipulative minority. Tracing the origins of this agenda back to pre-Biblical times, exploring the worship of the strange gods the Israelites encountered in Egypt, White demonstrates—with shocking clarity—that the underlying philosophy of revolution has been insidiously utilized to mesmerize and enslave the peoples of the West in order to achieve the ultimate dream of world domination. Democracy, Communism and Zionism are the tools. This panoramic overview of historical realities lays waste to much of the nonsense and historical misinformation (purveyed by "experts" on the Internet who are anything but that) circulating today about what is—and what is not—progress. This is an invaluable source of hidden history you'll study and reference time and again. *The Centuries of Revolution* (softcover, 200 pages, #617) is available from TBR, P.O. Box 15877, Washington, D.C. 20003 for $25 minus 10% for TBR subscribers. Prices above do not include S&H: Inside U.S. add $5 S&H on orders up to $50; add $10 on orders from $50.01 to $100. Add $15 on orders over $100. Outside the U.S. please email sales@barnesreview.org for S&H. Mail order using form on page 64 to TBR BOOK CLUB, P.O. Box 15877, Washington, D.C. 20003. Call TBR 1-877-773-9077 toll free to charge. Find this book and hundreds of other Revisionist titles at www.barnesreview.com.

FREE BONUS GIFT IF YOU ORDER THIS BOOK TODAY!
SEE THE COUPON BOUND INSIDE THIS ISSUE OF TBR.

Europa. Brussels could have defined what Europe really is—defined Us and Them—and gained a great deal of popular legitimacy in the process. In other words, Brussels could have followed the lead of Viktor Orban, as opposed to going along with the altruistically insane Angela Merkel.

Last summer could have been the EU's moment. Instead, it might go down as the beginning of its end.

# As People Die, FBI Fights Internet Terrorism
## by Bill White

Americans worried about terrorism can rest assured, the FBI is busily guarding citizens against the danger of being killed by a flying e-mail. With little real terrorism to investigate, and a mandate not to discriminate against Muslims by focusing on America's foreign enemies, FBI Special-Agent-In-Charge of the Chicago Field Office, Michael Anderson, told Craig Delamore of Bloomberg Radio News that he is focusing on terrorism by internet.

Discussing the FBI's capacity for "social media exploitation," Anderson told Delamore that "with terrorism, Facebook and Instagram is a space we need to be in." Meanwhile, actual crime and things that are hard work  are no longer the FBI's *forte*.

Anderson lamented internet "dark spots" created by encryption, and admitted that his office can do little to intercept the communications used by the Islamic State. So instead, Anderson is making a priority out of lawful gun owners who "have issues with mental illness." FBI agents are busily contacting such people on Facebook, an easy to use product where Anderson says "the FBI can bring a lot to the table." Once contacted, agents then try to lure and invite such mentally ill people into committing violent crimes. "Our goal is to get them out of the internet and put eyes on them." Anderson said.

This FBI tactic of appearing to do something by fabricating violent crimes, while ignoring real crimes as being too hard to solve, has been criticized by the Seventh Circuit Court of Appeals as the "sterile fruit of fomenting crime and then arresting those participating" in the phony conspiracy. But under political pressure from the Obama administration, the FBI shows no inclination to turn aside. "The U.S. Attorney's Office is our primary customer," Anderson told Bloomberg.

Not addressed in the interview is another FBI tactic which is becoming all too common—that of using internet anonymization technology to steal the identity of political activists, committing crimes with that identity, and then arresting the activist. A Fourth Circuit case authorizing the FBI to use private computer hackers to evade the requirement of search warrants in investigations involving electronic communications began this trend, which has resulted in White political activists receiving decades in prison for crimes committed by federal agents and informants.

Anderson was also used by Bloomberg to score points against Donald Trump, whom Michael Bloomberg, owner of Bloomberg news, opposes. The interview was billed as denunciation of Trump's proposal to ban Muslim immigration, and Anderson published an op-ed with Chicago US Attorney Zach Faradon in the Chicago *Sun-Times* doing just that.

The disloyalty of Anderson to future U.S. President Trump is part of a disconcerting trend among American security officials. Egged on by Jewish neo-cons and their allies in the military, the prospect of an anti-Trump coup has been raised by these Obama allies who share Barry's hatred of White people and his desire to suppress all White opposition.

Thus, as Islamic State operatives set off bombs and machine-gun the innocent, Anderson and his agents are busy playing Farmville on Facebook, looking for mentally ill Whites to lure into silly conspiracies which they claim "prove" that Islam is not a threat. So while the FBI is doing nothing to stop bullets, it's working overtime to protect Americans from loose e-mails. Anderson says it's working to investigate local police to make sure that they're not protecting White people from black crime, or interfering with the #BlackLivesMatter movement of George Soros.

*The Northwest Observer is published in support of the program and goals of the Northwest Front, P. O. Box 2188, Bremerton, Washington 98310 www.northwestfront.org e-mail nwnet@earthlink.net. Subscriptions are $30 per year, $40 for overseas air mail. Checks and money orders should be made out to Northwest Publishing Agency.*

# AS PEOPLE DIE, FBI FIGHTS "INTERNET TERRORISM"

## By J.S. Mosby

Americans worried about terrorism can rest assured: The FBI is busily guarding American Citizens against the dangers of being killed by a flying e-mail.

The FBI has been ordered by the White House never to investigate or accurately identify real terrorism, so it is burdened with a mandate not to discriminate against Muslims, America's true foreign enemies. Hence, the FBI Agent in charge of the Chicago Field Office -- Michael Anderson -- recently told *Bloomberg Radio News* that he is focusing on *"terrorism by internet."*

Discussing the FBI's capacity for "social media exploitation," Anderson told *Bloomberg News* that *"with terrorism, Facebook and Instagram are spaces we need to be in."* Meanwhile, violent crime and real instances of terrorist attacks no longer appear to be an FBI priority or even a concern.

Anderson lamented the existence of internet "dark spots created by encryption," and admitted that his office can do little to intercept the communications used by Islamic States. **So instead, Anderson is making a priority out of lawful gun owners, whom the Obama Administration alleges "have issues with mental illness."**

FBI agents are busily contacting such people on *Facebook*, an easily accessible product where Anderson says *"the FBI can bring a lot to the table."* Once contacted, agents then try to lure and entrap such mentally ill people into committing violent crimes, much as they hounded Randy Weaver into illegally sawing-off a shotgun back in the 1990s before murdering several members of his family at Ruby Ridge, Idaho.

*"Our goal is to get them out of the internet and put eyes on them,"* Anderson said.

This FBI tactic of appearing to do something by fabricating violent crimes -- while ignoring real crimes because they are deemed too hard to solve -- has been criticized by the Seventh Circuit Court of Appeals as the *"sterile path of fomenting crime and then arresting those participating"* in such a phony conspiracy.

However, under political pressure from the Obama administration, the FBI shows no inclination to cease and desist. *"The U.S. Attorney's Office is our primary customer,"* Anderson told *Bloomberg News*.

Not addressed in the interview is another FBI tactic which has become all too common, that of using internet "anonymization technology" to steal the identity of political activists -- alleged to be committing crimes with those identities -- and then arresting the activists.

**This trend may have begun in a Fourth Circuit case authorizing the FBI to use PRIVATE computer hackers to evade the Fourth Amendment requirement for search warrants when investigating electronic communications: It has resulted in a number of white political activists receiving decades in prison for crimes committed by federal agents and their informants.**

Anderson also used the ever-obliging news media to score points against Donald Trump. Anderson did exactly that by co-authoring an Op-Ed in the *Chicago Sun-Times* with Chicago US Attorney Zach Faradon, in which they attacked Trump's plan to restrict Muslim immigration.

Anderson's disloyalty to future U.S. President Trump is part of a disconcerting trend among American security officials. Egged on by Jewish neo-cons and their allies in the military, these Obama allies share our Islamic-Marxist President's hatred of White people, and his desire to suppress all white opposition to the Judæo-occult "New World Order."

Thus, as Islamic State operatives set off bombs and behead and machine-gun the innocent, Anderson and his agents are busy playing *"Farmville"* on *Facebook*, looking for mentally ill whites to lure into silly conspiracies in an effort to "prove" that Islam is not a threat.

So, while the FBI is doing nothing to stop bullets and bombs, it's working overtime to protect Americans from loose e-mails. And, Anderson says, it's also working to investigate local police departments, to make sure that they aren't protecting White Americans from black violent crime, or interfering with the *Black Lives Matter* movement of Jewish Bolshevik George Soros. (END)