IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM A. WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:16-cv-948-JPG-DGW |
| ) | |
| DEPARTMENT OF JUSTICE, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

This matter is before the Court for docket control. To date, there are 6 motions for summary judgment filed by Plaintiff, William A. White (Docs. 42, 65, 68, 73, 74, and 75). Some of these motions refer to previous motions, discuss speculative defenses, attempt to anticipate other defenses, and provide facts that are irrelevant to a Freedom of Information Act case. Papering the Court with multiple, if not unending, motions for summary judgment will not advance this litigation, may unnecessarily burden Defendants, and may rise to the level of vexatious litigation that may warrant sanctions pursuant to Federal Rule of Civil Procedure 11. *Corley v. Rosewood Care Center, Inc. of Peoria*, 388 F.3d 990, 1013 (7th Cir. 2004) ("The central goal of Rule 11 is to deter abusive litigation practices."). While Plaintiff is entitled to file a motion for summary judgment on his claims, such a motion should be brief and to the point, and should be filed consistent with Rule 56 and Local Rule 7.1. To that end, the dispositive motion filing deadline is hereby **SET** for **March 23, 2018**.

**DATED:**

                                                        **DONALD G. WILKERSON**
                                                        **United States Magistrate Judge**