UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM A. WHITE,

      Plaintiff,

v.

DEPARTMENT OF JUSTICE, FEDERAL
BUREAU OF INVESTIGATION, UNITED
STATES MARSHALS SERVICE,
FEDERAL BUREAU OF PRISONS and
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS, AND EXPLOSIVES,

      Defendants.

Case No. 16-cv-948-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court

having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of

defendant Department of Justice (for and through its agencies the Federal Bureau of

Investigation, the United States Marshals Service, the Federal Bureau of Prisons, and the Bureau

of Alcohol, Tobacco, Firearms, and Explosives) and against plaintiff William A. White and that

this case is dismissed with prejudice.

**DATED:   May 19, 2020**        **MARGARET M. ROBERTIE, Clerk of Court**

                                     **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**